FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 19 PM 3: 30

Steven J. Shamburek
Alaska Bar No. 8606063
LAW OFFICE OF STEVEN J. SHAMBUREK
425 G Street, Suite 630
Anchorage, Alaska 99501
(907) 522-5339 Direct
(907) 522-5393 Fax

Attorney for Plaintiffs
Shoreside Petroleum, Inc.,
d/b/a Marathon Fuel Service
and Metco, Inc.

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf, <br><br> Plaintiffs, <br><br> and <br><br> UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Service, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Service, on its own behalf, <br><br> Intervening Plaintiffs, <br><br> and <br><br> METCO, INC., <br><br> Intervening Plaintiff, <br><br> vs. <br><br> NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE, | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> **SHORESIDE'S AND METCO'S** <br> **JOINDER IN NORTH STAR'S** <br> **MOTION TO COMPEL** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> Case No. A98-0009-CV (HRH) <br> ) <br> ) <br> ) <br> ) |

1

```
                                    )
            Defendants.             )
                                    )
_____)
```

COMES NOW Shoreside Petroleum, Inc., d/b/a Marathon Fuel Service ("Shoreside") and Metco, Inc. ("Metco"), by and through counsel, and join in the Motion to Compel filed by North Star.

The information sought in North Star's motion to compel is directly related to the claims at issue in this case and the factual developments of those claims to date. The financial condition of Nugget is of concern because the claimants do not seek to obtain a hollow judgment. In addition, many of the actions and inactions of Nugget give rise to tort liability that also supports the claim for punitive damages against Nugget. The general rule regarding the accrual of a claim is not changed by the specific statutory provision in the Miller Act that provides for the accrual of a cause of action under the Miller Act 90 days after last providing goods or performing services. The claims for punitive damages in this case arose before August 7, 1997.

The applicable disclosure rules require a party to produce insurance policies. However, the defendants did not even identify any insurance policies in their disclosures. The insurance policies are important because the claims asserted in the three Amended Complaints in all likelihood are covered by a comprehensive general liability ("cgl") policy or other business insurance policy. Nugget's refusal to provide the policies may be motivated not by a belief that the claims are not covered but

rather by a desire not to invoke the policies to provide coverage. The insurance policies may assist in making the claimants whole or as close to whole as possible under the circumstances.

This court should grant the motion filed by North Star and order the relief. The financial data and the insurance policies are critical documents.

Shoreside and Metco also join in and support North Star's request for fees for bringing the motion. Any payment to North Star may diminish the pool of funds that is likely disappearing in defense costs to counsel for Nugget. However, North Star has taken the laboring oar and should be compensated for its efforts.

DATED this 19th day of December, 2005 at Anchorage, Alaska.

THE LAW OFFICE OF STEVEN J. SHAMBUREK
Attorney for Plaintiff
Shoreside Petroleum, Inc., d/b/a Marathon Fuel Service and Metco, Inc.

By: _____
    Steven J. Shamburek
    ABA: 8606063

### CERTIFICATE OF SERVICE

The undersigned certifies that on the 19th day of December, 2005, a copy of the foregoing was served by mail upon the following:

Gloria Y. Ho, Esq.
Oles Morrison Rinker & Baker LLP
745 W. 4th Avenue, Suite 502
Anchorage, Alaska  99501

Mr. Herbert A. Viergutz, Esq.
Barokas Martin & Tomlinson
1029 W. 3rd Ave., Suite 280
Anchorage, Alaska  99501

Paul Stockler, Esq.
Law Offices of Paul Stockler
1309 W. 16th Avenue
Anchorage, Alaska  99501

Michael W. Sewright, Esq.
Burr, Pease & Kurtz
810 N Street
Anchorage, AK  99501

for Steven J. Shamburek