FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 27 PM 3: 51

Traeger Machetanz, Esq.
Gloria Ho, Esq.
OLES MORRISON RINKER & BAKER, LLP
745 Fourth Avenue, Suite 502
Anchorage, AK  99501-2136
Telephone:  (907) 258-0106
Telecopier: (907) 258-5519

Attorneys for Nugget Construction Co.,
    Inc., and USF&G, Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a NORTHERN STEVEDORING & HANDLING, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf,<br><br>Plaintiffs,<br>and<br><br>UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Service, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Service, on its own behalf,<br><br>Intervening Plaintiffs,<br>and<br><br>METCO, INC.,<br><br>Intervening Plaintiff,<br><br>vs.<br><br>NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.,; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE,<br><br>Defendants. | No. A98-009 CIV (HRH)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>NUGGET CONSTRUCTION, INC.'S MEMORANDUM IN OPPOSITION TO SHORESIDE'S AND METCO'S JOINDER IN NORTH STAR'S MOTION TO COMPEL |

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

425

Defendant Nugget Construction, Inc. ("Nugget") submits this memorandum in opposition to Plaintiffs and Use-Plaintiffs Shoreside Petroleum, Inc., d/b/a Marathon Fuel Service ("Shoreside") and Metco, Inc.'s ("Metco") Joinder in North Star's Motion to Compel. (Shoreside and Metco's motion is dated on December 19, 2005.)

Nugget incorporates by reference and asserts herein for all purposes its arguments propounded in its Memorandum in Opposition to Plaintiff and Use-Plaintiff North Star Terminal and Stevedoring Company's ("North Star") Motion to Compel Discovery. (North Star's motion is dated December 14, 2005, and Nugget's memorandum in opposition is dated December 27, 2005.)

The joinder makes clear that Shoreside and Metco seek information related to Nugget's financial condition for judgment purposes, which is premature and unwarranted. That information is not properly sought at this time as set forth more fully in Nugget's Memorandum in Opposition to North Star's Motion to Compel. Shoreside and Metco improperly attempt to invade Nugget's confidential and proprietary rights.

U.S. ex rel. North Star, et al. v. Nugget Construction, et al.
Case No. A98-009 CIV (HRH)
Nugget Construction, Inc.'s Memorandum in
Opposition to Shoreside's and Metco's Joinder
in North Star's Motion to Compel   -- Page 2 of 5

Further, as detailed in Nugget's Memorandum in Opposition to North Star's Motion to Compel, Nugget has persistently acknowledged its obligations under Fed. R. Civ. P. 26(a)(1)(D) and 26(e) as to the disclosure of any insurance policy which might provide coverage in this matter. Nugget, as it has previously advised, is unaware of any such policy. Thus, Shoreside's and Metco's Joinder in North Star's Motion to Compel Discovery should be denied.

Nugget requests the award of its reasonable costs and expenses incurred in opposing Shoreside's and Metco's Joinder in North Star's Motion to Compel pursuant to Fed. R. Civ. P. 37(a)(4)(B). Nugget also requests in the alternative that the court apportion reasonable expenses should it grant in part or deny in part Shoreside's and Metco's Joinder pursuant to Fed. R. Civ. P. 37(a)(4)(C).

## CONCLUSION

For all the foregoing reasons, the Court should deny North Star's Motion to Compel Discovery, and Shoreside's and Metco's Joinder in North Star's Motion, and award Nugget its reasonable costs expended on opposing the motions to compel

U.S. ex rel. North Star, et al. v. Nugget Construction, et al.
Case No. A98-009 CIV (HRH)
Nugget Construction, Inc.'s Memorandum in
Opposition to Shoreside's and Metco's Joinder
in North Star's Motion to Compel -- Page 3 of 5

filed by the three Plaintiffs and Use-Plaintiffs in this litigation.

Dated:   December 27, 2005     OLES MORRISON RINKER & BAKER LLP
                               Attorneys for Nugget Construction,
                               Inc., and United States
                               Fidelity and Guaranty Co.

                               By: _____
                               Traeger Machetanz
                               Alaska Bar No. 8411127
                               Gloria Ho
                               Alaska Bar No. 0507064

P-GYH 093 OPP to Metco Shoreside Joinder 122705

U.S. ex rel. North Star, et al. v. Nugget Construction, et al.
Case No. A98-009 CIV (HRH)
Nugget Construction, Inc.'s Memorandum in
Opposition to Shoreside's and Metco's Joinder
in North Star's Motion to Compel   -- Page 4 of 5

CERTIFICATE OF SERVICE

I hereby certify that on this 27TH day of December, 2005, a true and correct copy of the foregoing was mailed/hand delivered, as indicated, to:

Michael W. Sewright, Esq. - **via hand delivery**
Burr, Pease & Kurtz
810 N Street
Anchorage, AK 99501

Steven J. Shamburek, Esq. - **via hand delivery**
Law Office of Steven J. Shamburek
425 G Street, Suite 630
Anchorage, AK 99501-5872

Paul Stockler, Esq. - **via hand delivery**
1309 West 16th Avenue
Anchorage, AK 99501

C. Patrick Stoll, Esq. - **via U.S. Mail**
Herrig Vogt & Stoll LLP
4210 Douglas Bay Blvd., Suite 100
Granite Bay, CA 95746-5902

Herbert A. Viergutz, Esq. - **via hand delivery**
Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501

OLES MORRISON RINKER & BAKER LLP

By: _____
    Karin Gustafson

U.S. ex rel. North Star, et al. v. Nugget Construction, et al.
Case No. A98-009 CIV (HRH)
Nugget Construction, Inc.'s Memorandum in
Opposition to Shoreside's and Metco's Joinder
in North Star's Motion to Compel  -- Page 5 of 5