Michael W. Sewright
BURR, PEASE & KURTZ
810 N Street
Anchorage, AK  99501-3293
Telephone:   (907) 276-6100
Fax No.:       (907) 258-2530
Attorneys for North Star

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf, <br><br>    Plaintiffs,<br> and<br><br>UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, on its own behalf,<br><br>    Intervening Plaintiffs,<br> and<br><br>METCO, INC.,<br><br>    Intervening Plaintiff,<br> vs.<br><br>NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE,<br><br>    Defendants. | Case No. A98-009 CIV (HRH)<br><br>**NOTICE OF DISSEMINATION OF PROPOSED STIPULATED <u>PROTECTIVE ORDER</u>** |

---

Notice of Dissemination of Proposed Stipulated Protective Order  1 of 3
*North Star Terminal & Stevedore Co., et al v. Nugget Construction, et al*
Case No. A98-009 CV  45-40 / #81503

Plaintiff and Use-Plaintiff North Star Terminal and Stevedore Company hereby gives notice that it has prepared and disseminated the attached standard stipulation and proposed order by e-mail among counsel for the parties herein, intended to protect the confidentiality of certain records and information including financial information, as North Star stated it would do at page 4 of its January 4, 2006 Reply to Opposition to North Star's Motion to Compel Discovery. The proposed Stipulated Protective Order and email transmission to counsel requesting their concurrence are attached hereto as Exhibits 1 and 2.

Dated at Anchorage, Alaska, this 11th day of January 2006.

    s/ Michael W. Sewright
    Burr, Pease & Kurtz
    810 N Street
    Anchorage, Alaska 99501
    Phone: (907) 276-6100
    Fax: (907) 258-2530
    E-mail: bpk@bpk.com
    Alaska Bar No. 7510090

Notice of Dissemination of Proposed Stipulated Protective Order    2 of 3
*North Star Terminal & Stevedore Co., et al v. Nugget Construction, et al*
Case No. A98-009 CV    45-40 / #81503

CERTIFICATE OF SERVICE

I certify that on the 11th day of January, 2006, a copy of the above and foregoing **NOTICE OF DISSEMINATION OF PROPOSED STIPULATED PROTECTIVE ORDER including attachment** was served **electronically** to Steven S. Shamburek and by **mail** on:

| | |
|---|---|
| Traeger Machetanz, Esq. | Herbert A. Viergutz |
| Gloria Y. Ho, Esq. | Barokas Martin & Tomlinson |
| OLES MORRISON & RINKER | 1029 W. 3rd Ave., Suite 280 |
| 745 West Fourth Avenue, Suite 502 | Anchorage, AK 99501 |
| Anchorage, AK 99501 | |
| | |
| Paul D. Stockler, Esq. | C. Patrick Stoll, Esq. |
| 1309 W. 16th Ave | HERRIG VOGT & STOLL LLP |
| Anchorage, AK 99501 | 4210 Douglas Blvd., Ste. 100 |
| | Granite Bay, CA 95746-5902 |

s/ Michael W. Sewright

Notice of Dissemination of Proposed Stipulated Protective Order   3 of 3
*North Star Terminal & Stevedore Co., et al v. Nugget Construction, et al*
Case No. A98-009 CV                                                45-40 / #81503