**Subject: DRAFT Stipulated Protective Order**
**Date:** Wed, 11 Jan 2006 16:40:47 -0900
**From:** bh@bpk.com
**To:** Herbert Viergutz <barmar@gci.net>, Gloria Ho <ho@oles.com>,
Paul Stockler <paulstockler@aol.com>, Pat Stoll <cps@hvslaw.com>,
"Steven J. Shamburek" <shamburek@gci.net>
**BCC:** mws@bpk.com

```
Mr. Sewright requests that you review the attached draft standard
Stipulated Protective Order and confirm your concurrence ASAP by
contacting me or him.

--
Brooks Holborn
Secretary to Michael W. Sewright
Burr, Pease & Kurtz
810 N Street, Anchorage AK 99501
(907) 265-5715 - Direct telephone
http://www.bpk.com


*********************************************************************

CONFIDENTIALITY NOTICE:  This transmission (including all attachments)
is intended only for the
use of the named addressee(s), and may contain information that is
privileged or exempt from disclosure under applicable law.  If you are
not the named addressee(s), you are hereby notified that any use,
dissemination, distribution or copying of this transmission is STRICTLY
PROHIBITED.  If you have received this transmission in error, please
notify us immediately by return e-mail and delete the original
communication from your system.
*********************************************************************
```

| Stipulated Protective Order_v1.DOC | **Name:** Stipulated Protective Order_v1.DOC<br>**Type:** WINWORD File (application/msword)<br>**Encoding:** base64 |
|---|---|

*Exhibit __1__*
*Page __1__ of __1__*