STIPULATED AND AGREED:

                                                BURR, PEASE & KURTZ
Attorneys for North Star Terminal
& Stevedore Company

DATED: January 26, 2006        By _____
                                                 Michael W. Sewright
                                                 Alaska Bar # 7510090


OLES MORRISON RINKER & BAKER LLP
Attorneys for Nugget Construction & USF&G

DATED: January 26, 2006        By _____
                                                 Traeger Machetanz
                                                 Alaska Bar #8411127


BAROKAS MARTIN & TOMLINSON
Co-Counsel for USF&G

DATED: January 26, 2006        By _____
                                                 Herbert A. Viergutz
                                               Alaska Bar #8506088


Attorney for Shoreside Petroleum, Inc.
and Metco, Inc.

DATED: January 27, 2006        By _____
                                                 Steven J. Shamburek
                                             Alaska Bar #8606063

BURR, PEASE
& KURTZ
A PROFESSIONAL CORPORATION
810 N STREET
ANCHORAGE, AK 99501
(907) 276-6100

Stipulated Protective Order           10 of 13
*North Star Terminal & Stevedore Co., et al v. Nugget Construction et al*
Case No. A98-009 CV

                                                                             45-40 / #81469 v.2

                                        Attorney for Robert A. LaPore and
                                        Spencer Rock Products

DATED: January __, 2006         By _____
                                          Paul D. Stockler
                                            Alaska Bar #8606032
                                      Also signing for

                                      HERRIG VOGT & STOLL LLP
                                      Co-Counsel for Robert A. LaPore and
                                      Spencer Rock Products

BURR, PEASE
& KURTZ
A PROFESSIONAL CORPORATION
610 N STREET
ANCHORAGE, AK 99501
(907) 276-6100

Stipulated Protective Order        11 of 13
*North Star Terminal & Stevedore Co., et al v. Nugget Construction et al*
Case No. A98-009 CV                                                             45-40 / #81469 v.2