Michael W. Sewright
BURR, PEASE & KURTZ
810 N Street
Anchorage, AK  99501-3293
Telephone:     (907) 276-6100
Fax No.:        (907) 258-2530
Attorneys for North Star

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf, | |
| Plaintiffs, | |
| and | Case No. A98-009 CIV (HRH) |
| UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, on its own behalf, | **NOTICE (OTHER) STIPULATED PROTECTIVE ORDER** |
| Intervening Plaintiffs, | |
| and | |
| METCO, INC., | |
| Intervening Plaintiff, | |
| vs. | |
| NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE, | |
| Defendants. | |

In response to the Clerk of Court's emails and telephone call on February 1, 2006,

undersigned counsel hereby submits the attached "stand-alone" proposed Protective Order as a

substitute for the Stipulated Protective Order sought to be electronically filed with the court on January 31, 2006, which was docketed by the Clerk as Stipulation for Protective Order, Clerk's Docket No. 432. That filing effort under the Court's new electronic filing system resulted in a Notice of errors and requested Correction from the Clerk's Office on February 1.

The previously submitted Stipulated Protective Order (Docket No. 432) in its hard copy form, and as attempted to be electronically filed, is a 13-page document consisting of nine pages of stipulated terms, two pages of the signatures of legal counsel for all parties in this action agreeing to such terms, one page (the 12th page) providing an Order of those stipulated terms, and an attached Exhibit A as the 13th page. The title of the document, case name and number, and page number of the document are all listed at the bottom of each page of that document.

In his January 18, 2006 Order granting North Star's Motion to Compel Discovery (Clerk's Docket No. 430), Judge Holland provided that "The parties shall enter into the stipulated confidentiality order that North Star proffers" (*Id.* at 2; *see also* the Stipulated Protective Order electronically proffered on January 11, 2006, at Clerk's Docket No. 429). Following that Order (Clerk's Docket No. 430), North Star counsel circulated a hard copy of the Stipulated Protective Order (aka Stipulation for Protective Order), obtained the signatures of counsel, and attempted to electronically file it on January 31, 2006.

Hopefully, this filing linked to Docket No. 432, as requested by the Clerk's Office, will resolve the matter. If not, permission to file the hard copies with the court, in the old way of doing things, is requested.

The 13-page Stipulated Protective Order (aka Stipulation for Protective Order) previously attempted to be electronically submitted in its entirety is also being resubmitted electronically in its entirety.

The proposed Protective Order requested by the Clerk's Office is attached hereto. North Star counsel regrets any inconvenience.

Dated at Anchorage, Alaska, February 3, 2006.

> s/ Michael W. Sewright
> Burr, Pease & Kurtz
> 810 N Street
> Anchorage, Alaska 99501
> Phone: (907) 276-6100
> Fax: (907) 258-2530
> E-mail: bpk@bpk.com
> Alaska Bar No. 7510090

CERTIFICATE OF SERVICE
I certify that on the 3rd day of February, 2006, a copy of the above and foregoing **NOTICE (OTHER) STIPULATED PROTECTIVE ORDER including attachment** was served **electronically** to:

Steven S. Shamburek
Traeger Machetanz
Paul D. Stockler

and by **mail** on:

Herbert A. Viergutz
Barokas Martin & Tomlinson
1029 W. 3rd Ave., Suite 280
Anchorage, AK 99501

C. Patrick Stoll, Esq.
HERRIG VOGT & STOLL LLP
4210 Douglas Blvd., Ste. 100
Granite Bay, CA 95746-5902

s/ Michael W. Sewright