Michael W. Sewright
BURR, PEASE & KURTZ
810 N Street
Anchorage, AK  99501-3293
Telephone:     (907) 276-6100
Fax No.:         (907) 258-2530
Attorneys for North Star

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf, | |
| Plaintiffs, | |
| and | Case No. A98-009 CIV (HRH) |
| UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, on its own behalf, | **Proposed PROTECTIVE ORDER** |
| Intervening Plaintiffs, | |
| and | |
| METCO, INC., | |
| Intervening Plaintiff, | |
| vs. | |
| NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE, | |
| Defendants. | |

The Court, having considered the 13-page Stipulated Protective Order including Exhibit

A attached thereto, as previously sought to be submitted herein electronically and docketed as

---

Proposed Protective Order         Page 1 of 2
*North Star Terminal & Stevedore Co., et al v. Nugget Construction et al*
Case No. A98-009 CV                                                                      45-40 / #81843

Clerk's Docket No. 432 Stipulation for Protective Order, together with the Notice (Other) Stipulated Protective Order and resubmittals filed herewith, and being advised in the premises thereof,

HEREBY ORDERS: That the terms of the aforestated Stipulated Protective Order agreed and stipulated to by counsel and contemplated by this Court in its Order granting North Star's Motion To Compel Discovery dated January 18, 2006 (Clerk's Docket No. 430 at 2), is APPROVED and ORDERED by this Court.

DATED:      _____                    _____
                                                HONORABLE H. RUSSEL HOLLAND
                                                U.S. District Court Judge

CERTIFICATE OF SERVICE
I certify that on the 3rd day of February, 2006, a copy of the above and foregoing proposed **PROTECTIVE ORDER** was served **electronically** to:

 Steven S. Shamburek
Traeger Machetanz
Paul D. Stockler

 and by **mail** on:

Herbert A. Viergutz
Barokas Martin & Tomlinson
1029 W. 3rd Ave., Suite 280
Anchorage, AK 99501

C. Patrick Stoll, Esq.
HERRIG VOGT & STOLL LLP
4210 Douglas Blvd., Ste. 100
Granite Bay, CA  95746-5902

s/ Michael W. Sewright