- 1 -

**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

UNITED STATES ex rel. NORTH
STAR TERMINAL & STEVEDORE CO.     v.   NUGGET CONSTRUCTION, INC.

THE HONORABLE H. RUSSEL HOLLAND         CASE NO.   A98cv0009 (HRH)

    Deputy Clerk                         Official Recorder

APPEARANCES:   for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

       The court is in receipt of the parties' proposed stipulated protective order, filed January 31, 2006 (Clerk's Docket No. 432). Said stipulation is hereby approved.

- 1 -