Traeger Machetanz, Esq.
OLES MORRISON RINKER & BAKER, LLP
745 Fourth Avenue, Suite 502
Anchorage, AK  99501-2136
Telephone:  (907) 258-0106
Telecopier: (907) 258-5519

Attorneys for Nugget Construction, Inc.,
    and USF&G, Defendants

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a NORTHERN STEVEDORING & HANDLING, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf,<br><br>　　　　Plaintiffs,<br>　　and<br><br>UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Service, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Service, on its own behalf,<br><br>　　　　Intervening Plaintiffs,<br>　　and<br><br>METCO, INC.,<br><br>　　　　Intervening Plaintiff,<br><br>　　vs.<br><br>NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.,; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE,<br><br>　　　　Defendants. | No. A98-009 CIV (HRH)<br><br><br><br><br><br><br><br><br><br><br><br>MOTION FOR PARTICIPATION<br>OF NONRESIDENT ATTORNEY<br>THOMAS R. KRIDER |

In accordance with United States District Court for the District of Alaska Local Rule 83.1(d), Traeger Machetanz of Oles Morrison Rinker & Baker LLP moves the court for an order admitting out-of-state counsel, Thomas R. Krider, to appear on behalf of defendants Nugget Construction, Inc., and United States Fidelity & Guaranty, in all proceedings relating to the above-captioned matter.  The undersigned local counsel shall participate meaningfully in all matters pertaining to this action.

This motion is supported by the attached Affidavit of Thomas R. Krider, together with accompanying exhibits, in compliance with the provisions of United States District Court for the District of Alaska Local Rule 83.1(d).

Dated:  February 10, 2006            OLES MORRISON RINKER & BAKER LLP
                                     Attorneys for Nugget Construction,
                                         Inc., and United States
                                         Fidelity and Guaranty Co.

                                     By: s/Traeger Machetanz
                                         Traeger Machetanz
                                         machetanz@oles.com
                                         Alaska Bar No. 8411127
                                         745 West 4th Avenue, Suite 502
                                         Anchorage, AK 99501
                                         Phone: (907) 258-0106
                                         Fax:   (907) 258-5519

P-TRK 096 MOT pro hac TRK 020906

*U.S. ex rel. North Star, et al. v. Nugget Construction, et al.*
Case No. A98-009 CIV (HRH)
Motion for Participation of Nonresident
Attorney – Thomas R. Krider -- Page 2 of 3

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of February, 2006, a true and correct copy of the foregoing was served

electronically on:

Michael W. Sewright, Esq.
mws@bpk.com
Burr, Pease & Kurtz
810 N Street
Anchorage, AK  99501

Steven J. Shamburek, Esq.
shamburek@gci.net
Law Office of Steven J. Shamburek
425 G Street, Suite 630
Anchorage, AK  99501-5872

Paul Stockler, Esq.
paulstockler@aol.com
1309 West 16th Avenue
Anchorage, AK  99501

Herbert A. Viergutz, Esq.
barmar@gci.net
Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501

and by U.S. mail on:

C. Patrick Stoll, Esq.
Herrig Vogt & Stoll LLP
4210 Douglas Bay Blvd., Suite 100
Granite Bay, CA 95746-5902

OLES MORRISON RINKER & BAKER LLP

By: s/Traeger Machetanz

*U.S. ex rel. North Star, et al. v. Nugget Construction, et al.*
Case No. A98-009 CIV (HRH)
Motion for Participation of Nonresident
Attorney – Thomas R. Krider -- Page 3 of 3

**OLES MORRISON RINKER & BAKER LLP**
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519