Traeger Machetanz, Esq.
Gloria Ho, Esq.
OLES MORRISON RINKER & BAKER, LLP
745 Fourth Avenue, Suite 502
Anchorage, AK  99501-2136
Telephone:  (907) 258-0106
Telecopier:  (907) 258-5519

Attorneys for Nugget Construction Co.,
    Inc., and USF&G, Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a NORTHERN STEVEDORING & HANDLING, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf,<br><br>    Plaintiffs,<br>and<br><br>UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Service, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Service, on its own behalf,<br><br>    Intervening Plaintiffs,<br>and<br><br>METCO, INC.,<br><br>    Intervening Plaintiff,<br><br>vs.<br><br>NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.,; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE,<br><br>    Defendants. | No. A98-009 CIV (HRH)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>AFFIDAVIT OF THOMAS R. KRIDER IN SUPPORT OF MOTION FOR PARTICIPATION OF NONRESIDENT ATTORNEY |

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

STATE OF WASHINGTON   )
                      )   ss
COUNTY OF KING        )

Thomas R. Krider, being duly sworn, deposes and says:

1. I am now and have continuously been admitted, without revocation or suspension, as an active member in good standing of the Bars of the following courts:

| Courts | Date of Admission |
|---|---|
| Washington State Courts | November 15, 1999 |
| USDC, Western District of Washington | |

2. I am an attorney with the Seattle office of the law firm of Oles Morrison Rinker & Baker LLP, located at 701 Pike Street, Suite 1700, Seattle, Washington 98101-3930, which has been retained by Nugget Construction, Inc., to represent its interests in the above-entitled cause.

3. I reside at 15525 Corliss Avenue, Shoreline, Washington, 98133.

*U.S. ex rel. North Star, et al. v. Nugget Construction, et al.*
Case No. A98-009 CIV (HRH)
Affidavit of Thomas R. Krider in Support of
Motion for Participation of Nonresident Attorney -- Page 2 of 5

4.  I make application to this Court to participate as co-counsel with Traeger Machetanz, an active member in good standing of the Bar of this Court.

5.  Attached hereto as Exhibit 1 and incorporated by this reference is a Certificate of Good Standing issued by the Washington State Supreme Court indicating that I am in good standing as a member of the Bar and that there are not any pending disciplinary actions against me.

6.  I certify that I will comply with applicable statutes, law and procedural rules of the State of Alaska, be familiar with and comply with the disciplinary rules of the Alaska State Bar, and submit to the jurisdiction of the Alaska courts and the Alaska State Bar with respect to acts and omissions occurring during my forthcoming admission under United States District Court for the District of Alaska Local Rule 83.1(d).

*U.S. ex rel. North Star, et al. v. Nugget Construction, et al.*
Case No. A98-009 CIV (HRH)
Affidavit of Thomas R. Krider in Support of
Motion for Participation of Nonresident Attorney -- Page 3 of 5

7. I agree to notify the trial court promptly of any changes in my insurance or my status with any Bar association to which I am admitted.

_____
Thomas R. Krider, WSBA 29490

SUBSCRIBED AND SWORN to before me this 6th day of February, 2006.

_____
Notary Public in and for the State of Washington, residing at Bellevue, WA
My Appointment Expires 11-26-07

P-TRK 096 AFF pro hac TRK 011806

CERTIFICATE OF SERVICE

I hereby certify that on this ____ day of February, 2006, a true and correct copy of the foregoing was served

electronically on:

Michael W. Sewright, Esq.
mws@bpk.com
Burr, Pease & Kurtz
810 N Street
Anchorage, AK 99501

Steven J. Shamburek, Esq.
shamburek@gci.net
Law Office of Steven J. Shamburek
425 G Street, Suite 630
Anchorage, AK 99501-5872

and by U.S. mail on:

Paul Stockler, Esq.
1309 West 16th Avenue
Anchorage, AK 99501

C. Patrick Stoll, Esq.
Herrig Vogt & Stoll LLP
4210 Douglas Bay Blvd., Suite 100
Granite Bay, CA 95746-5902

Herbert A. Viergutz, Esq.
Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501

*U.S. ex rel. North Star, et al. v. Nugget Construction, et al.*
Case No. A98-009 CIV (HRH)
Affidavit of Thomas R. Krider in Support of
Motion for Participation of Nonresident Attorney -- Page 4 of 5

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

OLES MORRISON RINKER & BAKER LLP

By: s/[name of password registrant]

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

IN THE MATTER OF THE ADMISSION

OF

THOMAS R. KRIDER

TO PRACTICE IN THE COURTS OF THIS STATE.

BAR # 29490

**CERTIFICATE OF GOOD STANDING**

I, C.J. Merritt, Clerk of the Supreme Court of the State of Washington, hereby certify

**THOMAS R. KRIDER**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington, on November 15, 1999, and is now and has been continuously since that date an attorney in good standing in said Court.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 11th day of August, 2005

C.J. MERRITT, SUPREME COURT CLERK

WASHINGTON STATE SUPREME COURT