Traeger Machetanz, Esq.
OLES MORRISON RINKER & BAKER, LLP
745 Fourth Avenue, Suite 502
Anchorage, AK  99501-2136
Telephone:  (907) 258-0106
Telecopier: (907) 258-5519

Attorneys for Nugget Construction Co.,
    Inc., and USF&G, Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a NORTHERN STEVEDORING & HANDLING, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf, <br><br>        Plaintiffs, <br>  and <br><br>UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Service, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Service, on its own behalf, <br><br>        Intervening Plaintiffs, <br>  and <br><br>METCO, INC., <br><br>        Intervening Plaintiff, <br><br>  vs. <br><br>NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.,; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE, <br><br>        Defendants. | No. A98-009 CIV (HRH) <br><br><br><br><br><br><br><br><br><br><br>ERRATA TO AFFIDAVIT OF THOMAS R. KRIDER IN SUPPORT OF MOTION FOR PARTICIPATION OF NONRESIDENT ATTORNEY |

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

The Affidavit of Thomas R. Krider in Support of Motion for Participation of Nonresident Attorney was filed with the court on Friday, February 10, 2006, with an incomplete certificate of service.  The Affidavit was served electronically on Michael W. Sewright, Steven J. Shamburek, Paul Stockler, and Herbert A. Viergutz and by U.S. mail on C. Patrick Stoll on Friday, February 10, 2006.

Dated:  February 13, 2006      OLES MORRISON RINKER & BAKER LLP
                               Attorneys for Nugget Construction,
                                    Inc., and United States
                                    Fidelity and Guaranty Co.

                               By: s/Traeger Machetanz
                                   Traeger Machetanz
                                   machetanz@oles.com
                                   Alaska Bar No. 8411127
                                   745 West 4th Avenue, Suite 502
                                   Anchorage, AK 99501
                                   Phone: (907) 258-0106
                                   Fax:   (907) 258-5519

P-TNM 096 ERR to Affidavit 021306

*U.S. ex rel. North Star, et al. v. Nugget Construction, et al.*
Case No. A98-009 CIV (HRH)
Affidavit of Thomas R. Krider in Support of Motion
For Participation of Nonresident Attorney-- Page 2 of 3

CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of February, 2006, a true and correct copy of the foregoing was served

electronically on:

Michael W. Sewright, Esq.
mws@bpk.com
Burr, Pease & Kurtz
810 N Street
Anchorage, AK  99501

Steven J. Shamburek, Esq.
shamburek@gci.net
Law Office of Steven J. Shamburek
425 G Street, Suite 630
Anchorage, AK  99501-5872

Paul Stockler, Esq.
paulstockler@aol.com
1309 West 16th Avenue
Anchorage, AK  99501

Herbert A. Viergutz, Esq.
barmar@gci.net
Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501

and by U.S. mail on:

C. Patrick Stoll, Esq.
Herrig Vogt & Stoll LLP
4210 Douglas Bay Blvd., Suite 100
Granite Bay, CA 95746-5902

OLES MORRISON RINKER & BAKER LLP

By: s/Traeger Machetanz

*U.S. ex rel. North Star, et al. v. Nugget Construction, et al.*
Case No. A98-009 CIV (HRH)
Affidavit of Thomas R. Krider in Support of Motion
For Participation of Nonresident Attorney-- Page 3 of 3