**RECEIVED**

FEB 1 3 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

```
       UNITED STATES
       DISTRICT COURT
        District of Alaska
        Anchorage Division

     #  00127601  -  SF
     February 13, 2006


   Code    Case #    Qty      Amount

   6855XX-N 98-9CV            150.00 CK


   TOTAL→              150.00


   FROM: OLES MORRISON RINKER & BAKER
         FOR THOMAS  R. KRIDER
         PRO HAC VICE
         A98-9CV HRH
```

```
MIME-Version:1.0
From:cmecfmail@akd.uscourts.gov
To:cmecfmail@akd.uscourts.gov
Bcc:barmar@gci.net,bpk@bpk.com,bh@bpk.com,h_russel_holland@akd.uscourts.gov,kristi_k
Message-Id:<67063@akd.uscourts.gov>
Subject:Activity in Case 3:98-cv-00009-HRH North Star Terminal & Stevedore Co. Ex Re
```

Content-Type: text/html

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

**U.S. District Court**

**District of Alaska**

Notice of Electronic Filing

The following transaction was received from Machetanz, Traeger entered on 2/10/2006 at 6:34 PM AST and filed on 2/10/2006

| | |
|---|---|
| **Case Name:** | North Star Terminal & Stevedore Co. Ex Rel et al v. Nugget Construction Inc. et al |
| **Case Number:** | 3:98-cv-9 |
| **Filer:** | U.S. Fidelity & Guaranty Company<br>Nugget Construction Inc. |
| **Document Number:** | 436 |

**Docket Text:**
MOTION for Leave to Appear pro hac vice *Thomas R. Krider* by U.S. Fidelity & Guaranty Company, Nugget Construction Inc., U.S. Fidelity & Guaranty Company, Nugget Construction Inc.. (Attachments: # (1) Text of Proposed Order)(Machetanz, Traeger)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105331613 [Date=2/10/2006] [FileNumber=67061-0]
[257c21cf8d17f313efc1aadc1d2c9ae3c2683af072646c3c6d5e0a4ac30f039d54672
2789d6dada7ccec0ada434f9f70cec7b2a6bafc016dbda18934ee2e43d4]]
**Document description:**Text of Proposed Order
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105331613 [Date=2/10/2006] [FileNumber=67061-1]
[1d3790630255c30fc720787cd61e66a7923f9533d0f424eb07fd9f7bcb0a9caa06c7b
1fac7da1dd14968fd15865d9fd5ba1e9d51270ec6d7266bf4a05d663b43]]

**3:98-cv-9 Notice will be electronically mailed to:**

Traeger Machetanz   machetanz@oles.com, omrbakdock@oles.com; michael@oles.com

Michael W. Sewright   mws@bpk.com, bpk@bpk.com; bh@bpk.com

Steven J. Shamburek   shamburek@gci.net, shamburekbank@gci.net

Paul D. Stockler   paulstockler@aol.com

Herbert A. Viergutz   barmar@gci.net

**3:98-cv-9 Notice will be delivered by other means to:**

Hazel M. Bergtholdt
Herrig & Vogt
2724 Kilgore Road
Rancho Cordova, CA 95670

John R. Herrig
3104 W. Kennewick Avenue, Suite D
Kennewick, WA 99336

William K. Renno
Oles Morrison & Rinker
745 W. 4th Avenue, Suite 502
Anchorage, AK 99501

C. Patrick Stoll
Herrig Vogt et al.
4210 Douglas Boulevard, Suite 100
Granite Bay, CA 95746-5902

George F. Vogt
P.O. Box 2547
Kodiak, AK 99615