Traeger Machetanz, Esq.
OLES MORRISON RINKER & BAKER, LLP
745 Fourth Avenue, Suite 502
Anchorage, AK  99501-2136
Telephone:  (907) 258-0106
Telecopier:  (907) 258-5519

Attorneys for Nugget Construction Co.,
    Inc., and USF&G, Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a NORTHERN STEVEDORING & HANDLING, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf,<br><br>    Plaintiffs,<br>  and<br><br>UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Service, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Service, on its own behalf,<br><br>    Intervening Plaintiffs,<br>  and<br><br>METCO, INC.,<br><br>    Intervening Plaintiff,<br><br>  vs.<br><br>NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.,; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE,<br><br>    Defendants. | No. A98-009 CIV (HRH)<br><br><br><br><br><br><br><br><br><br><br><br>DEFENDANT NUGGET CONSTRUCTION'S MOTION TO EXTEND DEADLINE FOR EXPERT REPORTS |

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

COMES NOW, Defendant Nugget Construction, Inc. by and through its counsel of record, Oles Morrison Rinker & Baker LLP, seeking an order from the court extending the deadline for filing of expert reports from the presently scheduled date of February 14, 2006 to March 27, 2006.

On October 11, 2005, the parties, through North Star's counsel, submitted a Report and Proposed Calendar of Counsel Following Conference in Accordance with Court's Order Dated August 11, 2005. In that Report, the parties set forth a Pretrial Checklist that included a deadline for "Final witness lists and identification of lay and expert witnesses and related information" of February 14, 2006. In the Report, the parties indicated that this action included the disclosure of expert reports pursuant to Rule 26(a)(2).

On December 27, 2005, Nugget submitted its Third Supplemental Disclosure, in which it identified Bert Millikin as an expert witness. The Disclosure included a general description of the opinions to be expressed by Mr. Millikin. It stated that he "will testify on practices and contractual relationships between owners and general contractors and lower tier subcontractors and suppliers on federal projects, including

*U.S. ex rel. North Star, et al. v. Nugget Construction, et al.*
Case No. A98-009 CIV (HRH)
DEFENDANT NUGGET CONSTRUCTION'S MOTION TO
EXTEND DEADLINE FOR EXPERT REPORTS -- Page 2 of 5

without limitation, the handling of pay estimates and payments, back charges and subcontractor and supplier default." To support this testimony, access to the testimony of the key individuals for each of the subcontractors relating to their experience on the project is important.

The availability of Jack Goodwill, North Star's project manager, was requested on February 1, 2006 in the hope of deposing him before expert reports were due. On February 6, 2006, North Star's counsel responded that Mr. Goodwill was about to leave on a long family vacation, was not available for deposition before leaving, but would be available after he returned on March 13, 2006.

Based on Mr. Goodwill's unavailability, Nugget asks the court to extend the previously agreed deadline for expert reports to March 27, 2006. Nugget's counsel sought agreement from all parties to this extention and offered to allow sufficient time to study the report and depose Mr. Millikin after that date, even if it meant extending the discovery cutoff date. However, North Star's counsel responded that North Star was unwilling to stipulate to the requested extension. Counsel for USF&G replied and asked specifically for the deadline of

*U.S. ex rel. North Star, et al. v. Nugget Construction, et al.*
Case No. A98-009 CIV (HRH)
DEFENDANT NUGGET CONSTRUCTION'S MOTION TO
EXTEND DEADLINE FOR EXPERT REPORTS -- Page 3 of 5

March 27, 2006, which is what is being requested herein. Shoreside and Metco did not respond before this motion was filed.

There is no prejudice to Plaintiffs in the requested extension, as they were informed in December the scope of Mr. Millikin's testimony and Nugget has offered to extend the timeframes for deposing Mr. Millikin after the report is delivered. Mr. Goodwill's vacation was unexpected (he no longer works for North Star), but North Star has agreed to make him available on March 16, 2006 for his deposition. Once that is completed, Mr. Millikin will be able to complete his expert report shortly thereafter. Based on the foregoing, Nugget's request for an extension of the expert report deadline should be granted.

Dated: February 14, 2006   OLES MORRISON RINKER & BAKER LLP
Attorneys for Nugget Construction, Inc., and United States Fidelity and Guaranty Co.

By: s/Traeger Machetanz
Traeger Machetanz
machetanz@oles.com
Alaska Bar No. 8411127
745 West 4th Avenue, Suite 502
Anchorage, AK 99501
Phone: (907) 258-0106
Fax: (907) 258-5519

*U.S. ex rel. North Star, et al. v. Nugget Construction, et al.*
Case No. A98-009 CIV (HRH)
DEFENDANT NUGGET CONSTRUCTION'S MOTION TO
EXTEND DEADLINE FOR EXPERT REPORTS -- Page 4 of 5

P-TM MOTION EXTEND RE EXPERT REPORTS

CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of February, 2006, a true and correct copy of the foregoing was served electronically via ECF on:

Michael W. Sewright, Esq.
mws@bpk.com
Burr, Pease & Kurtz
810 N Street
Anchorage, AK  99501

Steven J. Shamburek, Esq.
shamburek@gci.net
Law Office of Steven J. Shamburek
425 G Street, Suite 630
Anchorage, AK  99501-5872

Paul Stockler, Esq.
paulstockler@aol.com
1309 West 16th Avenue
Anchorage, AK  99501

Herbert A. Viergutz, Esq.
barmar@gci.net
Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501

and by U.S. mail on:

C. Patrick Stoll, Esq.
Herrig Vogt & Stoll LLP
4210 Douglas Bay Blvd., Suite 100
Granite Bay, CA 95746-5902

OLES MORRISON RINKER & BAKER LLP


By: s/Traeger Machetanz

*U.S. ex rel. North Star, et al. v. Nugget Construction, et al.*
Case No. A98-009 CIV (HRH)
DEFENDANT NUGGET CONSTRUCTION'S MOTION TO
EXTEND DEADLINE FOR EXPERT REPORTS -- Page 5 of 5