Steven J. Shamburek
Alaska Bar No. 8606063
LAW OFFICE OF STEVEN J. SHAMBUREK
425 G Street, Suite 630
Anchorage, Alaska 99501
(907) 522-53_39_ Direct
(907) 522-53_93_ Fax

Attorney for Plaintiffs
Shoreside Petroleum, Inc.,
d/b/a Marathon Fuel Service
and Metco, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf,<br><br>  Plaintiffs,<br><br>  and<br><br>UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Service, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Service, on its own behalf,<br><br>  Intervening Plaintiffs,<br><br>  and<br><br>METCO, INC.,<br><br>  Intervening Plaintiff,<br><br>  vs.<br><br>NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE,<br><br>  Defendants. | **SHORESIDE'S AND METCO'S NOTICE OF DESIGNATION OF EXPERT AND SERVICE OF EXPERT REPORT**<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Case No. A98-0009-CV (HRH) |

1

COMES NOW Shoreside Petroleum, Inc., d/b/a Marathon Fuel Service ("Shoreside") and Metco, Inc. ("Metco"), by and through counsel, and file this Notice of Desigantion of Expert and Service of Expert Report.

Claimants North Star Stevedoring and Terminal, Shoreside and Metco hereby designate William Grant Callow, Esq. as their expert regarding the claims for bad faith asserted against defendant United States Fidelity & Guaranty.  A copy of his expert report is being served by U.S. Mail on the counsel of record.

DATED this 14th day of February, 2006.

> THE LAW OFFICE OF STEVEN J. SHAMBUREK
> Attorney for Plaintiffs
> Shoreside Petroleum, Inc., d/b/a Marathon Fuel Service and Metco, Inc.
>
> By: /s/ Steven J. Shamburek
> _____
> Steven J. Shamburek
> ABA: 8606063
> shamburek@gci.net

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 14th day of February, 2006, a copy of the foregoing was served by the Electric Case Filing system on the counsel of record with a paper copy to:

Mr. Herbert A. Viergutz, Esq.
Barokas Martin & Tomlinson
1029 W. 3rd Ave., Suite 280
Anchorage, Alaska  99501

The paper copy of the expert report was served by U.S. Mail on Herbert A. Viergutz at the address above and on the following:

Trager Machetanz, Esq.
Oles Morrison Rinker & Baker LLP

745 W. 4th Avenue, Suite 502
Anchorage, Alaska  99501

Paul Stockler, Esq.
Law Offices of Paul Stockler
1309 W. 16th Avenue
Anchorage, Alaska  99501

Michael W. Sewright, Esq.
Burr, Pease & Kurtz
810 N Street
Anchorage, AK  99501

/s/ Steven J. Shamburek
_____
Steven J. Shamburek