Michael W. Sewright
BURR, PEASE & KURTZ
810 N Street
Anchorage, AK  99501-3293
Telephone:    (907) 276-6100
Fax No.:        (907) 258-2530
Attorneys for North Star

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf, | |
| Plaintiffs, | |
| and | Case No. A98-009 CIV (HRH) |
| UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, on its own behalf, | **NOTICE—CORRECTED SIGNATURE PAGE TO NORTH STAR'S FINAL WITNESS LIST** |
| Intervening Plaintiffs, | |
| and | |
| METCO, INC., | |
| Intervening Plaintiff, | |
| vs. | |
| NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE, | |
| Defendants. | |

Notice—Corrected Signature Page to North Star's Final Witness List
*North Star Terminal & Stevedore Co., et al v. Nugget Construction et al*
Case No. A98-009 CV                                                                    45-40 / 82059
Page 1 of 2

In response to the Clerk's notice of inadvertent error in electronic filing this morning regarding North Star's Final Witness List filed yesterday (Clerk's Document No. 446), attached hereto is the corrected signature page of undersigned counsel, adding the s/ requested by the Clerk. The witness list was signed, and intended to be signed, by undersigned counsel.

DATED: February 15, 2006.

>s/ Michael W. Sewright
>Burr, Pease & Kurtz
>810 N Street
>Anchorage, AK  99501
>Telephone:  (907) 276-6100
>Fax:  (907) 258-2530
>E-mail:  mws@bpk.com
>Alaska Bar # 7510090

CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2006, a copy of the foregoing was served electronically on Traeger Machetanz, Steven J. Shamburek, Paul Stockler, and Herbert A. Viergutz and on

>C. Patrick Stoll, Esq.
>Herrig Vogt & Stoll LLP
>4210 Douglas Blvd., Ste. 100
>Granite Bay, CA  95746-5902

>Herbert A. Viergutz, Esq.
>Barokas Martin & Tomlinson
>1029 W. 3rd Ave., Suite 280
>Anchorage, AK  99501

by regular U.S. mail.

/s Michael W. Sewright

Notice—Corrected Signature Page to North Star's Final Witness List
*North Star Terminal & Stevedore Co., et al v. Nugget Construction et al*
Case No. A98-009 CV
Page 2 of 2
45-40 / 82059

W. Grant Callow, 425 G St., Suite 610, Anchorage, AK 99501, (907) 276-1221.  Expect to present as expert witness regarding the plaintiff's claims for bad faith against defendant United States Fidelity & Guaranty Company and its successor.

Any other witnesses designated by any of the defendants as Rule 30(b)(6) designees.

All witnesses necessary for rebuttal.

All witnesses necessary to authenticate documents

All witnesses deposed or learned through additional discovery.

All witnesses listed by other parties.

    s/ Michael W. Sewright
    Burr, Pease & Kurtz
    810 N Street
    Anchorage, AK  99501
    Telephone:  (907) 276-6100
    Fax:  (907) 258-2530
    E-mail:  mws@bpk.com
    Alaska Bar # 7510090

North Star's Final Witness List
*North Star Terminal & Stevedore Co., et al v. Nugget Construction et al*
Case No. A98-009 CV      45-40/ # 81976 v.2
Page 7 of 8