RECEIVED

FEB 15 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA AT ANCHORAGE**

|  |  |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a NORTHERN STEVEDORING & HANDLING, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a NORTHERN STEVEDORING & HANDLING, on its own behalf,<br><br>      Plaintiffs,<br><br>    and<br><br>UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a MARATHON FUEL SERVICE, and SHORESIDE PETROLEUM, INC., d/b/a MARATHON FUEL SERVICE, on its own behalf,<br><br>    Intervening Plaintiffs,<br><br>    and<br><br>METCO, INC.,<br><br>      Intervening Plaintiff,<br><br>    vs.<br><br>NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE,<br><br>      Defendants. | No. A98-009 CIV (HRH) |

**NOTICE BY DEFENDANT, UNITED STATES FIDELITY AND GUARANTY COMPANY RE: EXPERT REPORT DEADLINE**

Defendant, United States Fidelity and Guaranty Company (USF&G), will timely submit its Expert Report pursuant to Federal Rule of Civil Procedure 26(a)(2)(C), with the same due March 16, 2006.  It has scheduled the deposition of Shoreside's "expert", Mr.

**BAROKAS MARTIN & TOMLINSON**
**1029 West Third, Suite 280**
**Anchorage, Alaska 99501**
**Phone: (907) 276-8010**
**Fax: (907) 276-5334**

1

1   Callow, for 1:00 p.m. on March 27, 2006. USF&G will make its expert, John George,

2   available for deposition on the morning of March 28, 2006. Should Nugget's Motion Re:

3   Extend Report Deadline, which Motion relates only to its Expert, be granted, USF&G would

4   request that Nugget's Expert Report be issued in time for the deposition of its Expert to

5   occur on the afternoon of March 28, 2006, so that the Discovery deadline need not be

6   extended. As a result, USF&G suggests that Nugget's Expert Report be produced on or

7   before March 24, 2006.

8       Dated this __15__ day of February, 2006.

9

10      Herbert A. Viergutz, Alaska Bar No. 8506088

11  **CERTIFICATE OF SERVICE**
    I HEREBY CERTIFY that a true
12  copy of the above was faxed on
    the _15_ day of February, 2006, to:

13  Michael W. Sewright, Esq.
    Burr, Pease & Kurtz
14  810 N Street
    Anchorage, AK 99501

15  Paul Stockler, Esq.
    1309 West 16th Avenue
16  Anchorage, AK 99501

    Traeger Machetanz, Esq
17  Oles Morrison Rinker & Baker, LLP
    745 4th Avenue, Suite 502
18  Anchorage, AK 99501-2136

19  and mailed to:

    Steven J. Shamburek, Esq.
20  Law Office of Steven J. Shamburek
    425 G Street, Suite 630
21  Anchorage, AK 99501-5872

22  Herbert A. Viergutz

23

24

25      BAROKAS MARTIN & TOMLINSON
        1029 West Third, Suite 280
26      Anchorage, Alaska 99501
        Phone: (907) 276-8010
        2       Fax: (907) 276-5334