IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
UNITED STATES OF AMERICA for the    )
use of NORTH STAR TERMINAL &        )
STEVEDORE COMPANY, d/b/a Northern   )
Stevedoring & Handling, and NORTH   )
STAR TERMINAL & STEVEDORE COMPANY,  )
d/b/a Northern Stevedoring & Hand-  )
ling, on its own behalf,            )
                                    )
                    Plaintiffs,     )
    and                             )
                                    )
UNITED STATES OF AMERICA for the    )
use of SHORELINE PETROLEUM, INC.,   )
d/b/a Marathon Fuel Service, and    )
SHORELINE PETROLEUM, INC., d/b/a    )
Marathon Fuel Service, on its own   )
behalf,                             )
                                    )
           Intervening Plaintiffs,  )
                                    )
    and                             )
                                    )   No. A98-0009-CV (HRH)
METCO, INC.,                        )
                                    )
           Intervening Plaintiff,   )
                                    )           O R D E R
    vs.                             )
                                    )       Participation of
NUGGET CONSTRUCTION, INC.; SPENCER  )      Nonresident Attorney
ROCK PRODUCTS, INC.; UNITED STATES  )
FIDELITY AND GUARANTY COMPANY; and  )
ROBERT A. LAPORE,                   )
                                    )
                    Defendants.     )
_____)
```

THIS MATTER having come before the court on the motion for participation of nonresident attorney in this matter for the limited purpose of representing Nugget Construction, Inc., in the above-captioned matter, and it appearing that good cause exists for the relief requested, it is hereby

- 1 -

ORDERED that Thomas R. Krider be and is hereby admitted to practice before this court <u>pro hac vice</u> in this matter.

Dated at Anchorage, Alaska, this <u>21st</u> day of February, 2006.

<u>/s/ H. Russel Holland</u>
United States District Judge