LAW OFFICE

# BAROKAS MARTIN & TOMLINSON

LARRY L. BAROKAS, P.S.
DALE R. MARTIN, P.S.
JOHN R. TOMLINSON, JR.
FRANKLIN L. DENNIS
MICHAEL A. GALLETCH
LAURA KLEISLE
GREGORY FULLERTON

1029 West Third, Suite 280
ANCHORAGE, ALASKA 99501
(907) 276-8010
FAX (907) 276-5334

BARMAR @ GCI.NET

RESIDENT COUNSEL, ALASKA OFFICE
HERBERT A. VIERGUTZ

NO DOCKET DATE ___
DOCKETED

February 14, 2006

**Via Facsimile No. 258-2530**

Michael W. Sewright, Esq.
Burr, Pease & Kurtz
810 N Street
Anchorage, AK 99501

**Via Facsimile No. 258-5519**

Thomas Krider, Esq.
Oles Morrison Rinker & Baker, LLP
745 4th Avenue, Suite 502
Anchorage, AK 99501-2136

**Via Facsimile No. 522-5393**

Steven J. Shamburek, Esq.
Law Office of Steven J. Shamburek
425 G Street, Suite 630
Anchorage, AK 99501-5872

**Via Facsimile No. 272-4877**

Paul Stockler, Esq.
1309 West 16th Avenue
Anchorage, AK 99501

Re: **North Star v. Nugget Construction, et.al.**

Gentlemen:

I suggest we take the deposition of Nugget's expert on the morning of March 28, 2006, and John George, the expert for USF&G on the afternoon of that date. Mr. George's Report will be completed by March 17, 2006.

Thank you for taking the time to consider this matter.

Sincerely,

Herbert A. Viergutz

HAV/sbj
cc: Janice Smith