Traeger Machetanz, Esq.
Gloria Ho, Esq.
OLES MORRISON RINKER & BAKER, LLP
745 Fourth Avenue, Suite 502
Anchorage, AK 99501-2136
Telephone: (907) 258-0106
Telecopier: (907) 258-5519

Attorneys for Nugget Construction Co.,
Inc., and USF&G, Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a NORTHERN STEVEDORING & HANDLING, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf,<br><br>    Plaintiffs,<br>and<br><br>UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Service, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Service, on its own behalf,<br><br>    Intervening Plaintiffs,<br>and<br><br>METCO, INC.,<br><br>    Intervening Plaintiff,<br><br>vs.<br><br>NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.,; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE,<br><br>    Defendants. | No. A98-009 CIV (HRH)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>NUGGET CONSTRUCTION, INC.'S EXPERT DESIGNATION |

Exhibit 6
1 of 4

Pursuant to Federal Rule of Civil Procedure 26(a)(2)(A), Defendant Nugget Construction, Inc., hereby discloses the identity of its designated expert who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence:

> Bert Millikin
> 9205 Macswain Place
> Springfield, Virginia 22153
> Phone: (703) 455-0648

Mr. Millikin will testify on practices and contractual relationships between owners and general contractors and lower tier subcontractors and suppliers on federal projects, including without limitation, the handling of pay estimates and payments, back charges and subcontractor and supplier default.

Defendant Nugget reserves the right to supplement its expert designation and testimony if additional or corrective information may become known through discovery.

*U.S. ex rel. North Star, et al. v. Nugget Construction, et al.*
Case No. A98-009 CIV (HRH)
Nugget Construction, Inc.'s Expert Designation -- Page 2 of 4

Exhibit 6
2 of 4

1  Dated: December 27, 2005    OLES MORRISON RINKER & BAKER LLP
                               Attorneys for Nugget Construction,
2                                  Inc., and United States
                                   Fidelity and Guaranty Co.
3
4
                                By: _____
5                                   Traeger Machetanz
                                    Alaska Bar No. 8411127
6                                   Gloria Ho
                                    Alaska Bar No. 0507064
7

8

9  P-GYH 089 DES exp-Millikin-122005

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*U.S. ex rel. North Star, et al. v. Nugget Construction, et al.*
Case No. A98-009 CIV (HRH)
Nugget Construction, Inc.'s Expert Designation -- Page 3 of 4

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

Exhibit 6
3 of 4

CERTIFICATE OF SERVICE

I hereby certify that on this 27TH day of December, 2005, a true and correct copy of the foregoing was mailed/hand delivered, as indicated, to:

Michael W. Sewright, Esq. - **via hand delivery**
Burr, Pease & Kurtz
810 N Street
Anchorage, AK 99501

Steven J. Shamburek, Esq. - **via hand delivery**
Law Office of Steven J. Shamburek
425 G Street, Suite 630
Anchorage, AK 99501-5872

Paul Stockler, Esq. - **via hand delivery**
1309 West 16th Avenue
Anchorage, AK 99501

C. Patrick Stoll, Esq. - **via U.S. Mail**
Herrig Vogt & Stoll LLP
4210 Douglas Bay Blvd., Suite 100
Granite Bay, CA 95746-5902

Herbert A. Viergutz, Esq. - **via hand delivery**
Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501

OLES MORRISON RINKER & BAKER LLP

By: _____
   Karin Gustafson

*U.S. ex rel. North Star, et al. v. Nugget Construction, et al.*
Case No. A98-009 CIV (HRH)
Nugget Construction, Inc.'s Expert Designation -- Page 4 of 4

Exhibit 6
4 of 4