# BAROKAS MARTIN & TOMLINSON

LARRY L. BAROKAS, P.S.
DALE R. MARTIN, P.S.
JOHN R. TOMLINSON, JR.
FRANKLIN L. DENNIS
MICHAEL A. GALLETCH
LAURA KLEISLE
GREGORY FULLERTON

1029 West Third, Suite 280
ANCHORAGE, ALASKA 99501
(907) 276-8010
FAX (907) 276-5334

BARMAR @ GCI.NET

RESIDENT COUNSEL, ALASKA OFFICE
HERBERT A. VIERGUTZ

NO DOCKET DATE

DOCKETED

February 28, 2006

**Via Facsimile No. 258-2530**

Michael W. Sewright, Esq.
Burr, Pease & Kurtz
810 N Street
Anchorage, AK 99501

**Via Facsimile No. 258-5519**

Thomas Krider, Esq.
Oles Morrison Rinker & Baker, LLP
745 4th Avenue, Suite 502
Anchorage, AK 99501-2136

**Via Facsimile No. 522-5393**

Steven J. Shamburek, Esq.
Law Office of Steven J. Shamburek
425 G Street, Suite 630
Anchorage, AK 99501-5872

**Via Facsimile No. 272-4877**

Paul Stockler, Esq.
1309 West 16th Avenue
Anchorage, AK 99501

Re: **North Star v. Nugget Construction, et.al.**

Gentlemen:

I would much prefer to conduct the depositions scheduled by Mr. Sewright on March 8, rather than March 9, as a result of the Court setting a Hearings which I must attend on March 9. Thank you.

Sincerely,

Herbert A. Viergutz

HAV/sbj
cc: Janice Smith

rcv'd by me 4:30
MWS
actually 4:18

Exhibit 1
1 of 1

SEATTLE OFFICE: 1422 BELLEVUE AVENUE, SEATTLE, WASHINGTON 98122, (206) 621-1871. FAX (206) 621-9907