**Subject:** Herb's Letter & Depo Dates
**From:** "Michael W. Sewright" <mws@bpk.com>
**Date:** Tue, 28 Feb 2006 17:04:15 -0900
**To:** Herbert Viergutz <barmar@gci.net>, Tom Krider <Krider@OLES.com>, Steve Shamburek <shamburek@gci.net>, Pat Stoll <cps@hvslaw.com>, Paul Stockler <paulstockler@aol.com>

```
    To all:

    This is in response to Mr. Viergutz's letter dated today and taglined as sent at
5:18 pm but actually sent an hour earlier like his other telefaxed correspondence
during the past month.  Like with Herb's other faxes, you probably haven't received
a copy Steve because, if I understand correctly, the number he is using for you is
no longer operable.
    In his letter, Herb states he would much prefer to conduct the depositions I
have scheduled for March 9 on March 8 instead because a court hearing has been set
he must attend on March 9.   Herb, if all counsel and the witnesses agree within
the next day in writing (emails will do) to taking those depositions I have set for
the 9th on the 8th instead and further agree I do not have to send out new depo
notices or subpoenas to secure the attendance of the witnesses on March 8,
including Mr. Poynor, then it is okay with me that we do them on March 8.   Until
that happens they will stay noticed for March 9.  I was relying on your and other
counsels' previous representations that the week of March 6 would be left open for
depos in this case, and you did not notify otherwise until just now.

    - M. Sewright

--

Michael W. Sewright
Burr, Pease & Kurtz
810 N Street, Anchorage AK 99501
(907) 276-6100
http://www.bpk.com

*****************************************************************************
CONFIDENTIALITY NOTICE:  This transmission (including all attachments) is intended
only for the use of the named addressee(s), and may contain information that is
privileged or exempt from disclosure under applicable law.  If you are not the
named addressee(s), you are hereby notified that any use, dissemination,
distribution or copying of this transmission is STRICTLY PROHIBITED.  If you have
received this transmission in error, please destroy it and notify us immediately at
(800) 474-4275 or (907) 276-6100.
*****************************************************************************
```

Exhibit __2__
__1__ of __1__

3/2/2006 10:09 AM