IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf,<br><br>        Plaintiffs,<br>  and<br><br>UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Service, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Service, on its own behalf,<br><br>        Intervening Plaintiffs,<br>  and<br><br>METCO, INC.,<br><br>        Intervening Plaintiff,<br>  vs.<br><br>NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE,<br><br>        Defendants. | Case No. 3:98-cv-009 -HRH<br><br>**(Proposed) ORDER DENYING DEFENDANT NUGGET CONSTRUCTION'S MOTION TO EXTEND DEADLINE FOR EXPERT REPORTS** |

The Court, having considered Defendant Nugget Construction's Motion to Extend Deadline for Expert Reports filed herein on February 14, 2006, and the plaintiffs' opposition thereto, and being fully advised in the premises thereof,

HEREBY ORDERS:  That the motion is Denied.  Nugget is hereby sanctioned in the amount of $_____, and Nugget's designated expert, Mr. Millikin, is precluded from issuing a report or testifying in this matter.


DATED:     _____          _____
                                      HONORABLE H. RUSSEL HOLLAND
                                      United States District Judge