Traeger Machetanz, Esq.
OLES MORRISON RINKER & BAKER, LLP
745 Fourth Avenue, Suite 502
Anchorage, AK  99501-2136
Telephone:  (907) 258-0106
Telecopier:  (907) 258-5519

Attorneys for Nugget Construction Co.,
    Inc., and USF&G, Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a NORTHERN STEVEDORING & HANDLING, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf, <br><br>           Plaintiffs,<br>      and<br><br>UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Service, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Service, on its own behalf,<br><br>           Intervening Plaintiffs,<br>      and<br><br>METCO, INC.,<br><br>           Intervening Plaintiff,<br><br>      vs.<br><br>NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.,; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE,<br><br>           Defendants. | No. A98-009 CIV (HRH)<br><br><u>PROPOSED ORDER GRANTING MOTION TO QUASH SUBPOENAS TO GREG POYNER AND L.D. "RANDY" RANDOLPH AND FOR A PROTECTIVE ORDER DISCOVERY</u> |

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

THIS MATTER having come before the Court on the Motion of Defendant Nugget Construction to Quash Subpoenas to Greg Poyner and L.D. "Randy" Randolph and for a Protective Order Limiting Discovery, in the above-captioned matter, and it appearing that good cause exists for the Subpoenas to be quashed and for a Protective Order Limiting Discovery, it is hereby

ORDERED that Defendant Nugget Construction's Motion to Quash Subpoenas to Greg Poyner and L.D. "Randy" Randolph and for a Protective Order Limiting Discovery is GRANTED.  The Subpoenas to Greg Poyner and L.D. "Randy" Randolph are QUASHED.

DATED this ____ day of _____, 2006.

_____
H. Russell Holland
Judge of the U.S. District Court

P-TM ORD EXTEND EXPERT REPORT DEADLINE 021006 993100002

*U.S. ex rel. North Star, et al. v. Nugget Construction, et al.*
Case No. A98-009 CIV (HRH)
Order Granting Motion to Quash Subpoenas to L.D. "Randy"
 Randolph and for a Protective Order Limiting Discovery-- Page 2 of 3

**OLES MORRISON RINKER & BAKER LLP**
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106    Fax: (907) 258-5519

CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of March, 2006, a true and correct copy of the foregoing was served

electronically on:

Michael W. Sewright, Esq.
mws@bpk.com
Burr, Pease & Kurtz
810 N Street
Anchorage, AK  99501

Steven J. Shamburek, Esq.
shamburek@gci.net
Law Office of Steven J. Shamburek
425 G Street, Suite 630
Anchorage, AK  99501-5872

Paul Stockler, Esq.
paulstockler@aol.com
1309 West 16th Avenue
Anchorage, AK  99501

Herbert A. Viergutz, Esq.
barmar@gci.net
Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501

and by U.S. mail on:

C. Patrick Stoll, Esq.
Herrig Vogt & Stoll LLP
4210 Douglas Bay Blvd., Suite 100
Granite Bay, CA 95746-5902

OLES MORRISON RINKER & BAKER LLP

By: s/Traeger Machetanz

*U.S. ex rel. North Star, et al. v. Nugget Construction, et al.*
Case No. A98-009 CIV (HRH)
Order Granting Motion to Quash Subpoenas to L.D."Randy" Randolph and for a Protective Order Limiting Discovery-- Page 3 of 3

**OLES MORRISON RINKER & BAKER LLP**
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519