1

2

3   **CERTIFICATE OF SERVICE**
    I HEREBY CERTIFY that a copy of this document
4   was served by electronic notification on this 10th day
    of March, 2006, to:

5
    Michael W. Sewright, Esq.
6   Burr, Pease & Kurtz
    810 N Street
7   Anchorage, AK  99501

8   Paul Stockler, Esq.
    1309 West 16th Avenue
9   Anchorage, AK  99501

10  Tom Krider, Esq.
    Traeger Machetanz, Esq
11  Oles Morrison Rinker & Baker, LLP
    745 4th Avenue, Suite 502
12  Anchorage, AK 99501-2136

13  Steven J. Shamburek, Esq.
    Law Office of Steven J. Shamburek
14  425 G Street, Suite 630
    Anchorage, AK  99501-5872

15
    s/ Herbert A. Viergutz
16  _____

17

18

19

20

21

22

23

24

25

26                                              **BAROKAS MARTIN & TOMLINSON**
                                                **1029 West Third, Suite 280**
27                                              **Anchorage, Alaska 99501**
                                                **Phone: (907) 276-8010**
28                              4               **Fax: (907) 276-5334**