# Herbert A Viergutz

| | |
|---|---|
| **From:** | "Herbert A Viergutz" <barmar@gci.net> |
| **To:** | "Tom Krider" <Krider@OLES.com> |
| **Sent:** | Thursday, February 16, 2006 12:18 PM |
| **Subject:** | Re: Nugget |

Thank you. It is the 27th. I will do a ReNotice.

----- Original Message -----
**From:** Tom Krider
**To:** Herbert Viergutz
**Sent:** Thursday, February 16, 2006 12:17 PM
**Subject:** Nugget

Herb,

Your Notice of Deposition for Gallow indicates that he will be deposed on Monday, March 17. However, March 17 is a Friday. Do you want him on that Friday, or on Monday, March 27? Your filing with the court indicated the 27th.

Thomas R. Krider
Oles Morrison Rinker & Baker LLP
701 Pike Street, Suite 1700
Seattle, WA 98101
Phone: (206) 623-3427
Direct fax: (206) 381-5248

This electronic message transmission contains information which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, please be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone at (206) 623-3427.

Exhibit A page 9 of 9   2/16/06