occur on Monday, March 27, 2006, at 1:00 p.m., at the offices of Barokas Martin & Tomlinson, 1029 West Third, Suite 280, Anchorage, AK 99501, before a Court Reporter.

You are invited to attend and put forth such interrogatories as you may elect. The oral examination shall continue from day to day until complete.

Dated this ___16___ day of February, 2006

_____
Herbert A. Viergutz, Alaska Bar No. 8506088

**CERTIFICATE OF SERVICE**
I HEREBY CERTIFY that a true copy of the above was faxed on the __16__ day of February, 2006 to:

Michael W. Sewright, Esq.
Burr, Pease & Kurtz
810 N Street
Anchorage, AK 99501

Paul Stockler, Esq.
1309 West 16th Avenue
Anchorage, AK 99501

Traeger Machetanz, Esq
Oles Morrison Rinker & Baker, LLP
745 4th Avenue, Suite 502
Anchorage, AK 99501-2136

and mailed to:

Steven J. Shamburek, Esq.
Law Office of Steven J. Shamburek
425 G Street, Suite 630
Anchorage, AK 99501-5872

_____
Herbert A. Viergutz

BAROKAS MARTIN & TOMLINSON
1029 West Third, Suite 280
Anchorage, Alaska 99501
Phone: (907) 276-8010
Fax: (907) 276-5334

2

*Exhibit A page 4 of 9*