## Herbert A Viergutz

| | |
|---|---|
| From: | "Herbert A Viergutz" <barmar@gci.net> |
| To: | "Michael W. Sewright" <mws@bpk.com> |
| Sent: | Wednesday, February 15, 2006 6:15 AM |
| Subject: | Re: Untimely Reports |

My expert report is not untimely pursuant to Rule 26(b)2(C).

----- Original Message -----
From: "Michael W. Sewright" <mws@bpk.com>
To: "Herbert Viergutz" <barmar@gci.net>
Cc: "Tom Krider" <Krider@OLES.com>; "Steve Shamburek" <shamburek@gci.net>; "Pat Stoll" <cps@hvslaw.com>; "Paul Stockler" <paulstockler@aol.com>
Sent: Tuesday, February 14, 2006 4:18 PM
Subject: Untimely Reports


>   Herb,
>
>   In response to your telefaxed correspondence earlier this afternoon,
> I do not agree to an untimely expert report or notification of that
> intent for the first time this afternoon.   - Mike
>
> --
>
> Michael W. Sewright
> Burr, Pease & Kurtz
> 810 N Street, Anchorage AK 99501
> (907) 276-6100
> http://www.bpk.com
>
> ****************************************************************
> CONFIDENTIALITY NOTICE:  This transmission (including all attachments) is intended only for the use of the named addressee(s), and may contain information that is privileged or exempt from disclosure under applicable law.  If you are not the named addressee(s), you are hereby notified that any use, dissemination, distribution or copying of this transmission is STRICTLY PROHIBITED.  If you have received this transmission in error, please destroy it and notify us immediately at (800) 474-4275 or (907) 276-6100.
> ****************************************************************
>
>
>

2/15/06

Exhibit A page 5 of 9