## Herbert A Viergutz

| | |
|---|---|
| **From:** | "Herbert A Viergutz" <barmar@gci.net> |
| **To:** | "Steven J. Shamburek" <shamburek@gci.net> |
| **Cc:** | "Michael W. Sewright" <mws@bpk.com> |
| **Sent:** | Thursday, February 16, 2006 8:16 AM |
| **Subject:** | expert depositions |

Enough e-mails on your position vs. mine. It is simply obvious to me that rather than litigate, you choose to engage in procudural rancor. I will keep March 28 open for the deposition of my expert. Talking about untimeliness, Mike said you were going to Notice the deposition of Mr. Terwilliger, but I still haven't seen that, although it was discussed a long time ago.

2/16/06

Exhibit A page 8 of 9