Traeger Machetanz, Esq.
Thomas R. Krider, Esq.
OLES MORRISON RINKER & BAKER LLP
745 Fourth Avenue, Suite 502
Anchorage, Alaska 99501
Telephone: 907-258-0106
Facsimile: 907-277-8001

Attorneys for Defendant Nugget Construction, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a NORTHERN STEVEDORING & HANDLING, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf,<br><br>    Plaintiffs,<br>  and<br>UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Service, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Service, on its own behalf,<br><br>    Intervening Plaintiffs,<br>  and<br>METCO, INC.,<br><br>    Intervening Plaintiff,<br><br>  vs.<br>NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC., UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE,<br><br>    Defendants. | NO. A98 009 CIV (HRH)<br><br>**REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANT NUGGET CONSTRUCTION'S MOTION TO EXTEND DEADLINE FOR EXPERT REPORTS** |

**OLES MORRISON RINKER & BAKER LLP**
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

*U.S. ex rel. North Star, et al. v. Nugget Construction, et al.*
Case No. A98-009 CIV (HRH)
Reply To Motion For Extension of Time
For Expert Reports -Page 1 of 5
P-TRK Reply to Mot re Expert Reports 99310.0002.doc

That Plaintiffs oppose Defendant Nugget's Motion to Extend Deadline for Expert Reports is not surprising, as the parties have agreed on very little during the course of this litigation. However, what is suprising is the vitriolic nature of their opposition to a very straight forward request to extend the deadline for one expert report, so that it can incorporate the testimony of North Star's primary witness, Jack Goodwill. As stated in Nugget's Motion, an attempt to seek agreement on the requested extension was made prior to bringing the motion.[1] When Plaintiffs would not agree, Nugget filed a simple request asking the court to extend the deadlines to address the fact that Mr. Goodwill was unavailable for an extended period of time. Nugget's Motion should be granted.[2]

Plaintiffs argue that they will be prejudiced if Nugget is allowed to profer its expert report after Mr. Goodwill's deposition and if the deposition of that expert is extended beyond the current discovery cutoff date. Plaintiffs do not

---

[1] Nugget understood that permission from the court was still required even if all parties agreed; however, it sought concurrence from Plaintiffs to allow it to state that there was no opposition to the request, which was not obtained.

[2] USF&G, through its separate counsel, has filed its own response to Plaintiffs' oppositions, as they specifically attack USF&G's right to provide

*U.S. ex rel. North Star, et al. v. Nugget Construction, et al.*
Case No. A98-009 CIV (HRH)
Reply To Motion For Extension of Time
For Expert Reports -Page 2 of 5
P-TRK Reply to Mot re Expert Reports 99310.0002.doc

**OLES MORRISON RINKER & BAKER LLP**
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

explain how they are prejudiced in the absence of a current trial date in this matter. The fact that their counsel have personal vacations planned in April should not preclude plaintiffs from taking one day to depose Nugget's expert before the dispositive motion deadline, should they even choose to do so. Therefore, to the extent that there may be some prejudice, it is very small and readily overcome.

In its Opposition, North Star implies that it complied with the expert disclosure requirements, such that it would be prejudiced if Nugget were now allowed to issue its report at a later date. This position is misleading at best. The only expert report proffered by Plaintiffs related to their claims of bad faith against the surety. There is nothing relating to Nugget in their expert's report. Thus, Nugget obtains no advantage by having Plaintiffs' expert report prior to issuing its own.

Nugget's narrow request for an extension of the deadline for filing its expert report and for the taking of said expert's deposition is justified by the unavailability of Mr. Goodwill for deposition, and Plaintiffs have failed to show sufficient

---

rebuttal reports in this litigation. Nugget will not address Plaintiffs' arguments concerning USF&G's positions in this reply.
*U.S. ex rel. North Star, et al. v. Nugget Construction, et al.*
Case No. A98-009 CIV (HRH)
Reply To Motion For Extension of Time
For Expert Reports -Page 3 of 5
P-TRK Reply to Mot re Expert Reports 99310.0002.doc

1  prejudice to preclude the requested extension. As such,
2  Nugget's Motion should be granted.
3      DATED this 13th day of March, 2006.

```
                              By  s/Thomas R. Krider
                                  Thomas R. Krider
                                  krider@oles.com
                                  Washington Bar No. 29490
                                  745 West 4th Avenue, Suite 502
                                  Anchorage, AK 99501
                                  Phone: (907) 258-0106
                                  Fax:   (907) 258-5519
```

*U.S. ex rel. North Star, et al. v. Nugget Construction, et al.*
Case No. A98-009 CIV (HRH)
Reply To Motion For Extension of Time
For Expert Reports -Page 4 of 5
P-TRK Reply to Mot re Expert Reports 99310.0002.doc

**OLES MORRISON RINKER & BAKER LLP**
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 13th day of March, 2006, a true and correct copy of the foregoing was served electronically via ECF on:

Michael W. Sewright, Esq.
mws@bpk.com
Burr, Pease & Kurtz
810 N Street
Anchorage, AK  99501

Steven J. Shamburek, Esq.
shamburek@gci.net
Law Office of Steven J. Shamburek
425 G Street, Suite 630
Anchorage, AK  99501-5872

Paul Stockler, Esq.
paulstockler@aol.com
1309 West 16th Avenue
Anchorage, AK  99501

Herbert A. Viergutz, Esq.
barmar@gci.net
Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501

and by U.S. mail on:

C. Patrick Stoll, Esq.
Herrig Vogt & Stoll LLP
4210 Douglas Bay Blvd., Suite 100
Granite Bay, CA 95746-5902

OLES MORRISON RINKER & BAKER LLP


By:   s/Thomas R. Krider

*U.S. ex rel. North Star, et al. v. Nugget Construction, et al.*
Case No. A98-009 CIV (HRH)
Reply To Motion For Extension of Time
For Expert Reports -Page 5 of 5
P-TRK Reply to Mot re Expert Reports 99310.0002.doc

**OLES MORRISON RINKER & BAKER LLP**
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519