Michael W. Sewright
BURR, PEASE & KURTZ
810 N Street
Anchorage, AK  99501-3293
Telephone:   (907) 276-6100
Fax No.:     (907) 258-2530
Attorneys for North Star

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf,<br><br>         Plaintiffs,<br>   and<br><br>UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, on its own behalf,<br><br>         Intervening Plaintiffs,<br>   and<br><br>METCO, INC.,<br><br>         Intervening Plaintiff,<br>   vs.<br><br>NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE,<br><br>         Defendants. | Case No. 3:98-cv-009-HRH<br><br>**OPPOSITION TO NUGGET CONSTRUCTION'S MOTION TO QUASH SUBPOENAS AND FOR <u>PROTECTIVE ORDER</u>** |

Plaintiff and Use Plaintiff North Star Terminal & Stevedore Company d/b/a Northern Stevedoring & Handling ("North Star") hereby responds to defendant Nugget Construction, Inc.'s March 6, 2006 Motion to Quash Subpoenas to Greg Poynor and L. D. "Randy" Randolph and for a Protective Order Limiting Discovery. Clerk's Docket No 463. The motion should be denied as moot. The depositions have already been taken by agreement of counsel.

North Star considers many of the representations contained in Nugget's unsworn memorandum in support of that motion to be incorrect and/or incomplete. North Star believes that could be substantiated by prior correspondence between counsel, including but not limited to the February 16 and February 21 correspondence referred to in Nugget's memorandum. In those and prior communications North Star's counsel gave additional reasons to take those depositions. In correspondence dated February 18, 2006, it also specifically asked whether leave of the court would be necessary, as Nugget counsel had suggested might be the case in one or two of its communications before that. On February 17 North Star formally noticed the deposition of Mr. Randolph to start the morning of February 28.

Instead of responding to that correspondence, Nugget requested on February 22 that the deposition of Mr. Randolph noticed for February 28 be rescheduled to the end of the week of March 6, and by agreement of counsel it was renoticed for March 10.

The day after receiving Nugget's motion, North Star communicated its understanding to Nugget that there had been agreement on at least the Randolph deposition. *See* Exhibit 1 attached hereto.

Following that, the parties reached agreement on taking the depositions of Mr. Randolph and Mr. Poynor, including inquiry into Mr. Randolph's relationship with Oles Morrison Rinker

and Baker, and those depositions were taken last week. North Star does not intend to depose those individuals further. Only in the event of the discovery of significant new information involving those witnesses might that change, and in that event North Star would first request leave of the court or obtain a written stipulation.

      Therefore, there is no need to quash the subpoenas, which have already been exercised, or to enter a protective order, since the discovery has already been had.

      Undersigned counsel understands that Nugget will be withdrawing that motion.

      Dated at Anchorage, Alaska, on March 17, 2006.

      s/ Michael W. Sewright
Burr, Pease & Kurtz
810 N Street
Anchorage, Alaska 99501
Phone: (907) 276-6100
Fax: (907) 258-2530
E-mail: bpk@bpk.com
Alaska Bar No. 7510090

CERTIFICATE OF SERVICE
I certify that on the 17th day of March 2006, a copy of the foregoing OPPOSITION TO NUGGET CONSTRUCTION'S MOTION TO QUASH SUBPOENAS AND FOR PROTECTIVE ORDER was served electronically to:

  Steven S. Shamburek, Esq.
  Traeger Machetanz, Esq.
  Paul D. Stockler
  Herbert A. Viergutz
  C. Patrick Stoll, Esq.

  s/ Michael W. Sewright

Opposition To Nugget Construction's
Motion To Quash Subpoenas And For Protective Order
*North Star Terminal & Stevedore Co., et al v. Nugget Construction et al*
Case No. A98-009 CV    45-40 / #82604
Page 3 of 3