MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


UNITED STATES ex rel. NORTH
<u>STAR TERMINAL & STEVEDORE CO.</u>    v.    <u>NUGGET CONSTRUCTION, INC.</u>

THE HONORABLE H. RUSSEL HOLLAND         CASE NO.   <u>3:98cv0009-HRH</u>


<u>Deputy Clerk</u>                         <u>Official Recorder</u>


APPEARANCES:    for PLAINTIFF:   ----

                for DEFENDANT:   ----

PROCEEDINGS:    **ORDER FROM CHAMBERS**

---

 Defendant Nugget Construction's motion to quash subpoenas (Clerk's Docket No. 463) is denied as moot.

- 1 -