Traeger Machetanz, Esq.
Thomas R. Krider, Esq.
OLES MORRISON RINKER & BAKER, LLP
745 Fourth Avenue, Suite 502
Anchorage, AK  99501-2136
Telephone:  (907) 258-0106
Telecopier:  (907) 258-5519

Attorneys for Nugget Construction Co.,
    Inc., and USF&G, Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a NORTHERN STEVEDORING & HANDLING, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf,<br><br>　　　　　　　Plaintiffs,<br>　　and<br><br>UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Service, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Service, on its own behalf,<br><br>　　　　　　Intervening Plaintiffs,<br>　　and<br><br>METCO, INC.,<br><br>　　　　　　Intervening Plaintiff,<br><br>　　vs.<br><br>NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.,; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE,<br><br>　　　　　　　Defendants. | No. A98-009 CIV (HRH)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>AFFIDAVIT OF<br>THOMAS R. KRIDER<br>IN SUPPORT OF NUGGET'S<br>MOTION FOR SUMMARY JUDGMENT<br>ON METCO'S STATE LAW CLAIMS |

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

```
STATE OF ALASKA    )
                   )
                   )
```

THOMAS R. KRIDER, being first duly sworn upon oath, deposes and states as follows:

1. I am a partner in the law firm of Oles Morrison Rinker & Baker LLP. I am currently identified among the counsel of record for Nugget Construction, Inc. in the above-captioned proceedings.

2. Attached hereto as Exhibit 1 is a true and correct transcript of the November 29, 2005 deposition of Barbara Dieckgraeff.

3. Attached hereto as Exhibit 2 is a true and correct copy of Metco's Discovery Responses, dated November 14, 2005.

FURTHER your affiant saith not.

_____
THOMAS R. KRIDER

SUBSCRIBED AND SWORN to before me this 24th day of April, 2006.

_____
Printed Name: Catherine A. Melland
NOTARY PUBLIC in and for the State of Washington, residing at Bellevue, WA
My Appointment Expires 11-26-07.

P JAD Krider Affidavit Metco MSJ State Law 99310.0002.doc



*U.S. ex rel. North Star, et al. v. Nugget Construction, et al.*
Case No. A98-009 CIV (HRH)
Affidavit of Thomas P. Krider -- Page 2 of 2

**OLES MORRISON RINKER & BAKER LLP**
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106  Fax: (907) 258-5519