DATE _5-14-97_    **DAILY TIME CARD**    *Metco*    OFFICE USE ONLY

Employee's Name _Doug Jewell_    Nº10432

| CUSTOMER | Job Location | Machine No. | Job Description | Type of Product | Loads yds. | HRS | Office use only |
|---|---|---|---|---|---|---|---|
| SPENCER | R + R. | | OPERATOR EXC 6 AM TO 11 AM | 5 | | 15 | ⊕ |
| | | | 12 NOON TO 5 PM | 5 | | | |
| | | | 6 AM TO 11 PM | 5 | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | TOTAL HOURS | | |

---

DATE _5/4/97_    **DAILY TIME CARD**    *Metco*    OFFICE USE ONLY

Employee's Name _Jim Pipkin_    Nº10297

| CUSTOMER | Job Location | Machine No. | Job Description | Type of Product | Loads yds. | HRS | Office use only |
|---|---|---|---|---|---|---|---|
| SPENCER Rock | | TRKEMC | 2:30 AM - 4:30 AM Haul Rock | | | | |
| | | | To Longshore Dock | | | 2 | ⊕ |
| | Shop | TRKEMC | 5:30-6:00 fuel Lube | | | 1/2 | |
| ZUBECK | Lowell Canyon | TRKKW3 | 7:00 AM - 11:00 AM Haul 13 Loads | | | | |
| | | | To Ball Park | | | 4 | ✓ |
| | Shop | TRKEMC | 11:00-11:30 AM Repair Door Hinge | | | 1/2 | |
| ALASKA R.R. | | TRKKW3 | 1:00 PM - 5:30 Haul 12 Loads | | | | |
| | | | Away from Depot | | | 4 1/2 | ⊕ |
| | Shop | TRKKW3 | 5:30-6:00 Repair Mud flap | | | 1/2 | |
| | | | | | | TOTAL HOURS | |

EXHIBIT 2
Page 26 of 69

DATE 5-15-97

**DAILY TIME CARD**

Metco

OFFICE USE ONLY

M10423

Employee's Name DON SUTHERLAND

| CUSTOMER | Job Location | Machine No. | Job Description | Type of Product | Loads yds. | HRS | Office use only |
|---|---|---|---|---|---|---|---|
| SPENCER | RR Dock | TKGMC | HAUL ROCK | Rock | | 14½ | 85 65 P |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

TOTAL HOURS   14½

---

DATE 5-15-97

**DAILY TIME CARD**

Metco

OFFICE USE ONLY

M10301

Employee's Name Ell-aul

| CUSTOMER | Job Location | Machine No. | Job Description | Type of Product | Loads yds. | HRS | Office use only |
|---|---|---|---|---|---|---|---|
| SPENCER ROCK PROD. | RAIL ROAD DOCK | TRKGMC | HAUL 2400-0500 | | | 5 | P |
| | SHOP | TRKGMC | FUEL, GREASE | | | ¼ | |
| | | | | | | | |
| METCO | Yard | KW5TMS | FINISH LOADING LOWBOY + UNLOAD | | | 2¾ | |
| | | | CUT + SALVAGE STEEL IN YARD | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

EXHIBIT 2
Page 27 of 69

TOTAL HOURS   8

DATE _5-15-57_  **DAILY TIME CARD**  OFFICE USE ONLY

Employee's Name _DouG SEwell_   *Metco*   AK10442

| CUSTOMER | Job Location | Machine No. | Job Description | Type of Product | Loads yds. | HRS | Office use only |
|---|---|---|---|---|---|---|---|
| SPENCER Route R+R | | — | OPERATER EXC | | | | |
| | | | 6 Am — 11 Am | | | 5 | P |
| | | | 12 00 Noon — 5 00 PM | | | 5 | AK 2 P |
| | | | 6-1PM — 10:31 PM | | | 4½ | 4.5 P |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

TOTAL HOURS  14½

DATE _5/15/57_   **DAILY TIME CARD**   OFFICE USE ONLY

Employee's Name _Jim Pipkin_   *Metco*   AK10305

| CUSTOMER | Job Location | Machine No. | Job Description | Type of Product | Loads yds. | HRS | Office use only |
|---|---|---|---|---|---|---|---|
| Spencer Rock | | 10-966 | Stock Pile Filter Rock | | | 11 | 3.5 P |
| | | | From 6:00 AM TO 5 pm | | | | |
| | | | No breaks on Lunch | | | | |
| | | | | | | | |
| ALASKA RR. | Round House KWSH95 | | Bring Lowboy back | | | ½ | ✓ |
| | | | To plant | | | | |
| | | | 5.10 pm TO 5:50 pm | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

EXHIBIT 2
Page 28 of 69

TOTAL HOURS

**DAILY TIME CARD**

DATE _5 16 91_

Employee's Name _Lm Pyphn_

*Metco* | OFFICE USE ONLY A 10309

| CUSTOMER | Job Location | Machine No. | Job Description | Type of Product | Loads yds. | HRS | Office use only |
|----------|-------------|-------------|-----------------|-----------------|-----------|-----|-----------------|
| Spruce Road | | 10-26-6 | Stock pile filter | | | | |
| | | | Rock | | | 8½ 25 | 6 |
| | 6:00am To 2:30pm | | | | | | |
| | Lunch 930 F 300pm | | | | | | |
| | Una0 | 50mm | Change Sheds t | | | | |
| | | | Awaits in Spokane | | | | |
| | | 3:00 pm - 5:00pm | | | | 2 | 2 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

TOTAL HOURS _10½_

EXHIBIT 2
Page 29 of 69

DATE _5-17-97_  **DAILY TIME CARD**  *Metco,*  OFFICE USE ONLY
SR10461

Employee's Name _DOUG JEWELL_

| CUSTOMER | Job Location | Machine No. | Job Description | Type of Product | Loads yds. | HRS | Office use only |
|---|---|---|---|---|---|---|---|
| Forest Service Metco | Metco Dump Site | L120 | Root Stumps (7) | | | 2½ | T |
| | | | | | | | |
| Spincer Rock | R+R | 966 | Stock Pile | | | 4½ | T |
| | | | 1:00 PM  5:30 PM | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | TOTAL HOURS | 7 | |

DATE _3/17/97_  **DAILY TIME CARD**  *Metco,*  OFFICE USE ONLY
SR10313

Employee's Name _Jim Pipkins_

| CUSTOMER | Job Location | Machine No. | Job Description | Type of Product | Loads yds. | HRS | Office use only |
|---|---|---|---|---|---|---|---|
| Spincer Rock | | 10-966 | Stock pile Filter Rock | | | 6¼ | 6.25 T |
| | Started | 6:00 AM to 12:15 pm | | | | | |
| | (lunch | 2:15 pm to 12:30) | | | | | |
| | (4 and | Screwn  make  D-1 | | | | | |
| | | 10-125C | | | | 5 | 5 T |
| | Started | 1:00 pm  to 6:00 pm | | | | | |
| | | | | | | | |
| | 4 and | 10-125C | Check and log Fire | | | ½ | 5 |
| 6:00 pm (6:30) pm | | | Extinguishers month + year | | | | |
| | (and | Screwn | Test motor for Ground | | | | |
| 6:30 pm to 8:30 pm | | | for mine safty | | | 2 | 2 |

EXHIBIT 2
Page 30 of 69

DATE 5-20-97

**DAILY TIME CARD**

Employee's Name Don Sutherland

*Metco*

OFFICE USE ONLY

N 10420

| CUSTOMER | Job Location | Machine No. | Job Description | Type of Product | Loads yds. | HRS | Office use only |
|----------|--------------|-------------|-----------------|-----------------|------------|-----|-----------------|
| SPENCER | RR Dock | TK GMC | Haul Rock To Storage | Rock | | 15 | 7 P |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | TOTAL HOURS | | 15 | |

DATE 5-20-97

**DAILY TIME CARD**

Employee's Name Frank

*Metco*

OFFICE USE ONLY

T 10490

| CUSTOMER | Job Location | Machine No. | Job Description | Type of Product | Loads yds. | HRS | Office use only |
|----------|--------------|-------------|-----------------|-----------------|------------|-----|-----------------|
| Spencer Rock. | | | grinded 220 | | | 4 | P |
| | | | Rock pieces for S.R. | | | | |
| GTE | Exit Glacier Rail Road | HydroAxe | clearing | | | 2 | P |
| G | | | D9 Gravel - Pile | | | 1½ | T |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | EXHIBIT 2 | | |
| | | | | | Page 31 of 69 | | |

EXHIBIT 2
Page 31 of 69

DATE _5-__-97_     **DAILY TIME CARD**     *Metco*     OFFICE USE ONLY

10520

Employee's Name _Marvin Lachance_

| CUSTOMER | Job Location | Machine No. | Job Description | Type of Product | Loads yds. | HRS | Office use only |
|----------|--------------|-------------|-----------------|-----------------|------------|-----|-----------------|
| Spencer |  | TRK GMC | 12 m To 5:00 H.M. Haul Rock |  |  | 5 | T |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  | TOTAL HOURS |  |

DATE _5-21-97_     **DAILY TIME CARD**     *Metco*     OFFICE USE ONLY

N 10474

Employee's Name _Doug Jewell_

| CUSTOMER | Job Location | Machine No. | Job Description | Type of Product | Loads yds. | HRS | Office use only |
|----------|--------------|-------------|-----------------|-----------------|------------|-----|-----------------|
| Sevens |  | W-4 | Deliver Pit Run | Pit Run | 5 | 2½ | T |
| SPENCER | R+R | GMC | 6 PM To 11 PM Load Barg |  |  | 5 | T |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

EXHIBIT 2
Page 32 of 69

DATE 5-21-97

**DAILY TIME CARD**

Employee's Name DON SUTHERLAND

*Metco*

OFFICE USE ONLY

10472

| CUSTOMER | Job Location | Machine No. | Job Description | Type of Product | Loads yds. | HRS | Office use only |
|---|---|---|---|---|---|---|---|
| SPENCER | RR Dock | TICGMC | Haul Rock To Barge Rock | | | 10 | 2 T |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | TOTAL HOURS | | 10 | |

DATE 5- 21 - 97

**DAILY TIME CARD**

Employee's Name _____

*Metco*

OFFICE USE ONLY

10488

| CUSTOMER | Job Location | Machine No. | Job Description | Type of Product | Loads yds. | HRS | Office use only |
|---|---|---|---|---|---|---|---|
| Penis Road | A'RR yard | PTI water | water haul Road | | | | T |
| GTE | Exit Glacier Rock Row | Hydrapre | cleaning | | | 1½ | T |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

EXHIBIT 2
Page 33 of 69

TOTAL HOURS

DATE 5-21-97

**DAILY TIME CARD**

*Metco*

OFFICE USE ONLY

W 40326

Employee's Name _James Morton_

| CUSTOMER | Job Location | Machine No. | Job Description | Type of Product | Loads yds. | HRS | Office use only |
|---|---|---|---|---|---|---|---|
| | | DozD9H | Fuel Lube | | | .5 | |
| | | ScR633 | Fuel Lube | | | .5 | |
| | | ScRCru | Lube | | | .5 | |
| | | Lo 125c | Fuel Lube | | | .5 | |
| | | Bko510 | Fuel Lube | | | .5 | |
| | | Doz 450 | Fuel Lube | | | .75 | |
| | | TRk126 | Fuel Lube | | | 1/4 | |
| | | TRk6nc | Fuel Lube | | | .5 | |
| | | TRk6mc | Fix Head light | | | .5 | |
| | | HYD AXE | Fuel Lube | | | .5 | |
| | | Doz5-0 | Fuel Lube | | | 1/4 | |
| SpenceRock | | | Fix tires | | | 3 | T |
| | | TRkkw3 | Lube | 1/4 | TOTAL HOURS | 9 | |

EXHIBIT 2
Page 34 of 69

DATE _5 - 22 - 97_    **DAILY TIME CARD**

OFFICE USE ONLY

**Metco**    #10487

Employee's Name _Fred_

| CUSTOMER | Job Location | Machine No. | Job Description | Type of Product | Loads yds. | HRS | Office use only |
|---|---|---|---|---|---|---|---|
| Shoreside Petroleum Marine | | Rebelco L-90 | backfill Tanks holes | | | 3½ | P |
| | | | | | | 4½ | P |
| Denali Road | | PTI | Kiota Truck | | | 6½ | R |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | TOTAL HOURS | | |

EXHIBIT 2
Page 35 of 69

DATE 5-22-97

**DAILY TIME CARD**

Employee's Name _Garnett Tonrein_

*Metco*

OFFICE USE ONLY

10328

| CUSTOMER | Job Location | Machine No. | Job Description | Type of Product | Loads yds. | HRS | Office use only |
|----------|--------------|-------------|-----------------|-----------------|-----------|-----|-----------------|
| Spencer Rock |  |  | *Tires!* |  |  | 2 3.75 | 3.75 |
|  | St/go |  | Fill oil tanks |  |  | 1.5 |  |
|  |  | ScRCRU | 12 Hours  1 Hour Lube, Remove Dirt |  |  | 1.5 |  |
|  |  | Lo 125c | fuel Lube |  |  | .75 |  |
|  |  | Lo 120 | fuel Lube |  |  | .75 |  |
|  |  | TRk 624 | Lube |  |  | 1/4 |  |
|  |  | TRk 256 | Lube |  |  | 1/4 |  |
|  |  | TRk 126 | Lube |  |  | 1/4 |  |
|  |  | TRkkw3 | Lube |  |  | 1/4 |  |
|  |  | TRkkw4 | Lube |  |  | 1/4 |  |
|  |  | TRk6mc | fuel Lube |  |  | .75 |  |
|  | kwavent | TRkt | Lube |  |  | 1/4 |  |

TOTAL HOURS 12.4

*Metco*

SEWARD, ALASKA
224-3151

Spencer Rock used

I 10.00 22 tube for tire

4 tires pacthes .79¢ ✓

EXHIBIT 2
Page 36 of 69

DATE _5-22-97_   **DAILY TIME CARD**   *Metco*   OFFICE USE ONLY  10521

Employee's Name _Marvin Lachenoe_

| CUSTOMER | Job Location | Machine No. | Job Description | Type of Product | Loads yds. | HRS | Office use only |
|----------|--------------|-------------|-----------------|-----------------|------------|-----|-----------------|
| Spencer | | TRK GMC | 12 m to 5:00 Am Haul Rock | | | 5 | T |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | **TOTAL HOURS** | | |

DATE _5-22-97_   **DAILY TIME CARD**   *Metco*   OFFICE USE ONLY  10471

Employee's Name _DON SUTHERLAND_

| CUSTOMER | Job Location | Machine No. | Job Description | Type of Product | Loads yds. | HRS | Office use only |
|----------|--------------|-------------|-----------------|-----------------|------------|-----|-----------------|
| SPENCER | RR DOCK | TK GMC | HAUL ROCK TO BARGE | ROCK | | 10 | T |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

EXHIBIT 2
Page 37 of 69

TOTAL HOURS

DATE 5-29-97

**DAILY TIME CARD**

*Metco*

OFFICE USE ONLY

1H10354

Employee's Name _Jimmie Ernest Morrison_

| CUSTOMER | Job Location | Machine No. | Job Description | Type of Product | Loads yds. | HRS | Office use only |
|----------|--------------|-------------|-----------------|-----------------|------------|-----|-----------------|
| | | Lo90 | fuel Lube | | | .5 | |
| | | Lo120 | fuel Lube | | | ¼ | |
| | | Lo125c | fuel Lube | | | .5 | |
| | | Lo966 | fuel Lube | | | ¼ | |
| | | TRk256 | Lube | | | ¼ | |
| | | TNHLt | Lube | | | ¼ | |
| SpencerRock | | | tire | | | 2 | Ⓣ |
| | | Sckcru | 2she5 / RemoveDirt | | | 5 | |
| | | Scn633 | fuelLube | | | .5 | |
| | | TRkkw3 | Lube | | | ¼ | |
| | | TRkkw1 | Lube | | | ¼ | |
| | | TRkkw9 | Lube | | | ¼ | |

TOTAL HOURS  10.75

EXHIBIT 2
Page 38 of 69

DATE 6-7-97

**DAILY TIME CARD**

*Metco* | OFFICE USE ONLY

SM10573

Employee's Name G. WININGS

| CUSTOMER | Job Location | Machine No. | Job Description | Type of Product | Loads yds. | HRS | Office use only |
|---|---|---|---|---|---|---|---|
| C. DRAPER | SWETMAN + BEAR DR. | KW5H45 | mobe 907 from Lindsey's to Wreper's | | | 1 | P |
| SPENCER ROCK | RR YARD | '' '' | mobe 400 from Sea (2HRS) Life Center to RR yard for Spencer Rock | | | 1½ | T |
| HOMELAND ENT | SENIOR CENTER | TRKHUB | Haul | D-1 | 5 | 2½ | P |
| B. ANDERSON | 2008 DORAWAY | '' '' | Haul | D-1 | 1 | ½ | T |
| HARBOR DINNER CLUB | 4th AVE | '' '' | '' | D-1 | 1 | ½ | P |
| C. DRAPER | SWETMAN + BEAR DR. | BK0907 | clear lot + load brush | | | 4½ | P |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

TOTAL HOURS 10½

EXHIBIT 2
Page 39 of 69

**DAILY TIME CARD**

DATE: 6-9-97

Employee's Name: Doug Jewell

Metco

OFFICE USE ONLY

M10578

| CUSTOMER | Job Location | Machine No. | Job Description | Type of Product | Loads yds. | HRS | Office use only |
|---|---|---|---|---|---|---|---|
| Lutteran Chruch | | TRK KW3 | Delivery | Masonry Sand | 1 | ½ | (T) |
| Steve Jones | Whites Saw Mill Rd. | " " | Delivery | Drain Rock | 2 | 1½ | (T) |
| Bob Bingman | | " " | Delivery | D1 | 1 | ½ | (T) |
| City | Fish Creek | INTIL | M&3 450 | — | | .01 | (B) |
| Carl Die Troth | Old Nash Rp | TRK KW3 | Delivery | Pit Run | 6 | 2½ | (T) |
| " " | " " | CAT D6 | MR + DeMob | | | ½ | (B) |
| " " | " " | CAT D6 | GenDe | | | ½ | (T) |
| Spencer Rock | Barge. | TRK PTD | 9 PM To 2 AM | | | 5 | HS |
| " " | " | " " | 3 AM To 5 AM | | | 2 | 2 (T) |
| " " | " | " | 6 AM To 7 AM | | | 1 | |
| Metco | Fuel | " | 40 Gal. | | | ½ | .5 |
| | | | | | TOTAL HOURS | 16 | |

---

**DAILY TIME CARD**

DATE: 6·9·97

Employee's Name: Ernest Fleher

Metco

OFFICE USE ONLY

M10590

| CUSTOMER | Job Location | Machine No. | Job Description | Type of Product | Loads yds. | HRS | Office use only |
|---|---|---|---|---|---|---|---|
| ~~Spencer~~ Spencer | RR Dock | GMC | Haul Rock | | | 9 hrs | (T) |
| | | | 9:pm to 7:AM | | | | |

EXHIBIT 2
Page 40 of 69

DATE _June 10, 97_    **DAILY TIME CARD**    *Metco*    OFFICE USE ONLY  AM10582

Employee's Name _Marv F Lachance_

| CUSTOMER | Job Location | Machine No. | Job Description | Type of Product | Loads yds. | HRS | Office use only |
|---|---|---|---|---|---|---|---|
| Spencer | | GMC | Rock | | | 2 | (R) |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | maru works | | | | | |
| | | 2pm 11pm | | | | | |
| | | off Fri + Sat | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | TOTAL HOURS | | |

DATE _6-10-97_    **DAILY TIME CARD**    *Metco*    OFFICE USE ONLY  AM10598

Employee's Name _Ernest E Floods_

| CUSTOMER | Job Location | Machine No. | Job Description | Type of Product | Loads yds. | HRS | Office use only |
|---|---|---|---|---|---|---|---|
| spencer | Rock | TRK GMC | 12PM to 5PM | | | 5 | (R) |
| spencer | Rock | TRK GMC | 7:00PM to 11:00PM | | | 4 | 8 6 1 (T) |
| | | | 12:00m to 5:00AM | | | 5 (T) | (Transferred to 6-11 day) |
| | | | | | | | |
| | | | | | | | |

EXHIBIT 2
Page 41 of 69

DATE 6-10-97

OFFICE USE ONLY

**DAILY TIME CARD**

**Metco**

Ⓜ10589

Employee's Name DON SUTHERLAND

| CUSTOMER | Job Location | Machine No. | Job Description | Type of Product | Loads yds. | HRS | Office use only |
|----------|--------------|-------------|-----------------|-----------------|------------|-----|-----------------|
| SPENCER | RR.Dock | PTD | HAUL ROCK | | | 7½ | ① |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | TOTAL HOURS | | 7½ | |

DATE 6-10-97

OFFICE USE ONLY

**DAILY TIME CARD**

**Metco**

Ⓜ10597

Employee's Name DOUG JEWELL

| CUSTOMER | Job Location | Machine No. | Job Description | Type of Product | Loads yds. | HRS | Office use only |
|----------|--------------|-------------|-----------------|-----------------|------------|-----|-----------------|
| SPENCER | Rock | TRK PTD | 6 PM To 11 PM | | | 5 | ① |
| " | " | " | 12 AM To 5 AM | | | 5 | 2 ① |
| NETCO | FUEL | " | | | | ½ | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

EXHIBIT 2
Page 42 of 69

TOTAL HOURS 10½

DATE 6/10/97

**DAILY TIME CARD**

Employee's Name Frank Dieckgraeff

*Metco* TU10735

| CUSTOMER | Job Location | Machine No. | Job Description | Type of Product | Loads yds. | HRS | Office use only |
|----------|-------------|-------------|-----------------|-----------------|------------|-----|-----------------|
| Spencer | | PT1 | water road | | | 2 | T |
| METCO | | L120 | fill bins | | | 1 | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | TOTAL HOURS | | |

DATE 1/10/97

**DAILY TIME CARD**

Employee's Name Jim Popkin

*Metco* M10642

| CUSTOMER | Job Location | Machine No. | Job Description | Type of Product | Loads yds. | HRS | Office use only |
|----------|-------------|-------------|-----------------|-----------------|------------|-----|-----------------|
| | 4/AND | SCM20 | weld stick picker | | | 2 | |
| Totem Cement | 136 E55 | | Poor Cement 23/2 yards | | | 3½ | T |
| Spencer Rock | | TRKPT1 | watter road | | | 1 | B |
| Cont Fellows 49703 | 165 RD | TRK PT | Gravels Cont | | | 2½ | T |
| | Shop | TRKBNC | weld bed | | | 3 | |
| | | | | | | | |

EXHIBIT 2
Page 43 of 69

DATE 6-11-97

**DAILY TIME CARD**

*Metco* OFFICE USE ONLY NW 0648

Employee's Name Elhaud

| CUSTOMER | Job Location | Machine No. | Job Description | Type of Product | Loads yds. | HRS | Office use only |
|---|---|---|---|---|---|---|---|
| HARDS 100 FELLOWS | STATGU RD | PTI WAT | SPENCER WATER ON ROAD | | | S 8 | T |
| | | | | | | | |
| SPENCER RK. PRODUCTS | RAIL ROAD | PTI WAT | WATER ROAD | | | .5 | T |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | TOTAL HOURS | | |

DATE 6-11-97

**DAILY TIME CARD**

*Metco* OFFICE USE ONLY NW 0600

Employee's Name DON SUTHERLAND

| CUSTOMER | Job Location | Machine No. | Job Description | Type of Product | Loads yds. | HRS | Office use only |
|---|---|---|---|---|---|---|---|
| SPENCER | RR DOCK | PTD | HAUL ROCK 6 AM TIL 11 AM 12 AM TIL 3 PM | | | 8 | T |
| STEVE GITTEN | OLD RESIDENCE | KW4 | HAUL | D-1 | 2 LDS | 3/4 | T |
| HARBOR DINNER | 5TH AVE | ✓ | ✓ | D-1 | 1 LD | 3/4 | T |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | TOTAL HOURS | 9 1/ | |

EXHIBIT 2
Page 44 of 69

DATE 6-11-97

**DAILY TIME CARD**

**Metco**

OFFICE USE ONLY

№ 10652

Employee's Name James Imrein

| CUSTOMER | Job Location | Machine No. | Job Description | Type of Product | Loads yds. | HRS | Office use only |
|----------|--------------|-------------|-----------------|-----------------|------------|-----|-----------------|
| | | BOB 743 | Lube | | | ¼ | |
| | | TRK Int | fix HooD Latch | | | 5 | |
| | SHop | | fill oil tanks | | | 1 | |
| | | Doz 450 | fuel Lube | | | .25 | |
| | | TRKSRV | fuel | | | ¼ | |
| | | GeN cat | Lube | | | ¼ | |
| Spencer Rock | | | fix tires | | | 1.75 | Ⓣ |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

TOTAL HOURS 9.25

DATE 6-11-97

**DAILY TIME CARD**

**Metco**

OFFICE USE ONLY

№ 10599

Employee's Name Ernie E. Flodin

| CUSTOMER | Job Location | Machine No. | Job Description | Type of Product | Loads yds. | HRS | Office use only |
|----------|--------------|-------------|-----------------|-----------------|------------|-----|-----------------|
| Spencer | Rock. | TRK Gmc | 6:00AM to 11:00AM | | 5 | 5 | Ⓣ |
| Spencer | Rock | TRK Gmc | 12:00N to 8:00PM | | | 3 | Ⓣ |
| | | | Transfered from 10558 6/10/97 | | | 5 | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

EXHIBIT 2
Page 45 of 69

DATE 6-25-97    **DAILY TIME CARD**    *Metco,*    OFFICE USE ONLY
10761

Employee's Name L. G. Fleetwood

| CUSTOMER | Job Location | Machine No. | Job Description | Type of Product | Loads yds. | HRS | Office use only |
|----------|--------------|-------------|----------------|-----------------|-----------|-----|-----------------|
| Spencer | R.R. Yard | TRK GMC | Haul rock | | | 10½ | 8 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | TOTAL HOURS | | |

DATE 6-25-97    **DAILY TIME CARD**    *Metco,*    OFFICE USE ONLY
10760

Employee's Name Don Sutherland

| CUSTOMER | Job Location | Machine No. | Job Description | Type of Product | Loads yds. | HRS | Office use only |
|----------|--------------|-------------|----------------|-----------------|-----------|-----|-----------------|
| Spencer | RR Dock | PTD | Haul Customer Rock | | | 10½ | 8 2L |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

EXHIBIT 2
Page 46 of 69

TOTAL HOURS 10½

DATE 6-25-87

**DAILY TIME CARD**

Employee's Name _Doug Jewell_

*Metco*

OFFICE USE ONLY

10763

| CUSTOMER | Job Location | Machine No. | Job Description | Type of Product | Loads yds. | HRS | Office use only |
|----------|-------------|-------------|-----------------|-----------------|-----------|-----|-----------------|
| Littleton Church | | C23-C24-T28 | Oiling | | | 2½ | R |
| Sun Land Homes | " " " | " | | | 5 ½ | R |
| | | | | | | | |
| Spencer Rock R.R. | | PTO | Haul Rock | | | 4 | 4 | T |
| " " | " | " | Stand By | | | 1 | 1 | T |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

TOTAL HOURS | 13

---

DATE 6-25-97

**DAILY TIME CARD**

Employee's Name _Zufi_

*Metco*

OFFICE USE ONLY

10557

| CUSTOMER | Job Location | Machine No. | Job Description | Type of Product | Loads yds. | HRS | Office use only |
|----------|-------------|-------------|-----------------|-----------------|-----------|-----|-----------------|
| I__ McCreaLin/Washington St. | | RayCo | compact Street | | | 1 | T |
| Spencer Rock | | WaterTruck | water haul Road | | | 3 | T |
| | | GMC Dump | haul Rock | | | 1½ | T |
| | | 966D | load Rock | | | 1½ | T |
| Lutheran Church | | KW3 | | | | 4 | T |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

EXHIBIT 2
Page 47 of 69

TOTAL HOURS

DATE 6-25-97

**DAILY TIME CARD**

*Metco*

OFFICE USE ONLY
NM 10768

Employee's Name G. WININGS

| CUSTOMER | Job Location | Machine No. | Job Description | Type of Product | Loads yds. | HRS | Office use only |
|---|---|---|---|---|---|---|---|
| MIKE WARNER | WHITES SAWMILL | Doz D6C | finish stripping lot + leveling | | | 3½ | ⓉOI |
| " " | " " | TRK KWI | Haul | Bottom | 1 | 7¾ | Ⓣ |
| HOMELAND ENT | DRAPER'S PROP | " " | Haul | D-1 | 2 | 1 | Ⓣ O2 |
| ALCAN | HOSPITAL | " " | Haul | concrete aggregate | 2 | 1½ | Ⓣ |
| Rawlins Apperson | 916 Doralway | " " | " " | concrete sand | 1 | ½ | Ⓣ |
| Sunland Ent. | Woodland Hills | " " | " " | D-1 | 2 | 1 | S Ⓣ |
| METCO | yard | | | | | | |
| BARRY SUMMERS | Whites Sawmill | Doz D6C | strip lot | | | 1¼ | 12s Ⓣ |
| SPENCER ROCK | R R yard | TRK GMC | Haul class A rock to barge | | | 1 | Ⓣ |
| | | | | | TOTAL HOURS | 10½ | |

DATE 6-25-97

**DAILY TIME CARD**

*Metco*

OFFICE USE ONLY
NM 10823

Employee's Name JIM PIPKIN

| CUSTOMER | Job Location | Machine No. | Job Description | Type of Product | Loads yds. | HRS | Office use only |
|---|---|---|---|---|---|---|---|
| | | 7:00 AM TO 8:00 PM | | | | | |
| | 4 YARD | LO1 284 — MAKE ASPHALT SCREENOR MIX | | | | 12½ 45 | SO |
| | | | | | | | |
| | | 8:15 PM TO 9:20 PM | | | | | |
| SPENSON | ROCK AREA | TRK PT1 | Watten road | | | 1 | Ⓣ |

EXHIBIT 2
Page 48 of 69

**DAILY TIME CARD**

DATE 6-26-97

Employee's Name G. WINTINGS

Metco

OFFICE USE ONLY

AX 10772

| CUSTOMER | Job Location | Machine No. | Job Description | Type of Product | Loads yds. | HRS | Office use only |
|---|---|---|---|---|---|---|---|
| Spencer Rock | RR yard | Lo-966 | load drain rock | A.M. | | 5½ | ⊤ |
| Luthern Church | 3rd Ave. | BKO200 | load cement | | | ½ | ⊤ |
| " " | " " | Trk KW3 | haul broken cement | | | 1 | ⊤ |
| Pinnacle Const | Seward High | Lo-190 | pull boards around | | | ¾ | ⊤ |
| | | | fuel tanks | | | | |
| " " | " " | Com Rem | (dry change) | | | (1 HR) | ⊤ |
| Metco | Office | | time cards | | | ½ | |
| Swenson Const. | A. F Red Camp | Trk KW1 | Haul | return | 17 | 6¾ 65 | ⊤ |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

TOTAL HOURS 14½

---

DATE 6-26-97

**DAILY TIME CARD**

Employee's Name Doug Jewell

Metco

OFFICE USE ONLY

AX 10766

| CUSTOMER | Job Location | Machine No. | Job Description | Type of Product | Loads yds. | HRS | Office use only |
|---|---|---|---|---|---|---|---|
| Spencer Rock | R+R | Trk PT1 | Water Roads | | 1 | 1 | ⊤ |
| Luthern Church | | Trk KW3 | Oling | Mason Sand | 1 | ½ | ⊤ |
| Alcan | | Trk KW3 | Oling | AGG | 1 | ½ | ⊤ |
| US Air Force / Swenson | | Trk KW3 | Oling | PIT Run | 19 | 6 | ⊤ |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

EXHIBIT 2
Page 49 of 69

TOTAL HOURS 8

DATE 6-26-97 **DAILY TIME CARD** *Metco* OFFICE USE ONLY T# 10829

Employee's Name James Imrein

| CUSTOMER | Job Location | Machine No. | Job Description | Type of Product | Loads yds. | HRS | Office use only |
|----------|--------------|-------------|-----------------|-----------------|-----------|-----|-----------------|
| Spencer Rock | | | six tire | | | .5 | T |
| Spencer Rock | | TRk GMC | move Rock | | | 4.75 | T |
| | | TRk k63 | Lube | | | 1/4 | |
| | | TRk kw1 | Lube | | | 1/4 | |
| | | TRk 6mc | Lube | | | 1/4 | |
| | | TRk 07D | Lube | | | 1/4 | |
| | | TRk 256 | Lube fuel | | | 1/4 | |
| | | Lo 120 | fuel Lube | | | 1/4 | |
| | | Dot 450 | fuel Lube | | | 1/4 | |
| | | Lo 90 | fuel Lube | | | .5 | |
| | | Lo 125c | Lube | | | 2 | |
| | SHop | | fill oil tanks | | | .75 | |
| | | | **TOTAL HOURS** | | | 12 | |

DATE 6-26-97 **DAILY TIME CARD** *Metco* OFFICE USE ONLY M 10559

Employee's Name Frank

| CUSTOMER | Job Location | Machine No. | Job Description | Type of Product | Loads yds. | HRS | Office use only |
|----------|--------------|-------------|-----------------|-----------------|-----------|-----|-----------------|
| Swenson Con | Rik Comp | 450 | Mob Rik Comp | | | 1 | T |
| Spencer Rock 11 | HRR yd | Water Truck | haul Rock | | | 4 | T |
| | | GMC | | | | 1 | T |

EXHIBIT 2
Page 50 of 69