## DAILY TIME CARD — Metco — T#10827

DATE: 6-26-97
Employee's Name: Elhard

| CUSTOMER | Job Location | Machine No. | Job Description | Type of Product | Loads yds. | HRS | Office use only |
|---|---|---|---|---|---|---|---|
| SPENCER ROCK PRODUCT | R.R. DOCK | LO9606 | LOAD TRKS. | | | 10 | T |

TOTAL HOURS: 10

## DAILY TIME CARD — Metco — T#10825

DATE: 6/26/97
Employee's Name: Jim Pipkin

| CUSTOMER | Job Location | Machine No. | Job Description | Type of Product | Loads yds. | HRS | Office use only |
|---|---|---|---|---|---|---|---|
| | Start 11:50pm | | Stop 5:15 AM | | | | |
| Spencer rock | | PTDRCK | | | | 5 | 5 |
| | (Yard) | 60125C | screng make asphalt mix | | | 6 | JC |
| | shop | 6125C | repair oil leak | | | 3 | |

TOTAL HOURS: 14

EXHIBIT 2
Page 51 of 69

DATE: 6-26-97  
**DAILY TIME CARD**  
Employee's Name: DON SUTHERLAND  

Metco  
OFFICE USE ONLY  
10777

| CUSTOMER | Job Location | Machine No. | Job Description | Type of Product | Loads yds. | HRS | Office use only |
|---|---|---|---|---|---|---|---|
| SPENCER | RR Dock | PTD | HAUL CUSTOMER | ROCK | | 15 | ⑦ |
| | | | | | | | |

TOTAL HOURS  15

---

DATE: 6 24 97  
**DAILY TIME CARD**  
Employee's Name: Rex Kemp  

Metco  
OFFICE USE ONLY  
10776

| CUSTOMER | Job Location | Machine No. | Job Description | Type of Product | Loads yds. | HRS | Office use only |
|---|---|---|---|---|---|---|---|
| Spencer | ARR yard | 966 | Load truck | | | 5 | ⑧ |

EXHIBIT 2  
Page 52 of 69

TOTAL HOURS  5

DATE 6-26-97   **DAILY TIME CARD**   Metco   OFFICE USE ONLY  10584

Employee's Name MARJ LACHANCE

| CUSTOMER | Job Location | Machine No. | Job Description | Type of Product | Loads yds. | HRS | Office use only |
|---|---|---|---|---|---|---|---|
| Spencer | Rail Road Dock | GMC | | | | 5 | T |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | TOTAL HOURS | |

DATE 6-26-97   **DAILY TIME CARD**   Metco   OFFICE USE ONLY  10774

Employee's Name L.G. Fleetwood

| CUSTOMER | Job Location | Machine No. | Job Description | Type of Product | Loads yds. | HRS | Office use only |
|---|---|---|---|---|---|---|---|
| Spencer | R.R. Yard | TRK GMC | Haul rock | | | 10 | 2  T |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

EXHIBIT 2
Page 53 of 69

TOTAL HOURS



# METCO, INC.

**DATE:** 6/27/97

**TO:** RANDY

**COMPANY:** NUGGET CONSTRUCTION

**Phone #:** _____   **Fax #:** 907-522-2786

**REMARKS:** RANDY HERE ARE THE INVOICES TO SPENCER ROCK THROUGH 6/11/97.

THIS LAST BARGE HAS NOT BEEN BILLED YET.

**FROM:** BARBARA        **PAGE 1 OF** 20
Phone: 907-224-3151      Fax: 907-224-3514
HCR 64 BOX 300, SEWARD, AK 99664

EXHIBIT 2
Page 54 of 69



# SHORESIDE PETROLEUM, INC.

CORPORATE OFFICE
P.O. BOX 1189   700 PORT AVENUE
SEWARD, ALASKA 99664-1189
PHONE (907) 224-8040   FAX (907) 224-8047

## FAX TRANSMITTAL

DATE: 7/28/97

TO: David
     Metco
FAX #:

FROM: Doug Lechner
FAX #: (907) 224-3060

# OF PAGES INCLUDING THIS PAGE: 1

COMMENTS: Dave,
I spoke to Jack Goodwill and he said he would call your mom with the address for the Corp. of Engineers in Anchorage to send a letter to. He said to call Doug Wood @ 384-7442 and let him know whats happening first.
Also, Richard's phone # that he left is (417) 933-2001. Let me know if it compares with your others.

Thanks!

SIGNED: _____
MARATHON FUEL SERVICE

Fay
384-7441

EXHIBIT 2
Page 55 of 69

**PHONE MEMO**

| | |
|---|---|
| TO | Kodiak Spit 96-C-0020, Homer Spit upgrade |
| | of DACW85 payment net. |
| FROM | prompt |
| OF | prompt   Teri |
| DATE | |
| TIME | AM / PM |
| AREA CODE | |
| NO. | ~~384-7442~~ |
| EXT. | 384-7442 |

MESSAGE:
Corp of Eng-
Fort Richardson Resident Office
Box 898
Anch   99506-0898   Jack

Doug Wood - + Dave Scott

SIGNED:

☐ PHONED  ☐ CALL BACK  ☐ RETURNED CALL  ☐ WANTS TO SEE YOU  ☐ WILL CALL AGAIN  ☐ WAS IN  ☐ URGENT

EXHIBIT 2
Page 56 of 69



METCO, INC.
2701 Seward Highway
HCR 64 Box 300
Seward, Alaska 99664
(907) 224-3151
Fax: (907) 224-3514

July 31, 1997

Corp of Engineers
Fort Richardson Resident Office
P.O. Box 898
Anchorage, AK 99506-0898

Attn: Doug Wood

Dear Mr. Wood:

We are writing in regards to Homer Spit Project DACW85-96-C-0020. Spencer Rock Products, Inc. was contracted to supply Nugget Construction, Inc. with the rock for this project. The rock was shipped by rail to Seward, loaded on barges and shipped to Homer. Metco, Inc. was hired by Spencer Rock to help in Seward with unloading and stacking the rock from the rail and hauling rock to the barges. This work went through May and June amounting to $31,508.56. To date we have received no payment for this work. We, also, know of other companies in Seward that have furnished supplies and services that have not been paid. Bob LaPore of Spencer Rock claims that he cannot pay these outstanding bills until he is paid from Nugget Construction. He, also, claims not to have been paid. I talked to Randy of Nugget Construction in June and he did admit to not having paid Spencer at that time.

We are, naturally, concerned about the outstanding amount due us, which was in large part labor, and are informing you as Project Manager of this project. We would appreciate any attention that you can give to this matter.

Sincerely,

METCO, INC.


Barbara Dieckgraeff
Secretary Treasurer

BD:ja

EXHIBIT 2
Page 57 of 69

Contractors License # AA5733

DEPARTMENT OF THE ARMY
U.S. ARMY ENGINEER DISTRICT, ALASKA
RICHARDSON RESIDENT OFFICE
P.O. BOX 898
ANCHORAGE, ALASKA 99506-0898

REPLY TO
ATTENTION OF:

August 16, 1997

Quality Assurance Branch - Construction          RRO/33

SUBJECT: Letter from METCO Incorporated, Contract DACW85-96-C-0020, Homer Spit Repair and Extension, Homer, Alaska

Nugget Construction,
  Incorporated
8726 Corbin Drive
Anchorage, Alaska   99507-3411

Attn:  Mr. Randolph

Gentlemen:

   Attached is a letter we received from METCO, Incorporated, dated July 31, 1997, regarding non-payment for work that they have conducted for the above project.  METCO states that they have not been paid for loading rock from the rail cars to the barges in Seward.

   To date, the Government has received Pay Estimates for, and paid Nugget Construction $955,565.41 for armor, toe, and filter rock delivered to Seward and Homer.

   METCO's letter claims that Spencer Quarry has not paid them because Spencer Quarry has not received payment from Nugget Construction.

   We request that you address METCO's comments in writing prior to submitting your next Pay Estimate.

EXHIBIT 2
Page 58 of 69

We remind you that Contract Clause I.55, <u>Payments Under Fixed-Price Construction Contracts</u>, Paragraph c.3 states: "This request for progress payment does not include any amounts which the prime contractor intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontract."

Please direct any questions to Mr. David Scott at (907) 384-7442.

Sincerely,

Walter D. Wood, P.E.
Administrative Contracting
  Officer

EXHIBIT 2
Page 59 of 69



**DEPARTMENT OF THE ARMY**
U.S. ARMY ENGINEER DISTRICT, ALASKA
RICHARDSON RESIDENT OFFICE
P.O. BOX 898
ANCHORAGE, ALASKA 99506-0898

REPLY TO
ATTENTION OF:

August 22, 1997

Quality Assurance Branch - Construction

SUBJECT: Letter from Metco, Incorporated, Contract DACW85-96-C-0020, Homer Spit Repair and Extension, Homer, Alaska

Metco, Incorporated
HCR 64 Box 300
Seward, Alaska  99664-9701

Gentlemen:

   Receipt is acknowledged of your letter dated July 31, 1997 regarding the Homer Spit project.

   Your letter has been forwarded to Nugget Construction, Incorporated. We have requested Nugget Construction to address your comments in writing prior to submitting their next pay estimate.

   Attached is our letter to Nugget Construction. Please direct any questions to the Project Engineer, Mr. David Scott, at (907) 384-7442.

                                   Sincerely,

                                   *[signature]*
                                   THOMAS A. JOHNSON, P.E.
                                   Resident Engineer

CC:  Nugget Construction, Incorporated

Attachment

EXHIBIT 2
Page 60 of 69

# SPENCER ROCK PRODUCTS, INC.   1301 Dowling Road #109

Rock    Sand    Gravel
Drilling & Blasting

To:        Suppliers of the Homer Spit Project

September 5, 1997

Gentlemen,

Spencer Rock Products has been placed in an awkward position as to our payables on the Homer Spit Project. We have not been paid for our delivery of materials although the materials are on the job site.

We appreciate our creditors and have maintaind a good record with all of you over the past years. We would appreciate your forebearance and understanding of our problem.

We have filed a claim on the bond and are endeavoring to persue it vigorously to enable us to fund payables as quickly as possible. A copy of notice of lien is attached for your use.

Again, we are sorry for the delay and hope it will be a short one for all. We will forward payment as quickly as we get funds in. Please do not hesitate to call if you have specific questions or helpful information.

Sincerely,

*Robert A. LaPore*

Robert A. LaPore
President
Spencer Rock Products, Inc.

# SPENCER ROCK PRODUCTS
PO Box 244063, Anchorage, AK 99524

Via Certified Mail
(return receipt requested)

September 5, 1997

Nugget Construction, Incorporated
8726 Corbin Drive
Anchorage, Alaska 99507-3411

Atten: John Terwilliger, President

Ref.: DACW85-96-C-0020, Homer Spit Repair and Extension
    Homer, Alaska
    U.S. Fidelity & Guaranty Co. Payment Bond # 99012050298965

Sir,

This is written notice to you of Spencer Rock, Inc.'s claim of $1,426,707.84 unpaid sum, pursuant to 40 USC s 270b (Federal Miller Act). The attached invoice states with substantial accuracy the amount claimed which is the total of the last delivery of materials and prior unpaid invoices.

EXHIBIT 2
Page 62 of 69

If payment in full is not forthcoming within 15 days of the date of this notice, Spencer Rock Products, Inc. will exercise its full right to bring suit upon the unpaid sum against the responsible parties, including individuals, and the above referenced payment bond.

Your prompt attention to this matter is paramount.

Very Truly Yours,

*Robert A. LaPore*

Robert A. LaPore,
President, Spencer Rock Products, Inc.

CC:  U.S. Fidelity & Guaranty Co.
     4220 B Street
     Anchorage, Alaska  99503


CC:  Dept. of the Army, U.S. Army Engineer District, Alaska
     Ft. Richardson Resident Office
     PO Box 898
     Anchorage, Alaska  99506-0898
     Atten: Thomas A. Johnson, P.E.
     Administrative Contracting Officer

CC:  All Spencer Rock Suppliers for the above project

EXHIBIT 2
Page 63 of 69

Overtime 1 of 6

STATEMENT



**METCO, INC.**
HCR 64 BOX 300
SEWARD, ALASKA 99664
Ph. (907) 224-3151

| DATE |
|---|
| 12/31/97 |
| ACCOUNT NUMBER |
| SPENCR |

SPENCER ROCK PRODUCTS INC.

P. O. BOX 244063
ANCHORAGE, AK           99524

$ _____
AMOUNT ENCLOSED

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT.

PAGE   2

| REFERENCE | DATE | CODE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|---|
| 019447 | 06/30/97 | C | OVERTIME CR | -371.00 | |
| 019634 | 07/31/97 | F | Finance Charge | 183.02 | 183.02 |
| 019806 | 08/31/97 | F | Finance Charge | 270.87 | 270.87 |
| 019937 | 09/30/97 | F | Finance Charge | 271.92 | 271.92 |
| 020074 | 10/31/97 | F | Finance Charge | 280.99 | 280.99 |
| 020227 | 11/30/97 | F | Finance Charge | 271.92 | 271.92 |
| 020953 | 12/31/97 | F | Finance Charge | 280.99 | 280.99 |

EXHIBIT 2
Page 64 of 69

YOUR ACCOUNT IS OVERDUE

CODES:  C = CR MEMO    P = PAYMENT    A = DISCOUNT ALLOWED    F = FINANCE CHARGE
        D = DR MEMO    I = INVOICE

TOTAL DUE ▶   33068.27

| CURRENT | 1 TO 30 | 31 TO 60 | 61 TO 90 | OVER 90 |
|---|---|---|---|---|
| 280.99 | 0.00 | 271.92 | 280.99 | 32234.37 |



**METCO, INC.**
HCR 64 BOX 300
SEWARD, ALASKA 99664
Ph. (907) 224-3151

**STATEMENT**

| DATE |
|---|
| 12/31/97 |
| ACCOUNT NUMBER |
| SPENCR |

SPENCER ROCK PRODUCTS INC.

P. O. BOX 244063
ANCHORAGE, AK          99524

$ _____
AMOUNT ENCLOSED

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT.

PAGE   1

| REFERENCE | DATE | CODE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|---|
| 019075 | 05/03/97 | I | LOADER/DUMP TRK | 1751.50 | 1674.50 |
| 019447 | 06/30/97 | C | OVERTIME CR | -77.00 | |
| 019079 | 05/04/97 | I | LOADR/TRK/SHOP | 3860.75 | 3419.75 |
| 019447 | 06/30/97 | C | OVERTIME CR | -441.00 | |
| 019098 | 05/09/97 | I | EQUIP MAINT | 445.90 | 445.90 |
| 019110 | 05/13/97 | I | MNT,LDR,TRK ETC | 2259.00 | 2126.00 |
| 019447 | 06/30/97 | C | OVERTIME CR | -133.00 | |
| 019113 | 05/14/97 | I | TRUCK,OPER | 2064.00 | 1931.00 |
| 019447 | 06/30/97 | C | OVERTIME CR | -133.00 | |
| 019118 | 05/15/97 | I | LDR,TRK,ETC | 2981.50 | 2841.50 |
| 019447 | 06/30/97 | C | OVERTIME CR | -140.00 | |
| 019126 | 05/16/97 | I | 966 LOADER | 774.50 | 739.50 |
| 019447 | 06/30/97 | C | OVERTIME CR | -35.00 | |
| 019136 | 05/17/97 | I | LOADER | 1022.75 | 935.25 |
| 019447 | 06/30/97 | C | OVERTIME CR | -87.50 | |
| 019152 | 05/20/97 | I | OPER/DP TRK | 1256.00 | 1158.00 |
| 019447 | 06/30/97 | C | OVERTIME CR | -98.00 | |
| 019161 | 05/21/97 | I | DP TRK,ETC. | 1738.00 | 1710.00 |
| 019447 | 06/30/97 | C | OVERTIME CR | -28.00 | |
| 019163 | 05/22/97 | I | DP TRK,ETC | 1669.91 | 1641.91 |
| 019447 | 06/30/97 | C | OVERTIME CR | -28.00 | |
| 019192 | 05/29/97 | I | FIX TIRES | 90.00 | 90.00 |
| 019268 | 06/07/97 | I | MOVE 400 EXCV. | 210.00 | 210.00 |
| 019282 | 06/09/97 | I | LOADING BARGE | 1215.00 | 1215.00 |
| 019292 | 06/10/97 | I | LOAD BARGE | 2848.00 | 2600.00 |
| 019314 | 06/10/97 | C | CR/PRICE ERR | -136.00 | |
| 019447 | 06/30/97 | C | OVERTIME CR | -112.00 | |
| 019295 | 06/11/97 | I | HAUL TO BARGE | 1233.75 | 1233.75 |
| 019388 | 06/25/97 | I | HAUL TO BARGE | 2685.50 | 2510.50 |
| 019447 | 06/30/97 | C | OVERTIME CR | -175.00 | |
| 019400 | 06/26/97 | I | HAUL TO BARGE | 5397.00 | 5026.00 |

EXHIBIT 2
Page 65 of 69

CODES:  C = CR MEMO    P = PAYMENT    A = DISCOUNT ALLOWED    F = FINANCE CHARGE
        D = DR MEMO    I = INVOICE

**TOTAL DUE ▶** CONTINUED

346

# Metco, Inc.

METCO, INC.
HCR 64 BOX 300
SEWARD, ALASKA 99664
Ph: (907) 224-3151

**Credit Memo**

INVOICE DATE 06/30/97
INVOICE NO. 019447
CUSTOMER NO. SPENCR
PAGE 1

BILL TO
SPENCER ROCK PRODUCTS INC.
P. O. BOX 244063
ANCHORAGE, AK 99524

LOCATION
SPENCER ROCK PRODUCTS INC.
P. O. BOX 244063
ANCHORAGE, AK 99524

| CUSTOMER P.O. NO. | TERMS | REFERENCE NO. |
|---|---|---|
| OVERTIME CR | 0/0 NET 10-CITY | CM0001 |

| ITEM ID NO. | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|
| INV#19075 | CHANGE OVERTIME TO STRAIGHT TIME FOR 966 LOADER | 0.00 | 0.000 | 7.00 |
| INV#19075 | CHANGE OVERTIME TO STRAIGHT TIME FOR GMC DUMP TRK | 0.00 | 0.000 | 70.00 |
| INV#19079 | CHANGE OVERTIME TO STRAIGHT TIME FOR 966 LOADER | 0.00 | 0.000 | 252.00 |
| INV#19079 | CHANGE OVERTIME TO STRAIGHT TIME ME/GMC DUMP TRUCK | 0.00 | 0.000 | 189.00 |
| INV#19110 | CHANGE OVERTIME TO STRAIGHT TIME ME/GMC DUMP TRUCK | 0.00 | 0.000 | 56.00 |
| INV#19110 | CHANGE OVERTIME TO STRAIGHT TIME ME/L120 LOADER | 0.00 | 0.000 | 28.00 |
| INV#19110 | CHANGE OVERTIME TO STRAIGHT TIME ME/966 LOADER | 0.00 | 0.000 | 49.00 |

handwritten: 77⁸, 441⁶, 133⁸⁰

TOTAL   CONTINUED

DRIVERS WILL MAKE EVERY EFFORT TO PLACE MATERIALS WHEN AND WHERE CUSTOMER DESIGNATES, BUT COMPANY ASSUMES NO RESPONSIBILITY FOR DAMAGE INSIDE PROPERTY LINE OR FOR UNAVOIDABLE DELAY.

X _____

EXHIBIT 2
Page 66 of 69

**METCO, INC.**
HCR 64 BOX 300
SEWARD, ALASKA 99664
Ph (907) 224-3151

Credit Memo

INVOICE DATE 06/30/97
INVOICE NO. 019447
CUSTOMER NO. SPENCE

PAGE 2

| BILL TO | LOCATION |
|---|---|
| SPENCER ROCK PRODUCTS INC. | SPENCER ROCK PRODUCTS INC. |
| P.O. BOX 244063 | P.O. BOX 244063 |
| ANCHORAGE, AK 99524 | ANCHORAGE, AK 99524 |

| CUSTOMER P.O. NO. | TERMS | REFERENCE NO. |
|---|---|---|
| OVERTIME CR | 0/0 NET 10-CITY | CM0001 |

| ITEM ID NO. | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|
| CR INV#19113 | CHANGE OVERTIME TO STRAIGHT TI ME/GMC DUMP TRK | 0.00 | 0.000 | 133.00 |
| CR INV#19118 | CHANGE OVERTIME TO STRAIGHT TI ME/GMC DUMP TRUCK | 0.00 | 0.000 | 91.00 |
| CR INV#19118 | CHANGE OVERTIME TO STRAIGHT TI ME/966 LOADER | 0.00 | 0.000 | 49.00 |
| CR INV#19126 | CHANGE OVERTIME TO STRAIGHT TI ME/966 LOADER | 0.00 | 0.000 | 35.00 |
| CR INV#19136 | CHANGE OVERTIME TO STRAIGHT TI ME/966 LOADER | 0.00 | 0.000 | 87.50 |
| CR INV#19152 | CHANGE OVERTIME TO STRAIGHT TI ME/GMC DUMP TRUCK | 0.00 | 0.000 | 98.00 |
| CR INV#19161 | CHANGE OVERTIME TO STRAIGHT TI ME/GMC DUMP TRK | 0.00 | 0.000 | 28.00 |

DRIVERS WILL MAKE EVERY EFFORT TO PLACE MATERIALS WHEN AND WHERE CUSTOMER DESIGNATES, BUT COMPANY ASSUMES NO RESPONSIBILITY FOR DAMAGE INSIDE PROPERTY LINE OR FOR UNAVOIDABLE DELAY.

X

TOTAL   CONTINUED

EXHIBIT 2
Page 67 of 69

5 of 6

**Metco**

METCO, INC.
HCR 64 BOX 300
SEWARD, ALASKA 99664
Ph. (907) 224-3151

Credit Memo

| | |
|---|---|
| INVOICE DATE | 06/30/97 |
| INVOICE NO. | 019447 |
| CUSTOMER NO. | SPENCR |

PAGE 3

| BILL TO | LOCATION |
|---|---|
| SPENCER ROCK PRODUCTS INC. | SPENCER ROCK PRODUCTS INC. |
| P. O. BOX 244063 | P. O. BOX 244063 |
| ANCHORAGE, AK 99524 | ANCHORAGE, AK 99524 |

| CUSTOMER P.O. NO. | TERMS | REFERENCE NO. |
|---|---|---|
| OVERTIME CR | 0/0 NET 10-CITY | CM0001 |

| ITEM ID NO. | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|
| INV#19163 | CHANGE OVERTIME TO STRAIGHT TI ME/GMC DUMP TRK | 0.00 | 0.000 | 28.00 |
| INV#19292 | CHANGE OVERTIME TO STRAIGHT TI ME/GMC DUMP TRK | 0.00 | 0.000 | 84.00 |
| INV#19292 | CHANGE OVERTIME TO STRAIGHT TI ME/PETE DP TRK | 0.00 | 0.000 | 28.00 |
| INV#19388 | CHANGE OVERTIME TO STRAIGHT TI ME/GMC DUMP TRK | 0.00 | 0.000 | 77.00 |
| INV#19388 | CHANGE OVERTIME TO STRAIGHT TI ME/PETE DP TRK | 0.00 | 0.000 | 98.00 |
| INV#19400 | CHANGE OVERTIME TO STRAIGHT TI ME/GMC DUMP TRK | 0.00 | 0.000 | 91.00 |
| INV#19400 | CHANGE OVERTIME TO STRAIGHT TI ME/PETE DP TRK | 0.00 | 0.000 | 175.00 |

X

TOTAL   CONTINUED

DRIVERS WILL MAKE EVERY EFFORT TO PLACE MATERIALS WHEN AND WHERE CUSTOMER DESIGNATES, BUT COMPANY ASSUMES NO RESPONSIBILITY FOR DAMAGE INSIDE PROPERTY LINE OR FOR UNAVOIDABLE DELAY

EXHIBIT 2
Page 68 of 69



**METCO, INC.**
HCR 64 BOX 300
SEWARD, ALASKA 99664
Ph (907) 224-3151

Credit Memo

| | |
|---|---|
| INVOICE DATE | 06/30/97 |
| INVOICE NO. | 019447 |
| CUSTOMER NO. | SPENCR |

PAGE 4

BILL TO
SPENCER ROCK PRODUCTS INC.
P.O. BOX 244063
ANCHORAGE, AK 99524

LOCATION
SPENCER ROCK PRODUCTS INC.
P.O. BOX 244063
ANCHORAGE, AK 99524

| CUSTOMER P.O. NO. | TERMS | REFERENCE NO. |
|---|---|---|
| OVERTIME CR | 0/0 NET 10-CITY | CM0001 |

| ITEM ID NO. | DESCRIPTION | | | UNIT | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| CR INV#19400 | CHANGE OVERTIME TO STRAIGHT TI ME/966 LOADER | 0.00 | 0.00 | 0.00 | 0.000 | 105.00 |

Sales Total  1858.50
Tax Total  0.00

TOTAL  1858.50

DRIVERS WILL MAKE EVERY EFFORT TO PLACE MATERIALS WHEN AND WHERE CUSTOMER DESIGNATES, BUT COMPANY ASSUMES NO RESPONSIBILITY FOR DAMAGE INSIDE PROPERTY LINE OR FOR UNAVOIDABLE DELAY.

X _____

EXHIBIT 2
Page 69 of 69