| 14. NAME AND ADDRESS OF OFFEROR (Include ZIP Code) | 15. TELEPHONE NO. (Include area code) |
|---|---|
| Nugget Construction, Inc.<br>8726 Corbin Drive<br>Anchorage, Alaska 99507 | 907-344-8365 |
| | 16. REMITTANCE ADDRESS (Include only if different than Item 14) |
| CODE        FACILITY CODE | |

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within ____ calendar days after the date offers are due. (Insert any number equal to or greater than the minimum requirement stated in Item 13D. Failure to insert any number means the offeror accepts the minimum in Item 13D.)

**AMOUNTS ▶**

18. The offeror agrees to furnish any required performance and payment bonds.

19. ACKNOWLEDGMENT OF AMENDMENTS
(The offeror acknowledges receipt of amendments to the solicitation - give number and date of each)

| AMENDMENT NO. | 1 | 2 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DATE | 8/8/96 | 8/13/96 | | | | | | | |

| 20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or print) | 20B. SIGNATURE | 20C. OFFER DATE |
|---|---|---|
| JOHN TERWILLIGER  PRESIDENT | [signature] | 21 AUG 96 |

**AWARD (To be completed by Government)**

21. ITEMS ACCEPTED:

CONTRACT SCHEDULE, PAGE CS-1 & 2

CONTINUING CONTRACT
SEE CONTRACT CLAUSE SCR-100
PAGES SCR-12, 13, & 14

FUNDS AVAILABLE FY-96 $300,000.00
MCD# PM-C 6-037 & MCD# PM-C 6-036

| 22. AMOUNT | 23. ACCOUNTING AND APPROPRIATION DATA |
|---|---|
| $3,378,491.60 | MCD#PM-C6-037 $200,000.  MC/BDHOM1600010000 96X3122<br>MCD#PM-C6-036 $100,000.  MC/FWHOM1600010000 96X8862 |

| 24. SUBMIT INVOICES TO ADDRESS SHOWN IN<br>(4 copies unless otherwise specified) ▶ | ITEM<br>SAME AS<br>27 | 25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO<br>☐ 10 U.S.C. 2304(c)(   )    ☐ 41 U.S.C. 253(c)(   ) |
|---|---|---|

| 26. ADMINISTERED BY            CODE | 27. PAYMENT WILL BE MADE BY |
|---|---|
| U.S. ARMY ENGINEER DISTRICT, ALASKA<br>P.O. BOX 898<br>ANCHORAGE, ALASKA 99506-0898 | DISBURSING OFFICE<br>U.S. ARMY ENGINEER DISTRICT, ALASKA<br>P.O. BOX 898<br>ANCHORAGE, ALASKA 99506-0898 |

**CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE**

| ☐ 28. NEGOTIATED AGREEMENT (Contractor is required to sign this document and return ____ copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all work, requisitions identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications incorporated by reference in or attached to this contract. | ☒ 29. AWARD (Contractor is not required to sign this document.) Your offer on this solicitation, is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary. |
|---|---|

| 30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN (Type or print) | 31A. NAME OF CONTRACTING OFFICER (Type or print) |
|---|---|
| | THOMAS L. CARTER |
| 30B. SIGNATURE          30C. DATE | 31B. UNITED STATES OF AMERICA<br>BY [signature] Thomas L. Carter | 31C. AWARD DATE<br>28 Sep |

STANDARD FORM 1442 BACK (REV. 4-85)

EXHIBIT 1
Page 1 of 5

06/12/98 FRI 09:36 [TX/RX NO 5242] ⌀002

| SOLICITATION, OFFER, AND AWARD (nstruction, Alteration, or Repair) | 1. SOLICITATION NO. DACW85-96-B-0017 | 2. TYPE OF SOLICITATION ☒ SEALED BID (IFB) ☐ NEGOTIATED (RFP) | 3. DATE ISSUED 7/19/96 | PAGE OF PAG 1/ 11 |
|---|---|---|---|---|

IMPORTANT - The "offer" section on the reverse must be fully completed by offeror.

| 4. CONTRACT NO. DACW85-96-C-0020 | 5. REQUISITION/PURCHASE REQUEST NO. CTCOM6-W96B-0017 | 6. PROJECT NO. DACW85-96-B-0017 |
|---|---|---|

| 7. ISSUED BY                                    CODE    NPACTCOM | 8. ADDRESS OFFER TO    ADDRESS |
|---|---|
| U.S. ARMY CORPS OF ENGINEERS CENPA-CT-CO-H P.O. BOX 898 ANCHORAGE ALASKA 99506-0898 | U.S. ARMY CORPS OF ENGINEERS BUILDING 21-700, ELMENDORF AFB P.O. BOX 898 ANCHORAGE ALASKA 99506-0898 |

| 9. FOR INFORMATION CALL: | A. NAME Gail West    C02 | B. TELEPHONE NO. (include area code) (NO COLLECT CALLS) (907) 753-2552 |
|---|---|---|

## SOLICITATION

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS (Title, Identifying no., date):

SIC CODE - 1629 - HEAVY CONSTRUCTION, EXCEPT DREDGING, N.E.C.

PROJECT TITLE AND LOCATION:  HOMER SPIT REPAIR AND EXTENSION, HOMER, ALASKA

OPEN TO LARGE AND SMALL BUSINESS

DESCRIPTION OF WORK:  The work consists of extending the rock revetement 3700 feet along the western side of the Homer Spit road.

11. The Contractor shall begin performance within ___10___ calendar days and complete it within __See SCR-1__ calendar days after receiving ☐ award, ☒ notice to proceed. This performance period is ☒ mandatory, ☐ negotiable. (See ___SCR-1___.)

| 12A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? (If "YES," indicate within how many calendar days after award in Item 12B.) ☒ YES    ☐ NO | 12B. CALENDAR DAYS 010 |
|---|---|

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and ___1___ copies to perform the work required are due at the place specified in Item 8 by ___1400___ (hour) local time ___08/21/96___ (date). If this is a sealed bid solicitation, offers must be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee ☒ is,    ☐ is not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. ...are providing less than ___60___ calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

| NSN 7540-01-155-3212 | 1442-101 | STANDARD FORM 1442 (REV. 4-E) Prescribed by GSA FAR (48 CFR) 53.236-1(e) |
|---|---|---|

EXHIBIT 1
Page 2 of 5

06/12/98 FRI 09:36 [TX/RX NO 5242] ☒003

INVITATION NO. DACW85-96-B-0017

If the bid is submitted by a corporation, partnership or a Joint Venture, the applicable form listed must be completed. In the alternative, other evidence must be submitted to substantiate the authority of the person signing the bid. If a corporation, the same officer shall not execute both the bid and the certificate.

## CORPORATE CERTIFICATE

I, _GREG POYNOR_, certify that I am the _Secretary of the corporation_ herein; that _JOHN TERIBUCHER_ named as Bidder/Contractor who signed this bid/contract on behalf of the Bidder/Contractor was then _PRESIDENT_ of said corporation; that said bid/contract was duly signed for and on behalf of said corporation by authority of its governing body, and is within the scope of its corporate powers.

_____ (CORPORATE SEAL)
(Secretary)

## AUTHORITY TO BIND PARTNERSHIP

This is to certify that the names and signatures of all partners are listed below and that the person signing the bid had authority to actually bind the partnership pursuant to its partnership agreement. Each of the partners individually has full authority to enter into and execute contractual instruments, on behalf of said partnership, with the United States of America, except as follows: (State "none" or describe limitations, if any.)

This authority shall remain in full force and effect until such time as the revocation of authority by any cause whatsoever has been furnished in writing to, and acknowledged by, the Contracting Officer.

_____          _____
(Type or Print Name)                (Signature)

BS-3

EXHIBIT 1
Page 3 of 5

06/12/98  FRI 09:36  [TX/RX NO 5242]  ☑004

CONTRACT SCHEDULE
DACW85-96-C-0020
Homer Spit Repair and Extension
Homer, Alaska

### SCHEDULE A

| Item No. | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 1. | Mobilization and Demobilization, complete. | 1 | Job | Lump Sum | $ 102,980.00 |
| 2. | Gravel Bedding, complete | 5,050 | c.y. | $ 21.57 | $ 108,928.50 |
| 3. | Filter Stone, complete | 10,230 | c.y. | $ 54.72 | $ 559,785.60 |
| 4. | Armor Stone, complete | 27,560 | c.y. | $ 54.67 | $1,506,705.20 |
| 5. | Toe Stone, complete | 5,910 | c.y. | $ 52.55 | $ 310,570.50 |
| 6. | Classified Fill, complete | 3,710 | s.y. | $ 4.90 | $ 18,179.00 |
| 7. | Base Course, complete | 3,710 | s.y. | $ 5.51 | $ 20,442.10 |
| 8. | AC Pavement, complete | 4,560 | s.y. | $ 16.53 | $ 75,376.80 |
| 9. | All other Site work, complete | 1 | Job | Lump Sum | $ 89,921.00 |
|  | Total of Schedule A |  |  |  | $ 2,792,888.70 |

### SCHEDULE B

| Item No. | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 1. | Not Used |  |  |  |  |
| 2. | Gravel Bedding, complete | 720 | c.y. | $ 22.86 | $ 16,459.20 |
| 3. | Filter Stone, complete | 1,370 | c.y. | $ 54.65 | $ 74,870.50 |
| 4. | Armor Stone, complete | 3,590 | c.y. | $ 54.21 | $ 194,613.90 |
| 5. | Toe Stone, complete | 810 | c.y. | $ 53.63 | $ 43,440.30 |
| 6. | Classified Fill, complete | 500 | s.y. | $ 4.90 | $ 2,450.00 |
| 7. | Base Course, complete | 500 | s.y. | $ 5.51 | $ 2,755.00 |

CS-1

EXHIBIT 1
Page 4 of 5

06/12/98 FRI 09:36 [TX/RX NO 5242] ⌀005

CONTINUATION OF SCHEDULE B:

| Item No. | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 8. | AC Pavement, complete | 600 | s.y. | $16.53 | $9,918.00 |
| 9. | All other Site work, complete | 1 | Job | Lump Sum | $8,229.00 |
|  | Total of Schedule B |  |  |  | $352,735.90 |
|  | Total of Schedule A & B |  |  |  | $3,145,624.60 |

SCHEDULE C

| Item No. | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 1. | Not Used |  |  |  |  |
| 2. | Gravel Bedding, complete | 500 | c.y. | $21.57 | $10,785.00 |
| 3. | Filter Stone, complete | 940 | c.y. | $51.36 | $48,278.40 |
| 4. | Armor Stone, complete | 2,450 | c.y. | $50.93 | $124,778.50 |
| 5. | Toe Stone, complete | 600 | c.y. | $50.35 | $30,210.00 |
| 6. | Classified Fill, complete | 350 | s.y. | $4.90 | $1,715.00 |
| 7. | Base Course, complete | 350 | s.y. | $5.51 | $1,928.50 |
| 8. | AC Pavement, complete | 420 | s.y. | $16.53 | $6,942.60 |
| 9. | All other Site work, complete | 1 | Job | Lump Sum | $8,229.00 |
|  | Total of Schedule C |  |  |  | $232,867.00 |
|  | Total of Schedules A, B, and C |  |  |  | $3,378,491.60 |

CS-2

EXHIBIT 1
Page 5 of 5