Traeger Machetanz, Esq.
Thomas R. Krider, Esq.
OLES MORRISON RINKER & BAKER, LLP
745 Fourth Avenue, Suite 502
Anchorage, AK  99501-2136
Telephone:  (907) 258-0106
Telecopier:  (907) 258-5519

Attorneys for Nugget Construction Co.,
     Inc., and USF&G, Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a NORTHERN STEVEDORING & HANDLING, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf, | No. A98-009 CIV (HRH) |
| Plaintiffs, | |
| and | |
| UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Service, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Service, on its own behalf, | AFFIDAVIT OF THOMAS R. KRIDER IN SUPPORT OF NUGGET'S MOTION FOR SUMMARY JUDGMENT ON SHORESIDE'S STATE LAW CLAIMS |
| Intervening Plaintiffs, | |
| and | |
| METCO, INC., | |
| Intervening Plaintiff, | |
| vs. | |
| NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.,; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE, | |
| Defendants. | |

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106  Fax: (907) 258-5519

STATE OF ALASKA        )

                       )

                       )

        THOMAS R. KRIDER, being first duly sworn upon oath, deposes and states as follows:

        1.    I am a partner in the law firm of Oles Morrison Rinker & Baker LLP.  I am currently identified among the counsel of record for Nugget Construction, Inc. in the above-captioned proceedings.

        2.    Attached hereto as Exhibit 1 is a true and correct transcript of the December 2, 2005 deposition of Doug Lechner. Attached to Mr. Lechner's December 2, 2005 deposition are the true and correct copies of Exhibits 1 through 6 identified and authenticated during Mr. Lechner's deposition.

        3.    Attached hereto as Exhibit 2 is a true and correct copy of Shoreside's Discovery Responses, dated November 14, 2005.

        FURTHER your affiant saith not.

_____
THOMAS R. KRIDER

        SUBSCRIBED AND SWORN to before me this 24th day of April ____, 2006.

_____
Printed Name: Catherine A. Melland
NOTARY PUBLIC in and for the State
of Washington, residing at Bellevue
My Appointment Expires 11-26-07

P JAD Krider Affidavit Shoreside MSJ State Law 99310.0002.doc

*U.S. ex rel. North Star, et al. v. Nugget Construction, et al.*
Case No. A98-009 CIV (HRH)
Affidavit of Thomas P. Krider -- Page 2 of 2

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519