indicates 27:23 73:10
indicating 37:13 44:22
  50:10 61:3
indication 49:14 50:2
  53:16,17 68:8
indifference 58:18
individual 3:22 16:1,15
  26:21 44:2
individuals 16:16
industry 41:10
influence 42:5
information 10:12,16
  53:25 62:1 63:3
initial 8:11 17:7,13
  20:8 23:24,25 24:1
initially 8:12 16:12,14
initiate 43:7
initiated 67:7
inquire 47:19
inquired 42:1
inquiry 47:23
instance 43:14
integrity 57:12
interest 62:9 81:11
internally 3:19
interpose 47:16
interrupt 51:25 61:9
investigation 54:6
invoice 13:21,24 14:5,7
  14:18,24 15:16,20
  28:11 72:5
invoiced 48:13
invoices 4:19 13:20
  14:4 17:11 23:13
  28:18,18 30:11 32:5
  33:20 62:12 70:20
invoicing 14:6 45:13
involved 6:22 16:4,5
  33:2 39:7,9 77:10
involvement 7:13 9:18
  38:6 69:3
irrelevant 47:18,24
  67:4
issue 63:8
issued 55:8

**J**

J 1:25 2:3,3,21 81:2,18
Jane 27:21
January 7:20
jargon 59:5
job 18:4,5 24:5 40:5
  42:4,7,9,16 44:3 54:3
  54:4,19 55:3,7
join 56:19
Jones 30:22,23 31:3,8
judgment 48:1
June 31:25 32:3 33:11
  34:8,12,24 37:7,23

44:23 45:1,4,7,9,15
45:17 46:12 48:8
49:9,9 53:6,10 70:23

**K**

keep 32:21,25 33:5,6
  51:17
kept 53:3
key 50:6
knew 45:3 54:3
know 4:25 5:23 6:7
  7:21 9:16 11:19,20
  12:11 14:13,23,24
  15:23 16:24 17:11
  18:14,19 19:7,23,24
  20:13 21:3,4,12,25
  24:6 29:5,6 30:14
  32:6 33:17,19 35:13
  36:13,14,23 38:1,2,4
  38:17,22 39:8,15,17
  39:18 41:2,3,11,21
  41:25 43:1,2,2,13,14
  45:2 46:7,8,9 48:11
  48:12,20,22,24 49:21
  49:23 50:5,6,6,7,7,12
  50:20,21,22,23 51:1
  52:9,10,12 53:3,15
  54:2 55:14,15 56:6
  57:12 58:10 59:4
  60:1,3,13,20 61:2,10
  61:12,20 71:22
knowledge 5:9 10:21
  13:25 36:20 47:12
  49:15 52:23 54:9
  59:22 60:7 63:21
  69:22 70:11,18 71:5
KNOWN 2:19
Kurt 4:7 53:2
KURTZ 2:15

**L**

lack 75:20,22
lading 29:18 61:15
LaPore 1:10 16:14
  17:15,19 19:2 20:2
  20:15 26:1,8,14 27:2
  27:7 31:8 32:7,10,12
  32:17,22 33:10,14,16
  35:11,19 36:6,10,17
  37:1,3,17 38:14,18
  38:19 39:3 40:2,4,5
  42:19,22 45:18 47:13
  52:19 58:13 69:23
  70:6 71:3 72:9,15,15
  72:22 73:7,10,23
  74:19 75:2,11,16
  77:1 78:14
LaPore's 36:25 43:8
52:22,25 74:6 77:14

large 29:23 35:3,4
late 46:24
law 2:3 62:3
leading 51:23 65:16
  66:12 67:4 68:25
  69:14 70:8 75:20
  77:6,18 78:17
learned 18:6
Lechner 1:15 3:2,8
  59:9,14 82:2
legal 4:13 57:7,21 59:5
  62:23 70:6,9,16
  73:25 74:22 78:4
legible 30:23 31:3
legitimate 51:24
letter 27:21 60:8,14,19
  65:1,8,15,25
letters 54:20
let's 7:10 8:11,18 16:3
  16:11 20:2 24:16
  30:5 34:1 71:11 72:8
  72:14 76:13
level 6:13,16
liable 62:3 77:16
light 18:20
limit 35:9,23 36:6,11
  37:5,8,9 39:14,21,25
  44:14,16 53:10,23,23
  53:24
limitation 53:17
Lindsey 4:7,8 53:2
line 57:6 80:6
listed 43:17 59:1
litigation 33:9
little 12:22 76:3,15
located 61:17
location 11:6 12:1,16
  12:18
lock 21:20
long 3:24 12:11 29:10
  51:11,13
longer 49:11
look 3:20 10:14,15
  11:16 28:16 29:17
  30:22 45:12 48:22
  69:13,16 70:25 71:11
  72:8,14 75:11
looked 48:23 55:15
looking 21:12 24:5
  28:18 42:21 74:13
looks 30:13,23
lot 19:24 57:13
lube 16:7 23:2 24:17
  26:1 27:3,3 34:16
  69:25
lubricant 7:15,25
  22:18
lubricants 11:6 22:8,22
  22:23 23:22 25:24

29:24
lubrication 23:10 25:1

**M**

M 30:13
Machetanz 2:7 3:7 7:2
  7:6,9 8:18,21 10:7
  19:11 27:14,17 30:5
  30:7 31:2,7 40:17,21
  44:7,9 45:20,21 47:3
  47:25 48:3 51:8,22
  52:1 55:23 56:5,20
  56:22 57:9,23 58:24
  59:6,9 64:21 65:16
  65:21 66:12 67:4,10
  68:25 69:9,14 70:8
  70:13,15 71:7 72:1,3
  73:4,6 74:2,3,8,11,12
  74:23 75:4,20,24
  76:7,10,15,19 77:6
  77:18 78:17,24 79:6
  79:9 82:3,4
magnitude 11:18
making 15:12
malicious 58:17
Mapco 64:1
Marathon 1:5 6:21 9:7
March 14:15,16 15:3
mark 8:18 27:14 30:5
  30:15,17,22 31:10,11
  72:1
marked 8:20 27:16
  30:6 40:20 63:17
  71:6 72:2
marketing 6:24 7:12
MARTIN 2:11
material 69:5 75:13
materials 34:17
matter 3:14 48:19
mean 31:14 41:6 45:19
  45:20 61:9
meaning 19:14 65:17
means 41:7
meeting 44:3
mention 19:1,9
mentioned 17:18 19:8
  20:8 33:18 38:3
  44:18
mentioning 13:4
messages 50:10
met 14:1 20:17
Michael 2:15
Mike 64:21
Miller 62:5
mind 11:12 24:8 52:14
mine 12:1
minutes 4:2,3,4 7:7
  44:19
misdemeanors 56:16

56:18
misrepresentation
  56:15 57:17
misrepresentations
  57:3
misrepresented 54:23
  56:24
misstating 74:6 76:4
MO 30:13
modified 13:23,24
moment 10:5
money 35:3,5,12,14
month 14:8,9,10 31:18
  32:20 37:16
monthly 14:8
months 21:13
morning 59:14,15
  78:22
MORRISON 1:21 2:7
motion 29:1 48:1

**N**

N 2:1,16 3:1
name 16:15 19:6 30:15
  31:12
narrates 46:20
nature 18:16 68:3
necessarily 23:18
necessary 18:19
need 26:24 40:15
needed 80:21
negotiated 20:1
Neibrugge 3:23,24
  15:22 27:10 33:25
  42:23,25 43:17,20
  44:11,15 49:20,21
  53:1 59:23 78:7,11
  74:19 75:1
never 47:1 71:3 73:21
  74:19 75:1
nice 40:16
nine 52:10
nod 5:13
nonbonded 55:17
nonpayment 45:4
  58:15,25 59:5 62:4
  62:11,12,16,19
nonsettlement 62:4
normal 8:16 15:6,7,8,9
North 2:14 64:2
Notary 2:22 3:5 81:2
  81:19
note 6:25 80:21
noted 2:20
notes 21:18 32:21,23
  32:25 33:5,6,10
notice 3:9 13:6 49:13
  49:16,19,22
notified 12:13 62:6
  73:21

EXHIBIT 1

notifies 15:16
notify 13:7,9 49:10
Nugget 1:8 2:6 3:13
  8:15 10:19,21 16:7,9
  17:11,15,20,21,23
  18:12 19:1,2,13,16
  19:17,20,21,22 24:15
  24:17,20,24,24 25:5
  25:10,12,16 27:13
  28:3,5 30:22 32:10
  32:11 35:7,12,14
  36:18,21 37:18,21,25
  38:2,4,5,7 39:6,8
  40:2,4,8,23,25 41:21
  42:6,11,20 43:7
  45:17,17 46:13,17
  48:5,16,20 52:13,15
  52:17,21 54:5,10,15
  54:23 55:1,9,20,25
  56:8,23,24,25 57:4
  58:5,7,11,16 62:16
  63:6,11 65:6,9,10,14
  66:5,9 67:18 68:9,13
  68:17 69:19 75:15,18
  77:4,9,12
Nugget's 17:18 19:6,9
number 9:1,5 11:15,16
  28:9,10 53:14 67:2
  75:17

_____O_____

O 3:1
oath 3:5
object 19:4 43:23 46:25
  55:21 56:17 62:14
  73:24 74:5,21
objecting 76:4
objection 6:1 47:17,23
  51:10,10,25 56:1,19
  57:6 58:19 62:22
  64:10 65:21 72:25
  75:24 76:5,11,13,18
  76:19,19 78:24
objections 67:10
obligation 55:4 57:16
  57:18,19 58:5,7
obligations 14:2
observe 63:16
obviously 35:3 36:1
  52:9 53:22
occurred 46:12
occurring 39:3
offered 20:19 49:2
office 20:17 61:2 78:5
officers 63:6
OFFICES 2:3
offload 12:11
off-loaded 12:12,17
off-shoot 12:22

Oh 7:6 69:8 72:7
oil 22:19 26:1,15
okay 4:5,20 5:3 7:6 9:9
  9:20 10:10 18:23
  23:2 26:6 29:14
  34:12 38:19 41:20
  56:13 73:4 74:2
  76:10,20
old 3:20
OLES 1:21 2:7
once 18:10 31:3 77:9
ones 30:2 71:22
ongoing 61:4
operating 30:20
operation 16:8 40:24
opposing 76:15
oral 21:1
order 12:3,4,4 21:23
  26:20 29:1 34:19
  35:21 36:10 39:13
  75:17,17
ordered 23:6 26:14,23
  47:13 71:12,14,15,19
  72:16,23,24 73:7,12
  73:13,13 75:13,14
ordering 40:1 73:18,19
  77:12
outcome 81:11
outrageous 58:17
outstanding 34:14
Overbroad 78:24 79:6
overdue 6:2 27:7,9
  34:8
oversees 15:23
owed 71:4,5
owner 4:7 6:18 9:23
owns 8:1

_____P_____

P 2:1,1 3:1
page 2:20 9:1,5,11,11
  9:12 28:16 30:13
  31:1 60:12 72:8 74:9
  80:6,21 82:2,7
Pages 1:17
paid 17:19,21 19:2 28:4
  32:4,10,12 35:15,15
  36:11 37:17,18,18,19
  37:22 40:2 52:15
  54:5,11,12,13,22
  55:5,19,24 56:8,11
  57:1,4 58:10,11,22
  65:2,12 66:3 69:12
  71:14,16 73:13,14
Palmer 7:2
paper 52:9 80:21
paragraph 46:18 61:23
  62:10,13 71:12 72:8
  72:15 75:11 77:9

park 11:17
part 6:18 9:21 11:4,22
  17:7 18:14 27:9
  55:10 57:13,15
participate 9:13 20:4
participated 20:5
particular 25:6 35:17
  54:2 71:20
particularly 8:4
parties 69:12
partner 38:15,17,23,24
party 81:11
passed 31:14
pay 13:20 14:4,20
  17:20 18:11 19:10
  24:2,10,21,25 25:10
  25:16,18 32:14 36:19
  42:21,22 46:17 48:6
  52:14,15,21 55:2
  57:20 58:1,2,5,8,12
  63:24
paying 17:8,21 19:18
  55:22
payment 13:24 14:2,11
  15:4,10,13 16:2
  17:16,19 19:9,21
  26:1 27:7,9 32:9,11
  35:11 36:18,18 37:3
  37:21 54:19,25 57:11
  62:7 65:20 66:9,13
  68:16 69:13,17
payments 33:20 65:11
  65:15,19 66:6,10
PEASE 2:15
pending 75:5,25
people 50:6,7
performance 7:5 38:12
period 7:11 14:8,12
  15:19 24:12 27:2
  29:13,14 44:6
person 60:3
personally 7:13 15:24
  32:6 33:6 62:21
  63:10
Petroleum 1:4,14 2:2
  3:12 6:22,23 68:14
  77:24 79:5
Petroleum's 78:22
ph 68:20
phase 23:24 24:1,1
  25:20
phone 15:12 20:10,13
  20:25 43:2 44:23
  50:6
phrase 41:6
pick 13:2,5 23:6,8 49:1
picked 12:2
piece 41:14,15
pit 12:7 16:8,13,18

17:3,4 20:14 22:13
  27:13 28:3 37:2 76:3
  77:10,13
place 2:20 12:19 16:21
  24:9 35:21 81:6
placed 12:3,3 29:1
placing 39:10
Plaintiff 2:2
Plaintiffs 1:6
play 9:21 10:19 18:14
pleadings 61:11 66:18
please 3:16 5:23 6:3
  8:19 27:15 28:17
  40:18 44:10
plus 34:10 62:9
point 15:1,2 24:13 25:8
  27:1 33:9 34:22
  43:16 52:4,21
Pointer 68:22
Poling 27:21
poorly 38:9,11 39:3
  40:4
port 63:7
portion 17:20 22:16
  43:19
pose 6:1 51:10,10
posed 78:21
position 51:12 57:25
  62:11
possibility 46:2
possible 69:10 70:5
  75:16 77:1 78:10
possibly 8:16 15:25
  21:17 22:18 23:7
  29:21 33:25 60:20
practice 15:6,7,8,9
  32:25 45:22 46:4
practices 43:25 69:10
preclude 13:12
precluded 47:10 49:3
preparation 9:13,17
  33:8
prepare 3:17
prepared 3:11
preparing 4:23
prerogative 64:7
present 44:2 52:24
presented 61:6
president 6:24 7:12
  9:23 53:1
pretty 21:8,14
previous 59:1
previously 51:18 58:20
  68:19 71:18
pre-agreement 25:20
price 8:8 20:10 21:7,11
  21:12,12,15,16,20,24
  21:24
prices 20:14,18

pricing 7:16
prior 4:21 8:15 11:9,14
  14:14 21:19,20 24:23
  25:8,13 26:2,4 27:13
  35:11 39:3 42:12,16
  42:17 43:11 52:11
  53:13,15 54:7 68:10
  78:23 79:4,5
private 55:8
privileged 63:17
privy 58:9
probably 4:2 8:8 21:14
  29:12 32:19 34:24
  46:2 56:12 61:18
problem 68:16
problems 42:13,15
procedure 14:6,7
proceed 6:4
proceedings 79:10 81:4
  81:5,7,10
process 5:10 9:22
processes 8:10
produced 60:22 75:5
product 8:7 13:17 65:2
  70:11
products 1:9 8:1 10:2
  10:11 27:4 30:1
  34:10 38:25 47:14
  48:6 49:7 50:1,3,10
  50:18,24 52:5 54:1,7
  56:9 67:15 68:7
  69:23 70:20 77:16
Professional 2:21
  81:18
progress 65:10,15 66:6
project 4:17,18 7:17
  8:15 11:10,14 14:2
  15:20 16:3,4,5,6,22
  17:4,7,25 18:1,8,13
  18:16 19:7,25 20:11
  20:11,14,16,18 21:5
  23:19,20 24:5,6
  25:23,25 26:4 27:22
  39:7,9 42:11 45:14
  46:13 47:21 48:15,18
  48:21 53:14 55:8,14
  55:16,17,18,19 57:5
  57:13,15,24 61:20
  63:22 66:20,22 68:1
  68:5 69:4,6,17 71:14
  71:20 72:18 78:2,16
projects 18:5,20
promise 52:13,17
promised 35:14 52:21
proof 27:22,23
proper 21:7
properly 63:24
proposal 7:17
provide 8:13 10:17,18

EXHIBIT 1

10:23 11:2,3 18:24
19:16 22:3,4,6,10
23:19 26:10 42:3
58:8
**provided** 8:5,7 10:10
16:7,8 20:19 22:8,14
23:22 25:10 27:24
28:2,13 31:21 32:24
34:9 36:4,5 38:5
49:16,21 62:2 68:9
68:13 69:5,19,24
77:23
**provides** 22:24 41:13
**providing** 16:12 17:2
22:2 23:21 24:4
25:24 27:3 40:8
41:23 49:18
**provision** 11:4 18:25
19:12,14,22 20:3
65:10
**prudent** 46:4
**Public** 2:22 81:2,19
**pumped** 13:16 49:2
**purchase** 7:15 11:9,22
11:22 23:15 30:1
53:6 75:17 77:2,17
**purchased** 11:13 29:25
**purchases** 24:17,21,25
31:24 46:17 48:6
72:9 73:8,11
**purchasing** 53:9
**purpose** 48:19
**purposes** 23:21 55:11
**pursuant** 3:8 54:18
68:12
**pursue** 15:13
**put** 7:16 21:17 30:3
45:2 52:24 57:12
63:4
**putting** 40:23

**Q**

**quality** 69:20 70:2
77:25
**quantity** 21:21 77:23
77:25
**quarry** 16:8 17:6,9,14
18:25 20:4,6 22:4
23:3,4,11,17 29:4,7
29:11,16 35:1 40:6,9
40:24,24 46:24 48:18
56:9 69:3,4 78:15
**question** 5:23 6:3,4,9,9
19:4 25:3,7 44:10
45:15 51:8,9,21,23
51:24 52:2 56:2,14
56:20,21 62:23 69:24
73:1 75:25 76:23
78:1

**questioning** 6:2 57:7
71:3
**questions** 5:14,19,22
43:24 47:18,24 51:17
51:19 59:7,10,11
64:4,20,23 69:7,9
70:12,13 74:6 75:4,8
78:21 79:3,8
**question-and-answer**
5:10
**quite** 19:7 31:12
**quote** 21:1,3,4,16,17
**quoted** 8:8 20:24,24
**quotes** 20:10,19

**R**

**R** 2:1 3:1 80:1
**rail** 11:23 12:5,17,18
21:21 42:3 47:2,5,8
47:11,13 49:1 70:17
70:19 71:13,19 72:9
72:16,24 73:12,18
75:14
**railroad** 12:6,8,14 13:5
13:7,9 29:2,8,17 49:1
61:16,21
**raise** 39:17 53:23,24
**raised** 39:16 53:15,18
53:22
**Randolph** 16:16 17:15
19:25 20:3,12 24:13
25:2,9,12,15,15,19
26:7 38:3 40:5,9,22
40:22,25 43:4,9
44:21,23 46:11,16
48:5 50:16,25 52:3
67:13,18,22 75:14,18
77:3
**Randolph's** 51:3
**Randy** 16:15 19:25
20:12 24:13 25:2,5,9
25:12,14,15,19 26:7
38:3,24 39:2,10 40:4
40:9 43:4,6,8 44:21
44:23 46:11 50:16,25
51:2 52:3 67:13,18
67:21 75:13,18 77:3
**range** 11:18
**ratings** 10:15
**reaching** 26:8
**read** 61:24 75:12 77:14
80:2
**reading** 72:21
**ready** 13:10 29:4
**real** 9:6 35:4 59:17
**realleges** 61:24
**really** 51:12 73:22
**realm** 44:6
**reason** 6:7 9:6 78:13

**reasons** 35:8
**recall** 20:23 27:8 38:14
49:25 50:14 69:5
71:10 73:16
**receive** 15:9 35:12
61:22 67:21
**received** 44:23 61:21
61:22 65:5 78:4
**receiving** 37:3 42:8
**Recess** 40:19 59:8
**reckless** 58:17,17
**reclaim** 70:17
**reclamation** 70:7
**recognize** 8:22 30:8,12
**recognized** 18:4
**recollection** 48:7 50:2
50:9 60:17 72:12
73:17
**record** 10:4,6 53:3,5
81:9
**records** 3:20 4:17,18
45:12 60:22 70:25
**recourse** 70:9,16
**recover** 62:9
**reduced** 20:22
**refer** 58:2
**reference** 28:9,10,12
28:21
**references** 10:17
**referencing** 28:10
**referred** 62:12
**referring** 58:3
**refinery** 13:11 21:23
**reflect** 28:24
**refresh** 73:16
**refusal** 62:4
**regard** 77:15
**regarding** 19:21 20:10
27:21 33:1 68:4
**Registered** 2:21 81:18
**related** 61:19
**relates** 62:24
**relating** 20:3 32:23
33:13,19 36:15
**relation** 50:24
**release** 12:14 13:10
37:2
**released** 35:16 37:1
**releasing** 54:8
**relevant** 58:18
**relies** 10:12
**remain** 12:16
**remaining** 13:17 29:23
75:14
**remember** 21:7 31:12
**rendered** 14:16
**repeat** 65:24 69:15
**repeatedly** 62:7
**rephrase** 5:24 56:20

76:23
**reported** 1:25 81:7
**reporter** 2:21 5:13
81:18
**REPORTER'S** 81:1
**reports** 10:16
**repossess** 70:10
**represent** 54:16 55:1
**representation** 63:2
**representative** 5:5 38:7
43:15 77:3
**representing** 25:4
**request** 6:8 53:25
**requested** 8:13 54:2
65:19
**requests** 65:14 66:5
79:5
**rescinded** 53:15
**residential** 7:25
**respect** 18:25 22:21
50:17
**respond** 60:7,14
**response** 48:4 60:13
65:5,5 69:7,9 71:2
78:21 79:3
**responses** 78:23 79:4
**responsible** 15:19
49:18
**restate** 53:12
**rests** 12:22
**resulted** 70:6
**results** 59:2
**retail** 8:1
**retrieve** 46:23 47:2,4,8
48:9 70:4
**retrieving** 47:11
**review** 4:12,13 66:18
75:5 78:1,8
**reviewed** 3:18 4:13
8:23 33:10 78:11
**reviewing** 33:8
**revising** 51:18
**re-ask** 73:2
**rhyme** 9:6
**right** 7:10 21:9 26:9
30:25,25 34:13 40:17
40:18 44:22 49:9
50:19 56:11 60:4,12
76:10,12
**rights** 58:18
**RINKER** 1:21 2:7
**Robert** 1:10 72:14
**rock** 1:9 7:14 8:4,12,13
8:15 10:1,11 11:9,13
13:7 16:6,8,10 17:4,5
17:9,10,14,16,23
19:18 23:11,12,14,17
23:19,23 24:2,3,9,10
24:16,21 25:11 27:4

27:24 28:3,4 29:25
30:11,20 34:10 38:6
38:25 46:18,24 47:14
48:6,18,24,24 49:7
50:1,3,10,18,24 52:4
52:7,18 54:1,3,7 56:9
57:14 58:14 63:7
66:14 67:14 68:7
69:23 70:20 71:12
75:13 77:11,16
**Rock's** 24:25
**role** 10:19
**rolling** 10:8
**Ron** 3:23 15:22 27:10
33:24,25 36:23 42:23
43:17 49:20 53:1
59:23 60:4
**RPR** 1:25 81:2
**running** 77:12

**S**

**S** 3:1
**sales** 49:10
**saying** 40:5 51:15
**says** 13:22 14:4 39:15
39:22 44:22 72:16
77:9
**scenario** 55:9
**school** 7:5
**scope** 44:8
**scrutiny** 34:5
**seal** 81:14
**second** 5:21 30:13
35:16 36:5,10 39:4
40:1,12 54:8 71:15
72:8 73:13
**second-tier** 57:20
**see** 9:1 14:15 24:16
28:22 29:22,22,24
31:5,8,16 35:22 36:4
39:12,13 44:24 46:18
49:6 57:13 59:7
71:16 72:17,20 77:22
**seeing** 54:19 60:17
**seeking** 14:14
**seen** 4:22 33:12 37:15
48:23 50:1,4 53:16
53:19 67:13,16,17
71:8,9
**sell** 7:24,25
**send** 13:9 14:10
**sent** 13:10 14:17 15:3
29:25 31:17 46:24
60:4,19 65:1,25 78:7
**separate** 10:22 19:12
19:14,15,16 23:2
**separately** 16:11
**service** 1:5 9:7 10:25
11:1,2 74:13
EXHIBIT 1
Page 28 of 116

services 8:5 10:23,24
  14:16,17 22:14 23:16
  26:10 41:23 62:8
set 29:1 81:6
settle 64:5,8 67:2
settlement 62:5 64:13
  67:8,8
set-in-stone 53:14
Seward 7:1,4 16:10
  22:15,18 23:7 30:4
  30:20
Sewright 2:15 7:7 10:4
  55:21 56:1,19,21
  57:6 58:19 60:12
  62:14,22 64:10,22
  72:25 74:5,10 75:22
  76:2,9,12,17,21
Shamburek 2:3,3 6:25
  7:5 19:3 31:1 40:14
  43:22 45:19 46:25
  47:16 51:6,13 56:17
  57:21 60:9,11 63:16
  64:23,25 65:18,22
  66:15 67:6,12 69:1
  69:18 70:12 73:2,24
  74:15,21 75:7,10
  76:23,25 77:8,21
  78:18,25 79:8 82:4,5
shipment 29:4 39:4
  40:12 42:20 74:20
  75:2
shipped 13:16
Shoreside 1:4,14 2:2
  3:12,12 4:5 5:5 6:22
  6:23 7:11,15,22 8:3,4
  8:13 10:12 11:9,14
  16:4 25:10 26:15
  27:2 28:3,4 34:3 35:4
  36:7,17,19 43:15
  45:20 47:7 49:4
  54:10,14,24 55:9
  56:8,23,24 57:1,4
  58:15 59:22 60:18,23
  65:2,25 67:1,9 68:14
  69:11,19 72:23,23
  77:24 78:22 79:4
Shoreside's 14:6 45:22
  56:7 58:18 61:12,23
Shoreside/Marathon
  71:13
shortly 31:22
show 29:9,18 36:1
showing 49:25
shut 51:23
sic 72:21
siding 12:24,25
signature 30:12 31:4
signatures 31:8
significance 18:8

significant 18:2 34:2
signing 80:21
similarly 62:17
simply 18:10 21:1 25:7
  51:11
sir 4:1 6:10 7:18 9:2
  22:12 25:7 27:18,20
  28:17,17 30:8 44:24
  45:15 46:11,14 59:3
  71:16 72:4,6,17
  73:20
sit 49:24 74:18 76:5,13
site 28:25 39:11 63:21
sitting 56:10,11
situation 21:10 43:8
  45:18
six 46:18 77:9
size 61:3
sketch 6:13
slow 40:7
small 50:4
smaller 22:16
sold 6:21,21
somebody 44:1,5 47:19
someplace 16:25 21:18
soon 12:12 21:23 32:16
  51:2
sooner 39:5
sorry 4:4 26:4 61:9
  69:7
sort 11:18 12:21 15:15
sorts 56:15
speak 4:8 5:6,14 44:15
  46:9 59:18
speaking 15:20 38:8,10
  39:2 40:4 44:17
  59:25
special 14:23,25
specific 10:15 14:24,24
  15:2,14 20:16 28:10
  28:15 29:8 35:13
  38:13 43:1,23 45:2
  49:25 55:14 56:6
  60:14 69:6
specifically 9:6 11:25
  15:23 16:24 19:8,23
  21:4 29:15 30:2 33:2
  33:12,19,23 35:8
  36:23 38:5 39:16
  43:14 44:18 46:7
  48:15 49:6 54:23
  59:25 61:14,20 71:24
specifics 41:12
specified 13:21
speculation 70:8 75:20
  77:7,18
speed 39:11
Spencer 1:8 7:14 8:4
  8:12,13,15 10:1,10

11:9,13 12:7,9,24,25
  13:2,7,20 14:1,25
  16:6,8,12,18 17:2,4,4
  17:9,10,16,23 18:10
  18:12,25 19:1,18
  20:3,14,20 22:4,6,13
  23:11,12,14,17,23
  24:2,3,9,10,16,21,25
  25:4,11 26:13 27:4
  27:24 28:2,4 29:4,7
  29:11,16,25 30:11,16
  30:17,20 31:22 32:5
  34:10 35:1 36:6 37:2
  38:6,9,11,15,17,24
  39:14,25 40:1,6,9
  41:22,23 45:19 46:17
  46:24 47:14 48:6,16
  48:20 49:7,11 50:1,3
  50:10,18,24 52:4,7
  52:18 53:6 54:1,3,7
  56:9 58:4,8,10,14
  63:7 66:14 67:14
  68:4,7 69:3,4,23
  70:20 71:12,19 72:24
  73:17 75:13 77:11,16
  78:15
Spencer's 35:23 38:12
spend 4:23 44:17
spit 11:10,14 14:2
  15:20 16:3 23:20
  27:22 48:18,23 71:14
  72:18
spoke 4:6 16:16 24:13
  25:2 36:10 40:22
spot 12:6
spring 7:19 68:1,10
spur 12:22
SRP's 45:4
stack 60:25
staff 32:8 33:25
stand 76:9
stand-up 42:14
Star 2:14 64:2
start 6:12 15:12
started 6:17 25:24
  45:13
starting 30:12
starts 8:25 9:1
state 2:22 3:4 72:9 73:7
  81:3
stated 46:16 47:1 58:20
  65:2 76:17
Stateline 62:6
statement 14:10 28:7,8
  36:12,25 51:3 56:12
  77:14
states 1:1,4,9 54:21
  67:14 71:12 73:12
stating 66:3

stations 7:24 8:2 49:11
stays 12:18,19
stenographically 81:7
stepped 39:6,8
stepping 38:7
steps 3:16 32:3 46:23
  48:9
Steve 3:19 51:12,22
  74:15
Steven 2:3,3
stipulate 7:3
stop 76:2,6
stores 49:10
Street 2:4,16
stretch 47:22
strictly 22:8
sub 45:24
subcontractor 17:25
  41:14,15,18 54:4
  58:1,2
subcontractors 54:17
  55:5 65:11 66:1
subject 62:1
subscribed 81:13
subsequent 9:10 11:8
  26:10 75:5
subsequently 22:3 75:1
sue 64:5
suggesting 51:18
Suite 1:21 2:4,8,12
sum 58:22
summarizing 51:20
summary 24:10 48:1
  57:24
summer 68:2
supplier 17:24 57:20
suppliers 65:11 66:10
supply 16:6
supplying 17:22,23
  20:18 25:23 73:17
support 56:6 77:11
supposedly 17:6
sure 6:16 7:2 27:12
  30:2 31:10 32:19
  33:21 37:20 48:13
  50:12,19 51:16 55:5
  56:3 70:25 71:24
surrounding 9:16
Susan 1:25 2:21 81:2
  81:18
SW 80:21
sworn 3:3 81:5
system 15:15,16

_____
        T
_____
T 80:1,1
table 56:11 63:1
take 6:6,9 12:21 13:2
  15:13 16:21 23:5

29:10 30:15 32:3
  40:14 42:10 46:23
  48:9 59:6 71:11
  72:14 75:11
taken 1:16,20 2:19 3:17
  5:8 40:19 58:16 59:8
  81:5,10
takes 12:8
talk 3:24 5:17,18 7:10
  8:11 20:2 23:25
  35:19 43:24
talked 3:20 16:17 26:7
  32:19 35:21 61:15
talking 4:9,14 57:18
  69:10
tank 12:5,16,18,21
  13:1,10,13,13 26:15
  26:20,24 28:15 29:16
  29:23 34:20,24 54:8
  72:9
tanks 31:16
telephone 33:5 50:9
tell 3:16 7:22 16:4
  19:25 25:9 26:23
  30:19 32:14,18 33:15
  33:24 40:25 42:20
telling 4:9 38:11
tells 37:17
Ten-day 29:14
term 7:3 41:4
terms 14:23,25 15:2,4
  41:9 52:13
testified 3:5 39:19 51:7
  51:19 70:16 71:2,18
testify 3:11 44:5
testimony 59:3 74:18
  81:6,10
thank 59:10,17
Thereabouts 37:24
thing 5:21 17:18 51:15
  52:9 61:16
things 39:11 51:18
think 19:3 20:15 24:11
  30:18 33:12 35:20
  39:5 44:2,3 56:10,12
  57:15 58:22 59:1
third 2:12 74:14 77:1
  77:16 78:14
thought 38:6
thousand 11:19 54:12
three 26:15 61:1 71:12
  71:19 72:9,15 73:7
  75:17
three-minute 59:7
thumbnail 6:13
tickler 15:15
tied 63:6
tight 52:13
time 2:20 4:23,25 6:1,1

EXHIBIT 1
Page 29 of 116

Case No. A98-009 Civil (HRH)    Doug Lechner

Page 8

6:6 7:21 12:11,12
15:22,24 16:20,24,25
17:1,10 18:3,7,9,13
18:19,24 20:5,12
21:3,9,18 23:14,15
24:12 25:3 27:2 32:9
35:13 36:5,8,14,21
38:2,21 39:2,12 40:9
44:6,14,14,16,17
48:11 50:12 53:9
59:10 66:7 68:17
70:10,10,19 81:6,10
**times** 53:10
**title** 2:20
**today** 3:8 5:19 21:11
49:24 56:10 74:18
79:3
**told** 19:2 24:20,22,24
36:17 38:18,19,20,23
39:10 48:5,7 56:25
58:10,11
**TOMLINSON** 2:11
**top** 9:1
**topic** 3:25
**Total** 4:25
**town** 20:16 29:25 30:1
**track** 12:22
**tracks** 12:20
**Traeger** 2:7 6:25 55:13
74:6 76:2,13
**transcribed** 81:8
**transcript** 80:3
**transcription** 81:9
**traveling** 12:21
**Trecon** 68:19,23
**Trecon's** 69:2
**tried** 4:13 47:2,7
**trigger** 39:23
**true** 11:5 39:14 54:19
80:3 81:9
**trust** 57:12
**truth** 3:4,4,4
**try** 5:17,18,19,21 11:17
33:6 73:25
**trying** 3:20,21 19:5
57:2
**tug** 16:9
**turn** 8:25 9:4,7,10 16:3
28:7,16 74:4,9
**turned** 61:4
**turning** 29:22
**twice** 37:7 45:25
**two** 5:1 9:1 28:18 29:22
35:13 50:6 53:10
60:25 71:13 72:16
73:10,12
**type** 61:16
**typical** 33:4
**Typically** 29:10

### U

**Uh-huh** 5:11 9:3 18:22
26:19 40:10 72:11,19
73:9
**unclear** 25:3
**underlying** 4:17,18
10:11
**understand** 5:5,10,23
14:15 16:20 17:2,8
22:20 26:7 35:22
36:4 38:15 40:25
42:8 56:14
**understanding** 26:14
57:19 65:25 67:1
68:22
**understood** 17:22 18:7
**unfortunately** 31:12
**unintelligible** 73:1,5
**unit** 12:19
**UNITED** 1:1,4,9
**unpaid** 27:24 70:20
**unused** 49:3
**use** 1:4 8:9 10:16 13:2
13:15 41:19 47:20,25
49:12 78:15 80:21
**USF&G** 27:21 59:18
59:24 60:7,18 62:2,6
62:7,10,16,19 63:11
63:21 67:7

### V

**verbal** 21:16 49:14,15
49:18 53:21
**verbally** 39:16 49:13
49:13 53:20
**versus** 67:23
**vice** 6:24 7:12
**Viergutz** 2:11 31:5
59:10,13 60:10,16
62:18 63:9,20 64:12
64:20 82:3
**view** 18:20 24:5 55:17
66:16,24
**viewed** 75:16 77:1
**Volume** 1:17
**vs** 1:7

### W

**W** 1:21 2:8,12
**waiting** 36:17 37:21
**want** 4:6,13 23:25
43:16 53:12 55:11
56:6 59:3 76:5
**wanted** 14:22
**Warnick** 1:25 2:21
81:2,18
**wasn't** 11:20 18:13
19:18 43:11 48:5
**way** 62:15

**week** 32:20 33:15
37:23
**weeks** 35:13
**went** 22:13 35:9 36:14
36:25
**weren't** 19:8 58:11
70:24
**we'll** 21:19,24 48:1
49:13
**we're** 4:10 7:7,23 48:13
50:4,5 54:11 55:5
**we've** 61:4
**whatnot** 43:25
**whatsoever** 77:13
**WHEREOF** 81:13
**wholesale/retail** 7:23
70:23 82:8
**willing** 7:3
**window** 16:25
**winter** 7:19 16:22,25
20:9,9
**withheld** 50:20
**witness** 3:3 19:5 40:15
55:22 56:3 58:21
60:13 62:15,24 63:19
64:11 65:17 66:13
67:5,11 69:15 70:9
76:22 77:20 79:7
81:4,13 82:2
**wording** 37:20
**words** 13:23 15:10
19:15 24:8 41:18
**work** 5:15 6:14,17 8:17
17:5
**worked** 30:16,19
**working** 38:4 67:22
68:6
**works** 11:25 12:15
**worth** 34:9
**wouldn't** 4:25 18:17,18
23:18 25:18 46:6
56:11
**writing** 21:6 53:19
60:15
**written** 20:22 21:4
35:25 49:13,16,19,25
50:2,4 53:5,16

### Y

**yapping** 76:1
**yeah** 4:4 11:20 13:4
16:19 23:1 30:4,25
31:15 37:24 39:18
42:15 60:2,6
**year** 6:16,18 8:16,17
53:13
**years** 43:18 52:10,10
**yesterday** 75:6

### $

$20,000 34:9 40:12
53:23
$21,000 34:19 46:23
$21,503 31:17
$22,000 34:1 42:19
$23,000 34:14
$25,000 34:1 35:3
$50,000 54:14

### 0

009138 30:23
009141 31:2

### 1

1 1:17 8:18,20 28:16,17
31:25 32:3 34:12
70:23 82:8
1st 14:9,13,18 15:5,10
31:22 34:8,24 37:7
37:16 45:4,16
10 7:7 35:12 43:18
10-day 29:12
1029 2:12
11:00 79:10
18 9:12
19 7:19 9:5
1991 6:21
1995 7:11
1997 7:20 33:11 68:10
71:15 72:10 75:17
77:2

### 2

2 1:16 27:14,16,18
29:22 60:4,10,11
82:9
20,000 34:9 35:24 36:2
45:5,6
2000 7:11
2005 1:16 81:15
2006 81:20
21 42:19 75:17 77:2
21st 39:13 72:10,24
73:18,19 74:19 75:2
22 34:14
258-0106 2:9
27 82:9
276-6100 2:17
277-3533 2:13
280 2:12

### 3

3 30:5,6,8 82:3,9
30 13:20 14:5,13,20
15:10,17,21 45:24
70:23 82:9
30(b)(6) 1:14 3:9 5:4
43:15 44:3,6,8
30-day 13:24 14:1

### 31st 14:9
38 61:23 62:10

### 4

4 40:20 44:21 82:10
4th 72:5,10
4/8/97 28:21
40 82:10
425 2:4
45,000 34:22 35:4

### 5

5 71:6 72:9,15,21 73:10
74:11 82:10
50-some 54:12
500 50:5
502 1:21 2:8
522-5339 2:5
59 82:3

### 6

6 72:1,2,6,21 73:7
82:11
630 2:4
64 82:4

### 7

70 82:4
71 82:10
72 82:11
745 1:21 2:8
75 82:5
750 41:19

### 8

8 81:20 82:8
8th 31:17 72:10
8:45 1:16
810 2:16
82 1:17

### 9

907 2:5,9,13,17
9130 31:5
95 37:11
96-97 16:23,25 20:9
97 14:16 42:4 53:7
73:14
99501 1:22 2:4,8,12,16

EXHIBIT 1

Steven J. Shamburek
Alaska Bar No. 8606063
FARLEIGH & SHAMBUREK
601 West Fifth Avenue, Suite 810
Anchorage, Alaska 99501
(907) 274-6641
(907) 272-6875 FAX

Attorneys for Plaintiff
Shoreside Petroleum, Inc.,
d/b/a Marathon Fuel Service

RECEIVED

JUL 06 1998

OLES MORRISON
RINKER & BAKER LLP

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Service, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Service, on its own behalf, <br><br> Plaintiffs, <br><br> vs. <br><br> NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE, <br><br> Defendants. | Case No. A98-009 CV (HRH) <br><br> PLAINTIFF'S RULE 26(a) INITIAL DISCLOSURES |

COMES NOW plaintiff, Shoreside Petroleum, Inc., d/b/a Marathon Fuel Service, through its attorney, Steven J. Shamburek, Farleigh & Shamburek, and submit the following initial disclosures pursuant to Local Rule 26.2(a)(1).

Plaintiff's Initial Disclosures
Page 1

LAW OFFICES OF
FARLEIGH & SHAMBUREK
SUITE 810
601 WEST FIFTH AVENUE
ANCHORAGE, ALASKA 99501-2365
(907) 274-6641

Date 7/6/98
Copies to
Nugget
Court
Usf&g

Ex. 1 Date 12.2.05
Witness Lechner
S. WARNICK 907-258-7100

EXHIBIT 1
Page 31 of 116

A.    **FACTUAL BASIS OF CLAIMS/DEFENSES**

The factual basis of the claim was set forth in detail in the Complaint.    If any party seeks further factual development without propounding formal discovery requests, send a written request to the undersigned and Marathon Fuel Service will provide a written response as to seasonal supplementation of these disclosures within 15 days.

B.    **NAMES, ADDRESSES AND PHONE NUMBER OF PERSONS LIKELY TO HAVE DISCOVERABLE INFORMATION:**

1. Doug Lechner, VP Marketing, Shoreside Petroleum, Inc., P.O. Box 1189, Seward, AK 99664; (907) 224-8040.    Attorney/Client privilege.

2. Kurt Lindsey, President, Shoreside Petroleum, Inc., P.O. Box 1189, Seward, AK 99664; (907) 224-8040.    Attorney/Client privilege.

3. Ron Niebrugge, Controller, Shoreside Petroleum, Inc. P.O. Box 1189, Seward, AK 99664; (907) 224-8040.    Attorney/Client privilege.

4. Greg Poynor, General Manager, Nugget Construction, Inc., 8726 Corbin Drive, Anchorage, AK 99507; (907) 243-8601.

5. Thomas A. Johnson, P.E., U.S. Army Corp of Engineers, Ft. Richardson Resident Office, P.O. Box 898, Anchorage, AK 99506-0898.

6. Robert A. LaPore, President, Spencer Rock Products, Inc., P.O. Box 244063, Anchorage, AK 99524;

LAW OFFICES OF
FARLEIGH & SHAMBUREK
SUITE 810
801 WEST FIFTH AVENUE
ANCHORAGE, ALASKA 99501-2263
(907) 274-0641

Plaintiff's Initial Disclosures
Page 2

EXHIBIT 1
Page 32 of 116

7. John Terwillinger, President, Nugget Construction, Inc., 8726 Corbin Drive, Anchorage, AK 99507; (907) 243-8601.

8. Doug Wood, U.S. Army Corp of Engineers, Ft. Richardson Resident Office, P.O. Box 898, Anchorage, AK 99506-0898.

9. Jane Poling, U.S. Fidelity & Guaranty Co., Surety Claims, P.O. Box 1138, Baltimore, MD 21203-1139; (410)205-1044.

10. Frank Dieckgraeff, Metco, Inc., HCR 64, Box 300, Seward, AK 99664; (907) 224-3151.

11. Barbara Dieckgraeff, Metco, Inc., HCR 64, Box 300, Seward, AK 99664; (907) 224-3141.

12. David Dieckgraeff, Metco, Inc., HCR 64, Box 300, Seward, AK 99664; (907) 224-3141.

13. Jack Goodwill, Northern Stevedoring & Handling, Seward, AK 99664; (907)224-5477.

14. Randy Randolph, Project Manager, Nugget Construction, 8726 Corbin Drive, Anchorage, AK 99507; (907) 243-8601.

15. Unknown Name of accountant, North Star

C. **NAMES OF INDIVIDUALS MAKING WRITTEN OR RECORDED STATEMENTS:**

There are no individuals making written or recorded statements.

D. **COPY OF, OR DESCRIPTION BY CATEGORY AND LOCATION, OF ALL DOCUMENTS RELEVANT TO DISPUTED FACTS:**

LAW OFFICES OF
FARLEIGH & SHAMBUREK
SUITE 810
801 WEST FIFTH AVENUE
ANCHORAGE, ALASKA 99501-2263
(907) 274-9641

Plaintiff's Initial Disclosures
Page 3

EXHIBIT 1
Page 33 of 116

The relevant documents are attached.

**E. PHOTOS/DIAGRAMS:**

There are no photos or diagrams.

**F. INSURANCE AGREEMENTS:**

Marathon Fuel Service is asserting claims and is not aware of any claims being asserted against it. There is no insurance.

**G. COMPUTATION OF DAMAGES CLAIMED AND SUPPORTING DOCUMENTS:**

Marathon Fuel Service seeks damages of $53,501.01, plus interest and attorney's fees as allowed by contract, statute and court decision. Supporting documents are attached.

DATED this _2nd_ day of July, 1998, at Anchorage, Alaska.

FARLEIGH & SHAMBUREK
Attorneys for Plaintiff
Shoreside Petroleum, Inc., d/b/a
Marathon Fuel Service

By: _____
for Steven J. Shamburek

LAW OFFICES OF
FARLEIGH & SHAMBUREK
SUITE 810
801 WEST FIFTH AVENUE
ANCHORAGE, ALASKA 99501-2263
(907) 274-8641

Plaintiff's Initial Disclosures
Page 4

EXHIBIT 1
Page 34 of 116

**CERTIFICATE OF SERVICE**
The undersigned certifies that on the $2nd$ day of July,
1998, a copy of the foregoing was served by mail upon the
following::

Michael W. Sewright, Esq.
Burr, Pease & Kurtz
810 N Street
Anchorage, AK 99501

Roger D. Orr, Esq.
Hintze & Wright
1901 One Union Street
601 University Street
Seattle, WA 98101

John Lukjanowicz, Esq.
Oles Morrison & Rinker
3300 Columbia Center
701 Fifth Avenue
Seattle, WA 98104

George Kapolchok
1215 W. 8th Ave.
Anchorage, AK 99501

*Judy Dehersen*

Initial Disclosures

LAW OFFICES OF
FARLEIGH & SHAMBUREK
SUITE 810
401 WEST FIFTH AVENUE
ANCHORAGE, ALASKA 99501-2263
(907) 274-9641

Plaintiff's Initial Disclosures
Page 5

EXHIBIT 1
Page 35 of 116

# MARATHON FUEL SERVICE

P.C.
SEWARD, /
PHONE:

# STATEMENT

Post-It™ brand fax transmittal memo 7671 # of pages ▸ 3

| To Ron SPI | From Val MFS |
|---|---|
| Co. | Co. |
| Dept. | Phone # |
| Fax # | Fax # |

DATE 131/67

CCOUNT NUMBER
1SROC

Spencer Rock Products, Inc.
PO Box 244063

Anchorage, AK          99524

$ _____
AMOUNT ENCLOSED

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT

PAGE        1

| REFERENCE | DATE | CODE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|---|
| 023052 | 06/14/97 | I | LUBE | 122.22 | 122.22 |
| 023081 | 06/20/97 | I | LUBE | 29.93 | 29.93 |
| 023192 | 06/25/97 | I | RANDO 32 | 51.98 | 51.98 |
| 123738 | 04/08/97 | I | 23236.0 GAL DHD | 21503.30 | 21503.30 |
| 123746 | 06/21/97 | I | 22993.0 GAL DHD | 21278.63 | 21278.63 |
| 124036 | 04/15/97 | I | 118.5 GAL DHD | 155.06 | 155.06 |
| 126011 | 06/09/97 | I | 195.5 GAL DHD | 245.55 | 245.55 |
| 126054 | 06/24/97 | I | 106.5 GAL DHD | 135.96 | 135.96 |
| 126062 | 06/28/97 | I | 135.5 GAL DHD | 176.75 | 176.75 |
| 126098 | 06/04/97 | I | 155.0 GAL DHD | 194.68 | 194.68 |
| 26102 | 06/06/97 | I | 56.1 GAL DHD | 70.46 | 70.46 |
| 26234 | 06/06/97 | I | 15.0 GAL LF | 23.19 | 23.19 |
| 26393 | 06/18/97 | I | 92.6 GAL DHD | 114.36 | 114.36 |
| 126431 | 06/10/97 | I | 192.3 GAL DHD | 241.53 | 241.53 |
| 126445 | 06/17/97 | I | 123.8 GAL DHD | 155.49 | 155.49 |
| 126576 | 06/12/97 | I | 232.9 GAL DHD | 285.18 | 285.18 |
| 126597 | 06/14/97 | I | 101.0 GAL DHD | 126.86 | 126.86 |
| 126600 | 06/16/97 | I | 151.4 GAL DHD | 190.16 | 190.16 |
| 126602 | 06/17/97 | I | 125.5 GAL DHD | 157.63 | 157.63 |
| 126695 | 06/25/97 | I | 408.6 GAL DHD | 487.47 | 487.47 |
| 126711 | 06/26/97 | I | 61.9 GAL DHD | 77.75 | 77.75 |
| 126764 | 06/09/97 | I | 45.0 GAL LF | 69.56 | 69.56 |
| 126969 | 06/24/97 | I | 25.0 GAL LF | 38.12 | 38.12 |
| 126982 | 06/26/97 | I | 83.0 GAL LF | 126.55 | 126.55 |
| 127098 | 06/26/97 | I | 91.7 GAL DHD | 115.18 | 115.18 |
| 128212 | 04/05/97 | I | 90.9 GAL DHD | 118.94 | 118.94 |
| 128332 | 04/02/97 | I | 60.0 GAL DHD | 79.77 | 79.77 |
| 128411 | 04/03/97 | I | 46.6 GAL DHD | 62.94 | 62.94 |
| 128611 | 04/09/97 | I | 47.9 GAL DHD | 62.67 | 62.67 |
| 128821 | 04/12/97 | I | 99.8 GAL DHD | 130.59 | 130.59 |
| 128831 | 04/17/97 | I | 105.5 GAL DHD | 138.18 | 138.18 |

CODES: C = CR MEMO   P = PAYMENT   A = DISCOUNT ALLOWED   F = FINANCE CHARGE
D = DR MEMO   I = INVOICE

TOTAL DUE ▸  CONTINUED

EXHIBIT 1
Page 36 of 116

SEP 30 '97 05:02PM MARATHON FUEL CORP. 907 224 3050 P.2



**MARATHON FUEL SERVICE**
P.O. BOX 229
SEWARD, ALASKA 99664-0229
PHONE: (907) 224-3171

**STATEMENT**

| DATE |
|------|
| 06/31/97 |

| ACCOUNT NUMBER |
|----------------|
| SPERDC |

Spencer Rock Products, Inc.
PO Box 244063

Anchorage, AK          99524

$ _____
AMOUNT ENCLOSED

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT

PAGE    2

| REFERENCE | DATE | CODE | DESCRIPTION | AMOUNT | BALANCE |
|-----------|------|------|-------------|--------|---------|
| 129320 | 04/29/97 | I | 133.6 GAL DHD | 169.46 | 169.46 |
| 129322 | 05/15/97 | I | 239.0 GAL DHD | 305.20 | 305.20 |
| 129331 | 05/03/97 | I | 194.7 GAL DHD | 254.77 | 254.77 |
| 129346 | 05/22/97 | I | 95.2 GAL DHD | 123.86 | 123.86 |
| 129375 | 05/14/97 | I | 138.5 GAL DHD | 181.62 | 181.62 |
| 129457 | 05/12/97 | I | 42.3 GAL DHD | 55.34 | 55.34 |
| 129466 | 05/21/97 | I | 59.4 GAL DHD | 76.48 | 76.48 |
| 129474 | 05/14/97 | I | 133.8 GAL DHD | 175.08 | 175.08 |
| 129533 | 06/04/97 | I | 108.4 GAL DHD | 141.84 | 141.84 |
| 129562 | 05/20/97 | I | 145.6 GAL DHD | 190.52 | 190.52 |
| 129573 | 06/13/97 | I | 97.0 GAL DHD | 126.92 | 126.92 |
| 129582 | 05/16/97 | I | 167.0 GAL DHD | 218.51 | 218.51 |
| 129609 | 05/21/97 | I | 184.1 GAL DHD | 240.90 | 240.90 |
| 129623 | 05/23/97 | I | 70.6 GAL DHD | 90.90 | 90.90 |
| 129624 | 05/23/97 | I | 95.4 GAL DHD | 122.83 | 122.83 |
| 129636 | 05/19/97 | I | 153.9 GAL DHD | 201.37 | 201.37 |
| 129725 | 06/10/97 | I | 147.2 GAL DHD | 184.88 | 184.88 |
| 129857 | 05/13/97 | I | 71.0 GAL LF | 108.27 | 108.27 |
| 129860 | 05/14/97 | I | 55.0 GAL LF | 99.11 | 99.11 |
| 129940 | 05/20/97 | I | 80.0 GAL DHD | 103.00 | 103.00 |
| 22610 | 04/30/97 | I | LUBE | 56.96 | 56.96 |
| 22626 | 05/04/97 | I | LUBE | 25.99 | 25.99 |
| 22636 | 05/06/97 | I | FLOOR DRY | 15.75 | 15.75 |
| 22642 | 05/07/97 | I | LUBE | 1444.36 | 1444.36 |
| 22666 | 05/12/97 | I | LUBE | 103.95 | 103.95 |
| 22950 | 04/14/97 | I | LUBE | 770.68 | 770.68 |
| 23013 | 06/06/97 | I | STARPLEX 2 | 14.65 | 14.65 |
| 23139 | 05/20/97 | I | LUBE | 90.56 | 90.56 |
| 006224 | 04/30/97 | F | Finance Charge | 168.71 | 168.71 |
| 006304 | 05/31/97 | F | Finance Charge | 1.43 | 1.43 |
| 006386 | 06/30/97 | F | Finance Charge | 144.83 | 144.83 |

| CODES: | C = CR MEMO | P = PAYMENT | A = DISCOUNT ALLOWED | F = FINANCE CHARGE | |
|--------|-------------|-------------|----------------------|--------------------|---|
| | D = DR MEMO | I = INVOICE | | | TOTAL DUE ► CONTINUED |

EXHIBIT 1
Page 37 of 116



## MARATHON FUEL SERVICE
P.O. BOX 229
SEWARD, ALASKA 99664-0228
PHONE: (907) 224-3171

# STATEMENT

| DATE |
| --- |
| 08/31/97 |

| ACCOUNT NUMBER |
| --- |
| SPSRPC |

Spencer Rock Products, Inc.
PO Box 244063

Anchorage, AK          99524

$ _____
AMOUNT ENCLOSED

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT

PAGE     3

| REFERENCE | DATE | CODE | DESCRIPTION | AMOUNT | BALANCE |
| --- | --- | --- | --- | --- | --- |
| 006446 | 07/31/97 | F | Finance Charge | 268.65 | 268.65 |
| 006508 | 08/31/97 | F | Finance Charge | 438.08 | 438.08 |

| CODES: | C = CR MEMO<br>D = DR MEMO | P = PAYMENT<br>I = INVOICE | A = DISCOUNT ALLOWED | F = FINANCE CHARGE | TOTAL DUE ▶ | 63501.01 |
| --- | --- | --- | --- | --- | --- | --- |
| | CURRENT | 1 TO 30 | 31 TO 60 | 61 TO 90 | OVER 90 |
| | 436.08 | 3123.39 | 26376.02 | 23313.61 | 249.91 |

EXHIBIT 1
Page 38 of 116





EXHIBIT 1
Page 39 of 116



# SHORESIDE PETROLEUM, INC.

CORPORATE OFFICE
P.O. BOX 1189  700 PORT AVENUE
SEWARD, ALASKA 99664-1189
PHONE (907) 224-8040   FAX (907) 224-8047

October 1, 1997

Greg Poynor, General Manager
Nugget Construction, Inc.
8726 Corbin Drive
Anchorage, AK 99507

Dear Mr. Poynor:

Shoreside Petroleum d/b/a Marathon Fuel is a subcontractor to one of your direct subcontractors, Spencer Rock Products, Inc. Pursuant to its subcontract with Spencer Rock, Shoreside provides a variety of goods and performs a number of services. The last goods were provided on June 26, 1997. Doug Lechner sent a letter to the owner, U.S. Army Corps of Engineers, on August 28, 1997. Your letter of September 19, 1997 acknowledges and discusses Doug Lechner's letter and the problems with payment of your subcontractor, Spencer rock, and Shoreside.

Shoreside was always under the impression that it was dealing with one of your subcontractors. We were not made aware of the purported contract you recently produced with Spencer Rock. I am disappointed to hear of your dispute with Spencer Rock, but I hope you will assist us in seeking payment from the surety or otherwise satisfying the outstanding arrearages directly or from Spencer Rock.

Thank you for your assistance in this matter. Best wishes.

Sincerely,

Ron Niebrugge
Shoreside Petroleum, Inc.

cc:  U.S. Fidelity & Guaranty Co.
     Robert A. LaPore, Spencer Rock Products, Inc.
     Thomas A. Johnson, P.E., USACE
     Doug Lechner

EXHIBIT 1
Page 40 of  116

# NUGGET
# ONSTRUCTION, INC.

8726 Corbin Drive
Anchorage. Alaska 99507
(907) 344-8365
Fax (907) 522-2786
e mail nci@alaska.net

September 19, 1997

Mr. Doug Lechner
Vice President/Marketing
Shoreside Petroleum, Inc.
P.O. Box 1189
Seward, Alaska 99664-1189

RE: Homer Spit Repair and Extension Project

RECEIVED: SEP 22 1997

EXCEPTIONS:

CC: Ron n.  9-22-97

CONTROLLED:

PAYMENT AP...

PAID:

Dear Mr. Lechner,

The Department of the Army, U.S. Army Engineer District, Alaska, has forwarded to us a copy of your August 28, 1997 letter to Mr. Doug Wood in connection with services and/or material that Shoreside Petroleum's wholly-owned subsidiary, Marathon Fuel, allegedly provided to Spencer Rock Products, Inc. in connection with the above-referenced Project. We have responded directly to the Corps, but wanted to correct an erroneous allegation you had in your letter.

You allege that Spencer Rock is a subcontractor to Nugget. This is not correct. Spencer Rock Products has never been a subcontractor to Nugget on the Homer Spit project. Instead, Spencer served as a material supplier. This is conformed by the Agreement between Nugget and Spencer, a copy of which we provide for your consideration. Spencer was not required to perform any work on site. In fact, assuming its material met the requirements of the prime contract, Spencer's obligation terminated when it delivered the specified rock "F.O.B. Contractor Provided Barge Deck, Seward, Alaska." We believe that Spencer Rock Products is properly characterized as a "material supplier" on the Homer Spit Project, rather than a "subcontractor."

Moreover, to the best of our knowledge, even though this is a bonded project, Nugget Construction is not responsible to ensure that any supplier to a supplier is paid for work performed under the contract. Instead, as we understand it, the second-tier supplier must look solely to the first-tier supplier for payment.

As you may know, there is a dispute ongoing between Spencer Rock Products and Nugget concerning the amount, if any, due and owing to Spencer Rock Products. Nevertheless, we

EXHIBIT 1
Page 41 of 116

September 19, 1997
Mr. Doug Lechner
Page 2

wanted to send you this letter to let you know that Nugget does not believe it or its bonding company is responsible to pay for any services and/or material you may have provided to Spencer in connection with the Homer Spit Project in light of the relationship between Spencer and Nugget.

I am sorry that our response could not be more favorable. However, I am sure you can understand why Nugget cannot volunteer to pay obligations of our suppliers to their suppliers when it is not required to.

Sincerely,
Nugget Construction, Inc.

Greg Poynor
General Manager

cc    Oles Morrison and Rinker
      Thomas Johnson, P.E. USACE

EXHIBIT 1
Page 42 of 116

# NUGGET CONSTRUCTION, INC.

8726 Corbin Drive
Anchorage, Alaska 99507

## MATERIAL CONTRACT

| | |
|---|---|
| General Contract No. | DACW85-96-C-0020 |
| NCI Job No. | 611 |
| Material Contract No. | 611SRP |

THIS AGREEMENT, issued this 18th day of December, 19 96. by and between;

| | |
|---|---|
| Name | **Spencer Rock Products** |
| Address | **P.O. Box 244063** |
| City, State, Zip | **Anchorage, Alaska 99524** |
| Telephone No. | **907-563-1405** |
| Facsimile No. | **907-563-1458** |
| Fed ID No. | |

Hereinafter called the Seller, and Nugget Construction, Inc., hereinafter called the Contractor.

WITNESSETH:

- **Section 1**

The Seller agrees to furnish all materials set forth in Section 2 hereof, necessary in the construction of:

| | |
|---|---|
| Name of Project | **Homer Spit Repair and Extension** |
| Owner of Project | **U.S. Army Corps of Engineers** |
| Location of Project | **Homer, Alaska** |

In accordance with this Material Contract the CONTRACT DOCUMENTS, BIDDING DOCUMENTS, AMENDMENT NO.(S) 001 & 002 all of which shall be considered part of this Agreement by reference thereto. The Seller agrees that the material supplied will be in strict accordance with the plans, specifications and criteria and will be subject to inspection and acceptance by the supervising authority to determine conformance thereto.

- **Section 2**

It is agreed that the materials to be furnished by the seller are as follows:

- **Armor Stone 43,000 Tons**
- **Filter Stone 16,000 Tons**
- **Toe Stone 9,000 Tons**

EXHIBIT 1
Page 43 of 116

Material Contract
Page 2

These quantities are approximate and may vary depending on the actual amount of material required at the project site. Pricing for overruns or underruns will be subject to the provisions of the prime contract.

- **Section 3**

All material furnished under this Agreement is to be furnished F.O.B.:

Contractor provided barge deck, Seward Alaska

Deliver schedule shall be:

Starting on approximately March 15, 1997, in Seward, Alaska, at the rate of 3,500 tons per barge load. Delivery shall be continuous at the rate of 3,500 tons approximately every 5 days for a period of approximately 100 days or until the required amount of material has been delivered.

Contractor shall inspect all materials at the Spencer Quarry and notify Seller of any apparent defects. Satisfactory performance shall be contingent upon timely written approval of both parties of the following material samples, shop drawings, and submittals:

All samples and testing required in Specification Section 02270.

All data, manufacturer's information, certifications, testing, et al, will be submitted in nine copies. One copy will be returned to the Seller.

- **Section 4**

The Contractor agrees to pay the Seller for the material as follows:

- **Armor Stone @ $22.50/Ton**
- **Filter Stone @ $22.50/Ton**
- **Toe Stone @ $22.50/Ton**

subject to additions and deductions agreed to in writing by Contractor and Seller for changes as may result from operations of Contractor's contract with the Owner. Terms of payment are as follows:

Within 7 days of receipt of payment from owner for invoices received for properly stored materials billing as specified in General Contract. Reference contract clause I.57 52.232-0005 Payments Under Fixed Price Construction Contracts. All stockpiled material to be clearly marked with general contract number and Nugget Construction job number.

No payment on account shall operate as an approval and acceptance of materials furnished, or any part thereof.

- **Section 5**

In the event of any breach of contract, lien, claim or other liability asserted against the Contractor by a third party arising out of the Seller's performance hereunder, the Contractor shall have the

EXHIBIT 1
Page 44 of 116

Material Contract
Page 3

right to retain out of any payments due or becoming due to the Seller in the amount sufficient to protect the Contractor from damages resulting therefrom, until the situation has been eliminated or adjusted by the Seller.

**The materials will be inspected and accepted by Nugget Construction at the Spencer site prior to shipment.**

- **Section 6**

Seller warrants the material to be in accordance with the plans and specifications and be free from defects at time of delivery.

- **Section 7**

Consideration of extension of time shall be contingent upon written request for such extension by the Seller within three working days of Seller's good faith determination that there will be a delay.

- **Section 8**

In the event the Seller fails to comply with the provisions herein and fails to commence corrective measures immediately, or to notify the Contractor for the reason for the delay and to submit to the Contractor a satisfactory plan for such corrective measures after seven days notice by the Contractor.

- **Section 9**

The Seller shall obtain and pay, except as provided otherwise in the specifications, for all patent rights, permits, licenses, tests and official inspections necessary to his performance under this Agreement, and shall comply with all laws, ordinances, taxes and regulations bearing on the production of his material and the furnishing thereof.

- **Section 10**

The Seller shall indemnify the Contractor against and save him harmless from any and all claims, suits or liability for injuries to property, injury to persons, including death, and from any other claims, suits or liability on account of any negligent act or omission of the Seller, or any of his officers, agents, employees or servants.

- **Section 11**

The Seller shall not assign or contract any portion of the production necessary for this contract without the prior written consent of the Contractor. Seller shall not assign the proceeds of this contract without the prior written permission from the Contractor, excluding assignment to a financial institution.

- **Section 12**

In any case of litigation between parties concerning this Material Contract, including trial and appellate proceedings, reasonable attorney's fees shall be awarded to the prevailing party. The venue for any such action shall be in the courts of the State of Alaska, Anchorage, Alaska.

EXHIBIT 1
Page 45 of 116

Material Contract
Page 4

**Section 13**

Extra costs for lifting nets, if any, will be mutually agreed upon by both parties.

Signed:                                    Signed:

Nugget Construction, Inc.                  **Spencer Rock Products**

By _____        By _____

Date _____15 JAN 97_____      Date ____Jan 15, 1997____

EXHIBIT 1
Page 46 of 116

# Marathon Fuel Service

P.O. Box 229 ● 604 Port Ave. ● Seward, Alaska 99664
Phone: (907) 224-3171 ● Fax: (907) 224-3060

March 29, 1995

Craig Taylor Equipment
Accounts Receivable
(907) 276-0889 Fax

RAL Mechanical / Spencer Rock Products (acct 2635) is using your company as a credit reference. We would like to get some information on their credit history. Please fill out the following information and fax back to 907-224-3060.

Current Balance: _____96-_____

Highest Balance: _____1300-_____

Account Terms: _____Net 30_____

Date Account Established: _____1985_____

Slow pay?    Yes ☐    No ☒

If yes, How late have they been? _____

Thank you,

Scott McDonald

EXHIBIT 1
Page 47 of 116

# Marathon Fuel Service

P.O. Box 229  ●  604 Port Ave.  ●  Seward, Alaska 99664
Phone: (907) 224-3171  ●  Fax: (907) 224-3060

March 29, 1995

Napa Accounting
(907) 561-0040 Fax

RAL Mechanical / Spencer Rock Products (Napa acct 6776) is using Napa as a credit reference. We would like to get some information on their credit history. Please fill out the following information and fax back to 907-224-3060.

Current Balance: _____

Highest Balance: _____

Account Terms: _____

Date Account Established: _NEW  ACCOUNT  OPENED  3-75  NO EXPERIENCE_

Slow pay?  Yes ☐    No ☐

If yes, How late have they been? _____

Thank you,

Scott McDonald

EXHIBIT 1
Page 48 of 116

# Credit Profile

# Credit Bureau

| Inquiry Information |
|---|
| 01W 3941257    LAPORE,ROBERT A 566502388;CA-BOX 244063/ANCH AK 99503;<br>232 FOXRIDGE CIR #H/ANCH AK 9951B;PA-1301 DOWLING/ANCH AK 99503;<br>SPENCER ROCK PROD/PRES/ANCH AK |

PAGE 0  DATE  3-28-95  TIME 12:03:39  F4X01  V506 BANK

| Account | Date | Amount | | Status |
|---|---|---|---|---|
| G M A C<br>454206602895<br>3610079    FF  AUT    60    1 | 7-91<br>3-01-95<br>2-95 | $15,340 0<br>$4,346<br>$255 | 3-95 | CURR ACCT<br>CCCCCCCCCCCC<br>CCCCCCCCCCCC |
| NORTH COUNTY CREDIT UN<br>1089401<br>3778274    FC  SEC    1    1 | 6-90 | +25,200 0 | 6-90 | PAID ACCT |
| GREAT WESTERN BANK<br>30813520756<br>3851009    FB  R/C    30Y    2 | 1991 | $114,450 0 | 1994 | PAID SATIS<br>CCCCCCCCCCCC<br>CCCCCCCCCCCC |
| SEARS<br>95896864<br>7319213    DC  CHG  REV    1 | 2-67<br>2-16-95 | $4,536 L<br>$0 | $188 H<br>2-95 | CURR ACCT<br>NCNNCNCCNNNN<br>NNNNNCNNNNNN |

INQUIRIES:

| | | |
|---|---|---|
| PACIFIC RIM PROP MGT | 3-13-95 | 3957150 RR |
| NORTHRIM BANK | 12-08-94 | 3157593 BB |
| NORTHRIM BANK | 11-01-94 | 3157593 BB |
| MORTGAGE REPORTING SVCS<br>                    R/E    Y | 7-13-94 | 3903710 RR |
| FIRST NATL BK/ANCHORAGE | 3-30-94 | 3182230 BI |
| FIRST NATL BK/ANCHORAGE | 3-16-93 | 3175092 BB |

*CAUTION*THE ABOVE REPORT MAY CONTAIN ITEMS FOR OTHER MEMBERS OF THE SAME FAMILY

END -- CREDIT BUREAU OF ALASKA

/m # 1221/360 (Rev. 1/82)

Confidential

EXHIBIT 1
Page 49 of 116

# Credit Profile

**Credit Bureau**

```
                              Inquiry Information
  1 01U 3941257        LAPORE,ROBERT A 566502388/CA-BOX 244063/ANCH AK 99503;
  232 FOXRIDGE CIR #H/ANCH AK 99518;PA-1301 DOWLING/ANCH AK 99503;
  /ENCER ROCK PROD/PRES/ANCH AK
```

PAGE 2  DATE 3-28-95  TIME 12:03:39  PWXO1  V506  BRK

| Account | Reported | Balance | Status | |
|---|---|---|---|---|
| FIRST NATL BK/ANCHORAGE 2513012900050793 3175092  BB  R/E  15Y  1 | 1993 2-28-95 2-95 | $140,000 0 $129,373 $1,505 | 1995 | CURR ACCT CCCCCCCCCCCC CCCCCCC-C |
| ALASKA BANKCARD CENTER 484405096181 3270857  BC  CRC  REV  2 | 1-80 3-21-95 3-95 | $5,000 L $53 $25 | $2,574 H 3-95 | CURR ACCT CCCCCCCCCCCC CCCCCCCCCCCC |
| DISCOVER CARD SERVICES 601100938450 3276502  BC  CRC  REV  2 | 4-87 2-23-95 2-95 | $5,000 L $172 $10 | $2,034 H 2-95 | CURR ACCT CCCCCCCCCCCC CCCNNCCCCCCC |
| J C PENNEY 813306713530 3307000  ZR  I8C  UNK  1 | 12-79 3-13-95 | $1,307 0 $0 | 9-88 | CURR ACCT NNNNNNNNNNNN NNNNNNNNNNNN |
| J C PENNEY 813306713520 3307000  ZR  CHG  REV  1 | 12-79 3-13-95 6-93 | $535 H $0 | 7-93 | CURR ACCT NNNNNNNNNNNN NNNNNNNNCCNN |
| JRDSTROM CREDIT 4075114 3371036  DC  CHG  REV  4 | 9-83 3-03-95 | $202 H $0 | 5-91 | CURR ACCT NNNNNNNNNNNN NNNNNNNNNNNN |
| MC MAHANS 5517709 3374864  ZR  CHG  REV  1 | 2-91 | $1,507 H | 4-91 | PAID SATIS |
| CHEVRON U S A 78575464980168 3437520  N  CRC  REV  0 | 1-68 2-28-95 | $781 H $61 | 2-95 | CURR ACCT CCCCCCCCCCCC CCCCCCCCCCCC |
| G M A C 54010678319 3610003  FF  AUT  61  G | 9-89 | $20,900 | 8-90 | PAID SATIS |
| G M A C 54010643592 3610003  FF  AUT  48  1 | 2-87 | $10,800 | 10-89 | PAID SATIS |
| G M A C 379184897599 3610005  FF  AUT  48  1 | 12-92 3-01-95 2-95 | $13,828 0 $6,337 $288 | 3-95 | CURR ACCT CCCCCCCCCCCC CCCCCCCCCCCC |

+++++ MORE

EXHIBIT 1
Page 50 of 116