**Credit Profile**                                                    **Credit Bureau**

```
                              inquiry information
  01W 3941257        LAPORE,ROBERT A 566502388;CA-BOX 244063/ANCH AK 99503;
  232 FOXRIDGE CIR #H/ANCH AK 99518;PA-1301 DOWLING/ANCH AK 99503;
 PENCER ROCK PROD/PRES/ANCH AK
```

**PAGE 1  DATE  3-28-95  TIME 12:03:39  PW:01  V504  BANK**

| | | |
|---|---|---|
| ROBERT A LAPORE<br>7232 FOXRIDGE CIR<br>ANCHORAGE AK 99518-2701<br>RPTD: 2-95 U | SSN: 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<br>YOB: 1940<br>SPOUSE: F | E: SPENCER ROCK PROD<br>ANCH AK<br>RPTD: 3-95 |
| 786 MAIN ST<br>CAMBRIA CA 93428-2826<br>RPTD: 12-91 TO 8-94 U | | E: SELF<br>RPTD: 3-94 TO 12-94 |
| 9305 BOCINA LN APT B<br>ATASCADERO CA 93422-6815<br>RPTD: 4-91 TO 11-92 U | | |

```
PROFILE SUMMARY:
PUBLIC RECORDS--------0    PAST DUE AMT--------$0    INQUIRIES----6  |SATIS ACCTS--19
INSTALL BAL---$260,683    SCH/EST PAY------$578+    INQS/6 MOS---3  |NOW DEL/DRG---0
R ESTATE BAL--$129,373    R ESTATE PAY---$1,505    TRADELINES--19  |WAS DEL/DRG---0
REVOLVNG BAL------$286    REVOLVNG AVAIL-----98%    PAID ACCTS---7  |OLD TRADE--2-67

 EW TRW NATL RISK SCORE         10       SCORE FACTORS: 04,27,26,19.
```

| SUBSCRIBER<br>ACCOUNT #<br>SUBSCR# KOB TYPE TERM ECOA | DATE OPN<br>BAL DATE<br>LAST PAY | AMT/TYPE<br>BALANCE<br>MONTH PAY | AMT/TYPE<br>STATUS DATE<br>$PASTDUE | ACCT STATUS<br>PYMT HISTORY<br>IN PRIOR MOS |
|---|---|---|---|---|
| CITIBANK MASTERCHARGE<br>542418021757<br>1240000  BC  CRC  REV   0 | 5-88<br>3-03-95<br>2-90 | UNK<br>$0 | 9-90 | CURR ACCT<br>NNNNNNNNNNNN<br>NNNNNNNNNNNN |
| ** CREDIT LINE CLOSED-CONSUMER REQUEST-REPORTED BY SUBSCRIBER ** | | | | |
| AMERICAN EXPRESS CO<br>37280<br>1415525  N  CRC  1   1 | 1-80 | UNK | $1,839 H<br>2-93 | PAID SATIS |
| ** CREDIT LINE CLOSED-CONSUMER REQUEST-REPORTED BY SUBSCRIBER ** | | | | |
| AE/S AND T<br>37280<br>1415533  N  CRC  REV   1 | 1-80 | UNK | 9-93 | PAID ACCT |
| ** CREDIT LINE CLOSED-CONSUMER REQUEST-REPORTED BY SUBSCRIBER ** | | | | |
| NORTHRIM BANK<br>152680100003059<br>3157593  BB  UNK  1   S | 1-95<br>3-01-95<br>2-95 | $250,000<br>$250,000 | 3-95 | CURR ACCT<br>C |

```
+++++ MORE
```

EXHIBIT 1<br>Page 51 of 116

   SPENCER ROCK RODUCTS 

| | |
|---|---|
| Fax to number: | 224-3060 |
| Attention: | Doug |
| Date: | 3/27/95 |
| From: | J Rush |
| Number of pages: | 5 |

Additional comments: *Credit App —*

*Thanks, for very good Service*

**Spencer Rock Products, Inc**
R.A. LaPor e
Vernon W. Rush
1301 Dowling, Suite 109
Anchorage, Alaska 99503
Phone 907 / 563-1405
Fax 907 / 563-1459

EXHIBIT 1
Page 52 of 116

07/06/98 MON 12:15 FAX 206 682 6234    DMR&B 2                                    Ø021
SENT BY:Xerox Telecopier 7020 ; 7-27-95 ; 1:40PM ;    18072587779    807 224 3060;# 5

Case 3:98-cv-00009-TMB    Document 482-4    Filed 04/24/2006    Page 3 of 25

## CREDIT ACCOUNTS

|   |                        | Acct Number        | Phone                        |
|---|------------------------|--------------------|------------------------------|
| 1. | American Express      | 3783-440691-61004  |                              |
| 2. | Napa Auto Parts       | 6776               | 563-3637                     |
| 3. | Craig Taylor Equipment | 2635              | 276-5050  276-0889.          |
| 4. | Alaska Ind Hardware   | 16068              | 276-7201                     |
|   |                        |                    | 258-3054 Fax                 |

EXHIBIT 1
Page 53 of 116

# SPENCER ROCK PRODUCTS
# INFORMATION SHEET

**Address:**
P.O. Box 244063                    1301 Dowling Suite 109
Anchorage, Alaska 99524            Anchorage, Alaska 99503
(907) 563-1405 ph  (907) 563-1458 fax  (907) 783-2445 site

**ROBERT A. LAPORE**........     President        6 month
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
7232 Foxridge Cir #H                              RAL
Anchorage, Alaska 99518                           Mechanical!

**VERNON W. RUSH**........      V.P. / Secretary
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
9050 King David
Anchorage, Alaska 99507

**TIN: 92-0152680**            **Business license: 197526**

**Bonding Co:**                **Anderson & Brunton**
                               John Green       561-4126

**Banking:**                   **Northrim**      **Main Br**
                               Vic Malozzi      562-0062
In 1995                        Gieala Flaa
demand deposit
bal - mid 5 figure             **First National of Anchorage**
avg. low 4 figure             Bill Enscho      276-6300
                               Bill McGrew
comm. loan  low 6 figure       Speaks very highly of Robert Lapore
                               is arranging for 1-2 million
                               in bonding for the Summer

EXHIBIT 1
Page 54 of 116

**TRADE REFERENCES:**

| NAME | | | |
|---|---|---|---|
| | | PHONE NUMBER | |
| ADDRESS ZIP CODE | | CITY | STATE |
| NAME | | | |
| | | PHONE NUMBER | |
| ADDRESS ZIP CODE | | CITY | STATE |

**PREVIOUS FUEL SUPPLIERS:**

| NAME | | | |
|---|---|---|---|
| | | PHONE NUMBER | |
| ADDRESS ZIP CODE | | CITY | STATE |
| NAME | | | |
| | | PHONE NUMBER | |
| ADDRESS ZIP CODE | | CITY | STATE |

**PERSONAL REFERENCES:**

| NAME | | | |
|---|---|---|---|
| | | PHONE NUMBER | |
| ADDRESS ZIP CODE | | CITY | STATE |
| NAME | | | |
| | | PHONE NUMBER | |
| ADDRESS ZIP CODE | | CITY | STATE |

**CREDIT LIMIT NEEDED:  $**

As authorized and responsible party for *Saxxxxx Pick*, for the purpose of obtaining credit from Marathon Fuel Service the undersigned has read, understands and agrees to the following:

To pay all invoices within thirty days of date of invoice, unless specified. If the debts incurred by the business entity are not paid within the specified thirty day period there is immediate personal and individual obligation to make such payments.

To give thirty days notice of cancellation of this guarantee in writing and that Marathon Fuel Service may cancel credit privileges to the business entity if any one signatory withdraws their guarantee.

To pay interest at the rate of 1.0% per month on all charges outstanding for thirty days or longer; provided, however, that if such rate of interest will be the highest rate permitted by law.

To pay reasonable court and attorney fees in the event that collection by law becomes necessary.

I(we) further understand that only in consideration of signing this agreement of personal liability has credit been extended to the business entity.

The above information is warranted to be true and I(we) agree to the above terms and conditions.

Signature *Robert R. La Pore*                     Title **PRESIDENT**               Date 3/27/95

Signature   **ROBERT A. LAPORE**                 Title _____         Date _____

## COMPANY USE ONLY

APPROVED   ☑ YES   ☐ NO

REASON _____

AMOUNT OF APPROVED CREDIT $ 20,000.00

TERMS _____

SIGNATURE _____    DATE 4/25/95

EXHIBIT 1
Page 55 of 116



# Marathon Fuel Service

P.O. BOX 229 • SEWARD, ALASKA  99664

Phone: (907) 224-3171 • Fax: (907) 224-3080

CREDIT APPLICATION - BUSINESS / COMMERCIAL ACCOUNTS

| NAME OF BUSINESS | SPENCER ROCK PRODUCTS, INC. | | |
|---|---|---|---|
| BILLING ADDRESS P.O. BOX 244063 ANCHORAGE, ALASKA 99524 CITY STATE ZIP CODE | | | TELEPHONE NUMBER 563-1405 |
| STREET ADDRESS 1301 Dowling Suite 109, Anchorage, Ak 99503 CITY, STATE & ZIP CODE | | | FAX NUMBER 563-1458 |
| BUSINESS LICENSE NUMBER 197526 | | IRS EMPLOYMENT IDENTIFICATION NUMBER 92-0152680 | |
| VESSEL NAME & HOME PORT | | VESSEL REGISTRATION NUMBER | |
| NAME OF PARENT COMPANY ( IF APPLICABLE ) | | | TELEPHONE NUMBER |
| BILLING ADDRESS | | | |
| STREET ADDRESS | | | |

AS APPLICABLE, LIST NAME(S) AND ADDRESS(ES) OF CORPORATE OFFICERS, PARTNERS OR OWNER

See attached sheet

| NAME | PHONE NUMBER | TITLE | SOCIAL SECURITY NUMBER |
|---|---|---|---|
| NAME | PHONE NUMBER | TITLE | SOCIAL SECURITY NUMBER |
| NAME | PHONE NUMBER | TITLE | SOCIAL SECURITY NUMBER |
| NAME | PHONE NUMBER | TITLE | SOCIAL SECURITY NUMBER |

TYPE OF BUSINESS

| HOW LONG IN BUSINESS | HOW LONG AT PRESENT LOCATION | NUMBER OF EMPLOYEES | ANNUAL DOLLAR VOLUME - SALES |
|---|---|---|---|
| IS BUSINESS LOCATION ☐ OWNED  ☐ LEASED | MONTHLY RENTAL | PERSON RESPONSIBLE FOR ACCOUNTS PAYABLE | |
| NAME OF BANK | | BRANCH | |
| BANK ADDRESS | | | |

TRADE REFERENCES:

| NAME | | | PHONE NUMBER |
|---|---|---|---|
| ADDRESS | | | PHONE NUMBER |
| | CITY | STATE | ZIP CODE |
| NAME | | | PHONE NUMBER |
| ADDRESS | | | |
| | CITY | STATE | ZIP CODE |

CONTINUED ON REVERSE SIDE

EXHIBIT 1
Page 56 of 117

# Marathon Fuel Service

P.O. Box 229 ● 604 Port Ave. ● Seward, Alaska 99664
Phone: (907) 224-3171 ● Fax: (907) 224-3060

April 4, 1995

Alaska Industrial Hardware
Accounts Receivable
(907) 258-3054 Fax

RAL Mechanical / Spencer Rock Products (acct 16068) is using your company as a credit reference. We would like to get some information on their credit history. Please fill out the following information and fax back to 907-224-3060.

Current Balance: _497.36_

Highest Balance: _497.36_

Account Terms: _Net 10th_

Date Account Established: _4-11-84_

Slow pay? ?? Yes ☐   No ☐   _Account inactive for few years only purchases are so recent_

If yes, How late have they been? _they won't be due until 4-10-95_

Thank you,

Scott McDonald

EXHIBIT 1
Page 57 of 116



# SHORESIDE PETROLEUM, INC.

CORPORATE OFFICE
P.O. BOX 1189  700 PORT AVENUE
SEWARD, ALASKA 99664-1189
PHONE (907) 224-8040  FAX (907) 224-8047

November 26, 1997

Jane Poling
U.S. Fidelity & Guaranty Co.
Surety Claims
P.O. Box 1138
Baltimore, MD 21203-1139

Ref.:  DACW85-96-C-0020, Homer Spit Repair and Extension
       Homer, Alaska
       U.S. Fidelity & Guaranty Co. Payment bond # 99012050298965

Dear Jane:

Thank you for your phone call today. To follow-up our conversation, I will summarize the events that have lead us to the position we are in today.

Shoreside Petroleum is a fuel supplier in the Seward, Alaska area. Shoreside provided fuel to Nugget Construction and Spencer Rock Products for the above referenced project. This fuel was delivered to Spencer Rock's rock pit on behalf of Spencer Rock in the early stages of the project, and for Nugget Construction in the later portion of the project. We also fueled the equipment of both companies in the Seward Area.

It was Shoreside Petroleum's understanding from the beginning that Spencer Rock was a subcontractor for Nugget Construction on the above referenced bonded project. To date, Shoreside has not been paid for $53,501 worth of fuel used on the project. Our efforts to collect from Spencer Rock appear futile as their phones are now disconnected. This unfortunately has left us with no choice but to file a claim against the bond.

If you have any questions or if I can be of assistance in any way, please feel free to call.

Sincerely,

Ron Niebrugge

EXHIBIT 1
Page 58 of 116

# SPENCER ROCK PRODUCTS
## PO Box 244063, Anchorage, AK 99524

Via Certified Mail
(return receipt requested)

September 5, 1997

Nugget Construction, Incorporated
8726 Corbin Drive
Anchorage, Alaska 99507-3411

Atten: John Terwilliger, President

Ref.: DACW85-96-C-0020, Homer Spit Repair and Extension
Homer, Alaska
U.S. Fidelity & Guaranty Co. Payment Bond # 99012050298965

Sir,

This is written notice to you of Spencer Rock, Inc.'s claim of $1,426,707.84 unpaid sum, pursuant to 40 USC s 270b (Federal Miller Act). The attached invoice states with substantial accuracy the amount claimed which is the total of the last delivery of materials and prior unpaid invoices.

EXHIBIT 1
Page 59 of 116

If payment in full is not forthcoming within 15 days of the date of this notice, Spencer Rock Products, Inc. will exercise its full right to bring suit upon the unpaid sum against the responsible parties, including individuals, and the above referenced payment bond.

Your prompt attention to this matter is paramount.

Very Truly Yours,

*Robert a. LaPore*

Robert A. LaPore,
President, Spencer Rock Products, Inc.

CC:   U.S. Fidelity & Guaranty Co.
      4220 B Street
      Anchorage, Alaska  99503

CC:   Dept. of the Army, U.S. Army Engineer District, Alaska
      Ft. Richardson Resident Office
      PO Box 898
      Anchorage, Alaska  99506-0898
      Atten: Thomas A. Johnson, P.E.
      Administrative Contracting Officer

CC:   All Spencer Rock Suppliers for the above project

EXHIBIT 1
Page 60 of 116

07/06/05 MON 22:22 FAX 206 682 6239    DM&B 2                                    ⌀032
SEP 08 '97  10:04AM MARATHON FUEL CORP. 907 224 3060                          P.1



# SHORESIDE PETROLEUM, INC.

CORPORATE OFFICE
P.O. BOX 1189  700 PORT AVENUE
SEWARD, ALASKA 99664-1189
PHONE (907) 224-8040  FAX (907) 224-8047

August 28, 1997

Mr. Doug Wood
U.S. Army Corp of Engineers
Richardson Residence office
Box 898
Anchorage, Ak. 99506-0898

Re: Homer Spit repair & extension project # DACW 85-96-0020

Dear Doug,

The following is a synopsis of our phone conversation regarding nonpayment of
invoices from a subcontractor on the Homer spit extension & repair.

Nugget Construction is currently under contract to the Corp. of Engineers to supply
rock for the Homer Spit project. One of their subcontractors, Spencer Rock, is in arrears
to our company, Marathon Fuel, which is a wholly owned subsidiary of Shoreside
Petroleum, Inc., for $ 53,062.93 (statement is attached). As you can see on the statement,
they are 5 months past due and to this date, we have not recieved any payment since
March. It is our understanding that this is a bonded job and that the General
Contractor, Nugget Construction, is responsible to ensure that all 2nd tier contractors,
such as Spencer Rock, are paying their suppliers for all work performed under this
contract. We would appreciate notification (or whatever is customary in this situation)
to the general contractor informing them of this non payment of goods recieved.

We look forward to resolving this matter as quickly and efficiently as possible. If you
need more information or have any questions, please feel free to call me anytime at 224-
3171 (direct). Thank you for your assistance!

Sincerely,

Doug Lechner, VP/Marketing
Shoreside Petroleum, Inc.

enclosures

EXHIBIT 1
Page 61 of 116

07/06/98 MON 22:23 FAX 206 682 6234    OMR&B 2    ☑033
SEP 08 '97 10:04AM MARATHON FUEL CORP. 907 224 3060    P.2

# SPENCER ROCK PRODUCTS, INC.

Rock     Sand     Gravel
Drilling & Blasting

1301 Dowling Road #109

To:         Suppliers of the Homer Spit Project

September 5, 1997

Gentlemen,

Spencer Rock Products has been placed in an awkward position as to our payables
on the Homer Spit Project. We have not been paid for our delivery of materials
although the materials are on the job site.

We appreciate our creditors and have maintaind a good record with all of you over
the past years. We would appreciate your forebearance and understanding of our
problem.

We have filed a claim on the bond and are endeavoring to pursue it vigorously to
enable us to fund payables as quickly as possible. A copy of notice of lien is
attached for your use.

Again, we are sorry for the delay and hope it will be a short one for all. We will
forward payment as quickly as we get funds in. Please do not hesitate to call if
ou have specific questions or helpful information.

Sincerely,

Robert a. LaPore

Robert A. LaPore
President
Spencer Rock Products, Inc.



P.O. Box 244063, Anchorage, Alaska 99524 • (907) 563-1405 Fax (907) 563-1458

EXHIBIT 1
Page 62 of 116

October 1, 1997

Greg Poynor, General Manager
Nugget Construction, Inc.
8726 Corbin Drive
Anchorage, Alaska 99507

Dear Mr. Poynor:

Shoreside is a subcontractor to one of your direct subcontractors, Spencer Rock Products, Inc. Pursuant to its subcontract with Spencer Rock, Shoreside provides a variety of goods and performs a number of services. The last goods were provided on June 26, 1997. I sent a letter to the owner, the U.S. Army Corps of Engineers, on August 28, 1997. Your letter of September 19, 1997 acknowledges and discusses my letter and the problems with payment of your subcontractor, Spencer Rock, and Shoreside.

Shoreside was always under the impression that it was dealing with one of your subcontractors. We were not made aware of the purported contract you recently produced with Spencer Rock. I am disappointed to hear of your dispute with Spencer Rock, but I hope you will assist us in seeking payment from the surety or otherwise satisfying the outstanding arrearages directly or from Spencer Rock.

Thank you for your assistance in this matter. Best wishes.

Sincerely,

Doug Lechner

cc:  U.S. Fidelity & Guaranty Co.
     Spencer Rock Products, Inc.
     Thomas A. Johnson, P.E., USACE

EXHIBIT 1
Page 63 of 116



**SHORESIDE PETROLEUM, INC.**

CORPORATE OFFICE
P.O. BOX 1189  700 PORT AVENUE
SEWARD, ALASKA 99664-1189
PHONE (907) 224-8040  FAX (907) 224-8047

December 16, 1997

Jane Poling
U.S. Fidelity & Guaranty Co.
Surety Claims
P.O. Box 1138
Baltimore, MD 21203-1139

**SURETY CLAIM**

**DEC 2 9 1997**

Ref.:  DACW85-96-C-0020, Homer Spit Repair and Extension
Homer, Alaska
U.S. Fidelity & Guaranty Co. Payment bond # 99012050298965

Dear Jane:

I have enclosed a completed Proof of Claim form. I have also enclosed copies of all outstanding invoices along with a statement of account. These invoices were prepared by Marathon Fuel Service, a subsidiary of Shoreside Petroleum, Inc.

There was not a written contract between Shoreside Petroleum, Inc. and Spencer Rock Products, Inc. All agreements regarding price, quantity, location and the like were handled verbally.

It was our understanding all along that Spencer Rock was a subcontractor to Nugget Construction, and the fuel was used for the preparation and transportation of rock for the Homer Spit Repair and Extension project. Nugget Construction's involvement at Spencer Rock's pit, and in the transportation of the rock further confirmed our understanding. We also believed this was a bonded project. This was our basis for granting Spencer Rock such a sizable credit limit.

Shoreside also provided fuel to the Spencer Rock pit on behalf of Nugget Construction, after Shoreside declined to grant Spencer Rock further credit. Shoreside has been paid for the fuel ordered directly by Nugget.

If you have any questions or if I can be of assistance in any way, please do not hesitate to call.

Sincerely,

Ron Niebrugge

**NUGGET 017431**

Ex.
Witness
S. WARN

EXHIBIT 1
Page 64 of 116

UNITED STATES FIDELITY & GUARANTY
FIDELITY GUARANTY INSURANCE COMPANY
HOME OFFICE - BALTIMORE, MD 21209

## Proof of Claim

STATE OF _____    COUNTY OF _____
_____, being duly sworn, deposes and says:

1.   (a) IF AN INDIVIDUAL, OR SOLE PROPRIETOR  That he/she is the Claimant herein, and operates a business under the/she firm name and style of _____
at _____ City of _____, County of _____
_____, State of _____.

(b) IF A CO-PARTNERSHIP  That he/she is a member of _____, a co-partnership,
hereinafter designated as Claimant, composed of deponent and _____, which firm has its
principal place of business at _____ City of _____, County of
_____, State of _____.

(c) IF A CORPORATION That he/she is _Ron Niebrugge_  of _Shoreside Petroleum, Inc._ Claimant herein,
which is a corporation organized and existing under the laws of the State of _Alaska_, and having a
place of business at _700 Port Ave._, City of _Seward_, County of
_____, State of _Alaska_, and is duly authorized to make
this Proof of Claim on its behalf.

2. That _Spencer Rock Products Inc._, hereinafter called Contractor, was at and before the filing of
this Proof of Claim, and still is, justly and truly indebted to Claimant, in the sum of $_53,501.00_, for labor,
materials, supplies and/or services heretofore furnished to said Contractor for use in the performance of Contractor's contract
with _Spencer Rock_. Attached is itemized statement of claim together with
supporting evidence, consisting of copy of subcontract, invoices or _____

3. That the date on which Claimant last furnished any labor, material or supplies and services in connection with said claim was
_June 26_, 19 _97_.

4. That Claimant has satisfied in full all claims for labor, materials, supplies and/or other things of value, purchased, furnished,
fabricated or supplied by it for use in connection with the aforesaid contract, except those noted on the back of this form, and no
such payments have been made by notes which are unpaid at this time.

5. That there are no setoffs, counterclaims, back charges, or other credits due said Contractor against said claim, and that
Claimant is not indebted to said Contractor on this, or on any other account, and that Claimant does not hold any note or security
of any kind whatsoever for said debt.

6. That this affidavit is made in support of the above-described claim against, and for the purpose of inducing, USF&G/FGIC as
surety for said Contractor, to pay said claim under the bond which it executed as surety for said Contractor.

7. Should, and to the extent, USF&G/FGIC makes payment, Claimant hereby agrees that all guarantees and warranties required
under the terms of the aforesaid contract pertaining to the work, labor and materials furnished by the undersigned shall remain in
full force and effect in accordance with their terms which, however, shall not be extended nor enlarged hereby.

Subscribed and sworn to before me this _16_ day of
_December_, 19 _97_

_Notary Public_   _12.18.2000_

_____
Signature

Claim # _9901-S-209083-01-1_

Bond # _99-0120-50298-96-5_

EXHIBIT 1
Page 65 of 116

SEP 30 '97 05:01  MARATHON FUEL CORP. 907 224 3050                          P.1

## MARATHON FUEL SERVICE
P.C
SEWARD,
PHONE:

STATEMEN

Post-It™ brand fax transmittal memo 7671 # of pages ► 3

| To | Ron | From | Val |
|----|-----|------|-----|
| Co. | SPI | Co. | MFS |
| Dept. | | Phone # | |
| Fax # | | Fax # | |

DATE

'COUNT NUMBER

Spencer Rock Products, Inc.
PO Box 244063

Anchorage, AK          99524                    $ _____
                                                  AMOUNT ENCLOSED

                                                              1

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT                    PAGE

| REFERENCE | DATE | CODE | DESCRIPTION | AMOUNT | BALANCE |
|-----------|------|------|-------------|--------|---------|
| 023081 | 06/14/97 | I | LUBE | 122.22 | 122.22 |
| 023081 | 06/20/97 | I | LUBE | 29.93 | 29.93 |
| 023192 | 06/25/97 | I | RANDO 32 | 51.98 | 51.98 |
| 123738 | 04/08/97 | I | 23236.0 GAL OHD | 21503.30 | 21503.30 |
| 123746 | 06/21/97 | I | 22993.0 GAL OHD | 21278.53 | 21278.53 |
| 124036 | 04/15/97 | I | 118.5 GAL OHD | 155.06 | 155.06 |
| 126011 | 06/09/97 | I | 195.5 GAL OHD | 245.55 | 245.55 |
| 126054 | 05/24/97 | I | 105.5 GAL OHD | 135.96 | 135.96 |
| 126062 | 05/28/97 | I | 136.5 GAL OHD | 175.75 | 175.75 |
| 126098 | 06/04/97 | I | 155.0 GAL OHD | 194.68 | 194.68 |
| 126102 | 06/05/97 | I | 56.1 GAL OHD | 70.46 | 70.46 |
| 126234 | 06/06/97 | I | 16.0 GAL LF | 25.19 | 25.19 |
| 126393 | 06/18/97 | I | 92.6 GAL OHD | 114.36 | 114.36 |
| 126431 | 06/10/97 | I | 192.3 GAL OHD | 241.53 | 241.53 |
| 126446 | 06/17/97 | I | 123.8 GAL OHD | 155.49 | 155.49 |
| 126576 | 06/12/97 | I | 232.9 GAL OHD | 285.18 | 285.18 |
| 126597 | 06/14/97 | I | 101.0 GAL OHD | 126.86 | 126.86 |
| 126600 | 06/16/97 | I | 151.4 GAL OHD | 190.16 | 190.16 |
| 126602 | 06/17/97 | I | 125.5 GAL OHD | 157.63 | 157.63 |
| 126695 | 06/25/97 | I | 408.6 GAL OHD | 487.47 | 487.47 |
| 126711 | 06/26/97 | I | 61.9 GAL OHD | 77.75 | 77.75 |
| 126764 | 06/09/97 | I | 46.0 GAL LF | 69.56 | 69.56 |
| 126959 | 06/24/97 | I | 25.0 GAL LF | 38.12 | 38.12 |
| 126982 | 06/26/97 | I | 83.0 GAL LF | 126.56 | 126.56 |
| 127098 | 06/26/97 | I | 91.7 GAL OHD | 115.18 | 115.18 |
| 128212 | 04/05/97 | I | 90.9 GAL OHD | 118.94 | 118.94 |
| 128332 | 04/02/97 | I | 60.0 GAL OHD | 79.77 | 79.77 |
| 128411 | 04/03/97 | I | 46.5 GAL OHD | 62.94 | 62.94 |
| 128611 | 04/09/97 | I | 47.9 GAL OHD | 62.67 | 62.67 |
| 128821 | 04/12/97 | I | 99.8 GAL OHD | 130.59 | 130.59 |
| 128831 | 04/17/97 | I | 105.5 GAL OHD | 138.18 | 138.18 |

CODES:  C = CR MEMO    P = PAYMENT    A = DISCOUNT ALLOWED    F = FINANCE CHARGE
        D = DR MEMO     I = INVOICE

TOTAL DUE ►   CONTINUED

NUGGET 017433

EXHIBIT 1
Page 66 of 116

SEP 30 '97 05:02 PM MARATHON FUEL CORP. 907 224 3060     P.2

## MARATHON FUEL SERVICE
P.O. BOX 229
SEWARD, ALASKA 99664-0229
PHONE: (907) 224-3171

## STATEMEN

| DATE |
|---|
| 06/31/97 |

| ACCOUNT NUMBER |
|---|
| SPEROC |

Spencer Rock Products, Inc.
PO Box 244063

Anchorage, AK     99524

$ _____ AMOUNT ENCLOSED

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT     PAGE 2

| REFERENCE | DATE | CODE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|---|
| 129930 | 04/30/97 | I | 229.5 GAL OHD | 169.46 | 169.46 |
| 129322 | 05/15/97 | I | 239.0 GAL OHD | 305.20 | 305.20 |
| 129331 | 05/03/97 | I | 194.7 GAL OHD | 264.77 | 264.77 |
| 129346 | 05/22/97 | I | 96.2 GAL OHD | 123.86 | 123.86 |
| 129375 | 05/14/97 | I | 138.8 GAL OHD | 181.62 | 181.62 |
| 129467 | 05/12/97 | I | 42.9 GAL OHD | 56.34 | 56.34 |
| 129466 | 05/21/97 | I | 59.4 GAL OHD | 76.48 | 76.48 |
| 129474 | 05/14/97 | I | 133.8 GAL OHD | 175.08 | 175.08 |
| 129533 | 05/04/97 | I | 108.4 GAL OHD | 141.84 | 141.84 |
| 129562 | 05/20/97 | I | 145.6 GAL OHD | 190.52 | 190.52 |
| 129673 | 05/13/97 | I | 97.0 GAL OHD | 126.92 | 126.92 |
| 129592 | 05/15/97 | I | 167.0 GAL OHD | 218.51 | 218.51 |
| 129609 | 05/21/97 | I | 184.1 GAL OHD | 240.90 | 240.90 |
| 129623 | 05/23/97 | I | 70.6 GAL OHD | 90.90 | 90.90 |
| 129624 | 05/23/97 | I | 96.4 GAL OHD | 122.83 | 122.83 |
| 129636 | 05/19/97 | I | 153.9 GAL OHD | 201.37 | 201.37 |
| 129725 | 06/10/97 | I | 147.2 GAL OHD | 184.68 | 184.68 |
| 129867 | 05/13/97 | I | 71.0 GAL LF | 108.27 | 108.27 |
| 129880 | 05/14/97 | I | 65.0 GAL LF | 99.11 | 99.11 |
| 129940 | 05/20/97 | I | 80.0 GAL OHD | 103.00 | 103.00 |
| 22610 | 04/30/97 | I | LUBE | 56.96 | 56.96 |
| 22626 | 05/04/97 | I | LUBE | 25.99 | 25.99 |
| 22636 | 05/06/97 | I | FLOOR DRY | 15.75 | 15.75 |
| 22642 | 05/07/97 | I | LUBE | 1444.36 | 1444.36 |
| 22665 | 05/12/97 | I | LUBE | 103.96 | 103.96 |
| 22950 | 04/14/97 | I | LUBE | 770.68 | 770.68 |
| 23013 | 06/06/97 | I | STARPLEX 2 | 14.65 | 14.65 |
| 23139 | 06/20/97 | I | LUBE | 90.55 | 90.55 |
| 006224 | 04/30/97 | F | Finance Charge | 168.71 | 168.71 |
| 006304 | 05/31/97 | F | Finance Charge | 1.43 | 1.43 |
| 006386 | 06/30/97 | F | Finance Charge | 144.83 | 144.83 |

| CODES: | C = CR MEMO | P = PAYMENT | A = DISCOUNT ALLOWED | F = FINANCE CHARGE | TOTAL DUE ► | CONTINUED |
|---|---|---|---|---|---|---|
| | D = DR MEMO | I = INVOICE | | | | |

NUGGET 017434

EXHIBIT 1
Page 67 of 116

SEP 30 '97 05:02 MARATHON FUEL CORP. 907 224 3060    P.3

**MARATHON FUEL SERVICE**
P.O. BOX 229
SEWARD, ALASKA 99664-0229
PHONE: (907) 224-3171

**STATEMENT**

| DATE |
|------|
| 08/31/97 |

| ACCOUNT NUMBER |
|------|
| SPEROC |

Spencer Rock Products, Inc.
PO Box 244053

Anchorage, AK          99524

$ _____  AMOUNT ENCLOSED

3

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT    PAGE

| REFERENCE | DATE | CODE | DESCRIPTION | AMOUNT | BALANCE |
|-----------|------|------|-------------|--------|---------|
| 006508 | 07/31/97 | F | Finance Charge | 286.55 | 286.55 |
| 006508 | 08/31/97 | F | Finance Charge | 438.08 | 438.08 |

CODES: C = CR MEMO  P = PAYMENT  A = DISCOUNT ALLOWED  F = FINANCE CHARGE  D = DR MEMO  I = INVOICE    **TOTAL DUE ▶** 53601.01

| CURRENT | 1 TO 30 | 31 TO 60 | 61 TO 90 | OVER 90 |
|---------|---------|----------|----------|---------|
| 438.08 | 3123.39 | 26376.02 | 23313.61 | 249.91 |

EXHIBIT 1
Page 68 of 116

NUGGET 009118

MARATHON FUEL SERVICE
A SUBSIDIARY OF SHORESIDE P...
P.O. BOX 229 · SEWARD, ALASKA 99664-0229
PHONE (907) 224-3171 · FAX (907) 224-3060
TEXACO PETROLEUM PRODUCTS, RACOR & FRAM FILTERS

No. 022642

DATE $5-7-97$

SOLD TO: Spencer Rock

P.O. NO.                    CUSTOMER NO.

| PACKAGES NO. | KIND | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 2 | | 224.50 | 445.00 |
| 2 | | 273.00 | 546.00 |
| 4 | | 87.34 | 349.36 |
| 4 | | 27.00 | 100.00 |
| SUB TOTAL | | | 1,444.36 |
| SALES TAX | | | |
| INVOICE TOTAL | | | 1,444.36 |

SIGNATURE X

ALL ACCOUNTS PAYABLE ON 10th OF MONTH FOLLOWING DATE OF INVOICE. PAST DUE ACCOUNTS ARE SUBJECT TO 1½% PER MONTH INTEREST OR THE UNPAID BALANCE.

ALL PRODUCT SAFETY DATA SHEETS AVAILABLE.

CASH ☐   CHECK ☐   CHARGE ☑   DELIVERED ☑   CREDIT CARD ☐

EXHIBIT 1
Page 69 of 116

No. 023013

**MARATHON FUEL SERVICE**
A SUBSIDIARY OF SHORESIDE
P.O. BOX 229 · SEWARD, ALASKA 99664-0229
PHONE (907) 224-3171 · FAX (907) 224-3060
TEXACO PETROLEUM PRODUCTS, RACOR & FRAM FILTERS

SOLD TO: Spencer Rock

DATE: 6/6/97

CASH ☐  CHARGE ☐  DELIVERED ☐  CREDIT CARD ☐

CHECK ☐

P.O. NO.

CUSTOMER NO.

| PACKAGES NO. | KIND | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | 1/10 | | 13 95 |
| | | SUB TOTAL | |
| | | SALES TAX | 70 |
| | | INVOICE TOTAL | 14 65 |

ALL PRODUCT SAFETY DATA SHEETS AVAILABLE

SIGNATURE X Mac

ALL ACCOUNTS PAYABLE ON 10th OF MONTH FOLLOWING DATE
OF PURCHASE. PAST DUE ACCOUNTS ARE SUBJECT TO 11/2% PER
MONTH INTEREST ON THE UNPAID BALANCE.

EXHIBIT 1
Page 70 of 116



EXHIBIT 1
Page 71 of 116



EXHIBIT 1
Page 72 of 116



EXHIBIT 1
Page 73 of 116

NUGGET 009122



EXHIBIT 1
Page 74 of 116

NUGGET 009123



EXHIBIT 1
Page 75 of 116

NUGGET 009124