A SUBSIDIARY OF SHORESIDE PETROLEUM
P.O. BOX 229, SEWARD, ALASKA 99664-022
PHONE 224-3171    FAX 224-3060

126054

DATE 5-24-97

SOLD TO Jimmy Rock

ADDRESS

| PRODUCT | GALLONS | PRICE | AMOUNT |
|---|---|---|---|
| UNLEADED REGULAR | | | |
| POWER PLUS PREMIUM | 105.4 | 1.15 | 121.14 |
| OFF HWY DIESEL NO.1 NO.2 | 108.4 | .08 | 8.16 |
| HEATING FUEL NO.1 NO.2 | | | |
| HWY DIESEL | | | |
| MARINE DIESEL PROPANE | | | |
| STATE MOTOR FUEL TAX | | | |
| SALES TAX | | | 6.00 |
| FEDERAL HWY TAX | | | |
| | | TOTAL | 135.90 |

METER READING END OF DELIVERY
0 0 1 0 5

METER READING START OF DELIVERY
0 0 1 0 0

DELIVERY RECEIVED IN GOOD CONDITION X Jimmy

A PAID?

A CK #

A CHARGE   By

SPECIAL TERMS

DYED DIESEL FUEL, NON-TAXABLE USE ONLY. PENALTY FOR TAXABLE USE
24-Hour Emergency Number: 224-3171
ALL ACCOUNTS PAYABLE ON THE 10TH OF THE MONTH FOLLOWING
DATE OF PURCHASE. PAST DUE ACCOUNTS ARE SUBJECT TO
1% PER MONTH INTEREST ON THE UNPAID BALANCE.

---

A SUBSIDIARY OF SHORESIDE PETROLEUM
P.O. BOX 229, SEWARD, ALASKA 99664-022
PHONE 224-3171    FAX 224-3060

129609

DATE 5-21-97

SOLD TO Jimmy Rock

ADDRESS

| PRODUCT | GALLONS | PRICE | AMOUNT |
|---|---|---|---|
| UNLEADED REGULAR | | | |
| POWER PLUS PREMIUM | 184.7 | 1.15 | 212.50 |
| OFF HWY DIESEL NO.1 NO.2 | 184.7 | .08 | 14.73 |
| HEATING FUEL NO.1 NO.2 | | | |
| HWY DIESEL | | | |
| MARINE DIESEL PROPANE | | | |
| STATE MOTOR FUEL TAX | | | |
| SALES TAX | | | 10.70 |
| FEDERAL HWY TAX | | | |
| | | TOTAL | 240.90 |

METER READING END OF DELIVERY
0 0 1 8 4

METER READING START OF DELIVERY
0 0 0 0 0

DELIVERY RECEIVED IN GOOD CONDITION X Bob Lake

A PAID?

A CK #

A CHARGE   By

SPECIAL TERMS

DYED DIESEL FUEL, NON-TAXABLE USE ONLY. PENALTY FOR TAXABLE USE
24-Hour Emergency Number: 224-3171
ALL ACCOUNTS PAYABLE ON THE 10TH OF THE MONTH FOLLOWING
DATE OF PURCHASE. PAST DUE ACCOUNTS ARE SUBJECT TO
1% PER MONTH INTEREST ON THE UNPAID BALANCE.

EXHIBIT 1
Page 76 of 116

NUGGET 009125



EXHIBIT 1
Page 77 of 116

NUGGET 009126

**MARATHON FUEL SERVICE**
A SUBSIDIARY OF SHORESIDE PETROLEUM, INC.
P.O. BOX 229 - SEWARD, ALASKA 99664-0229
PHONE (907) 224-3171 - FAX (907) 224-3060
TEXACO PETROLEUM PRODUCTS, RACOR & FRAM FILTERS

No. 023139

DATE 5/23/97

SOLD TO: Spencer Buck

P.O. NO.

CASH ☐    CHECK ☐    CHARGE ☒    DELIVERED ☐    CREDIT CARD ☐

| CUSTOMER NO. | PACKAGES NO. KIND | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | 1 5/1 | | 29 35 |
| | 1 5/1 | | 42 75 |
| | 1 5/1 | | 32 00 |
| | | SUB TOTAL | 96 25 |
| | | SALES TAX | 4 31 |
| | | INVOICE TOTAL | 93 56 |

ALL PRODUCT SAFETY DATA SHEETS AVAILABLE

SIGNATURE X

ALL ACCOUNTS PAYABLE ON 10th OF MONTH FOLLOWING DATE OF PURCHASE. PAST DUE ACCOUNTS ARE SUBJECT TO 1½% PER MONTH INTEREST ON THE UNPAID BALANCE.

EXHIBIT 1
Page 78 of 116

NUGGET 009127

No. 022665

MARATHON FUEL SERVICE
A SUBSIDIARY OF SHORESIDE PETROLEUM, INC.
P.O. BOX 229 - SEWARD, ALASKA 99664-0229
PHONE (907) 224-3171 - FAX (907) 224-3060
TEXACO PETROLEUM PRODUCTS, RACOR & FRAM FILTERS

DATE 5-12-87

SOLD TO: Spence Rock

P.O. NO.

CUSTOMER NO.

CHARGE ☐  CASH ☐  CHECK ☐  DELIVERED ☐  CREDIT CARD ☐

| PACKAGES NO. | KIND | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| 4 | 75 | | 89 00 |
| | | | |
| | | | |
| | SUB TOTAL | | |
| | SALES TAX | | 4 75 |
| | INVOICE TOTAL | | 10 75 |

ALL PRODUCT SAFETY DATA SHEETS AVAILABLE

SIGNATURE X My J

ALL ACCOUNTS PAYABLE ON 10% OF MONTH FOLLOWING DATE OF PURCHASE. PAST DUE ACCOUNTS ARE SUBJECT TO 1½% PER MONTH INTEREST ON THE UNPAID BALANCE.

EXHIBIT 1
Page 79 of 116

NUGGET 009128



EXHIBIT 1
Page 80 of 116

NUGGET 009129



EXHIBIT 1
Page 81 of 116

A SUBSIDIARY OF SHORESIDE PETROLEUM, II
P.O. BOX 229, SEWARD, ALASKA 99664-0229
PHONE 224-3171   FAX 224-3060

129573

DATE 5-13-97

SOLD TO _____
ADDRESS _____

| PRODUCT | GALLONS | PRICE | AMOUNT |
|---|---|---|---|

TOTAL

METER READING END OF DELIVERY

METER READING START OF DELIVERY

DYED DIESEL FUEL, NON-TAXABLE USE ONLY, PENALTY FOR TAXABLE USE

---

A SUBSIDIARY OF SHORESIDE PETROLEUM,
P.O. BOX 229, SEWARD, ALASKA 99664-02
PHONE 224-3171   FAX 224-3060

129474

DATE 5-14-97

SOLD TO _____
ADDRESS _____

| PRODUCT | GALLONS | PRICE | AMOUNT |
|---|---|---|---|

TOTAL

METER READING END OF DELIVERY

METER READING START OF DELIVERY

DYED DIESEL FUEL, NON-TAXABLE USE ONLY, PENALTY FOR TAXABLE USE

EXHIBIT 1
Page 82 of 116

No. 022626

DATE: 5-4-97

MARATHON FUEL SERVICE
A SUBSIDIARY OF SHORESIDE PETROLEUM, INC.
P.O. BOX 229 · SEWARD, ALASKA 99664-0229
PHONE (907) 224-3173 · FAX (907) 224-3060
TEXACO PETROLEUM PRODUCTS, RACOR & FRAM FILTERS

SOLD TO: Spencer Rock

CASH ☐   CHECK ☐   CHARGE ☒   DELIVERED ☐   CREDIT CARD ☐

P.O. NO. _____

CUSTOMER NO. _____

| PACKAGES NO. | KIND | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 115 | | | 2475 |
| | | | |
| | | | |
| | | SUB TOTAL | 124 |
| | | SALES TAX | |
| | | INVOICE TOTAL | 2599 |

$2 4/0

MFS

ALL PRODUCT SAFETY DATA SHEETS AVAILABLE

SIGNATURE X Jim S. an

ALL ACCOUNTS PAYABLE ON 10th OF MONTH FOLLOWING DATE OF PURCHASE. PAST DUE ACCOUNTS ARE SUBJECT TO 1½% PER MONTH INTEREST ON THE UNPAID BALANCE.

EXHIBIT 1
Page 83 of 116

NUGGET 009132

No. 022636

DATE 5/6/97

# MARATHON FUEL SERVICE
A SUBSIDIARY OF SHORESIDE FUM, INC.
P.O. BOX 229 · SEWARD, ALASKA 99664-0229
PHONE (907) 224-3171 · FAX (907) 224-3060
TEXACO PETROLEUM PRODUCTS, RACOR & FRAM FILTERS

SOLD TO: Pencil Pack

P.O. NO.

CUSTOMER NO.

CASH ☐    CHECK ☐    CHARGE ☑    DELIVERED ☐    CREDIT CARD ☐

| PACKAGES NO. KIND | | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 2 | | 7.50 | 15 00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | SUB TOTAL | 15 |
| | | SALES TAX | 25 |
| | | INVOICE TOTAL | 15 25 |

SIGNATURE X McD

ALL ACCOUNTS ARE PAYABLE ON THE 10TH DAY FOLLOWING DATE
OF PURCHASE PAST DUE ACCOUNTS ARE SUBJECT TO 1.5% PER
MONTH INTEREST ON THE UNPAID BALANCE.

ALL PRODUCT SAFETY DATA SHEETS AVAILABLE

EXHIBIT 1
Page 84 of 116

NUGGET 009133



EXHIBIT 1
Page 85 of 116

NUGGET 009134

No. 022950

**MARATHON FUEL SERVICE**
A SUBSIDIARY OF SHORESIDE PETROLEUM, INC.
P.O. BOX 229 - SEWARD, ALASKA 99664-0229
PHONE (907) 224-3171 - FAX (907) 224-3060
TEXACO PETROLEUM PRODUCTS, RACOR & FRAM FILTERS

DATE: 4-14-97

DELIVERED ☒   CREDIT CARD ☐

CHARGE ☒   CASH ☐   CHECK ☐

SOLD TO: Spencer Rock

Delivered to Rail Siding @ Kittel

P.O. NO.: _____   CUSTOMER NO.: _____

| PACKAGES NO. | KIND | # | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 2 | 1/55 | 273.00 | 546.03 |
| 2 | 1/55 | 87.34 | 174.68 |
| 2 | | 25.55 | 51.50 |
| | | SUB TOTAL | 772.65 |
| | | SALES TAX | |
| | | INVOICE TOTAL | 772.65 |

ALL PRODUCT SAFETY DATA SHEETS AVAILABLE

SIGNATURE X _____

ALL ACCOUNTS PAYABLE ON 10th OF THE MONTH FOLLOWING DATE OF PURCHASE. PAST DUE ACCOUNTS ARE SUBJECT TO 11/2% PER MONTH INTEREST ON THE UNPAID BALANCE.

EXHIBIT 1
Page 86 of 116

NUGGET 009135

No. 022610

# MARATHON FUEL SERVICE
### A SUBSIDIARY OF SHORESIDE PETROLEUM, INC.
P.O. BOX 229 - SEWARD, ALASKA 99664-0229
PHONE (907) 224-3171 - FAX (907) 224-3060
TEXACO PETROLEUM PRODUCTS, RACOR & FRAM FILTERS

TEXACO

DATE: 4/30/97

SOLD TO: Spruce Park

P.O. NO.

CUSTOMER NO.

CASH ☐   CHECK ☐   CHARGE ☒   DELIVERED ☐   CREDIT CARD ☐

| PACKAGES NO. | KIND | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | 54 | | 54 22 |
| 1 | 54 | | 2 53 |
| | | SUB TOTAL | 54 25 |
| | | SALES TAX | 2 71 |
| | | INVOICE TOTAL | 56 96 |

SIGNATURE X M5

ALL ACCOUNTS PAYABLE ON 10th OF MONTH FOLLOWING DATE OF PURCHASE. PAST DUE ACCOUNTS ARE SUBJECT TO 1½% PER MONTH INTEREST ON THE UNPAID BALANCE.

ALL PRODUCT SAFETY DATA SHEETS AVAILABLE

EXHIBIT 1
Page 87 of 116

NUGGET 009136

**Receipt 124036**

MARATHON FUEL SERVICE
A SUBSIDIARY OF SHORESIDE PETROLEUM
P.O. BOX 229, SEWARD, ALASKA 99664-0229
PHONE 224-3171    FAX 224-3060

No. 124036

DATE 4-18-91

SOLD TO

ADDRESS

| PRODUCT | GALLONS | PRICE | AMOUNT |
|---|---|---|---|

SALES TAX

TOTAL

**Receipt 128831**

MARATHON FUEL SERVICE
A SUBSIDIARY OF SHORESIDE PETROLEUM
P.O. BOX 229, SEWARD, ALASKA 99664-0229
PHONE 224-3171    FAX 224-3060

No. 128831

DATE 4-19-90

SOLD TO   Duncan Rock

ADDRESS

| PRODUCT | GALLONS | PRICE | AMOUNT |
|---|---|---|---|

SALES TAX

TOTAL

EXHIBIT 1
Page 88 of 116



EXHIBIT 1
Page 89 of 116

NUGGET 009138



EXHIBIT 1
Page 90 of 116

NUGGET 009139



EXHIBIT 1
Page 91 of 116

NUGGET 009140



EXHIBIT 1
Page 92 of 116

NUGGET 009141



EXHIBIT 1
Page 93 of 116

NUGGET 009142

A SUBSIDIARY OF SHORESIDE PETROLEUM, INC.
P.O. BOX 229, SEWARD, ALASKA 99664-022
PHONE 224-3171   FAX 224-3060

126102

DATE 6-5-97
SOLD TO Spencer Pock
ADDRESS

| PRODUCT | GALLONS | PRICE | AMOUNT |
|---|---|---|---|
| | | | |

SALES TAX
TOTAL

A SUBSIDIARY OF SHORESIDE PETROLEUM
P.O. BOX 229, SEWARD, ALASKA 99664-01
PHONE 224-3171   FAX 224-3060

126098

DATE 6-4-97
SOLD TO Spencer Pock
ADDRESS

| PRODUCT | GALLONS | PRICE | AMOUNT |
|---|---|---|---|
| | | | |

TOTAL

EXHIBIT 1
Page 94 of 116

NUGGET 009143



EXHIBIT 1
Page 95 of 116

NUGGET 003



EXHIBIT 1
Page 96 of 116

NUGGET 009145



EXHIBIT 1
Page 97 of 116



EXHIBIT 1
Page 98 of 116



EXHIBIT 1
Page 99 of 116

NUGGET 009148

A SUBSIDIARY OF SHORESIDE PETROLEUM
P.O. BOX 229, SEWARD, ALASKA 99664-022
PHONE 224-3171   FAX 224-3060

126982

SOLD TO _____ Spencer Rock

ADDRESS

DATE 6/26/97

| PRODUCT | GALLONS | PRICE | AMOUNT |
|---|---|---|---|
| | | | 144 21 |
| | | | |
| | | | 6.64 |
| | | | |
| | SALES TAX | | 571 |
| | TOTAL | | 126956 |

DELIVERY RECEIVED IN GOOD CONDITION X MJ

CHARGE

METER READING END OF DELIVERY

METER READING START OF DELIVERY

DYED DIESEL FUEL, NON-TAXABLE USE ONLY. PENALTY FOR TAXABLE USE

---

P.O. BOX 229, SEWARD, ALASKA 99664-022
PHONE 224-3171   FAX 224-3060

126955

SOLD TO _____ Spencer Rock

ADDRESS

DATE 6/24/97

| PRODUCT | GALLONS | PRICE | AMOUNT |
|---|---|---|---|
| | | | 34 40 |
| | | | |
| | | | 2 |
| | SALES TAX | | 72 |
| | TOTAL | | 37 12 |

By _____

DELIVERY RECEIVED IN GOOD CONDITION X MJ

CHARGE

METER READING END OF DELIVERY

METER READING START OF DELIVERY

DYED DIESEL FUEL, NON-TAXABLE USE ONLY. PENALTY FOR TAXABLE USE

EXHIBIT 1
Page 100 of 116

NUGGET 009149