Traeger Machetanz, Esq.
Thomas R. Krider, Esq.
OLES MORRISON RINKER & BAKER, LLP
745 Fourth Avenue, Suite 502
Anchorage, AK  99501-2136
Telephone:  (907) 258-0106
Telecopier:  (907) 258-5519

Attorneys for Nugget Construction Co.,Inc.,
and USF&G, Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a NORTHERN STEVEDORING & HANDLING, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf, ) ) ) ) ) ) ) ) | No. A98-009 CIV (HRH) |

Plaintiffs,

and

UNITED STATES OF AMERICA for the
use of SHORESIDE PETROLEUM, INC.,
d/b/a Marathon Fuel Service, and
SHORESIDE PETROLEUM, INC., d/b/a
Marathon Fuel Service, on its own
behalf,

Intervening Plaintiffs,

and

METCO, INC.,

Intervening Plaintiff,

vs.

NUGGET CONSTRUCTION, INC.; SPENCER
ROCK PRODUCTS, INC.,; UNITED
STATES FIDELITY AND GUARANTY
COMPANY; and ROBERT A. LAPORE,

Defendants.

NUGGET CONSTRUCTION,
INC.'S AND UNITED STATES
FIDELITY & GUARANTY
CO., INC.'S MOTION FOR
SUMMARY JUDGMENT AGAINST
NORTH STAR TERMINAL &
STEVEDORE CO.

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

1    Defendants Nugget Construction, Inc., and United States

2    Fidelity & Guaranty, by and through their attorneys, Oles

3    Morrison Rinker & Baker LLP, hereby move for summary judgment

4    against plaintiff North Star Terminal & Stevedore Co. on its

5    claims for breach of an express or implied-in-fact contract,

6    promissory estoppel, quasi-contract, detrimental reliance,

7    misrepresentation and nondisclosure, negligence, unjust enrichment and

8    restitution, quantum meruit, equitable subordination, constructive

9    trust, agency and punitive damages under Alaska state law.   This

10   motion is supported by points and authorities in the attached

11   memorandum and the exhibits attached thereto.

12

13   Dated:  April 28, 2006          OLES MORRISON RINKER & BAKER LLP
                                     Attorneys for Nugget Construction,
14                                   Inc., and United States
                                     Fidelity and Guaranty Co.
15

16

17                                   By: s/Thomas R. Krider
                                         Thomas R. Krider
18                                       krider@oles.com
                                         Washington Bar No. 29490
19                                       745 West 4th Avenue, Suite 502
                                         Anchorage, AK 99501
20                                       Phone: (907) 258-0106
                                         Fax:  (907) 258-5519
21

22

23

24

25

*U.S. ex rel. North Star, et al. v. Nugget Construction, et al.*
Case No. A98-009 CIV (HRH)
Nugget Construction, Inc.'s Motion for Summary Judgment Against North Star
Terminal & Stevedore Co. -- Page 2 of 3

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

1

<u>CERTIFICATE OF SERVICE</u>

2    I hereby certify that on this 28th
day of April, 2006, a true and
3    correct
copy of the foregoing was served

4
 electronically, via ECF on:

5

6    Michael W. Sewright, Esq.
<u>mws@bpk.com</u>
7    Burr, Pease & Kurtz
810 N Street
8    Anchorage, AK  99501

9    Steven J. Shamburek, Esq.
<u>shamburek@gci.net</u>
10   Law Office of Steven J. Shamburek
425 G Street, Suite 630
11   Anchorage, AK  99501-5872

12   Paul Stockler, Esq.
<u>paulstockler@aol.com</u>
13   1309 West 16th Avenue
Anchorage, AK  99501

14   Herbert A. Viergutz, Esq.
<u>barmar@gci.net</u>
15   Barokas Martin & Tomlinson
1029 West Third, Suite 280
16   Anchorage, AK 99501

17   and by U.S. Mail on:

18   C. Patrick Stoll, Esq.
Herrig Vogt & Stoll LLP
19   4210 Douglas Bay Blvd., Suite 100
Granite Bay, CA 95746-5902

20
OLES MORRISON RINKER & BAKER LLP
21

22   By:  s/Thomas R. Krider

23

24   P JAD Motion Summary Judgment Shoreside State Law 99310.0002.doc

25
*U.S. ex rel. North Star, et al. v. Nugget Construction, et al.*
Case No. A98-009 CIV (HRH)
Nugget Construction, Inc.'s Motion for Summary Judgment Against North Star
Terminal & Stevedore Co. -- Page 3 of 3