Traeger Machetanz, Esq.
Thomas R. Krider, Esq.
OLES MORRISON RINKER & BAKER, LLP
745 Fourth Avenue, Suite 502
Anchorage, AK 99501-2136
Telephone: (907) 258-0106
Telecopier: (907) 258-5519

Attorneys for Nugget Construction Co., Inc.,
and USF&G, Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a NORTHERN STEVEDORING & HANDLING, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf,<br><br>    Plaintiffs,<br>  and<br><br>UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Service, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Service, on its own behalf,<br><br>    Intervening Plaintiffs,<br>  and<br><br>METCO, INC.,<br><br>    Intervening Plaintiff,<br><br>  vs.<br><br>NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.,; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE,<br><br>    Defendants. | No. A98-009 CIV (HRH)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>AFFIDAVIT OF<br>THOMAS R. KRIDER<br>IN SUPPORT OF NUGGET'S<br>MOTION FOR SUMMARY JUDGMENT<br>ON NORTH STAR'S STATE LAW<br>CLAIMS |

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106  Fax: (907) 258-5519

STATE OF ALASKA    )
                   )
                   )

THOMAS R. KRIDER, being first duly sworn upon oath, deposes and states as follows:

1. I am a partner in the law firm of Oles Morrison Rinker & Baker LLP. I am currently identified among the counsel of record for Nugget Construction, Inc. in the above-captioned proceedings.

2. Attached hereto as Exhibit 1 is a true and correct transcript of the March 16, 2006 deposition of Jack Goodwill. Attached to Mr. Goodwill's March 16, 2006 deposition are true and correct copies of Exhibits 2 through 5 identified and authenticated during Mr. Goodwill's deposition.

3. Attached hereto as Exhibit 2 is a true and correct transcript of the November 21, 2005 deposition of Jeffrey Bentz. Attached to Mr. Bentz's November 21, 2005 deposition are true and correct copies of Exhibits 4, 5, 13 and 14, identified and authenticated during Mr. Bentz's deposition.

4. Attached hereto as Exhibit 3 is a true and correct transcript of the March 28, 2006 deposition of Jeffrey Bentz. Attached to Mr. Bentz's March 28, 2006 deposition are true and correct copies of Exhibits 4 and 6, identified and authenticated during Mr. Bentz's deposition.

*U.S. ex rel. North Star, et al. v. Nugget Construction, et al.*
Case No. A98-009 CIV (HRH)
Affidavit of Thomas P. Krider -- Page 2 of 3

1   FURTHER your affiant saith not.

2   _____
    THOMAS R. KRIDER

3   SUBSCRIBED AND SWORN to before me this 28th day of April,
4   2006.

5   _____
    Printed Name: Catherine Melland
6   NOTARY PUBLIC in and for the State
    of Washington, residing at Bellevue
7   My Appointment Expires 11-26-07

9   P JAD Krider Affidavit North Star MSJ State Law 99310.0002.doc

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106    Fax: (907) 258-5519

*U.S. ex rel. North Star, et al. v. Nugget Construction, et al.*
Case No. A98-009 CIV (HRH)
Affidavit of Thomas P. Krider -- Page 3 of 3