## AGREEMENT

The applicant certifies that the information contained herein is true and correct, and further agrees that North Star Terminal and Stevedore Company may turn in a credit reporting bureau for verification of the information provided. Applicant agrees that if credit is extended, all credit and sales made shall be subject to the following:

1. Applicant shall pay the full amount of the invoice(s) when due, which is defined to be thirty (30) days from the invoice date unless otherwise specified on the invoice.

2. If payment in full is not received by the due date, applicant shall owe, in addition to the invoice amount, a late fee of 1.5% per month or maximum allowed by law, on all unpaid balances, plus costs of collection, including attorney's fees, court costs, and collection fees that North Star Terminal and Stevedore Company may incur in recovering the amount owed.

3. Applicant agrees to notify North Star Terminal and Stevedore Company promptly of any changes in ownership of the business conducted under the account name, and agrees to liability for all charges to the business conducted under the account name unless and until North Star Terminal and Stevedore Company receives written notice of a change in ownership of that business.

4. The applicant agrees that venue and jurisdiction for any such court action shall properly be in the Greater Anchorage area.

5. Applicant agrees to pay a $25.00 handling fee each time a check is returned from North Star Terminal and Stevedore Company's bank as NSF, return to maker or account closed.

6. Applicant agrees that if there are any conflicts between applicant's purchase order and this agreement that this agreement shall prevail.

7. The applicant agrees that North Star Terminal and Stevedore Company, at its option, may cancel credit privileges to the applicant. The applicant agrees that if any person guaranteeing payment by the applicant revokes his/her guarantee as provided in his/her Guarantee Agreement with North Star Terminal and Stevedore Company, this Credit Agreement shall be automatically terminated and all amounts owing to North Star Terminal and Stevedore Company shall be immediately due and payable.

I further certify on the Applicant's behalf that applicant is solvent, as defined by Article 1 of the Uniform Commercial Code, and that Applicant will immediately notify North Star Terminal and Stevedore Company if it becomes insolvent. I further certify that I am an officer of Applicant knowledgeable of the financial conditions of Applicant, and that I am empowered and authorized to enter into the aforesaid Agreement on Applicant's behalf.

Date: Jan 28, 1997

Company: SPENCER ROCK PRODUCTS, INC.
Signature: Robert A. LaPore
Print Name: ROBERT A. LAPORE

EXHIBIT 1
Pg. 1 of 1

EXHIBIT 1
Page 51 of 69

## INDIVIDUAL PERSONAL GUARANTEE

To: North Star Terminal and Stevedore Company

In consideration of extension of credit to applicant, and/or forbearance from immediate collection of any existing indebtedness to you, I/we hereby unconditionally guarantee, jointly and severally, prompt payment and performance of all applicant's obligations, present and future, to North Star Terminal and Stevedore Company.

This guarantee may be revoked by written notice to you, but such revocation will not affect transactions undertaken prior to receipt of written notice of such revocation by you.

I/We hereby waive notice of acceptance herein, extension of credit or default. No subsequent activities of North Star Terminal and Stevedore Company or transactions between North Star Terminal and Stevedore Company and applicant other than payment (including but not limited to extensions of due dates, release or substitutions of collateral security) shall affect the undersigned's obligations herein.

Signature: *Robert A. LaPorte* Date: Jan 23, 1997
Printed Name: ROBERT A. LAPORTE
Soc. Sec. #: 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
Home Address: 1041 CONSTITUTION

Signature: _____ Date: _____
Printed Name: _____
Soc. Sec. #: _____
Home Address: _____

---

After completion, please mail the signed original application to the attention of the Credit Department as indicated below. Applications may be faxed in order to expedite application process, however **signed original must be received by mail in order to establish credit.**

North Star Terminal and Stevedore Company
Attention: Credit Department
P. O. Box 102019
Anchorage, Alaska 99510
Phone: (907) 272-7537  Fax: (907) 272-8735

**OFFICE USE ONLY**
Account # _____  Credit Approved _____ Amount _____ Terms _____ Letter Sent _____
Account # _____  Credit Denied _____ Terms _____ Letter Sent _____

Related Account(s) # _____
Date _____ Signature _____ Recorded: Date _____ Initials _____

EXHIBIT 2
Pg. 1 of 1

EXHIBIT 1
Page 52 of 69

55

Winthrop...
851 Burlway Rd. Suite 4
Burlingame CA 94010

Phone No. 415-348-7800  Fax No. 415-348-4806

INSURED: No Star Terminal & Stevedore Co. & Northern Stevedoring & Handling Co.
P.O. Box 2019, Anchorage AK 99510

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

**COMPANIES AFFORDING COVERAGE**

COMPANY A: St. Paul Fire & Marine Ins. Co
COMPANY B:
COMPANY C:
COMPANY D:

## COVERAGES

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED, NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| CO LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|
| A | GENERAL LIABILITY [X] COMMERCIAL GENERAL LIABILITY [ ] CLAIMS MADE [X] OCCUR [ ] OWNER'S & CONTRACTOR'S PROT [X] Stevedore Liab | 388FA8581 | 01/01/97 | 01/01/98 | GENERAL AGGREGATE | $ |
| | | | | | PRODUCTS - COMP/OP AGG | $ |
| | | | | | PERSONAL & ADV INJURY | $ |
| | | | | | EACH OCCURRENCE | $5,000,000 |
| | | | | | FIRE DAMAGE (Any one fire) | $ |
| | | | | | MED EXP (Any one person) | $ |
| | AUTOMOBILE LIABILITY [ ] ANY AUTO [ ] ALL OWNED AUTOS [ ] SCHEDULED AUTOS [ ] HIRED AUTOS [ ] NON-OWNED AUTOS | | | | COMBINED SINGLE LIMIT | $ |
| | | | | | BODILY INJURY (Per person) | $ |
| | | | | | BODILY INJURY (Per accident) | $ |
| | GARAGE LIABILITY [ ] ANY AUTO | | | | PROPERTY DAMAGE | $ |
| | | | | | AUTO ONLY - EA ACCIDENT | $ |
| | | | | | OTHER THAN AUTO ONLY: EACH ACCIDENT | $ |
| | | | | | AGGREGATE | $ |
| | EXCESS LIABILITY [ ] UMBRELLA FORM [ ] OTHER THAN UMBRELLA FORM | | | | EACH OCCURRENCE | $ |
| | | | | | AGGREGATE | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY THE PROPRIETOR/PARTNERS/EXECUTIVE OFFICERS ARE [ ] INCL [ ] EXCL | | | | WC STATU-TORY LIMITS / OTHER | |
| | | | | | EL EACH ACCIDENT | $ |
| | OTHER | | | | EL DISEASE - POLICY LIMIT | $ |
| | | | | | EL DISEASE - EA EMPLOYEE | $ |

DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/SPECIAL ITEMS

CERTIFICATE HOLDER

NUGGETT

Nuggett Construction
8726 Corbin Drive
Anchorage AK 99507

CANCELLATION

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING COMPANY WILL ENDEAVOR TO MAIL __30__ DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO MAIL SUCH NOTICE SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE COMPANY, ITS AGENTS OR REPRESENTATIVES.

AUTHORIZED REPRESENTATIVE Romano S. [signature]

ORD 25-S (1/95)

© ACORD CORPORATION 1988

EXHIBIT 3
Pg. 1 of 1

EXHIBIT 1
Page 53 of 69

56

**NUGGET CONSTRUCTION, INC.**

Anchorage, Alaska 99507
(907) 344-8365
Fax (907) 522-2786
e mail nci@alaska.net

May 1, 1997

Northern Stevedoring
P.O. Box 497
Seward, Alaska 99664

Attention: Jack Goodwill

Subject: ZB286, Wear Deck

Ref: DACW85-96-C-0020, HOMER SPIT UPGRADE Rip Rap

Dear Jack,

This confirms our conversation earlier today regarding the concrete wear deck on the ZB286. Nugget installed the temporary wear deck in order to protect the barge deck. We intend to remove the deck at the conclusion of the charter. Accordingly, we anticipate damage to the wear deck during loading and offloading operations. A copy of the Pre-Hire survey will be made available if requested. If you have questions or require additional information, please contact the undersigned at 907-344-8365.

Sincerely,

Nugget Construction, Inc.

LD Randolph, P.E.
Project Manager

C: 611 Job File

EXHIBIT 4
Pg. 1 of 1

EXHIBIT 1
Page 54 of 69

57



EXHIBIT 5
Pg. 1 of 5

EXHIBIT 1
Page 55 of 69

58



EXHIBIT 5
Pg. 2 of 5

EXHIBIT 1
Page 56 of 69

59



EXHIBIT 5
Pg. 3 of 5

EXHIBIT 1
Page 57 of 69

60



EXHIBIT 5
Pg. 4 of 5

EXHIBIT 1
Page 58 of 69



EXHIBIT 5
Pg. 5 of 5

EXHIBIT 1
Page 59 of 69

P.O. Box 497
Seward, AK 99664

FEDERAL I.D. # 92-0015358

Remittance:
P.O. Box 105063
Anchorage, AK 99510

TO: NUGGET CONST. BARGE & OWNERS
C/O SPENCER ROCK PRODUCTS, INC.   75970
BOX 244063
ANCHORAGE, AK 99524

DATE 5/08/97     BILL NO. 105

PURCHASE ORDER

VESSEL: NUGGET CONST. BARGE
STARTED: 5/01/97
FINISHED: 5/05/97

PORT: SEWARD
PIER: ARR DOCK
OPERATION: LOAD ROCK

STEVEDORING AND HANDLING CHARGES IN CONNECTION WITH ABOVE VESSEL

| LABOR | TYPE | HOURS | RATE | EXTENSION |
|---|---|---|---|---|
| LONGSHOREMEN - SKILLED | OT | 8.00 | 94.55 | 756.40 |
| HATCH BOSS | OT | 68.00 | 99.71 | 6,780.28 |
| CRANE OPERATOR | OT | 68.00 | 96.11 | 6,535.48 |
| GEARMAN | ST | 12.00 | 72.60 | 871.20 |
| GEARMAN | OT | 10.00 | 96.11 | 961.10 |
| TOTAL LABOR | | 166.00 | | 15,904.46 |
| 4000 MANITOWOC CRANE | | 34.00 | 160.00 | 5,440.00 |
| TOTAL EQUIPMENT | | 34.00 | | 5,440.00 |
| SUB-TOTAL | | | | 21,344.46 |
| 5% SEWARD SALES TAX | | | | 25.00 |
| TOTAL | | | | 21,369.46 |

EXHIBIT 6
Pg. 1 of 8

"THAT THE SUPPLIES/SERVICES HAVE BEEN SUPPLIED/RENDERED ON THE CREDIT OF THE VESSEL AND THAT THE LIENS ARISING FROM THE FURNISHINGS OF THE SUPPLIES/SERVICES HAVE NOT BEEN WAIVED BY AGREEMENT OR OTHERWISE."

PLEASE PAY FROM INVOICE • ACCOUNTS NOT PAID WITHIN 30 DAYS SUBJECT TO SERVICE CHARGE OF 1½% PER MONTH

EXHIBIT 1
Page 60 of 69

63

Inquires:
P.O. Box 497
Seward, AK 99664

PHONE 907-224-5477   FAX 907-224-xxx2
FEDERAL I.D. # 92-0015358

Remittance:
P.O. Box 105063
Anchorage, AK 99510

TO: NUGGET ROCK BARGE & OWNERS
C/O SPENCER ROCK PRODUCTS, INC.   75970
BOX 244063
ANCHORAGE, AK 99524

DATE 5/15/97    BILL NO. 117

PURCHASE ORDER

VESSEL: NUGGET ROCK BARGE
STARTED: 5/13/97
FINISHED: 5/14/97

PORT: SEWARD
PIER: ARR DOCK
OPERATION: LOAD ROCK

STEVEDORING AND HANDLING CHARGES IN CONNECTION WITH ABOVE VESSEL

| LABOR | TYPE | HOURS | RATE | EXTENSION |
|---|---|---|---|---|
| LONGSHOREMEN - SKILLED | | | | |
| HATCH BOSS | OT | 4.00 | 94.55 | 378.20 |
| HATCH BOSS | ST | 12.00 | 75.00 | 900.00 |
| CRANE OPERATOR | OT | 28.00 | 99.71 | 2,791.88 |
| CRANE OPERATOR | ST | 12.00 | 72.60 | 871.20 |
| GEARMAN | OT | 28.00 | 96.11 | 2,691.08 |
| GEARMAN | ST | 2.00 | 72.60 | 145.20 |
| | OT | 6.00 | 96.11 | 576.66 |
| TOTAL LABOR | | 92.00 | | 8,354.22 |
| 1000 MANITOWOC CRANE | | 20.00 | 160.00 | 3,200.00 |
| TOTAL EQUIPMENT | | 20.00 | | 3,200.00 |
| SUB-TOTAL | | | | 11,554.22 |
| SEWARD SALES TAX | | | | 25.00 |
| TOTAL | | | | 11,579.22 |

EXHIBIT 6
Pg. 2 of 8

THAT THE SUPPLIES/SERVICES HAVE BEEN SUPPLIED/RENDERED ON THE CREDIT OF THE VESSEL AND THAT THE LIENS ARISING FROM THE FURNISHINGS OF THE SUPPLIES/SERVICES HAVE NOT BEEN WAIVED BY AGREEMENT OR OTHERWISE.

EXHIBIT 1
Page 61 of 69

64

P.O. Box 496  
Seward, AK 99664

FEDERAL I.D. # 92-0015358

Remittance:  
P.O. Box 105063  
Anchorage, AK 99510

TO: NUGGET CONSTRUCTION & OWNERS  
C/O SPENCER ROCK PRODUCTS, INC.    75970  
BOX 244063  
ANCHORAGE, AK 99524

DATE 5/22/97    BILL NO. 119

PURCHASE ORDER

VESSEL: NUGGET CONSTRUCTION  
STARTED: 5/14/97  
FINISHED: 5/15/97  
PORT: SEWARD  
PIER: ARR DOCK  
OPERATION: LOAD ROCK

STEVEDORING AND HANDLING CHARGES IN CONNECTION WITH ABOVE VESSEL

| LABOR | TYPE | HOURS | RATE | EXTENSION |
|---|---|---|---|---|
| LONGSHOREMEN - SKILLED | OT | 8.00 | 94.55 | 756.40 |
| HATCH BOSS | ST | 24.00 | 75.00 | 1,800.00 |
| HATCH BOSS | OT | 46.00 | 99.71 | 4,586.66 |
| CRANE OPERATOR | ST | 24.00 | 72.60 | 1,742.40 |
| CRANE OPERATOR | OT | 46.00 | 96.11 | 4,421.06 |
| GEARMAN | ST | 4.00 | 72.60 | 290.40 |
| GEARMAN | OT | 10.00 | 96.11 | 961.10 |
| TOTAL LABOR | | 162.00 | | 14,558.02 |
| 00 MANITOWOC CRANE | | 35.00 | 160.00 | 5,600.00 |
| TOTAL EQUIPMENT | | 35.00 | | 5,600.00 |
| SUB-TOTAL | | | | 20,158.02 |
| 5% SEWARD SALES TAX | | | | 25.00 |
| TOTAL | | | | 20,183.02 |

EXHIBIT 6  
Pg 3 of 8

"THAT THE SUPPLIES/SERVICES HAVE BEEN SUPPLIED/RENDERED ON THE CREDIT OF THE VESSEL AND THAT THE LIENS ARISING FROM THE FURNISHINGS OF THE SUPPLIES/SERVICES HAVE NOT BEEN WAIVED BY AGREEMENT OR OTHERWISE."

PLEASE PAY FROM INVOICE ● ACCOUNTS NOT PAID WITHIN 30 DAYS SUBJECT TO SERVICE CHARGE OF 1½% PER MONTH

EXHIBIT 1  
Page 62 of 69

65

P.O. Box 497  
Seward, AK 99664

FEDERAL I.D. # 92-001535

FAX 907.224.5672

Remittance:  
P.O. Box 105063  
Anchorage, AK 99510

TO: NUGGET CONSTRUCTION & OWNERS  
C/O SPENCER ROCK PRODUCTS, INC.   75970  
BOX 244063  
ANCHORAGE, AK 99524

DATE 5/22/97   BILL NO. 132

| VESSEL | NUGGET CONSTRUCTION | PURCHASE ORDER | |
|---|---|---|---|
| STARTED | 5/20/97 | PORT | SEWARD |
| FINISHED | 5/20/97 | PIER | ARR DOCK |
| | | OPERATION | LOAD ROCK |

STEVEDORING AND HANDLING CHARGES IN CONNECTION WITH ABOVE VESSEL

| LABOR | TYPE | HOURS | RATE | EXTENSION |
|---|---|---|---|---|
| LONGSHOREMEN - SKILLED | | | | |
| HATCH BOSS | OT | 6.00 | 94.55 | 567.30 |
| HATCH BOSS | ST | 12.00 | 75.00 | 900.00 |
| CRANE OPERATOR | OT | 38.00 | 99.71 | 3,788.98 |
| CRANE OPERATOR | ST | 12.00 | 72.60 | 871.20 |
| GEARMAN | OT | 38.00 | 96.11 | 3,652.18 |
| GEARMAN | ST | 2.00 | 72.60 | 145.20 |
| | OT | 8.00 | 96.11 | 768.88 |
| TOTAL LABOR | | 116.00 | | 10,693.74 |
| 100 MANITOWOC CRANE | | 25.00 | 160.00 | 4,000.00 |
| TOTAL EQUIPMENT | | 25.00 | | 4,000.00 |
| SUB-TOTAL | | | | 14,693.74 |
| 1% SEWARD SALES TAX | | | | 25.00 |
| TOTAL | | | | 14,718.74 |


EXHIBIT 6  
Pg. 4 of 8

"THAT THE SUPPLIES/SERVICES HAVE BEEN SUPPLIED/RENDERED ON THE CREDIT OF THE VESSEL AND THAT THE LIENS ARISING FROM THE FURNISHINGS OF THE SUPPLIES/SERVICES HAVE NOT BEEN WAIVED BY AGREEMENT OR OTHERWISE."  
PLEASE PAY FROM INVOICE • ACCOUNTS NOT PAID WITHIN 30 DAYS SUBJECT TO SERVICE CHARGE OF 1½% PER MONTH

EXHIBIT 1  
Page 63 of 69

66

P.O. Box 497  
Seward, AK 99664

FAX 907-224-5672  
FEDERAL I.D.# 92-0015356

Remittance:  
P.O. Box 105063  
Anchorage, AK 99510

TO: NUGGET CONSTUCTION & OWNERS  
C/O SPENCER ROCK PRODUCTS, INC.   75970  
BOX 244063  
ANCHORAGE, AK 99524

DATE 5/29/97   BILL NO. 135

| VESSEL | NUGGET CONSTUCTION | PURCHASE ORDER | |
|---|---|---|---|
| STARTED | 5/21/97 | PORT | SEWARD |
| FINISHED | 5/22/97 | PIER | ARR DOCK |
| | | OPERATION | LOAD ROCK |

STEVEDORING AND HANDLING CHARGES IN CONNECTION WITH ABOVE VESSEL

| LABOR | TYPE | HOURS | RATE | EXTENSION |
|---|---|---|---|---|
| LONGSHOREMEN - SKILLED | | | | |
| HATCH BOSS | OT | 6.00 | 94.55 | 567.30 |
| HATCH BOSS | ST | 24.00 | 75.00 | 1,800.00 |
| CRANE OPERATOR | OT | 36.00 | 99.71 | 3,589.56 |
| CRANE OPERATOR | ST | 24.00 | 72.60 | 1,742.40 |
| GEARMAN | OT | 36.00 | 96.11 | 3,459.96 |
| GEARMAN | ST | 4.00 | 72.60 | 290.40 |
| | OT | 8.00 | 96.11 | 768.88 |
| TOTAL LABOR | | 138.00 | | 12,218.50 |
| 4000 MANITOWOC CRANE | | 5.00 | 160.00 | 800.00 |
| 4000 MANITOWOC CRANE | | 25.00 | 160.00 | 4,000.00 |
| TOTAL EQUIPMENT | | 30.00 | | 4,800.00 |
| SUB-TOTAL | | | | 17,018.50 |
| 5% SEWARD SALES TAX | | | | 25.00 |
| TOTAL | | | | 17,043.50 |

EXHIBIT 6  
Pg. 5 of 8

"THAT THE SUPPLIES/SERVICES HAVE BEEN SUPPLIED/RENDERED ON THE CREDIT OF THE VESSEL AND THAT THE LIENS ARISING FROM THE FURNISHINGS OF THE SUPPLIES/SERVICES HAVE NOT BEEN WAIVED BY AGREEMENT OR OTHERWISE."

PLEASE PAY FROM INVOICE • ACCOUNTS NOT PAID WITHIN 30 DAYS SUBJECT TO SERVICE CHARGE OF 1½% PER MONTH

EXHIBIT 1  
Page 64 of 69

67

P.O. Box 98  
Seward, AK 99664

FEDERAL I.D. # 92-001535

Remittance:  
P.O. Box 105063  
Anchorage, AK 99510

TO: SPENCER ROCK PRODUCTS, INC.  
BOX 244063  
ANCHORAGE, AK 99524

75970

DATE 6/12/97     BILL NO. 189

| VESSEL | NUGGET CONST. BARGE | | PURCHASE ORDER | | |
|---|---|---|---|---|---|
| STARTED | 6/09/97 | | PORT | SEWARD | |
| FINISHED | 6/10/97 | | PIER | ARR DOCK | |
| | | | OPERATION | LOAD SPENCER ROCK | |

STEVEDORING AND HANDLING CHARGES IN CONNECTION WITH ABOVE VESSEL

| LABOR | TYPE | HOURS | RATE | EXTENSION |
|---|---|---|---|---|
| LONGSHOREMEN - SKILLED | | | | |
| HATCH BOSS | OT | 6.00 | 94.55 | 567.30 |
| HATCH BOSS | ST | 12.00 | 75.00 | 900.00 |
| CRANE OPERATOR | OT | 42.00 | 99.71 | 4,187.82 |
| CRANE OPERATOR | ST | 12.00 | 72.60 | 871.20 |
| GEARMAN | OT | 42.00 | 96.11 | 4,036.62 |
| GEARMAN | ST | 2.00 | 72.60 | 145.20 |
| | OT | 10.00 | 96.11 | 961.10 |
| TOTAL LABOR | | 126.00 | | 11,669.24 |
| 900 MANITOWOC CRANE | | 8.50 | 160.00 | 1,360.00 |
| 4000 MANITOWOC CRANE | | 17.00 | 160.00 | 2,720.00 |
| TOTAL EQUIPMENT | | 25.50 | | 4,080.00 |
| SUB-TOTAL | | | | 15,749.24 |
| 5% SEWARD SALES TAX | | | | 25.00 |
| TOTAL | | | | 15,774.24 |

EXHIBIT 6  
Pg. 6 of 8

"THAT THE SUPPLIES/SERVICES HAVE BEEN SUPPLIED/RENDERED ON THE CREDIT OF THE VESSEL AND THAT THE LIENS ARISING FROM THE FURNISHINGS OF THE SUPPLIES/SERVICES HAVE NOT BEEN WAIVED BY AGREEMENT OR OTHERWISE."

PLEASE PAY FROM INVOICE • ACCOUNTS NOT PAID WITHIN 30 DAYS SUBJECT TO SERVICE CHARGE OF 1½% PER MONTH

EXHIBIT 1  
Page 65 of 69

68

```
         SPENCER ROCK PRODUCTS, INC.        75970
         BOX 244063
      TO ANCHORAGE, AK  99524
                                                  DATE 6/19/97       BILL NO. 192

                                              PURCHASE ORDER
   VESSEL    NUGGET CONST. BARGE         PORT    SEWARD
   STARTED   6/11/97                     PIER    ARR DOCK
   FINISHED  6/11/97                     OPERATION LOAD SPENCER ROCK1

            STEVEDORING AND HANDLING CHARGES IN CONNECTION WITH ABOVE VESSEL
   LABOR                              TYPE    HOURS       RATE        EXTENSION

   LONGSHOREMEN - SKILLED              OT     2.00        94.55        189.10
   HATCH BOSS                          ST    12.00        75.00        900.00
   HATCH BOSS                          OT     4.00        99.71        398.84
   CRANE OPERATOR                      ST    12.00        72.60        871.20
   CRANE OPERATOR                      OT     4.00        96.11        384.44
   GEARMAN                             ST     2.00        72.60        145.20

              TOTAL LABOR             36.00                           2,888.78

   O MANITOWOC CRANE                          8.00       160.00       1,280.00

              TOTAL EQUIPMENT                 8.00                    1,280.00

              SUB-TOTAL                                               4,168.78

   5% SEWARD SALES TAX                                                   25.00

              TOTAL                                                   4,193.78
```



EXHIBIT 6
Pg. 7 of 8

"THAT THE SUPPLIES/SERVICES HAVE BEEN SUPPLIED/RENDERED ON THE CREDIT OF THE VESSEL AND THAT THE LIENS ARISING FROM THE FURNISHINGS OF THE SUPPLIES/SERVICES HAVE NOT BEEN WAIVED BY AGREEMENT OR OTHERWISE."
PLEASE PAY FROM INVOICE • ACCOUNTS NOT PAID WITHIN 30 DAYS SUBJECT TO SERVICE CHARGE OF 1½% PER MONTH

EXHIBIT 1
Page 66 of 69

69

P.O. Box 497  
Seward, AK 99664

FEDERAL I.D. # 92-0015358

Remittance:  
P.O. Box 105063  
Anchorage, AK 99510

TO: SPENCER ROCK PRODUCTS, INC.  
BOX 244063  
ANCHORAGE, AK 99524

75970

DATE 7/03/97     BILL NO. 233

PURCHASE ORDER

| VESSEL | NUGGET CONST. BARGE | PORT | SEWARD |
|---|---|---|---|
| STARTED | 6/25/97 | PIER | ARR DOCK |
| FINISHED | 6/26/97 | OPERATION | LOAD SPENCER ROCK |

STEVEDORING AND HANDLING CHARGES IN CONNECTION WITH ABOVE VESSEL

| LABOR | TYPE | HOURS | RATE | EXTENSION |
|---|---|---|---|---|
| LONGSHOREMEN - SKILLED | | | | |
| HATCH BOSS | OT | 8.00 | 94.55 | 756.40 |
| HATCH BOSS | ST | 24.00 | 75.00 | 1,800.00 |
| CRANE OPERATOR | OT | 46.00 | 99.71 | 4,586.66 |
| CRANE OPERATOR | ST | 24.00 | 72.60 | 1,742.40 |
| GEARMAN | OT | 46.00 | 96.11 | 4,421.06 |
| GEARMAN | ST | 4.00 | 72.60 | 290.40 |
| | OT | 10.00 | 96.11 | 961.10 |
| TOTAL LABOR | | 162.00 | | 14,558.02 |
| 4100 MANITOWOC CRANE | | 20.50 | 160.00 | 3,280.00 |
| 3900 MANITOWOC CRANE | | 12.50 | 160.00 | 2,000.00 |
| TOTAL EQUIPMENT | | 33.00 | | 5,280.00 |
| SUB-TOTAL | | | | 19,838.02 |
| 5% SEWARD SALES TAX | | | | 25.00 |
| TOTAL | | | | 19,863.02 |

EXHIBIT 6  
Pg. 8 of 8

"THAT THE SUPPLIES/SERVICES HAVE BEEN SUPPLIED/RENDERED ON THE CREDIT OF THE VESSEL AND THAT THE LIENS ARISING FROM THE FURNISHINGS OF THE SUPPLIES/SERVICES HAVE NOT BEEN WAIVED BY AGREEMENT OR OTHERWISE."

PLEASE PAY FROM INVOICE. ACCOUNTS NOT PAID WITHIN 30 DAYS SUBJECT TO SERVICE CHARGE OF 1½% PER MONTH

EXHIBIT 1  
Page 67 of 69

70

P.O. Box 196566
Anchorage, Alaska 9. .0
(907) 272-7537

Box 497
Seward, Alaska 99664
(907) 224-5477

August 4, 1997

Army Corps of Engineers
Fort Richardson Residence Office
Box 898
Anchorage, Alaska 99506-0898

ATTN: Mr. Dave Scott
Mr. Doug Wood

REF: DACW85-96-C-0020, Homer Spit Upgrade Rip Rap

Northern Stevedoring has been working for Spencer Rock Products, Inc. From May 1 to June 26, 1997. In that time frame Northern loaded five barges of rock for the Homer Spit. Northern invoices all customers on a weekly basis. No payment has been received from Spencer Rock for loading the barges. Mr. Bob LaPore, President of Spencer Rock, has stated he would pay Northern after he receives payment from Nugget Construction.

Northern and Spencer Rock began phone conversations about loading the Homer Spit rock in August of 1996. Northern was to bill Spencer for the loading based on labor and equipment used. A rate sheet is attached for your information.

L.D. Randolph P.E., works for Nugget Construction, Inc. and is the project manager for the Homer Spit upgrade. On April 30, 1997 Randy Randolph called Northern Stevedoring and said his barge would be in Seward on May 2 to unload equipment. Randy said he wanted Northern to start loading rock on May 3, 1997. Northern expressed concern over the possible damage to the deck of the barge during the loading of the rock. Randy responded back with the attached letter, stating the barge was fitted with a temporary concrete wear deck.

Spencer delivered the rock to the Alaska Railroad Dock. Northern Stevedoring loaded the rock to the barge chartered by Nugget Construction. Randy Randolph was making all the decisions on the loading of the barges; what type of rock to load, the quantity to load, arrival and departure of the barges.

The following invoices reflect the charges for the five barges Northern loaded.

1) Invoice 105   Worked 5/1-5/97      Amount  $21,369.46

2) Invoice 117   Worked 13 & 14       Amount  $11,579.22
   Invoice 119   Worked 14 & 15       Amount  $20,183.02

3) Invoice 132   Worked 5/19&29       Amount  $14,718.74
   Invoice 135   Worked 5/21&22       Amount  $17,043.50

EXHIBIT 7
Pg. _1_ of _2_

CONTRACTING STEVEDORES • TERMINAL OPERATORS • WAREHOUSING • EQUIPMENT RENTAL

EXHIBIT 1
Page 68 of 69

21

4) Invoice 189   Worked 6/9 & 10   Amount   $15,774.24
   Invoice 192   Worked 6/11       Amount   $ 4,193.78

5) Invoice 233   Worked 6/25 & 26  Amount   $19,863.02

Total Amount Due: $124,724.98

Northern Stevedoring did agree to direct the invoices for loading the rock to the ZB286 Nugget Construction barge, for the Army Corps of Engineers Homer Spit upgrade to Spencer Rock. The work requested has been completed in good faith and invoices have been sent. No payment has been received. The first invoice is 87 days over due. We believe this to be a direct violation of the 14 Day Prompt Payment act, which is a reflection on Nugget Construction and the Army Corps of Engineers. Your assistance in resolving this issue would be greatly appreciated. Please call if you have any questions. 907-224-5477.

Regards,

*Jack Goodwill*

Jack Goodwill, Vice President
Northern Stevedoring & Hdlg

(12) Encl.

EXHIBIT 7
Pg. 2 of 2

EXHIBIT 1
Page 69 of 69