Michael W. Sewright
BURR, PEASE & KURTZ
810 N Street
Anchorage, AK  99501-3293
Telephone:   (907) 276-6100
Fax No.:        (907) 258-2530
Attorneys for North Star

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf,<br><br>                Plaintiffs,<br>  and<br><br>UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, on its own behalf,<br><br>            Intervening Plaintiffs,<br>  and<br><br>METCO, INC.,<br><br>            Intervening Plaintiff,<br>  vs.<br><br>NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE,<br><br>            Defendants. | Case No. 3:98-cv-009-HRH<br><br>**(Proposed) ORDER GRANTING MOTION FOR SUMMARY JUDGMENT AGAINST USF&G UPON ITS AFFIRMATIVE DEFENSES** |

The Court, having considered Plaintiff and Use Plaintiff North Star Terminal and Stevedore Company's Motion and Memorandum for Summary Judgment Against USF&G Upon Its Affirmative Defenses, any opposition thereto, and the premises thereof,

HEREBY ORDERS: That the Motion is Granted. North Star Terminal & Stevedore Company is granted Judgment upon the entirety of USF&G's affirmative defenses asserted herein.

DONE AND ENTERED this ____ day of _____, 2006.

_____
H. Russel Holland
United States District Judge