Michael W. Sewright
BURR, PEASE & KURTZ
810 N Street
Anchorage, AK  99501-3293
Telephone:   (907) 276-6100
Fax No.:      (907) 258-2530
Attorneys for North Star

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf,<br><br>                    Plaintiffs,<br>          and<br><br>UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, on its own behalf,<br><br>                    Intervening Plaintiffs,<br>          and<br><br>METCO, INC.,<br><br>                    Intervening Plaintiff,<br>          vs.<br><br>NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE,<br><br>                    Defendants. | Case No. 3:98-cv-009-HRH<br><br>**AFFIDAVIT OF MICHAEL W. SEWRIGHT IN SUPPORT OF NORTH STAR'S MOTION FOR SUMMARY JUDGMENT AGAINST USF&G UPON USF&G'S AFFIRMATIVE DEFENSES** |

BURR, PEASE
& KURTZ
A PROFESSIONAL CORPORATION
810 N STREET
ANCHORAGE, AK 99501
(907) 276-6100

Affidavit of Michael W. Sewright
*North Star Terminal & Stevedore Co., et al v. Nugget Construction et al*
Case No. A98-009 CV
Page 1 of 3

45-40 / #83367

STATE OF ALASKA                )
                               ) ss.
THIRD JUDICIAL DISTRICT        )

Michael W. Sewright, being first duly sworn, duly states as follows:

1. I am an attorney with the law firm with Burr, Pease & Kurtz representing Plaintiff and Use Plaintiff North Star Terminal & Stevedore Company in this lawsuit.

2. Exhibits 1 through 7 attached hereto are true and correct copies of discovery requests propounded upon the defendants Nugget Construction, Inc. and United States Fidelity & Guaranty Company in this action and their responses thereto, as well as correspondence between attorneys relating to those requests and responses, as more completely described in the table of exhibits attached to this affidavit and preceding those exhibits in accordance with USDC Alaska Local Rule 10.1(c)(2).

Dated:     May 1, 2006            _____
                                  Michael W. Sewright

SUBSCRIBED AND SWORN to before me this 1st day of May, 2006.



_____
NOTARY PUBLIC FOR ALASKA
My commission expires: 4-21-09

BURR, PEASE
& KURTZ
A PROFESSIONAL CORPORATION
810 N STREET
ANCHORAGE, AK 99501
(907) 276-6100

Affidavit of Michael W. Sewright
*North Star Terminal & Stevedore Co., et al v. Nugget Construction et al*
Case No. A98-009 CV
Page 2 of 3

45-40 / #83367

CERTIFICATE OF SERVICE
I certify that on the 1st day of May, 2006, a copy of the foregoing AFFIDAVIT OF MICHAEL W. SEWRIGHT IN SUPPORT OF NORTH STAR'S MOTION FOR SUMMARY JUDGMENT AGAINST USF&G UPON ITS AFFIRMATIVE DEFENSES was served electronically to:

   Steven S. Shamburek, Esq.
   Traeger Machetanz, Esq.
   Paul D. Stockler
   Herbert A. Viergutz
   C. Patrick Stoll, Esq.

   s/ Michael W. Sewright

BURR, PEASE
& KURTZ
A PROFESSIONAL CORPORATION
810 N STREET
ANCHORAGE, AK 99501
(907) 276-6100

Affidavit of Michael W. Sewright
*North Star Terminal & Stevedore Co., et al v. Nugget Construction et al*
Case No. A98-009 CV
Page 3 of 3

45-40 / #83367

# TABLE OF EXHIBITS IN SUPPORT OF NORTH STAR'S MOTION FOR SUMMARY JUDGMENT AGAINST USF&G UPON USF&G'S AFFIRMATIVE DEFENSES

| Exhibit No. | Description |
|---|---|
| 1. | North Star's Second Set of Discovery Requests to Defendant United States Fidelity & Guaranty Company, dated February 14, 2006 |
| 2. | North Star's Second Set of Discovery Requests to Defendant Nugget Construction, Inc., dated February 14, 2006 |
| 3. | United States Fidelity and Guaranty Company's Responses to Plaintiff North Star Terminal & Stevedore Company's Second Set of Discovery Requests, dated March 16, 2006 |
| 4. | Nugget's Responses to North Star's Second Set of Discovery Requests to Defendant Nugget Construction, Inc., dated March 20, 2006 |
| 5. | Letter of attorney Steven J. Shamburek to attorney Herbert A. Viergutz dated April 4, 2006 |
| 6. | Letter from Mr. Viergutz to Mr. Shamburek in response, dated April 10, 2006 |
| 7. | E-mail from attorney Michael W. Sewright to attorneys Herbert Viergutz and Tom Krider dated April 27, 2006 |

BURR, PEASE & KURTZ
A PROFESSIONAL CORPORATION
810 N STREET
ANCHORAGE, AK 99501
(907) 276-6100

Table of Exhibits in Support Of North Star's
Motion For Summary Judgment Against
USF&G Upon USF&G's Affirmative Defenses
*North Star Terminal & Stevedore Co., et al v. Nugget Construction et al*
Case No. A98-009 CV
Page 1 of 1

45-40 / #83368