| PERFORMANCE BOND | DATE BOND EXECUTED (Must be same or later than date of contract) | FORM APPROVED OMB NO. |
|---|---|---|
| (See instructions on Page 2) 99-0120-50298-96-5 | September 28, 1996 | 9000-0045 |

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (VRS), Office of Federal Acquisition Policy, GSA, Washington, D.C. 20405; and to the Office of Management and Budget, Paperwork Reduction Project (9000-0045), Washington, D.C. 20503.

**PRINCIPAL (Legal name and business address)**
Nugget Construction, Inc.
8726 Corbin Drive
Anchorage AK 99507

**TYPE OF ORGANIZATION ("X" one)**
☐ INDIVIDUAL   ☐ PARTNERSHIP
☐ JOINT VENTURE   ☒ CORPORATION

**STATE OF INCORPORATION**
Alaska

**SURETY(IES) (Name(s) and business address(es))**
United States Fidelity and Guaranty Company
4220 "B" Street
Anchorage AK 99503

**PENAL SUM OF BOND**

| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
|---|---|---|---|
| 3 | 378 | 491 | 60 |

**CONTRACT DATE**
September 28, 1996

**CONTRACT NO.**
DACW85-96-C-0020

**OBLIGATION:**
We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

**CONDITIONS:**
The Principal has entered into the contract identified above.

**THEREFORE:**
The above obligation is void if the Principal -
   (a) (1) Performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of the contract during the original term of the contract and any extensions thereof that are granted by the Government, with or without notice to the Surety(ies), and during the life of any guaranty required under the contract, and (2) performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of any and all duly authorized modifications of the contract that hereafter are made. Notice of those modifications to the Surety(ies) are waived.
   (b) Pays to the Government the full amount of the taxes imposed by the Government, if the said contract is subject to the Miller Act, (40 U.S.C. 270a-270e), which are collected, deducted, or withheld from wages paid by the Principal in carrying out the construction contract with respect to which this bond is furnished.

**WITNESS:**
The Principal and Surety(ies) executed this performance bond and affixed their seals on the above date.

**PRINCIPAL**

| Signature(s) | 1. (Seal) | 2. (Seal) | 3. (Seal) | Corporate Seal |
|---|---|---|---|---|
| Name(s) & Title(s) (Typed) | 1. Richard Harris Executive Vice President, General Manager | 2. | 3. | |

**INDIVIDUAL SURETY(IES)**

| Signature(s) | 1. (Seal) | 2. (Seal) |
|---|---|---|
| Name(s) (Typed) | 1. | 2. |

**CORPORATE SURETY(IES)**

| SURETY A | Name & Address | United States Fidelity and Guaranty Company 4220 "B" Street Anchorage AK 99503 | STATE OF INC. MD | LIABILITY LIMIT $ 100% | |
|---|---|---|---|---|---|
| | Signature(s) | 1. | 2. | | Corporate |
| | Name(s) & Title(s) (Typed) | 1. James L. Ferguson Attorney-in-Fact | 2. | | Exhibit A Page 1 of 4 |

NSN 7540-01-152-8060
PREVIOUS EDITION NOT USABLE
SG-1816/EP 2/94
Expiration Date: 09/30/95
25-107
Page 1 of 2
STANDARD FORM 25 (REV.1-90)
Prescribed by GSA
FAR (48 CFR) 53.228(b)

CORPORATE SURETY(IES) (Continued)

| SURETY B | Name & Address | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
|---|---|---|---|---|---|
| | Signature(s) | 1. | 2. | | |
| | Name(s) & Title(s) (Typed) | 1. | 2. | | |

| SURETY C | Name & Address | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
|---|---|---|---|---|---|
| | Signature(s) | 1. | 2. | | |
| | Name(s) & Title(s) (Typed) | 1. | 2. | | |

| SURETY D | Name & Address | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
|---|---|---|---|---|---|
| | Signature(s) | 1. | 2. | | |
| | Name(s) & Title(s) (Typed) | 1. | 2. | | |

| SURETY E | Name & Address | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
|---|---|---|---|---|---|
| | Signature(s) | 1. | 2. | | |
| | Name(s) & Title(s) (Typed) | 1. | 2. | | |

| SURETY F | Name & Address | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
|---|---|---|---|---|---|
| | Signature(s) | 1. | 2. | | |
| | Name(s) & Title(s) (Typed) | 1. | 2. | | |

| SURETY G | Name & Address | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
|---|---|---|---|---|---|
| | Signature(s) | 1. | 2. | | |
| | Name(s) & Title(s) (Typed) | 1. | 2. | | |

| BOND PREMIUM | RATE PER THOUSAND $ 10.80/6.72/5.28 | TOTAL $ 23,478.00 |
|---|---|---|

## INSTRUCTIONS

1. This form is authorized for use in connection with Government contracts. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28), for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning its financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal," and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

Exhibit A
Page 2 of 4

| PAYMENT BOND | DATE BOND EXECUTED (Must be same or later than date of contract) | FORM APPROVED OMB NO. |
|---|---|---|
| (See instructions on Page 2)<br>99-0120-50298-96-5 | September 28, 1996 | 9000-0045 |

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (VRS), Office of Federal Acquisition Policy, GSA, Washington, D.C. 20405; and to the Office of Management and Budget, Paperwork Reduction Project (9000-0045), Washington, D.C. 20503.

**PRINCIPAL (Legal name and business address)**
Nugget Construction, Inc.
8726 Corbin Drive
Anchorage AK 99507

**TYPE OF ORGANIZATION ("X" one)**
[ ] INDIVIDUAL  [ ] PARTNERSHIP
[ ] JOINT VENTURE  [X] CORPORATION

**STATE OF INCORPORATION**
Alaska

**SURETY(IES) (Name(s) and business address(es))**
United States Fidelity and Guaranty Company
4220 "B" Street
Anchorage AK 99503

**PENAL SUM OF BOND**

| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
|---|---|---|---|
| 1 | 351 | 396 | 64 |

**CONTRACT DATE**
September 28, 1996

**CONTRACT NO.**
DACW85-96-C-0020

**OBLIGATION:**
We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

**CONDITIONS:**
The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

**WITNESS:**
The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

**PRINCIPAL**

| Signature(s) | 1. (Seal) | 2. (Seal) | 3. (Seal) | CORPORATE SEAL |
|---|---|---|---|---|
| Name(s) & Title(s) (Typed) | 1. Richard Harris<br>Executive Vice President,<br>General Manager | 2. | 3. | |

**INDIVIDUAL SURETY(IES)**

| Signature(s) | 1. (Seal) | 2. (Seal) |
|---|---|---|
| Name(s) (Typed) | 1. | 2. |

**CORPORATE SURETY(IES)**

| SURETY A | Name & Address | United States Fidelity and Guaranty Company<br>4220 "B" Street Anchorage AK 99503 | STATE OF INC.<br>MD | LIABILITY LIMIT<br>$ 100% | |
|---|---|---|---|---|---|
| | Signature(s) | 1. | 2. | | CORPORATE |
| | Name(s) & Title(s) (Typed) | 1. James L. Ferguson<br>Attorney-in-Fact | 2. | | |

Exhibit A
Page 3 of 4

NSN 7540-01-152-8061
PREVIOUS EDITION NOT USABLE
SG-1817/EP 2/94    Expiration Date: 09/30/95    25-205    Page 1 of 2

STANDARD FORM 25-A (REV.1-90)
Prescribed by GSA
FAR (48 CFR) 53.228(c)    PRINTED IN U.S.A.

**CORPORATE SURETY(IES) (Continued)**

| | | | | | STATE OF INC. | LIABILITY LIMIT $ | |
|---|---|---|---|---|---|---|---|
| **SURETY B** | Name & Address | | | | | | Corporate Seal |
| | Signature(s) | 1. | | 2. | | | |
| | Name(s) & Title(s) (Typed) | 1. | | 2. | | | |
| **SURETY C** | Name & Address | | | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | Signature(s) | 1. | | 2. | | | |
| | Name(s) & Title(s) (Typed) | 1. | | 2. | | | |
| **SURETY D** | Name & Address | | | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | Signature(s) | 1. | | 2. | | | |
| | Name(s) & Title(s) (Typed) | 1. | | 2. | | | |
| **SURETY E** | Name & Address | | | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | Signature(s) | 1. | | 2. | | | |
| | Name(s) & Title(s) (Typed) | 1. | | 2. | | | |
| **SURETY F** | Name & Address | | | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | Signature(s) | 1. | | 2. | | | |
| | Name(s) & Title(s) (Typed) | 1. | | 2. | | | |
| **SURETY G** | Name & Address | | | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | Signature(s) | 1. | | 2. | | | |
| | Name(s) & Title(s) (Typed) | 1. | | 2. | | | |

## INSTRUCTIONS

1. This form, for the protection of persons supplying labor and material, is used when a payment bond is required under the Act of August 24, 1935, 49 Stat. 793 (40 U.S.C. 270a-270e). Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

   (b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning its financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

Exhibit A
Page 4 of 4