Case No. A98-009 Civil (HRH)                    Barbara Dieckgraeff

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE


UNITED STATES OF AMERICA for the use of
NORTH STAR TERMINAL & STEVEDORE COMPANY,
d/b/a NORTHERN STEVEDORING & HANDLING,
and NORTH STAR TERMINAL & STEVEDORE COMPANY,
d/b/a Northern Stevedoring & Handling, on
its own behalf,
          Plaintiffs,

   and

UNITED STATES OF AMERICA for the use of
SHORESIDE PETROLEUM, INC., d/b/a Marathon
Fuel Service, and SHORESIDE PETROLEUM, INC.,
d/b/a Marathon Fuel Service, on its own
behalf,
          Intervening Plaintiffs,
   and

METCO, INC.,
          Intervening Plaintiff,

   vs.

NUGGET CONSTRUCTION, INC.; SPENCER ROCK
PRODUCTS, INC.; UNITED STATES FIDELITY
AND GUARANTY COMPANY; and ROBERT A. LAPORE,
          Defendants.
_____/
Case No. A98-009 CIV (HRH)


DEPOSITION OF BARBARA DIECKGRAEFF
Pages 1 - 46 (inclusive)

November 29, 2005
9:05 a.m.

Taken by the Defendants
at
Oles Morrison Rinker & Baker LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501


Reported by:  Caren S. Carlson
        Registered Professional Reporter

007e05e7-ec

Case No. A98-009 Civil (HRH)                 Barbara Dieckgraeff

## Page 42

1    Q. All right. If I sue you, do you believe I have
2 to settle a case with you?
3    A. If you sue me?
4    Q. Yes.
5    A. Well, usually something is settled, either it's
6 decided you don't have to pay or you do have to pay.
7    Q. But during the lawsuit, if you believe in your
8 position, do you believe you have to settle with me?
9    A. No.
10   Q. You can take it to the bitter end if you choose?
11   A. You can, yes.
12   Q. You don't have any idea why USF&G has chosen not
13 to settle this case, do you?
14   A. No, I don't. I assume they would.
15   Q. And you don't have any knowledge of any
16 communications or lack of communications between Nugget
17 and USF&G?
18   A. No, not really. I wrote to the Army Corps of
19 Engineers and I wanted them all to know that we hadn't
20 been paid and I assumed that's what the bond is for.
21   MR. VIERGUTZ: I thank you for your time, ma'am.
22   MR. MACHETANZ: I think you're free to go back
23 to Seward.
24   MR. SHAMBUREK: I thank you for your courtesy.
25   THE REPORTER: How would you like to handle

## Page 43

1 signature?
2    MR. SHAMBUREK: Read and sign.
3       (Proceedings adjourned at 10:15 a.m.)

## Page 44

1          CERTIFICATE
2
3 BARBARA DIECKGRAEFF        November 29, 2005
4
5    I hereby certify that I have read the foregoing
  deposition and accept it as true and correct, with the
6 following exceptions:
7 -------------------------------------------------
8 PAGE   LINE   CORRECTION
...
  Date        Barbara Dieckgraeff

24 (Use additional paper to note corrections as needed, signing and dating each page.)    (CC)

## Page 45

1    REPORTER'S CERTIFICATE.
2
3    I, CAREN S. CARLSON, Registered Professional
4 Reporter and Notary Public in and for the State of
5 Alaska, do hereby certify:
6    That the witness in the foregoing proceedings
7 was duly sworn; that the proceedings were then taken
8 before me at the time and place herein set forth; that
9 the testimony and proceedings were reported
10 stenographically by me and later transcribed under my
11 direction by computer transcription; that the foregoing
12 is a true record of the testimony and proceedings taken
13 at that time; that the witness requested signature; and
14 that I am not a party to nor have I any interest in the
15 outcome of the action herein contained.
16    IN WITNESS WHEREOF, I have hereunto subscribed
17 my hand and affixed my seal this 8th day of December,
18 2005.

23    CAREN S. CARLSON
   Notary Public for Alaska
   My Commission Expires: 05-30-09

12 (Pages 42 to 45)

007e05e7-e        Exhibit D
                  Page 2 of 2