Michael W. Sewright
BURR, PEASE & KURTZ
810 N Street
Anchorage, AK  99501-3293
Telephone:     (907) 276-6100
Fax No.:        (907) 258-2530
Attorneys for North Star

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf,<br><br>          Plaintiffs,<br><br>     and<br><br>UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, on its own behalf,<br><br>          Intervening Plaintiffs,<br><br>     and<br><br>METCO, INC.,<br><br>          Intervening Plaintiff,<br><br>     vs.<br><br>NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE,<br><br>          Defendants. | Case No. 3:98-cv-009-HRH<br><br>**(Proposed) ORDER GRANTING MOTION FOR SUMMARY JUDGMENT** |

_____
(Proposed) Order Granting Summary Judgment
*North Star Terminal & Stevedore Co., et al v. Nugget Construction et al*
Case No. A98-009 CV
Page 1 of 2

45-40 / #83382

The Court, having considered Plaintiff and Use Plaintiff North Star Terminal and Stevedore Company's ("North Star's") Motion and Memorandum for Summary Judgment Or For Determination of Law of the Case Against Nugget and USF&G on the Basis of Contract by Agency, any opposition thereto, and being advised on the premises thereof,

HEREBY ORDERS: That the Motion for Summary Judgment is Granted in North Star's favor and against defendants Nugget Construction, Inc. and United States Fidelity and Guaranty Company on that basis.

DONE AND ENTERED this ____ day of _____, 2006.

_____
H. Russel Holland
United States District Judge