COPY

Trial Version
www.scansoft.com

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

UNITED STATES OF AMERICA for the )
use of NORTH STAR TERMINAL & )
STEVEDORE COMPANY, d/b/a NORTHERN )
STEVEDORING & HANDLING, and NORTH )
STAR TERMINAL & STEVEDORE COMPANY, )
d/b/a NORTHERN STEVEDORING & )
HANDLING, on its own behalf, )
    Plaintiffs, )
  and )
 )
UNITED STATES OF AMERICA for the )
use of SHORESIDE PETROLEUM, INC., )
d/b/a MARATHON FUEL SERVICE, )
and SHORESIDE PETROLEUM, INC., )
d/b/a MARATHON FUEL SERVICE, )
on its own behalf, )
    Intervening Plaintiffs, )
  and )
 )
METCO, INC., )
    Intervening Plaintiff, )
  vs. )
 )
NUGGET CONSTRUCTION, INC.; SPENCER )
ROCK PRODUCTS, INC.; UNITED STATES )
FIDELITY AND GUARANTY COMPANY; and )
ROBERT LAPORE, )
    Defendants. )
_____)
Case No. A98-009 CIV (HRH)

DEPOSITION OF WILLIAM GRANT CALLOW

Pages 1 - 90, inclusive

Friday, March 31, 2006, 9:17 a.m.


Taken on behalf of the Defendants
at
Barokas Martin & Tomlinson
1029 West 3rd Avenue, Suite 280
Anchorage, Alaska