BURR, PEASE & KURTZ
A PROFESSIONAL CORPORATION

| OF COUNSEL | CHARLES P. FLYNN | NELSON G. PAGE | 810 N STREET |
| DONALD A. BURR | ARDEN E. PAGE | MICHAEL W. SEWRIGHT | ANCHORAGE, ALASKA 99501-3293 |
| THEODORE M. PEASE, JR. | RALPH E. DUERRE | MICHAEL W. SEVILLE | TELEPHONE: (907) 276-6100 |
| L. S. KURTZ, JR. | ANN C. LIBURD | DAVID W. PEASE | FACSIMILE: (907) 258-2530 |
|  | JOHN C. SIEMERS | THOMAS P. OWENS III | E-MAIL: bpk@alaska.net |

TAX ID NO. 92-0037399

September 19, 1997

John Lukjanowicz, Esq.
Oles Morrison & Rinker LLP            **Via Registered U.S. Mail**
3300 Columbia Center
701 Fifth Avenue
Seattle, WA 98104-7082

Re:   Nugget Construction, Inc./Northern Stevedoring & Handling
      Our File No. 45-40

Dear Mr. Lukjanowicz:

I am in receipt of your correspondence dated September 12, 1997. The case law you cite is distinguishable and supportive of Northern Stevedoring's position in this matter. In addition, Nugget Construction had a direct relationship with Northern Stevedoring. We are confident Northern Stevedoring's claim is covered by the Miller Act and the payment bond. Your threat to allege a violation of FRCP 11 is inappropriate.

So as to avoid any technical objection, I am resending my August 29, 1997 letter to Nugget Construction to you and your client by United States registered mail, as an enclosure to this letter.

Very truly yours,

BURR, PEASE & KURTZ

Michael W. Sewright

Encl. (August 29, 1997 notice of claim letter to Nugget Construction, Inc.)
      (as stated)

**Exhibit 2**
**Page 1 of 3**

John Lukjanowicz, Esq.
September 19, 1997
Page 2

cc:    Nugget Construction, Incorporated
8726 Corbin Drive
Anchorage, AK  99507-3411
ATTN: Randy Randolph
Senior Engineer (w/encl.)(via Registered U.S. Mail)

Spencer Rock Products, Inc. - Via U.S. Mail (w/encl.)
1301 Dowling St. #109
P.O. Box 244061
Anchorage, AK  99024

U. S. Fidelity & Guaranty Co. - Via U.S. Mail (w/encl.)
c/o Willis Corroon Corporation of Anchorage
4220 B Street
Anchorage, AK  99503

Dept. of the Army - Via U.S. Mail (w/encl.)
U.S. Army Engineer District, Alaska
Ft. Richardson Resident Office
P.O. Box 898
Anchorage, AK  99506-0898
Attn:  Thomas A. Johnson, P.E.
       Administrative Contracting Officer

#7080

**Exhibit 2**
Page _2_ of _3_



**RECEIVED SEP 22 1997**

**WILLIS CORROON CORP.
OF ANCHORAGE**

Exhibit 2
Page 3 of 3