Michael W. Sewright
BURR, PEASE & KURTZ
810 N Street
Anchorage, AK  99501-3293
Telephone:   (907) 276-6100
Fax No.:   (907) 258-2530
Attorneys for North Star

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf, | |
| Plaintiffs, | |
| and | Case No. 3:98-cv-009-HRH |
| UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, on its own behalf, | |
| Intervening Plaintiffs, | **ERRATA TO NORTH STAR'S JOINDER IN SHORESIDE AND METCO'S MOTIONS FOR SUMMARY JUDGMENT AND DETERMINATIONS OF LAW REGARDING NUGGET CONSTRUCTION** |
| and | |
| METCO, INC., | |
| Intervening Plaintiff, | |
| vs. | |
| NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE, | |
| Defendants. | |

---
Errata to North Star's Joinder in Shoreside and Metco's
Motions for Summary Judgment and Determinations
of Law Regarding Nugget Construction
*North Star Terminal & Stevedore Co., et al v. Nugget Construction et al*
Case No. A98-009 CV
Page 1 of 2

45-40 / #83515

Plaintiff and Use Plaintiff North Star Terminal & Stevedore Company ("North Star") hereby submits the following correction in conjunction with North Star's above-captioned Joinder filed yesterday at Clerk's Docket No. 518.

The first reference to Exhibit 1 at page 2 of North Star's above-captioned Joinder, regarding North Star counsel's September 19, 1997 correspondence stating North Star's position that it had a direct relationship with Nugget, should instead refer to Exhibit 2 attached to North Star's other Joinder filed yesterday regarding USF&G (Clerk's Docket No. 519). There that letter as found in the files of Willis of Alaska (formerly Willis Corroon Corp. of Anchorage) is reproduced.

Respectfully submitted at Anchorage, Alaska, on May 10, 2006.

s/ Michael W. Sewright
Burr, Pease & Kurtz
810 N Street
Anchorage, Alaska 99501
Phone: (907) 276-6100
Fax: (907) 258-2530
E-mail: bpk@bpk.com
Alaska Bar No. 7510090

CERTIFICATE OF SERVICE
I certify that on the 10th day of May, 2006, a copy of the foregoing ERRATA TO NORTH STAR'S JOINDER IN SHORESIDE AND METCO'S MOTIONS FOR SUMMARY JUDGMENT AND DETERMINATIONS OF LAW REGARDING NUGGET CONSTRUCTION was served electronically to:
  Steven S. Shamburek, Esq.
  Traeger Machetanz, Esq.
  Paul D. Stockler
  Herbert A. Viergutz
  C. Patrick Stoll, Esq.

s/ Michael W. Sewright

Errata to North Star's Joinder in Shoreside and Metco's
Motions for Summary Judgment and Determinations
of Law Regarding Nugget Construction
*North Star Terminal & Stevedore Co., et al v. Nugget Construction et al*
Case No. A98-009 CV                                    45-40 / #83515
Page 2 of 2