1  Herbert A. Viergutz, Esq.
   BAROKAS MARTIN & TOMLINSON
2  1029 West Third, Suite 280
   Anchorage, AK 99501
3  Phone: 907-276-8010
   Fax: 907-276-5334
4  Counsel for USF&G

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA AT ANCHORAGE

UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a NORTHERN STEVEDORING & HANDLING, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a NORTHERN STEVEDORING & HANDLING, on its own behalf,

    Plaintiffs,

and

UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a MARATHON FUEL SERVICE, and SHORESIDE PETROLEUM, INC., d/b/a MARATHON FUEL SERVICE, on its own behalf,

    Intervening Plaintiffs,

and

METCO, INC.,

    Intervening Plaintiff,

vs.

NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE,

    Defendants.

No. A98-009 CIV (HRH)

**<u>UNITED STATES FIDELITY AND GUARANTY COMPANY'S RESPONSES TO PLAINTIFFS NORTH STAR TERMINAL & STEVEDORE COMPANY'S SECOND SET OF DISCOVERY REQUESTS</u>**

BAROKAS MARTIN & TOMLINSON
1029 West Third, Suite 280
Anchorage, Alaska 99501
Phone: (907) 276-8010
Fax: (907) 276-5334

1

Herbert A. Viergutz, Esq.
BAROKAS MARTIN & TOMLINSON
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: 907-276-8010
Fax: 907-276-5334
Counsel for USF&G

COME NOW the Defendant, United States Fidelity and Guaranty Company, herein (hereinafter "USF&G"), by and through their undersigned counsel, Barokas Martin & Tomlinson, and herein responds to Plaintiff, North Star Terminal & Stevedore Company, (hereinafter "North Star"), Second Set of Discovery Requests as follows:

## GENERAL OBJECTIONS

A.  Responding Party objects to the extent that any Discovery Request seeks discovery of documents or information protected by the attorney-client privilege, the work product doctrine, or any other recognized legal privilege.

B.  Responding Party objects to the extent that any Discovery Request (i) seeks information not reasonably calculated to lead to discovery of admissible evidence, (ii) is over broad or unduly burdensome, and/or (iii) is vague or ambiguous.

C.  Responding Party objects to the extent that any Discovery Request calls for information that may reasonably be derived or ascertained from the parties' business records (as produced in discovery) or from an examination, audit or inspection of those records.

D.  Responding Party objects to the extent that any Discovery Request, or its accompanying instructions, call for information or details beyond what is required under the Alaska Rules of Civil Procedure.

E.  Responding Party objects to the extent that any Discovery Request seeks information within North Star's own possession or control.

F.  Responding Party objects to these Discovery Requests to the extent that they call for a level of detail beyond the reasonable scope of Discovery and which is more appropriate for discovery by depositions.

2

Herbert A. Viergutz, Esq.
BAROKAS MARTIN & TOMLINSON
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: 907-276-8010
Fax: 907-276-5334
Counsel for USF&G

G. The following Responses to North Star's Discovery Requests are made subject to the foregoing objections which are incorporated into each and every answer.

### RESPONSES TO REQUEST FOR PRODUCTION AND INTERROGATORIES

INTERROGATORY NO. 6: State the date on which United States Fidelity and guaranty Company or any of the St. Paul Insurance Companies and/or any of their employees, officers or directors first became a client of Oles Morrison Rinker & Baker law firm, by that or any other name, and state the name and nature of that representation including client and court case name and court case name and court case number if any.

RESPONSE: Documents responsive to this Discovery Request have previously been produced. The date the firm entered an appearance would be the date that the formal representation began as regards the instant litigation.

INTERROGATORY NO. 7: State all other times, by date the United States Fidelity and Guaranty Company or any of the St. Paul Insurance Companies and/or any of their employees, officers or directors have been a client of Oles Morrison Rinker & Baker law firm, by that or any other name, and state the name and nature of each of their representations including client and court case name and court case number if any.

RESPONSE: This Interrogatory is much too broad and unduly burdensome to respond to as Defendant has no idea if any employee's, officers, or former directors have ever been clients of the firm. The firm may have previously provided representation to Answering Defendant with regard to bond claims. The claims are made under the name of the principal and it is extremely difficult to determine particular firms representing Answering Defendant on any specific occasions. Answering Defendant is conducting a search of its records in an attempt tempt to more fully respond to this Interrogatory.

Herbert A. Viergutz, Esq.
BAROKAS MARTIN & TOMLINSON
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: 907-276-8010
Fax: 907-276-5334
Counsel for USF&G

INTERROGATORY NO. 8: State the date on which United States Fidelity and Guaranty Company or any of the St. Paul Insurance Companies and/or any of their employees, officers or directors was first used or designated as an expert witness or consultant for the Oles Morrison Rinker & Baker law firm, by that name and nature of that representation including client and court case name and court case number if any.

RESPONSE: Answering Defendant does not provide consultation or expert witness services and, therefore, has never been employed by said firm in that capacity. Answering Defendant cannot possibly know if any employees, officers or former directors served as an expert witness or consultant for said firm in their individual capacity outside their employment with Answering Defendant.

INTERROGATORY NO. 9: State all other times, by date, that United States Fidelity and Guaranty Company or any of the St. Paul Insurance Companies and/or any of their employees, officers or directors has been used or designated as an expert witness or consultant for the Oles Morrison Rinker & Baker law firm, by that or any other name, or any of its clients, and state the name and nature of each of those representations including client and curt case name and court case number if any.

RESPONSE: See Response to Interrogatory No. 8.

INTERROGATORY NO. 10: Describe in full detail each factual basis which supports, or tends to support, the allegations in each of the affirmative defenses stated in your Answer and Affirmative Defenses dated September 21, 2005 to North Star's Amended Complaint.

RESPONSE: See Response of Defendant, Nugget Construction, Inc., to a similar Discovery Request as Answering Defendant was also being represented by Oles Morrison Rinker & Baker on the date the Affirmative Defenses were forwarded on behalf of both

4

Herbert A. Viergutz, Esq.
BAROKAS MARTIN & TOMLINSON
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: 907-276-8010
Fax: 907-276-5334
Counsel for USF&G

Defendants. The only independent claim forwarded by Defendants against Answering Defendants is one based on bad faith. There exists absolutely no evidence of any bad faith of Answering Defendant. Answering Defendant has no obligation to settle the litigation independent from its principal, and chose not to do so. This is not bad faith. There exists no intelligible articulated claim for bad faith against Answering Defendant outside this specific allegation. The matter will be addressed in a Summary Judgment Motion, as will the Amended Affirmative Defense of Statute of Limitations forwarded by the undersigned, as the Statute of Limitations expired on the claims asserted by Plaintiff against Defendant long before Plaintiff's Amended Complaints dated August 31, 2005.

INTERROGATORY NO. 11: Completely describe the subject and contents of the information relevant to this case held by each person listed on your final witness list due February 14, 2006, herein.

RESPONSE:     See Response to Interrogatory No. 12.

INTERROGATORY NO. 12: Specifically state the subject matter and content of the anticipated testimony of each witness listed on your final witness list due February 14, 2006, herein.

RESPONSE:     See General Objections. This Discovery Request calls for a level of detail beyond the reasonable scope of Discovery and which is more appropriate for Discovery by depositions. This Discovery Request calls for information or details which is beyond what is required under the Alaska Rules of Civil Procedure.

REQUEST FOR PRODUCTION NO. 11: Produce any and all unprivileged documents reflecting or otherwise relating to the information requested by Interrogatory No. 6 through 12 propounded above.

Herbert A. Viergutz, Esq.
BAROKAS MARTIN & TOMLINSON
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: 907-276-8010
Fax: 907-276-5334
Counsel for USF&G

RESPONSE: Any and all documents, including those which are privileged, have previously been produced by Answering Defendant. Answering Defendant is outraged that it went through the process of waiving the privilege and providing all documents, to no avail, as Plaintiffs continue in their bad faith conduct of proceeding against Answering Defendant for a bad faith cause of action when Plaintiff's own bad faith conduct drives this instant litigation. Appropriate Motions for attorney fees will be filed.

Dated this _____ day of March, 2006.

_____
Herbert A. Viergutz, Alaska Bar No. 8506088

**OATH**

United States Fidelity and Guaranty Company, does hereby swear, under oath, that the foregoing answers to discovery requests are true to the best of its knowledge and belief.

Dated this 14th day of March, 2006.

United States Fidelity and Guaranty Company

By: _____
Printed Name: Janiu S. Smith
Its: Bond Claim Counsel (title)

SUBSCRIBED AND SWORN TO before me this 14th day of March, 2006.

_____
Notary Public in and for State of Maryland
My Commission Expires: 01-01-07

6

Exhibit A
Page 6 of 7

Herbert A. Viergutz, Esq.
BAROKAS MARTIN & TOMLINSON
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: 907-276-8010
Fax: 907-276-5334
Counsel for USF&G

Dated this __16__ day of March, 2006.

_____
Herbert A. Viergutz, Alaska Bar No. 8506088

## OATH

United States Fidelity and Guaranty Company, does hereby swear, under oath, that the foregoing answers to discovery requests are true to the best of its knowledge and belief.

Dated this _____ day of March, 2006.

United States Fidelity and Guaranty Company

By: _____
Printed Name: _____
Its: _____ (title)

SUBSCRIBED AND SWORN TO before me this ____ day of March, 2006.

_____
Notary Public in and for _____
My Commission Expires: _____

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the above was mailed on the __16__ day of March, 2006, to:

Michael W. Sewright, Esq.
Burr, Pease & Kurtz
810 N Street
Anchorage, AK 99501

Steven J. Shamburek, Esq.
Law Office of Steven J. Shamburek
425 G Street, Suite 630
Anchorage, AK 99501-5872

Paul Stockler, Esq.
1309 West 16th Avenue
Anchorage, AK 99501

Tom Krider, Esq.
Traeger Machetanz, Esq.
Oles Morrison Rinker & Baker, LLP
745 4th Avenue, Suite 502
Anchorage, AK 99501-2136

_____
Herbert A. Viergutz