Michael W. Sewright
BURR, PEASE & KURTZ
810 N Street
Anchorage, AK  99501-3293
Telephone:    (907) 276-6100
Fax No.:        (907) 258-2530
Attorneys for North Star

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf,<br><br>            Plaintiffs,<br>    and<br><br>UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, on its own behalf,<br><br>            Intervening Plaintiffs,<br>    and<br><br>METCO, INC.,<br><br>            Intervening Plaintiff,<br>    vs.<br><br>NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE,<br><br>            Defendants. | Case No. 3:98-cv-009-HRH<br><br>**UNOPPOSED MOTION FOR ONE-DAY EXTENSION OF TIME** |

     Owing to unforseen events and difficulties necessitating additional time, Plaintiff and Use

Plaintiff North Star Terminal & Stevedore Company ("North Star") hereby requests a one-day

---

Unopposed Motion for One Day Extension of Time
*North Star Terminal & Stevedore Co., et al v. Nugget Construction et al*
Case No. A98-009 CV                                                                                        45-40 / #83614
Page 1 of 2

extension of time in which to file its response to Nugget Construction, Inc.'s and United States Fidelity & Guaranty Co.'s Motion for Summary Judgment against North Star (Clerk's Docket Nos. 488-491) otherwise due today.  This certifies that Mr. Krider, Nugget and USF&G's attorney on that motion, non-opposes this request for extension of time.  Mr. Krider simply advises that allowing North Star an extra day may necessitate an extra day for filing his client's reply due to scheduling issues on his end.  Undersigned counsel non-opposes in that event.  Mr. Shamburek, who is not affected by the request, has also stated his non-opposition, and Mr. Viergutz, who is not affected by the request, has not responded.  No other attorneys listed for this case represent parties affected by the request.

Respectfully submitted at Anchorage, Alaska, on May 16, 2006.

s/ Michael W. Sewright
Burr, Pease & Kurtz
810 N Street
Anchorage, Alaska 99501
Phone: (907) 276-6100
Fax: (907) 258-2530
E-mail: bpk@bpk.com
Alaska Bar No. 7510090

CERTIFICATE OF SERVICE

I certify that on the 16th day of May, 2006, a copy of the foregoing UNOPPOSED MOTION FOR ONE-DAY EXTENSION OF TIME was served electronically to:

   Steven S. Shamburek, Esq.
   Traeger Machetanz, Esq.
   Paul D. Stockler
   Herbert A. Viergutz
   C. Patrick Stoll, Esq.

   s/ Michael W. Sewright

Unopposed Motion for One Day Extension of Time
*North Star Terminal & Stevedore Co., et al v. Nugget Construction et al*
Case No. A98-009 CV                    45-40 / #83614
Page 2 of 2