# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf,<br><br>　　　　　　Plaintiffs,<br>　　and<br><br>UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, on its own behalf,<br><br>　　　　　　Intervening Plaintiffs,<br>　　and<br><br>METCO, INC.,<br><br>　　　　　　Intervening Plaintiff,<br>　　vs.<br><br>NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE,<br><br>　　　　　　Defendants. | Case No. 3:98-cv-009-HRH<br><br>**(Proposed) ORDER GRANTING UNOPPOSED MOTION FOR ONE-DAY EXTENSION OF TIME** |

The Court, having considered North Star's Unopposed Motion For One-Day Extension Of Time and being advised in the premises thereof, hereby Grants the motion. North Star shall have until May 17, 2006 to file its response to Nugget and USF&G's motion for summary judgment filed at Clerk's Docket No. 488.

　　DATED: _____　　　　　_____

　　　　　　　　　　　　　　　　　　　　H. Russel Holland
　　　　　　　　　　　　　　　　　　　　United States District Judge

_____

Order
*North Star Terminal & Stevedore Co., et al v. Nugget Construction et al*
Case No. A98-009 CV　　　　　　　　　　　　　　　　　　　　45-40 / #83615
Page 1 of 1