Michael W. Sewright
BURR, PEASE & KURTZ
810 N Street
Anchorage, AK  99501-3293
Telephone:    (907) 276-6100
Fax No.:       (907) 258-2530
Attorneys for North Star

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf,<br><br>                Plaintiffs,<br>  and<br><br>UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, on its own behalf,<br><br>                Intervening Plaintiffs,<br>  and<br><br>METCO, INC.,<br><br>                Intervening Plaintiff,<br>  vs.<br><br>NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE,<br><br>                Defendants. | Case No. 3:98-cv-009-HRH<br><br>**RESPONSE TO USF&G'S REQUEST FOR ORAL ARGUMENT**<br>**[Clerk's Docket No. 531]** |

Response to USF&G'S Request for Oral Argument
*North Star Terminal & Stevedore Co., et al v. Nugget Construction et al*
Case No. A98-009 CV
Page 1 of 3

45-40 / #83621

Plaintiff and Use Plaintiff North Star Terminal & Stevedore Company ("North Star") responds to the Request for Oral Argument (Clerk's Docket No. 531) filed by defendant United States Fidelity & Guaranty Company ("USF&G"), as follows.

It is in the Court's discretion to determine whether oral argument is necessary. In the past month, the parties (mostly the defendants) have filed a dozen or so sizable dispositive motions and about 40 separate filings in relation to those motions, measuring about a half-foot thick and weighing several pounds. Briefing upon those motions is far from over. It is perhaps half over.

It is respectfully submitted that oral argument upon those motions, if ordered, be ordered as to all of the motions and only after they have been fully briefed and considered by the Court, rather than order oral argument in piecemeal fashion upon just one motion before the motions are fully briefed, as is sought by USF&G's motion.

Dated at Anchorage, Alaska, on May 17, 2006.

                                        s/ Michael W. Sewright
                                        Burr, Pease & Kurtz
                                        810 N Street
                                        Anchorage, Alaska 99501
                                        Phone: (907) 276-6100
                                        Fax: (907) 258-2530
                                        E-mail: bpk@bpk.com
                                        Alaska Bar No. 7510090

Response to USF&G'S Request for Oral Argument
*North Star Terminal & Stevedore Co., et al v. Nugget Construction et al*
Case No. A98-009 CV                                                                     45-40 / #83621
Page 2 of 3

CERTIFICATE OF SERVICE

I certify that on the 17th day of May, 2006, a copy of the foregoing RESPONSE TO USF&G'S REQUEST FOR ORAL ARGUMENT was served electronically to:

    Steven S. Shamburek, Esq.
    Traeger Machetanz, Esq.
    Paul D. Stockler
    Herbert A. Viergutz
    C. Patrick Stoll, Esq.

    s/ Michael W. Sewright

---

Response to USF&G'S Request for Oral Argument
*North Star Terminal & Stevedore Co., et al v. Nugget Construction et al*
Case No. A98-009 CV    45-40 / #83621
Page 3 of 3