Michael W. Sewright
BURR, PEASE & KURTZ
810 N Street
Anchorage, AK 99501-3293
Telephone:   (907) 276-6100
Fax No.:      (907) 258-2530
Attorneys for North Star

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA
## AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf,<br><br>                Plaintiffs,<br>   and<br><br>UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, on its own behalf,<br><br>                Intervening Plaintiffs,<br>   and<br><br>METCO, INC.,<br><br>                Intervening Plaintiff,<br>   vs.<br><br>NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE,<br><br>                Defendants. | Case No. A98-009 CIV (HRH)<br><br>**NORTH STAR'S FOURTH SUPPLEMENTAL DISCLOSURES** |

BURR, PEASE & KURTZ
PROFESSIONAL CORPORATION
810 N STREET
ANCHORAGE, AK 99501
(907) 276-6100

North Star's Fourth Supplemental Disclosures
*United States ex rel. North Star, et al. v. Nugget Construction, et al.*, A98-009 CIV (HRH)
Page 1 of 3

45-40/#82569

Exhibit 1
Page 1 of 9

Plaintiff and Use Plaintiff North Star Terminal & Stevedore Company ("North Star") hereby submits its Fourth Supplemental Disclosures as follows:

**B.     DOCUMENTS.** Six pages of additional invoices attached hereto as follows: Bill No. 70 dated 4/23/96; Bill No. 476 dated 9/17/96; Bill No. 112 dated 5/08/97; Bill No. 114 dated 5/08/97; Bill No. 172 dated 6/05/97; and Bill No. 227 dated 6/26/97.  12 pages of emails and other PC documents dated June 04, 1997 through September 04, 1997, attached hereto.  Five pages of correspondence dated May 1 and April 30, 1997, attached hereto.  One-page document with copies of business cards with notes and one-page document entitled Phone Notes with Nugget Construction, attached hereto.  Unprivileged correspondence, also attached hereto, from the files of undersigned counsel relating to this matter, dated September 18, 1997 through January 28, 1998, before and immediately following filing of the lawsuit herein on January 16, 1998.

DATED: March 16, 2006.

BURR, PEASE & KURTZ
Attorneys for North Star

By _____
Michael W. Sewright
Alaska Bar # 7510090

BURR, PEASE
& KURTZ
PROFESSIONAL CORPORATION
810 N STREET
ANCHORAGE, AK 99501
(907) 276-6100

North Star's Fourth Supplemental Disclosures
*United States ex rel. North Star, et al. v. Nugget Construction,
et al.*, A98-009 CIV (HRH)
Page 2 of 3

45-40/#82569

Exhibit 1
Page 2 of 9

CERTIFICATE OF SERVICE

I certify that on the 16th day of March 2006, a copy of the foregoing **NORTH STAR'S FOURTH SUPPLEMENTAL DISCLOSURES** was served by **Hand-delivery and fax** on:

Traeger Machetanz, Esq.
Thomas Krider, Esq.
OLES MORRISON & RINKER
745 W. 4th Ave., Suite 502
Anchorage, AK 99501

Steven J. Shamburek, Esq.
425 G Street, Suite 630
Anchorage, AK 99501-5872

Herbert A. Viergutz, Esq.
Barokas Martin & Tomlinson
1029 W. 3rd Ave., Suite 280
Anchorage, AK 99501

and by **U.S. Mail** on:

C. Patrick Stoll, Esq.
HERRIG VOGT & STOLL LLP
4210 Douglas Blvd., Ste. 100
Granite Bay, CA 95746-5902

Paul D. Stockler, Esq.
1309 W. 16th Ave
Anchorage, AK 99501

*/s/ Brooks Holborn*
Brooks Holborn

BURR, PEASE
& KURTZ
PROFESSIONAL CORPORATION
810 N STREET
ANCHORAGE, AK 99501
(907) 276-6100

North Star's Fourth Supplemental Disclosures
*United States ex rel. North Star, et al. v. Nugget Construction, et al.*, A98-009 CIV (HRH)
Page 3 of 3

45-40/#82569

Exhibit 1
Page 3 of 9

# NORTHERN STEVEDORING & HANDLING CORPORATION
## A NORTH STAR TERMINAL & STEVEDORE COMPANY

Inquires:  
P.O. Box 497  
Seward, AK 99664

PHONE 907-224-5477     FAX 907-224-5672  
FEDERAL I.D. # 92-0015358

Remittance:  
P.O. Box 105063  
Anchorage, AK 99510

TO: NUGGET CONSTRUCTION, INC.  
8726 CORBIN DRIVE  
ANCHORAGE, AK  99507

56779

DATE 4/23/96      BILL NO. 70

PURCHASE ORDER   DALE S

| VESSEL STARTED/FINISHED | PORT/PIER/OPERATION |
|---|---|
| 4/19/96 4/19/96 | SEWARD SMIC DOCK EQUIPMENT RENTAL |

CHARGES IN CONNECTION WITH THE ABOVE

| | | | |
|---|---|---|---|
| 10 TON FORKLIFT | 4.10 | 50.00 | 205.00 |
| TOTAL EQUIPMENT | 4.10 | | 205.00 |
| SUB-TOTAL | | | 205.00 |
| 5% SEWARD SALES TAX | | | 10.25 |
| TOTAL | | | 215.25 |

Exhibit 1  
Page 4 of 9

"THAT THE SUPPLIES/SERVICES HAVE BEEN SUPPLIED/RENDERED ON THE CREDIT OF THE VESSEL AND THAT THE LIENS ARISING FROM THE FURNISHINGS OF THE SUPPLIES/SERVICES HAVE NOT BEEN WAIVED BY AGREEMENT OR OTHERWISE."

# NORTHERN STEVEDORING & HANDLING CORPORATION

PHONE 907-224-5477     FAX 907-224-5672
FEDERAL I.D. # 92-0012786

Inquires:
P.O. Box 497
Seward, AK 99664

Remittance:
P.O. Box 105063
Anchorage, AK 99510

TO: NUGGET CONSTRUCTION, INC.
8726 CORBIN DRIVE
ANCHORAGE, AK 99507

56779

ATTN: BOB FOX

DATE 9/17/96

BILL NO. 476

PURCHASE ORDER

| VESSEL | | PORT | SEWARD |
|---|---|---|---|
| STARTED | 9/11/96 | PIER | SMIC |
| FINISHED | 9/11/96 | OPERATION | EQUIPMENT RENTAL |

CHARGES IN CONNECTION WITH THE ABOVE

| | | | |
|---|---|---|---|
| 30 TON FORKLIFT | 1.20 | 73.00 | 87.60 |
| TOTAL EQUIPMENT | 1.20 | | 87.60 |
| SUB-TOTAL | | | 87.60 |
| 5% SEWARD SALES TAX | | | 4.38 |
| TOTAL | | | 91.98 |

Exhibit 1
Page 5 of 9

"THAT THE SUPPLIES/SERVICES HAVE BEEN SUPPLIED/RENDERED ON THE CREDIT OF THE VESSEL AND THAT THE LIENS ARISING FROM THE FURNISHINGS OF THE SUPPLIES/SERVICES HAVE NOT BEEN WAIVED BY AGREEMENT OR OTHERWISE."

PLEASE PAY FROM INVOICE • ACCOUNTS NOT PAID WITHIN 30 DAYS SUBJECT TO SERVICE CHARGE OF 1½% PER MONTH

| Inquires: | PH 907-224-5477   FAX 907-224- | Remittance: |
|---|---|---|
| P.O. Box 497 | FEDERAL I.D. # 92-0015358 | P.O. Box 105063 |
| Seward, AK 99664 | | Anchorage, AK 99510 |

TO: NUGGET CONST. BARGE & OWNERS
C/O NUGGET CONSTRUCTION, INC.          56779
8726 CORBIN DRIVE
ANCHORAGE, AK  99507                   DATE 5/08/97          BILL NO. 112

PURCHASE ORDER

| VESSEL | NUGGET CONST. BARGE | PORT | SEWARD |
| STARTED | 5/05/97 | PIER | ARR DOCK |
| FINISHED | 5/05/97 | OPERATION | LINES - CAST OFF |

STEVEDORING AND HANDLING CHARGES IN CONNECTION WITH ABOVE VESSEL

| LABOR | TYPE | HOURS | RATE | EXTENSION |
|---|---|---|---|---|
| LONGSHOREMEN | ST | 1.00 | 70.24 | 70.24 |
| LONGSHOREMEN | OT | 3.00 | 92.56 | 277.68 |
| LONGSHOREMEN - SKILLED | OT | 1.00 | 94.55 | 94.55 |
| TOTAL LABOR | | 5.00 | | 442.47 |
| 5% SEWARD SALES TAX | | | | 22.12 |
| TOTAL | | | | 464.59 |

Exhibit 1
Page 6 of 9

"THAT THE SUPPLIES/SERVICES HAVE BEEN SUPPLIED/RENDERED ON THE CREDIT OF THE VESSEL AND THAT THE LIENS ARISING FROM THE FURNISHINGS OF THE SUPPLIES/SERVICES HAVE NOT BEEN WAIVED BY AGREEMENT OR OTHERWISE."

PLEASE PAY FROM INVOICE ● ACCOUNTS NOT PAID WITHIN 30 DAYS SUBJECT TO SERVICE CHARGE OF 1½% PER MONTH

# NORTHERN STEVEDORING & HANDLING
## A NORTH STAR TERMINAL & STEVEDORE COMPANY

Inquires:  
P.O. Box 497  
Seward, AK 99664

PHONE 907-224-5477  FAX 907-224-5672  
FEDERAL I.D. # 92-0015358

Remittance:  
P.O. Box 105063  
Anchorage, AK 99510

TO: NUGGET CONST. BARGE & OWNERS  
C/O NUGGET CONSTRUCTION, INC.  
8726 CORBIN DRIVE  
ANCHORAGE, AK 99507

56779

DATE 5/08/97  BILL NO. 114

PURCHASE ORDER

| VESSEL | NUGGET CONST. BARGE | PORT | SEWARD |
|---|---|---|---|
| STARTED | 5/02/97 | PIER | |
| FINISHED | 5/04/97 | OPERATION | SMIC DOCK<br>UNLOAD BARGE - MOVE RAMPS |

CHARGES IN CONNECTION WITH THE ABOVE

| | | | |
|---|---|---|---|
| 30 TON FORKLIFT | 4.20 | 73.00 | 306.60 |
| 3900 MANITOWOC CRANE | 1.00 | 160.00 | 160.00 |
| TOTAL EQUIPMENT | 5.20 | | 466.60 |
| SUB-TOTAL | | | 466.60 |
| 5% SEWARD SALES TAX | | | 23.33 |
| TOTAL | | | 489.93 |

Exhibit 1  
Page 7 of 9

"THAT THE SUPPLIES/SERVICES HAVE BEEN SUPPLIED/RENDERED ON THE CREDIT OF THE VESSEL AND THAT THE LIENS ARISING FROM THE FURNISHINGS OF THE SUPPLIES/SERVICES HAVE NOT BEEN WAIVED BY AGREEMENT OR OTHERWISE."

# NORTHERN STEVEDORING & HANDLING CORPORATION
## A NORTH STAR TERMINAL & STEVEDORE COMPANY

Inquires:  
P.O. Box 497  
Seward, AK 99664

PHONE 907-224-5477   FAX 907-224-5672  
FEDERAL I.D. # 92-0015358

Remittance:  
P.O. Box 105063  
Anchorage, AK 99510

TO: NUGGET CONSTRUCTION, INC.  
8726 CORBIN DRIVE  
ANCHORAGE, AK 99507

56779

DATE 6/05/97   BILL NO. 172

PURCHASE ORDER  DALE SHEA

| VESSEL | | PORT | SEWARD |
|---|---|---|---|
| STARTED | 5/27/97 | PIER | SMIC DOCK |
| FINISHED | 5/27/97 | OPERATION | EQUIPMENT RENTAL |

CHARGES IN CONNECTION WITH THE ABOVE

| | | | |
|---|---|---|---|
| 30 TON FORKLIFT | 3.00 | 73.00 | 219.00 |
| TOTAL EQUIPMENT | 3.00 | | 219.00 |
| SUB-TOTAL | | | 219.00 |
| 5% SEWARD SALES TAX | | | 10.95 |
| TOTAL | | | 229.95 |

Exhibit 1  
Page 8 of 9

"THAT THE SUPPLIES/SERVICES HAVE BEEN SUPPLIED/RENDERED ON THE CREDIT OF THE VESSEL AND THAT THE LIENS ARISING FROM THE FURNISHINGS OF THE SUPPLIES/SERVICES HAVE NOT BEEN WAIVED BY AGREEMENT OR OTHERWISE."

PLEASE PAY FROM INVOICE ● ACCOUNTS NOT PAID WITHIN 30 DAYS SUBJECT TO SERVICE CHARGE OF 1½% PER MONTH

# NORTHERN STEVEDORING & HANDLING CORPORATION
### A NORTH STAR TERMINAL & STEVEDORE COMPANY

Inquires:  
P.O. Box 497  
Seward, AK 99664  

PHONE 907-224-5477    FAX 907-224-5672  
**FEDERAL I.D. # 92-0015358**

Remittance:  
P.O. Box 105063  
Anchorage, AK 99510

TO: NUGGET CONSTRUCTION, INC.  
8726 CORBIN DRIVE  
ANCHORAGE, AK 99507

56779

DATE 6/26/97    BILL NO. 227

PURCHASE ORDER RANDY

| VESSEL | NUGGET CONST. BARGE | PORT | SEWARD |
| STARTED | 6/23/97 | PIER | SMIC |
| FINISHED | 6/23/97 | OPERATION | LOAD BOBCAT & MISC. |

STEVEDORING AND HANDLING CHARGES IN CONNECTION WITH ABOVE VESSEL

| LABOR | TYPE | HOURS | RATE | EXTENSION |
|---|---|---|---|---|
| LONGSHOREMEN SKILLED | OT | 1.00 | 94.55 | 94.55 |
| CRANE OPERATOR | ST | 3.00 | 72.60 | 217.80 |
| CRANE OPERATOR | OT | 1.00 | 96.11 | 96.11 |
| TOTAL LABOR | | 5.00 | | 408.46 |
| 3900 MANITOWOC CRANE | | 1.00 | 160.00 | 160.00 |
| 30 TON FORKLIFT | | 1.00 | 73.00 | 73.00 |
| TOTAL EQUIPMENT | | 2.00 | | 233.00 |
| SUB-TOTAL | | | | 641.46 |
| 5% SEWARD SALES TAX | | | | 25.00 |
| TOTAL | | | | 666.46 |

Exhibit 1  
Page 9 of 9

"THAT THE SUPPLIES/SERVICES HAVE BEEN SUPPLIED/RENDERED ON THE CREDIT OF THE VESSEL AND THAT THE LIENS ARISING FROM THE FURNISHINGS OF THE SUPPLIES/SERVICES HAVE NOT BEEN WAIVED BY AGREEMENT OR OTHERWISE."

PLEASE PAY FROM INVOICE • ACCOUNTS NOT PAID WITHIN 30 DAYS SUBJECT TO SERVICE CHARGE OF 1½% PER MONTH