Traeger Machetanz, Esq.
Thomas R. Krider, Esq.
OLES MORRISON RINKER & BAKER, LLP
745 Fourth Avenue, Suite 502
Anchorage, AK  99501-2136
Telephone:  (907) 258-0106
Telecopier:  (907) 258-5519

Attorneys for Nugget Construction Co., Inc.,
and USF&G, Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a NORTHERN STEVEDORING & HANDLING, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf,<br><br>　　　　Plaintiffs,<br>　　and<br><br>UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Service, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Service, on its own behalf,<br><br>　　　　Intervening Plaintiffs,<br>　　and<br><br>METCO, INC.,<br><br>　　　　Intervening Plaintiff,<br><br>　　vs.<br><br>NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.,; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE,<br><br>　　　　Defendants. | No. A98-009 CIV (HRH)<br><br><br><br><br><br><br><br><br><br><br><br><br><br>AFFIDAVIT OF<br>THOMAS R. KRIDER<br>IN SUPPORT OF NUGGET'S<br>OPPOSITION TO THE METCO<br>AND SHORESIDE MOTION FOR<br>SUMMARY JUDGMENT |

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

STATE OF ALASKA    )
                   )
                   )

THOMAS R. KRIDER, being first duly sworn upon oath, deposes and states as follows:

1. I am a partner in the law firm of Oles Morrison Rinker & Baker LLP. I am currently identified among the counsel of record for Nugget Construction, Inc. in the above-captioned proceedings.

2. Attached hereto as Exhibit 1 is a true and correct copy of the transcript page from the November 29, 2005 deposition of Barbara Dieckgraeff, which is referenced in the accompanying Opposition to Metco's and Shoreside's Motion for Summary Judgment.

3. Attached hereto as Exhibit 2 is a true and correct copy of the transcript page from the December 2, 2005 deposition of Doug Lechner, which is referenced in the accompanying Opposition to Metco's and Shoreside's Motion for Summary Judgment.

FURTHER your affiant saith not.

_____
THOMAS R. KRIDER

SUBSCRIBED AND SWORN to before me this 18th day of May, 2006.

_____
Catherine A. Melland
Printed Name: Catherine A. Melland
NOTARY PUBLIC in and for the State of Washington, residing at Bellevue
My Appointment Expires 11-26-07

P-TRK Krider Affidavit Opposition to Metco and Shoreside MSJ 99310.0002.doc

*U.S. ex rel. North Star, et al. v. Nugget Construction, et al.*
Case No. A98-009 CIV (HRH)
Affidavit of Thomas P. Krider -- Page 2 of 2

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519