Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE


UNITED STATES OF AMERICA for the use of
NORTH STAR TERMINAL & STEVEDORE COMPANY,
d/b/a NORTHERN STEVEDORING & HANDLING,
and NORTH STAR TERMINAL & STEVEDORE COMPANY,
d/b/a Northern Stevedoring & Handling, on
its own behalf,
           Plaintiffs,

   and

UNITED STATES OF AMERICA for the use of
SHORESIDE PETROLEUM, INC., d/b/a Marathon
Fuel Service, and SHORESIDE PETROLEUM, INC.,
d/b/a Marathon Fuel Service, on its own
behalf,
           Intervening Plaintiffs,
   and

METCO, INC.,
           Intervening Plaintiff,

   vs.

NUGGET CONSTRUCTION, INC.; SPENCER ROCK
PRODUCTS, INC.; UNITED STATES FIDELITY
AND GUARANTY COMPANY; and ROBERT A. LAPORE,
           Defendants.
_____/
Case No. A98-009 CIV (HRH)


DEPOSITION OF BARBARA DIECKGRAEFF
Pages 1 - 46 (inclusive)

November 29, 2005
9:05 a.m.

Taken by the Defendants
at
Oles Morrison Rinker & Baker LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501


Reported by:  Caren S. Carlson
              Registered Professional Reporter

EXHIBIT 1
Page 1 of 2

1    Q.  But you were comfortable you would ultimately
2  get paid because this was a bonded project?
3    A.  Yes, we were.  It was Nugget's barge and they
4  were a federally-bonded job.
5    Q.  And during this period of time until you last
6  provided services on the 26th, you believed you had a
7  contract with Spencer?
8    A.  Yes.
9    Q.  And you had no contract negotiations with
10 Nugget?
11   A.  No, we didn't contract with Nugget.  We
12 contracted with Spencer, but it was Nugget's barge and it
13 was ultimately going to be their rock.
14   Q.  Okay.  Would it change your opinion about
15 Nugget's obligation for this if, in fact -- would it
16 change your opinion about Nugget's obligations to you if,
17 in fact, Nugget had paid Mr. LaPore for the first two
18 barge loads of rock?
19   A.  That's why I asked Randy and he said, "No, had
20 not been paid."
21   Q.  Would it change your opinion if, in fact,
22 Randy -- about Nugget's responsibility if, in fact, Randy
23 was wrong and Nugget had paid for the first two barge
24 loads of rock?
25   A.  I don't understand that.

EXHIBIT 1
Page 2 of 2