Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA for the
Use of SHORESIDE PETROLEUM, INC.,
d/b/a Marathon Fuel Service, on its
own behalf,

       Plaintiffs,

  vs.

NUGGET CONSTRUCTION, INC.; SPENCER
ROCK PRODUCTS INC.; UNITED STATES
FIDELITY AND GUARANTY COMPANY; and
ROBERT A. LAPORE,

       Defendants.
_____

Case No. A98-009 CV (HRH)

      30(b)(6) DEPOSITION OF SHORESIDE PETROLEUM, INC.

                 Doug Lechner

            Taken December 2, 2005
            Commencing at 8:45 a.m.

     Volume I - Pages 1 - 82, inclusive

        Taken by the Defendant
              at
    OLES, MORRISON, RINKER & BAKER
    745 W. Fourth Av., Suite 502
     Anchorage, AK  99501

Reported by: Susan J. Warnick, RPR

EXHIBIT 2
Page 1 of 2

Case No. A98-009 Civil (HRH)                              Doug Lechner

Page 24

1   phase.  And during that initial phase, you believed that
2   your agreement was with Spencer Rock to pay for those?
3   A    Our agreement was with -- Spencer Rock was the one we
4   were providing fuel to; that is correct.  We were still
5   looking -- we view the project as a bonded job.  It's a
6   federal project.  So we still know that there is still
7   some coverage, as well.
8   Q    So in other words, in your mind, your contract was
9   with Spencer Rock, but you had a bond in place in case
10  Spencer Rock failed to pay you.  Is that a fair summary?
11  A    I think that's a fair assessment.
12  Q    And during the period of time you were -- at some
13  point you spoke with Randy Randolph, I believe.
14  A    Correct.
15  Q    And he indicated that Nugget was taking over for
16  Spencer Rock and -- let's see -- and that all future fuel
17  and lube purchases were to be billed directly to Nugget
18  Construction; is that correct?
19  A    Yes.  Correct.
20  Q    And he also told you that Nugget Construction would
21  not pay for past purchases by Spencer Rock?
22  A    That's what he told me.
23  Q    Prior to that discussion, had you had any
24  conversations with Nugget Construction where Nugget told
25  you that they would pay for Spencer Rock's purchases of

EXHIBIT 2
Page 2 of 2

Midnight Sun Court Reporters    (907) 256-7100