**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | | |
|---|---|---|
| UNITED STATES ex rel. NORTH STAR TERMINAL & STEVEDORE CO. | v. | NUGGET CONSTRUCTION, INC. |
| THE HONORABLE H. RUSSEL HOLLAND | | CASE NO.   3:98-cv-0009-TMB |

Deputy Clerk                           Official Recorder

_____         _____

APPEARANCES:   for PLAINTIFF:   ----

                for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

By agreement of the judges, the above-referenced case is hereby reassigned to the Honorable Timothy M. Burgess for all further proceedings. Please use the following case number on all future filings: No. 3:98-cv-0009-TMB.