Traeger Machetanz, Esq.
OLES MORRISON RINKER & BAKER, LLP
745 Fourth Avenue, Suite 502
Anchorage, AK  99501-2136
Telephone:  (907) 258-0106
Telecopier:  (907) 258-5519

Attorneys for Nugget Construction Co.,
     Inc., and USF&G, Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a NORTHERN STEVEDORING & HANDLING, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf,<br><br>　　　　　Plaintiffs,<br>　　and<br><br>UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Service, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Service, on its own behalf,<br><br>　　　　　Intervening Plaintiffs,<br>　　and<br><br>METCO, INC.,<br><br>　　　　　Intervening Plaintiff,<br><br>　　vs.<br><br>NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.,; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE,<br><br>　　　　　Defendants. | No. A98-009 CIV (TMB)<br><br><br><br><br><br><br><br><br><br><br>NOTICE RE: ATTORNEY |

**OLES MORRISON RINKER & BAKER LLP**
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

PLEASE TAKE NOTICE that William K. Renno is no longer an attorney with Oles Morrison Rinker & Baker LLP and his name may be removed from the list of attorneys to whom notice is provided by means other than electronic mailing.

Dated:  May 19, 2006            OLES MORRISON RINKER & BAKER LLP
                                Attorneys for Nugget Construction,
                                    Inc., and United States
                                    Fidelity and Guaranty Co.

                                By: s/Traeger Machetanz
                                    Traeger Machetanz
                                    machetanz@oles.com
                                    Alaska Bar No. 8411127
                                    745 West 4th Avenue, Suite 502
                                    Anchorage, AK 99501
                                    Phone: (907) 258-0106
                                    Fax:   (907) 258-5519

P-TM 099 NOT no WKR notice 051906 993100002

*U.S. ex rel. North Star, et al. v. Nugget Construction, et al.*
Case No. A98-009 CIV (TMB)
Notice re: Attorney -- Page 2 of 3

CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of May, 2006, a true and correct copy of the foregoing was served electronically on:

Michael W. Sewright, Esq.
mws@bpk.com
Burr, Pease & Kurtz
810 N Street
Anchorage, AK  99501

Steven J. Shamburek, Esq.
shamburek@gci.net
Law Office of Steven J. Shamburek
425 G Street, Suite 630
Anchorage, AK  99501-5872

Paul Stockler, Esq.
paulstockler@aol.com
1309 West 16th Avenue
Anchorage, AK  99501

Herbert A. Viergutz, Esq.
barmar@gci.net
Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501

C. Patrick Stoll, Esq.
cps@hvslaw.com
Herrig Vogt & Stoll LLP
4210 Douglas Bay Blvd., Suite 100
Granite Bay, CA 95746-5902

OLES MORRISON RINKER & BAKER LLP

By: s/Traeger Machetanz

*U.S. ex rel. North Star, et al. v. Nugget Construction, et al.*
Case No. A98-009 CIV (TMB)
Notice re: Attorney -- Page 3 of 3

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519