Steven J. Shamburek
Alaska Bar No. 8606063
LAW OFFICE OF STEVEN J. SHAMBUREK
425 G Street, Suite 630
Anchorage, Alaska 99501
(907) 522-5339 Direct
(907) 522-5393 Fax

Attorney for Plaintiffs
Shoreside Petroleum, Inc.,
d/b/a Marathon Fuel Service
and Metco, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf,<br><br>       Plaintiffs,<br><br>  and<br><br>UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Service, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Service, on its own behalf,<br><br>       Intervening Plaintiffs,<br><br>  and<br><br>METCO, INC.,<br><br>       Intervening Plaintiff,<br><br>  vs.<br><br>NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE,<br><br>       Defendants. | **SHORESIDE'S AND METCO'S MOTION TO BAR TESTIMONY OF JOHN L. GEORGE**<br><br><br><br>3:98-cv-0009-TMB |

1

COMES NOW Shoreside Petroleum, Inc., d/b/a Marathon Fuel Service ("Shoreside") and Metco, Inc. ("Metco"), by and through counsel, and file this Motion To Bar Testimony of John L. George. This Motion is supported by the Memorandum In Support of Shoreside's and Metco's Opposition To Motion To Bar Testimony of William Grant Callow.

DATED this 19th day of May, 2006 at Anchorage, Alaska.

        THE LAW OFFICE OF STEVEN J. SHAMBUREK
        Attorney for Plaintiffs
        Shoreside Petroleum, Inc., d/b/a Marathon Fuel Service and Metco, Inc.

        s/ Steven J. Shamburek
By:_____
        Steven J. Shamburek
        Alaska Bar No. 8606063
        LAW OFFICE OF STEVEN J. SHAMBUREK
        425 G Street, Suite 630
        Anchorage, Alaska 99501
        (907) 522-5339 Direct
        (907) 522-5393 Fax
        shamburek@gci.net
        shamburekbank@gci.net

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 19th day of May, 2006, a copy of the foregoing was served by the Electric Case Filing.

s/ Steven J. Shamburek
_____
Steven J. Shamburek