LAW OFFICE

# BAROKAS MARTIN & TOMLINSON

LARRY L. BAROKAS, P.S.
DALE R. MARTIN, P.S.
JOHN R. TOMLINSON, JR.
FRANKLIN L. DENNIS
MICHAEL A. GALLETCH
LAURA KLEISLE
GREGORY FULLERTON

1029 West Third, Suite 280
ANCHORAGE, ALASKA 99501
(907) 276-8010
FAX (907) 276-5334

BARMAR @ GCI.NET

RESIDENT COUNSEL, ALASKA OFFICE
HERBERT A. VIERGUTZ

**HAND DELIVERED**

JAN 1 0 2006

AT _10:49 A_ M

**BURR, PEASE & KURTZ**

January 10, 2006

**HAND DELIVERED**

Michael W. Sewright, Esq.
Burr, Pease & Kurtz
810 N Street
Anchorage, AK 99501

**HAND DELIVERED**

Steven J. Shamburek, Esq.
Law Office of Steven J. Shamburek
425 G Street, Suite 630
Anchorage, AK 99501-5872

Re: North Star v. Nugget Construction, et.al.

Gentlemen:

In an effort to put an end to the outrageous allegations against my client vis a vis bad faith, as articulated, my client has agreed to produce documents previously withheld under claim of privilege. You no doubt appreciate that a motion for summary judgment will be filed regarding the allegations against my client on or before the due date pursuant to Court Order. Hopefully, that will be unnecessary, but I suspect the paranoia which exists may continue to cloud your judgment regarding allegations of bad faith against my client. I therefore urge you to seek expert opinion on a surety's obligation, prior to your continuing down the road which you have chosen, which will necessarily result in a Court Order favorable to my client.

Thank you for taking the time to consider this matter.

Sincerely,

Herbert A. Viergutz

HAV/sbj
cc: Traeger Machetanz, Esq - hand delivered w/enclosures
    Paul Stockler, Esq. - hand delivered w/enclosures
    Janice Smith w/enclosures

Exhibit 1
Page _1_ of _1_