## BURR, PEASE & KURTZ
### A PROFESSIONAL CORPORATION

| | | | |
|---|---|---|---|
| OF COUNSEL | CHARLES P. FLYNN | NELSON G. PAGE | 810 N STREET |
| DONALD A. BURR | ARDEN E. PAGE | MICHAEL A. SEWRIGHT | ANCHORAGE, ALASKA 99501-3293 |
| THEODORE M. PEASE. JR. | RALPH E. DUERRE | MICHAEL W. SEVILLE | TELEPHONE: (907) 276-6100 |
| L. S. KURTZ, JR. | ANN C. LIBURD | DAV D W. PEASE | FACSIMILE: (907) 258-2530 |
| | JOHN C. SIEMERS | THOMAS P. OWENS III | E-MAIL: bpk@alaska.net |

TAX ID NO. 92-0037399

September 19, 1997

John Lukjanowicz, Esq.                                    **Via Registered U.S. Mail**
Oles Morrison & Rinker LLP
3300 Columbia Center
701 Fifth Avenue
Seattle, WA  98104-7082

       Re:    Nugget Construction, Inc./Northern Stevedoring & Handling
             Our File No. 45-40

Dear Mr. Lukjanowicz:

       I am in receipt of your correspondence dated September 12, 1997.
The case law you cite is distinguishable and supportive of Northern
Stevedoring's position in this matter.  In addition, Nugget Construction had a
direct relationship with Northern Stevedoring.  We are confident Northern
Stevedoring's claim is covered by the Miller Act and the payment bond.  Your
threat to allege a violation of FRCP 11 is inappropriate.

       So as to avoid any technical objection, I am resending my August
29, 1997 letter to Nugget Construction to you and your client by United States
registered mail, as an enclosure to this letter.

       Very truly yours,

       BURR, PEASE & KURTZ

       Michael W. Sewright

Encl.  (August 29, 1997 notice of claim letter to Nugget Construction, Inc.)
      (as stated)

**Exhibit 3**
Page __1__ of __3__

John Lukjanowicz, Esq.
September 19, 1997
Page 2


cc:    Nugget Construction, Incorporated
       8726 Corbin Drive
       Anchorage, AK  99507-3411
       ATTN: Randy Randolph
       Senior Engineer (w/encl.)(via Registered U.S. Mail)

       Spencer Rock Products, Inc. - Via U.S. Mail (w/encl.)
       1301 Dowling St. #109
       P.O. Box 244061
       Anchorage, AK  99024

       U. S. Fidelity & Guaranty Co. - Via U.S. Mail (w/encl.)
       c/o Willis Corroon Corporation of Anchorage
       4220 B Street
       Anchorage, AK  99503

       Dept. of the Army - Via U.S. Mail (w/encl.)
       U.S. Army Engineer District, Alaska
       Ft. Richardson Resident Office
       P.O. Box 898
       Anchorage, AK  99506-0898
       Attn:   Thomas A. Johnson, P.E.
               Administrative Contracting Officer


#7080

**Exhibit 3**
**Page _2_ of _3_**



SEP 22 1997

**WILLIS CORROON CORP.
OF ANCHORAGE**

**Exhibit 3**
**Page _3_ of _3_**