Steven J. Shamburek
Alaska Bar No. 8606063
LAW OFFICE OF STEVEN J. SHAMBUREK
425 G Street, Suite 630
Anchorage, Alaska 99501
(907) 522-5339 Direct
(907) 522-5393 Fax

Attorney for Plaintiffs
Shoreside Petroleum, Inc.,
d/b/a Marathon Fuel Service
and Metco, Inc.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf,<br><br>      Plaintiffs,<br><br>  and<br><br>UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Service, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Service, on its own behalf,<br><br>      Intervening Plaintiffs,<br><br>  and<br><br>METCO, INC.,<br><br>      Intervening Plaintiff,<br><br>  vs.<br><br>NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE,<br><br>      Defendants. | **SHORESIDE'S AND METCO'S JOINDER IN MOTION FOR CONTRACT BY AGENCY**<br><br><br><br><br><br>3:98-cv-0009-TMB |

1

COMES NOW Shoreside Petroleum, Inc., d/b/a Marathon Fuel Service ("Shoreside") and Metco, Inc. ("Metco"), by and through counsel, and file this Joinder In Motion For Contract By Agency filed by North Star.[1]

North Star develops the arguments that there are contracts based on the agency arguments asserted by the three claimants. Shoreside and Metco join in those arguments.

DATED this 22th day of May, 2006 at Anchorage, Alaska.

```
                    THE LAW OFFICE OF STEVEN J. SHAMBUREK
                    Attorney for Plaintiffs
                    Shoreside Petroleum, Inc., d/b/a Marathon
                    Fuel Service and Metco, Inc.

                         s/ Steven J. Shamburek
               By:_____
                    Steven J. Shamburek
                    Alaska Bar No. 8606063
                    LAW OFFICE OF STEVEN J. SHAMBUREK
                    425 G Street, Suite 630
                    Anchorage, Alaska 99501
                    (907) 522-5339 Direct
                    (907) 522-5393 Fax
                    shamburek@gci.net
                    shamburekbank@gci.net
```

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 22th day of May, 2006, a copy of the foregoing was served by the Electric Case Filing.

s/ Steven J. Shamburek
_____
Steven J. Shamburek

---

[1] This pleading addresses the motion at Docket Entry No. 504.