Steven J. Shamburek
Alaska Bar No. 8606063
LAW OFFICE OF STEVEN J. SHAMBUREK
425 G Street, Suite 630
Anchorage, Alaska 99501
(907) 522-5339 Direct
(907) 522-5393 Fax

Attorney for Plaintiffs
Shoreside Petroleum, Inc.,
d/b/a Marathon Fuel Service
and Metco, Inc.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf,<br><br>      Plaintiffs,<br><br>and<br><br>UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Service, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Service, on its own behalf,<br><br>      Intervening Plaintiffs,<br><br>and<br><br>METCO, INC.,<br><br>      Intervening Plaintiff,<br><br>vs.<br><br>NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE,<br><br>      Defendants. | **SHORESIDE'S AND METCO'S CONDITIONAL NON-OPPOSITION TO REQUEST FOR ORAL ARGUMENT**<br><br><br><br><br><br><br>3:98-cv-0009-TMB |

1

COMES NOW Shoreside Petroleum, Inc., d/b/a Marathon Fuel Service ("Shoreside") and Metco, Inc. ("Metco"), by and through counsel, and file this Conditional Non-Opposition To Request For Oral Argument.[1]

USF&G filed a request for oral argument. North Star filed a response. The factual basis of all the claims is intertwined. The causes of action under the Miller Act and pursuant to state law against Nugget and USF&G are similar but not identical. Shoreside and Metco believe that oral argument on all pending motions after they are ripe would assist the court in resolving these matters.

DATED this 22th day of May, 2006 at Anchorage, Alaska.

>THE LAW OFFICE OF STEVEN J. SHAMBUREK
>Attorney for Plaintiffs
>Shoreside Petroleum, Inc., d/b/a Marathon Fuel Service and Metco, Inc.
>
>       s/ Steven J. Shamburek
>By:_____
>       Steven J. Shamburek
>       Alaska Bar No. 8606063
>       LAW OFFICE OF STEVEN J. SHAMBUREK
>       425 G Street, Suite 630
>       Anchorage, Alaska 99501
>       (907) 522-5339 Direct
>       (907) 522-5393 Fax
>       shamburek@gci.net
>       shamburekbank@gci.net

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 22th day of May, 2006, a copy of the foregoing was served by the Electric Case Filing.

s/ Steven J. Shamburek
_____
Steven J. Shamburek

---

[1] This pleading addresses the pleadings at Docket Entry Nos. 529/531 and 533.