Steven J. Shamburek
Alaska Bar No. 8606063
LAW OFFICE OF STEVEN J. SHAMBUREK
425 G Street, Suite 630
Anchorage, Alaska 99501
(907) 522-5339 Direct
(907) 522-5393 Fax

Attorney for Plaintiffs
Shoreside Petroleum, Inc.,
d/b/a Marathon Fuel Service
and Metco, Inc.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf, | |
| Plaintiffs, | |
| and | |
| UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Service, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Service, on its own behalf, | **SHORESIDE'S AND METCO'S FILING OF COPIES OF VERIFICATIONS** |
| Intervening Plaintiffs, | |
| and | |
| METCO, INC., | |
| Intervening Plaintiff, | |
| vs. | 3:98-cv-0009-TMB |
| NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE, | |
| Defendants. | |

1

COMES NOW Shoreside Petroleum, Inc., d/b/a Marathon Fuel Service ("Shoreside") and Metco, Inc. ("Metco"), by and through counsel, and file this Filing Of Copies of Verifications.[1]

Shoreside and Metco file copies of the Verifications signed and notarized by representatives of each company.

DATED this 22th day of May, 2006 at Anchorage, Alaska.

            THE LAW OFFICE OF STEVEN J. SHAMBUREK
            Attorney for Plaintiffs
            Shoreside Petroleum, Inc., d/b/a Marathon Fuel Service and Metco, Inc.

            s/ Steven J. Shamburek
By:_____
            Steven J. Shamburek
            Alaska Bar No. 8606063
            LAW OFFICE OF STEVEN J. SHAMBUREK
            425 G Street, Suite 630
            Anchorage, Alaska 99501
            (907) 522-5339 Direct
            (907) 522-5393 Fax
            shamburek@gci.net
            shamburekbank@gci.net

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 22th day of May, 2006, a copy of the foregoing was served by the Electric Case Filing.

s/ Steven J. Shamburek
_____
Steven J. Shamburek

---

[1] This pleading supports the motion at Docket Entry No. 510 and other pleadings.