VERIFICATION

STATE OF ALASKA        )
                       ) ss.
THIRD JUDICIAL DISTRICT )

I, DOUGLAS LECHNER, being first duly sworn upon oath, depose and states that: I am the Vice President of Marketing of Shoreside Petroleum, Inc., d/b/a Marathon Fuel Service, Plaintiff/Use Plaintiff in the above-captioned action. I have reviewed the previously filed Shoreside Supplemental Discovery Response, Second Supplemental Discovery Response and Third Supplemental Discovery Response, know the contents thereof, and believe the same to be true and complete.

_____
DOUGLAS LECHNER

V.P. /Marketing
Title

SUBSCRIBED AND SWORN to before me this 3rd day of February, 2006.

_____
NOTARY PUBLIC in and for Alaska
My Commission Expires: 10/05/07

VERIFICATION

STATE OF ALASKA            )
                           ) ss.
THIRD JUDICIAL DISTRICT    )

I, Barbara Deickgraeff, being first duly sworn upon oath, depose and state that: I am the Secretary/Treasurer of Metco, Inc., Plaintiff/Use Plaintiff in the above-captioned action. I have reviewed the previously filed Metco's Supplemental Discovery Responses, know the contents thereof, and believe the same to be true and complete.

_____
Barbara Dieckgraeff

Secretary-Treasurer_____
Title

SUBSCRIBED AND SWORN to before me this 9 day of May, 2006.

_____
NOTARY PUBLIC in and for Alaska
My Commission Expires: July 26, 2007

Notary Public
DAWN M. OSENGA
State of Alaska
My Commission Expires July 26, 2007