Herbert A. Viergutz, Esq.
Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: (907) 276-8010
Facsimile: (907) 276-5334

Attorneys for United States Guaranty Company

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA AT ANCHORAGE

UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a NORTHERN STEVEDORING & HANDLING, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a NORTHERN STEVEDORING & HANDLING, on its own behalf,

Plaintiffs,

and

UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a MARATHON FUEL SERVICE, and SHORESIDE PETROLEUM, INC., d/b/a MARATHON FUEL SERVICE, on its own behalf,

Intervening Plaintiffs,

and

METCO, INC.,

Intervening Plaintiff,

vs.

NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE,

Defendants.

No. 3:98-cv-9 (TMB)

## AFFIDAVIT OF COUNSEL

1

BAROKAS MARTIN & TOMLINSON
1029 West Third, Suite 280
Anchorage, Alaska 99501
Phone: (907) 276-8010
Fax: (907) 276-5334

STATE OF ALASKA            )
                           ) ss.
THIRD JUDICIAL DISTRICT    )

Herbert A. Viergutz, being first duly sworn upon oath, deposes and states as follows:

1. I am counsel of record for Defendant, USF&G, in the above captioned matter.

2. I filed the four Motions referenced in the instant Motion and Defendant's filed Oppositions on May 19, 2006. In the normal course, Replies would be due for filing on or before May 24, 2006.

3. In the event the Court does not grant USF&G's Motion to Strike Oppositions, an extension to file Replies is necessary. Plaintiff's Oppositions were not filed until subsequent to the close of business May 19, 2006, and did not see them until May 22, 2006. The undersigned will be in depositions in Case No. 3UN-05-37 Civil, May 24, 25 and 26. The evening of May 26, the undersigned departs for Togowoods Girl Scout Camp, and will not return until May 29. The undesigned will then have 3 days to donate to construction of Replies, i.e., May 30, 31 and June 1. As a result, the undersigned respectfully requests the Court to issue an Order providing that the Replies to the four referenced Motions be due to be filed on or before June 2, 2006.

BAROKAS MARTIN & TOMLINSON
1029 West Third, Suite 280
Anchorage, Alaska 99501
Phone: (907) 276-8010
Fax: (907) 276-5334

2

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Dated this 19 day of May, 2006.

_____
Herbert A. Viergutz

SUBSCRIBED AND SWORN TO before me this 19 day of May, 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 11-17-06

**CERTIFICATE OF SERVICE**
I HEREBY CERTIFY that a copy of this document was served by electronic notification on this 19th day of May, 2006, to:

Michael W. Sewright, Esq.
Burr, Pease & Kurtz
810 N Street
Anchorage, AK 99501

Paul Stockler, Esq.
1309 West 16th Avenue
Anchorage, AK 99501

Tom Krider, Esq.
Traeger Machetanz, Esq
Oles Morrison Rinker & Baker, LLP
745 4th Avenue, Suite 502
Anchorage, AK 99501-2136

Steven J. Shamburek, Esq.
Law Office of Steven J. Shamburek
425 G Street, Suite 630
Anchorage, AK 99501-5872

s/ Herbert A. Viergutz
_____

3

BAROKAS MARTIN & TOMLINSON
1029 West Third, Suite 280
Anchorage, Alaska 99501
Phone: (907) 276-8010
Fax: (907) 276-5334