Michael W. Sewright
BURR, PEASE & KURTZ
810 N Street
Anchorage, AK  99501-3293
Telephone:   (907) 276-6100
Fax No.:     (907) 258-2530
Attorneys for North Star

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf,<br><br>　　　　　　Plaintiffs,<br>　　and<br><br>UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, on its own behalf,<br><br>　　　　　　Intervening Plaintiffs,<br>　　and<br><br>METCO, INC.,<br><br>　　　　　　Intervening Plaintiff,<br>　　vs.<br><br>NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE,<br><br>　　　　　　Defendants. | Case No. 3:98-cv-009-HRH<br><br>**NORTH STAR'S NONOPPOSITION TO USF&G'S (BAROKAS MARTIN & TOMLINSON'S) MOTION FOR EXTENSION OF TIME TO FILE REPLIES TO PLAINTIFFS' OPPOSITIONS TO USF&G'S MOTIONS FOR SUMMARY JUDGMENT REGARDING BAD FAITH, STATUTE OF LIMITATION, AND PUNITIVE DAMAGES AND MOTION TO BAR MR. CALLOW**<br>[Clerk's Docket No. 556] |

North Star's Nonopposition to USF&G's (Barokas
Martin & Tomlinson's) Motion for Extension of Time to
File Replies to Plaintiffs' Oppositions to USF&G's Motions
*North Star Terminal & Stevedore Co., et al v. Nugget Construction et al*
Case No. A98-009 CV
Page 1 of 2

45-40 / #83760

COMES NOW Plaintiff and Use Plaintiff North Star Terminal & Stevedore Company ("North Star") and nonopposes the above-referenced Motion filed earlier today at Clerk's Docket No. 556. North Star's nonopposition could have been obtained with a simple telephone call or email from Mr. Viergutz to undersigned counsel.

Respectfully submitted at Anchorage, Alaska, on May 22, 2006.

> s/ Michael W. Sewright
> Burr, Pease & Kurtz
> 810 N Street
> Anchorage, Alaska 99501
> Phone: (907) 276-6100
> Fax: (907) 258-2530
> E-mail: bpk@bpk.com
> Alaska Bar No. 7510090

CERTIFICATE OF SERVICE

I certify that on the 22nd day of May, 2006, a copy of the foregoing NORTH STAR'S NONOPPOSITION TO USF&G'S (BAROKAS MARTIN & TOMLINSON'S) MOTION FOR EXTENSION OF TIME TO FILE REPLIES TO PLAINTIFFS' OPPOSITIONS TO USF&G'S MOTIONS FOR SUMMARY JUDGMENT REGARDING BAD FAITH, STATUTE OF LIMITATION, AND PUNITIVE DAMAGES AND MOTION TO BAR MR. CALLOW was served electronically to:

   Steven S. Shamburek, Esq.
   Traeger Machetanz, Esq.
   Paul D. Stockler
   Herbert A. Viergutz
   C. Patrick Stoll, Esq.

   s/ Michael W. Sewright

---

North Star's Nonopposition to USF&G's (Barokas Martin & Tomlinson's) Motion for Extension of Time to File Replies to Plaintiffs' Oppositions to USF&G's Motions
*North Star Terminal & Stevedore Co., et al v. Nugget Construction et al*
Case No. A98-009 CV
Page 2 of 2

45-40 / #83760