Traeger Machetanz, Esq.
Thomas R. Krider, Esq.
OLES MORRISON RINKER & BAKER, LLP
745 Fourth Avenue, Suite 502
Anchorage, AK  99501-2136
Telephone:  (907) 258-0106
Telecopier:  (907) 258-5519

Attorneys for Nugget Construction Co., Inc.,
and USF&G, Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a NORTHERN STEVEDORING & HANDLING, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf,<br><br>              Plaintiffs,<br>  and<br><br>UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Service, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Service, on its own behalf,<br><br>       Intervening Plaintiffs,<br>  and<br><br>METCO, INC.,<br><br>       Intervening Plaintiff,<br><br>  vs.<br><br>NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.,; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE,<br><br>            Defendants. | No. A98-009 CIV (TMB)<br><br><br><br><br><br><br><br><br><br><br><br>NUGGET CONSTRUCTION, INC.'S AND UNITED STATES FIDELITY & GUARANTY CO., INC.'S MOTION TO SHORTEN TIME TO HEAR UNOPPOSED MOTION TO SEAL EXHIBIT |

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

Defendants Nugget Construction, Inc., and United States Fidelity & Guaranty, by and through their attorneys, Oles Morrison Rinker & Baker LLP, hereby move the Court for an order to seal Docket No. 491, Part 8 marked Exhibit 3. All parties are unopposed to this motion. Defendants also move that the Motion to Seal be heard on shortened time.

Exhibit 3 is a confidential deposition transcript of Jeff Bentz dated March 28, 2006. The sealing of Exhibit 3 is necessary for compliance with the previously entered Protective Order in this matter (Docket No. 434).

For the foregoing reason, Defendants Nugget Construction, Inc., and United States Fidelity & Guaranty submit that good cause exists for sealing Docket No. 491, Part 8 marked Exhibit 3 and respectfully requests that the Court so order.

Dated:  May 23, 2006               OLES MORRISON RINKER & BAKER LLP
                                   Attorneys for Nugget Construction,
                                   Inc., and United States
                                   Fidelity and Guaranty Co.


                                   By: s/Thomas R. Krider
                                       Thomas R. Krider
                                       krider@oles.com
                                       Washington Bar No. 29490
                                       745 West 4th Avenue, Suite 502
                                       Anchorage, AK 99501
                                       Phone: (907) 258-0106
                                       Fax:   (907) 258-5519

*U.S. ex rel. North Star, et al. v. Nugget Construction, et al.*
Case No. A98-009 CIV (HRH)
Motion for Summary Judgment Against Shoreside-- Page 1 of 2

CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of May, 2006, a true and correct copy of the foregoing was served

electronically, via ECF on:

Michael W. Sewright, Esq.
mws@bpk.com
Burr, Pease & Kurtz
810 N Street
Anchorage, AK  99501

Steven J. Shamburek, Esq.
shamburek@gci.net
Law Office of Steven J. Shamburek
425 G Street, Suite 630
Anchorage, AK  99501-5872

Paul Stockler, Esq.
paulstockler@aol.com
1309 West 16th Avenue
Anchorage, AK  99501

Herbert A. Viergutz, Esq.
barmar@gci.net
Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501

C. Patrick Stoll, Esq.
cps@hvslaw.com
Herrig Vogt & Stoll LLP
4210 Douglas Bay Blvd., Suite 100
Granite Bay, CA 95746-5902

OLES MORRISON RINKER & BAKER LLP


By:  s/Thomas R. Krider


P TRK Motion to Seal Exhibit 052306 99310.0002.doc

**OLES MORRISON RINKER & BAKER LLP**
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

*U.S. ex rel. North Star, et al. v. Nugget Construction, et al.*
Case No. A98-009 CIV (HRH)
Motion for Summary Judgment Against Shoreside-- Page 2 of 2