Michael W. Sewright
BURR, PEASE & KURTZ
810 N Street
Anchorage, AK  99501-3293
Telephone:   (907) 276-6100
Fax No.:   (907) 258-2530
Attorneys for North Star

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf,<br><br>   Plaintiffs,<br> and<br><br>UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, on its own behalf,<br><br>   Intervening Plaintiffs,<br> and<br><br>METCO, INC.,<br><br>   Intervening Plaintiff,<br> vs.<br><br>NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE,<br><br>   Defendants. | Case No. 3:98-cv-009-HRH<br><br>**NORTH STAR'S JOINDER IN MOTION TO BAR TESTIMONY OF JOHN L. GEORGE**<br>**[Clerk's Docket No. 546]** |

_____
North Star's Joinder in Motion to Bar
Testimony of John L. George
*North Star Terminal & Stevedore Co., et al v. Nugget Construction et al*
Case No. A98-009 CV
Page 1 of 2

45-40 / #83768

Plaintiff and Use Plaintiff North Star Terminal & Stevedore Company ("North Star") hereby joins in Shoreside and Metco's Motion to Bar Testimony of John L. George dated May 19, 2006, and filed at Clerk's Docket No. 546. This Joinder is further supported by Shoreside and Metco's Opposition to Motion to Bar Testimony of William Grant Callow and Memorandum in Support of Motion to Bar Testimony of John L. George (Clerk's Docket No. 545) and by North Star's Opposition in Response to USF&G's Motions Regarding Statute of Limitations, Bad Faith, Expert Witness, and Punitive Damages (Clerk's Docket No. 547, especially at pp. 33-35 thereof) and related Cross-Motion (Clerk's Docket No. 548).

Dated at Anchorage, Alaska, on May 23, 2006.

    s/ Michael W. Sewright
    Burr, Pease & Kurtz
    810 N Street
    Anchorage, Alaska 99501
    Phone: (907) 276-6100
    Fax: (907) 258-2530
    E-mail: bpk@bpk.com
    Alaska Bar No. 7510090

CERTIFICATE OF SERVICE
I certify that on the 23rd day of May, 2006, a copy of the foregoing NORTH STAR's JOINDER IN MOTION TO BAR TESTIMONY OF JOHN L. GEORGE was served electronically to:

  Steven S. Shamburek, Esq.
  Traeger Machetanz, Esq.
  Paul D. Stockler
  Herbert A. Viergutz
  C. Patrick Stoll, Esq.

  s/ Michael W. Sewright

North Star's Joinder in Motion to Bar
Testimony of John L. George
*North Star Terminal & Stevedore Co., et al v. Nugget Construction et al*
Case No. A98-009 CV
Page 2 of 2

45-40 / #83768