```
                IN THE UNITED STATES DISTRICT COURT

             FOR THE DISTRICT OF ALASKA AT ANCHORAGE

UNITED STATES OF AMERICA for the    )
use of NORTH STAR TERMINAL &        )
STEVEDORE COMPANY, d/b/a NORTHERN   )
STEVEDORING & HANDLING, and NORTH   )   No. A98-009 CIV TMB
STAR TERMINAL & STEVEDORE COMPANY,  )
d/b/a Northern Stevedoring &        )
Handling, on its own behalf,        )
                                    )
            Plaintiffs,             )
      and                           )
                                    )
UNITED STATES OF AMERICA for the    )   ORDER GRANTING MOTION
use of SHORESIDE PETROLEUM, INC.,   )   TO SEAL EXHIBIT
d/b/a Marathon Fuel Service, and    )
SHORESIDE PETROLEUM, INC., d/b/a    )
Marathon Fuel Service, on its own   )
behalf,                             )
                                    )
         Intervening Plaintiffs,    )
      and                           )
                                    )
METCO, INC.,                        )
                                    )
         Intervening Plaintiff,     )
                                    )
      vs.                           )
                                    )
NUGGET CONSTRUCTION, INC.; SPENCER  )
ROCK PRODUCTS, INC.,; UNITED        )
STATES FIDELITY AND GUARANTY        )
COMPANY; and ROBERT A. LAPORE,      )
                                    )
            Defendants.             )
_____)
```

1  THIS MATTER having come before the Court for the Court's
2  consideration on shortened time on the Motion of Defendant
3  Nugget Construction and United States Fidelity & Guaranty to seal
4  Docket No. 491, Part 8 marked Exhibit 3, in the above-captioned
5  matter, that motion being unopposed, and it appearing that good
6  cause exists for Exhibit 3 to be sealed, it is hereby ORDERED
7  that the Motion of Defendant Nugget Construction and United States
8  Fidelity & Guaranty to seal Docket No. 491, Part 8 marked Exhibit 3 is
9  GRANTED.

DATED this 23rd day of May, 2006.

/s/ Timothy Burgess
Timothy M. Burgess
Judge of the U.S. District Court