IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
UNITED STATES OF AMERICA for the    )
use of NORTH STAR TERMINAL &        )
STEVEDORE COMPANY, d/b/a Northern   )
Stevedoring & Handling, and NORTH   )
STAR TERMINAL & STEVEDORE COMPANY,  )
d/b/a Northern Stevedoring & Hand-  )
ling, on its own behalf,            )
                                    )
                      Plaintiffs,   )
     and                            )
                                    )
UNITED STATES OF AMERICA for the    )
use of SHORESIDE PETROLEUM, INC.,   )
d/b/a Marathon Fuel Service, and    )
SHORESIDE PETROLEUM, INC., d/b/a    )
Marathon Fuel Service, on its own   )
behalf,                             )
                                    )
           Intervening Plaintiffs,  )
                                    )
     and                            )
                                    )   No. 3:98-cv-09 TMB
METCO, INC.,                        )
                                    )
            Intervening Plaintiff,  )
                                    )
           vs.                      )
                                    )
NUGGET CONSTRUCTION, INC.; SPENCER  )
ROCK PRODUCTS, INC.; UNITED STATES  )
FIDELITY AND GUARANTY COMPANY; and  )
ROBERT A. LAPORE,                   )
                                    )
                      Defendants.   )
_____)
```

      This case has been reassigned to the calendar of Judge Timothy M. Burgess. In order to aid the Court in obtaining an understanding of this matter, **it is hereby ordered** that on or before **Friday, June 9, 2006,** counsel are directed to confer and prepare a **joint status report** to be filed by plaintiff's counsel. The status report shall not exceed **twenty pages**, and should address the following:

      A.    Nature of the Case

          1. The lead attorneys on the case;

1

    2. Basis for federal jurisdiction;

    3. Nature of the claims asserted in the complaint and any counterclaims;

    4. Name of any party that has not been served and the nature of the non-service;

    5. Principal legal issues;

    6. Principal factual issues;

B.    Discovery

    1. Brief description of completed discovery and any remaining discovery;

    2. Brief description of any pending motions and anticipated motions;

    3. Brief description of any previously entered rulings on substantive issues;

    4. Any previously filed status reports;

C.    Trial

    1. If trial is anticipated, how long the trial will take, and whether a jury is requested.

D.    Settlement

    1. Status of any settlement discussions and whether the parties request a settlement conference.

**It is further ordered** that a Status Hearing is set before the undersigned on **Friday, June 16, 2006, at 10:00 a.m. in Courtroom 1.** Lead counsel for each party must be present in person. A representative of each client must attend the hearing, either in person or telephonically. Any client representative wishing to participate telephonically must contact case manager Patty Demeter at 677-6144 at least 24 hours in advance of the hearing.

In the event that any lead counsel cannot attend the hearing at the designated time, the parties are directed to stipulate to an alternate date up to and including June 23, 2006, and submit such stipulation to reschedule in writing.

Dated at Anchorage, Alaska, this 25th day of May, 2006.

                                       /s/ Timothy Burgess
                                       Timothy M. Burgess
                                       United States District Judge