| PAYMENT BOND | DATE BOND EXECUTED (Must be same or later than date of contract) | FORM APPROVED OMB NO. |
|---|---|---|
| (See Instructions on Page 2) 99-0120-50298-96-5 | September 28, 1996 | 9000-0045 |

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (VRS), Office of Federal Acquisition Policy, GSA, Washington, D.C. 20405; and to the Office of Management and Budget, Paperwork Reduction Project (9000-0045), Washington, D.C. 20503.

| PRINCIPAL (Legal name and business address) | TYPE OF ORGANIZATION ("X" one) | |
|---|---|---|
| Nugget Construction, Inc.<br>8726 Corbin Drive<br>Anchorage AK 99507 | ☐ INDIVIDUAL<br>☐ JOINT VENTURE | ☐ PARTNERSHIP<br>☒ CORPORATION |
| | STATE OF INCORPORATION<br>Alaska | |

| SURETY(IES) (Name(s) and business address(es)) | PENAL SUM OF BOND | | | |
|---|---|---|---|---|
| United States Fidelity and Guaranty Company<br>4220 "B" Street<br>Anchorage AK 99503 | MILLION(S)<br>1 | THOUSAND(S)<br>351 | HUNDRED(S)<br>396 | CENTS<br>64 |
| | CONTRACT DATE<br>September 28, 1996 | | CONTRACT NO.<br>DACW85-96-C-9020 | |

**OBLIGATION:**

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

**CONDITIONS:**

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

**WITNESS:**

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

### PRINCIPAL

| | 1. | 2. | 3. | |
|---|---|---|---|---|
| Signature(s) | [signature] (Seal) | (Seal) | (Seal) | CORPORATE SEAL |
| Name(s) & Title(s) (Typed) | 1. Richard Harris<br>Executive Vice President,<br>General Manager | 2. | 3. | |

### INDIVIDUAL SURETY(IES)

| | 1. | 2. | |
|---|---|---|---|
| Signature(s) | (Seal) | | (Seal) |
| Name(s) (Typed) | 1. | 2. | |

### CORPORATE SURETY(IES)

| S U R E T Y A | Name & Address | United States Fidelity and Guaranty Company<br>4220 "B" Street Anchorage AK 99503 | | STATE OF INC.<br>MD | LIABILITY LIMIT<br>$ 100% | |
|---|---|---|---|---|---|---|
| | Signature(s) | 1. [signature] | 2. | | | CORPORATE SEAL |
| | Name(s) & Title(s) (Typed) | 1. James L. Ferguson<br>Attorney-In-Fact | 2. | | | |

NSN 7540-01-152-8061
PREVIOUS EDITION NOT USABLE    Expiration Date: 09/30/95    25-205

STANDARD FORM 25-A REV.1-90
Prescribed by GSA

TOTAL P.02

EXHIBIT B
PAGE 1 OF

EXHIBIT 3
Page 9 of 34

Exhibit 1
Page 1 of 1