Michael W. Sewright
BURR, PEASE & KURTZ
810 N Street
Anchorage, AK  99501-3293
Telephone:     (907) 276-6100
Fax No.:         (907) 258-2530
Attorneys for North Star

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf,<br><br>　　　　　　　Plaintiffs,<br>　　and<br><br>UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, on its own behalf,<br><br>　　　　　　　Intervening Plaintiffs,<br>　　and<br><br>METCO, INC.,<br><br>　　　　　　　Intervening Plaintiff,<br>　　vs.<br><br>NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE,<br><br>　　　　　　　Defendants. | Case No. A98-009 CIV (TMB)<br><br>**(PROPOSED) ORDER DENYING USF&G'S MOTION TO STRIKE CROSS-MOTION TO BAR TESTIMONY OF JOHN L. GEORGE** |

　　　The Court, having considered defendant United States Fidelity & Guaranty's Company's

(Proposed) Order Denying USF&G's Motion to Strike Cross-Motion
 to Bar Testimony of John L. George
North Star Terminal & Stevedore Company, et al. v. Nugget Construction, et al.
Case No. A98-009 CIV (TMB)
Page 1 of 2                                                                                                         45-40/ # 83863

Motion to Strike Shoreside and Metco's Motion to Bar Testimony of John L. George, the Opposition thereto, and being advised in the premises thereof,

  HEREBY ORDERS:  That the motion to strike is denied.

  DATED:  _____, 2006

               _____
               TIMOTHY M. BURGESS
                U.S. District Court Judge

CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2006, a copy of the foregoing was served electronically on Traeger Machetanz, Steven J. Shamburek, Paul Stockler, Herbert A. Viergutz, and C. Patrick Stoll.

/s Michael W. Sewright

(Proposed) Order Denying USF&G's Motion to Strike Cross-Motion
 to Bar Testimony of John L. George
North Star Terminal & Stevedore Company, et al. v. Nugget Construction, et al.
Case No. A98-009 CIV (TMB)
Page 2 of 2                    45-40/ # 83863