1  PAUL D. STOCKLER, ESQ.
   **PAUL D. STOCKLER LAW OFFICE**
2  1309 W. 16th Ave.
   Anchorage, AK 99501
3  (907) 277-8564/(907) 272-4877 (FAX)

4

   C. PATRICK STOLL, State Bar No. 166917
5  **HERRIG, VOGT & STOLL, LLP**
   4210 Douglas Boulevard, Suite 100
6  Granite Bay, CA 95746-5902
   (916) 960-1000/(916) 960-1005 FAX
7
   Attorneys for SPENCER ROCK PRODUCTS, INC. and
8  ROBERT A. LAPORE

9
                    **IN THE UNITED STATES DISTRICT COURT**
10                **FOR THE DISTRICT OF ALASKA AT ANCHORAGE**

11
   UNITED STATES OF AMERICA for the      )   **CASE NO.:** A98-009 CIV (HRH)
12 use of NORTH STAR TERMINAL &          )
   STEVEDORE COMPANY, d/b/a Northern     )   **[PROPOSED]**
13 Stevedoring & Handling, and NORTH     )   **ORDER ALLOWING LEAD COUNSEL**
   STAR TERMINAL & STEVEDORE             )   **FOR SPENCER ROCK PRODUCTS,**
14 COMPANY, d/b/a Northern Stevedoring & )   **INC., AND ROBERT LAPORE, AND**
   Handling, on its own behalf,          )   **THEIR CLIENT REPRESENTATIVE,**
15                                        )   **TO APPEAR BY TELEPHONE**
                   Plaintiffs,           )
16                                        )
                                          )
17        and                             )
                                          )
18 UNITED STATES OF AMERICA for the      )
   use of SHORESIDE PETROLEUM, INC.,     )
19 d/b/a Marathon Fuel Services, and     )
   SHORESIDE PETROLEUM, INC., d/b/a      )
20 Marathon Fuel Services, on its own behalf, )
                                          )
21           Intervening Plaintiffs      )
                                          )
22        and                             )
                                          )
23 METCO, INC.                           )
                                          )
24          Intervening Plaintiff,       )
                                          )
25        vs.                             )
                                          )
26 NUGGET CONSTRUCTION, INC.;            )
   SPENCER ROCK PRODUCTS, INC.;          )
27 UNITED STATES FIDELITY AND            )
   GUARANTY COMPANY; and ROBERT          )
28 A. LAPORE,                            )
                                          )
            Defendants.                   )
   _____ )

1    THIS MATTER having come before the court on the motion of lead counsel for defendants

2  Spencer Rock Products, Inc., and Robert Lapore, and for the defendants' client representative Robert

3  Lapore, to appear by telephone at the Status Hearing in the above-captioned matter on June 16, 2006,

4  at 10 a.m. in Courtroom 1, and it appearing that good cause exists for the relief requested, it is hereby

5    ORDERED that C. Patrick Stoll, lead counsel for defendants Spencer Rock Products, Inc.,

6  and Robert Lapore, and the client representative Robert Lapore, be permitted to appear by telephone.

7    Date at Anchorage, Alaska, this _____ day of May, 2006.

8

9                                           _____

                                            Hon. Timothy M. Burgess
10                                          U.S. District Court

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER ALLOWING LEAD COUNSEL AND CLIENT TO APPEAR BY TELEPHONE**          **-2-**