Traeger Machetanz, Esq.
Thomas R. Krider, Esq.
OLES MORRISON RINKER & BAKER, LLP
745 Fourth Avenue, Suite 502
Anchorage, AK  99501-2136
Telephone:  (907) 258-0106
Telecopier:  (907) 258-5519

Attorneys for Nugget Construction Co., Inc.,
and USF&G, Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a NORTHERN STEVEDORING & HANDLING, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf,<br><br>        Plaintiffs,<br>  and<br><br>UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Service, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Service, on its own behalf,<br><br>        Intervening Plaintiffs,<br>  and<br><br>METCO, INC.,<br><br>        Intervening Plaintiff,<br><br>  vs.<br><br>NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.,; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE,<br><br>        Defendants. | No. A98-009 CIV (TMB)<br><br><br><br><br><br><br><br><br><br><br>REPLY IN SUPPORT OF NUGGET CONSTRUCTION, INC.'S AND UNITED STATES FIDELITY & GUARANTY CO., INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST SHORESIDE PETROLEUM, INC. |

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

## Introduction

In Shoreside's Opposition to Nugget's Motion Regarding Miller Act Claims ("Opposition"), Shoreside provides no factual or legal basis to justify the Court overturning its previous decision regarding the earliest date on which a federal, implied-in-fact, contractual relationship could have come into existence between Nugget and the claimants. As such, the Court should reaffirm its earlier decision and grant Nugget Construction, Inc.'s and United States Fidelity & Guaranty and Co., Inc.'s Motion For Partial Summary Judgment Against Shoreside Petroleum, Inc. ("Motion").

## Argument

None of the material facts relating to the present Motion are in dispute. These facts are as follows:

- At the time it began its performance relating to the Homer Spit project, Shoreside had an express contract with Spencer Rock for the goods and services it provided. *United States of America d/b/a North Star Terminal & Stevedore Co., et al. v. Nugget Construction, Inc., et al.*, 126 Fed. Appx. 348 (9th Cir. 2005)

- The claimants never entered into express contracts with Nugget. *Id.*

- The Support Agreement upon which claimants rely for purposes of establishing an implied-in-fact contract between themselves and Nugget was not executed until April 23, 1997.

*U.S. ex rel. North Star, et al. v. Nugget Construction, et al.*
Case No. A98-009 CIV (HRH)
Reply in Support of Nugget Construction, Inc.'s Motion for Summary Judgment
Against Shoreside -- Page 1 of 4

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

Motion for Summary Judgment Against Shoreside Petroleum, Inc., Randolph Aff., ¶ 4, Ex. 4 (Docket No. 483).

- The only sums incurred by Spencer Rock after execution of the Support Agreement involve the third shipment of fuel by Shoreside to Spencer Rock on May 21, 1997 in the amount of $21,278.53. *United States ex rel. North Star Terminal & Stevedore Co., et al. v. Nugget Construction, Inc., et al.*, Slip Op. No. A98-0009-CV (filed Aug. 30, 2002), at 13, n. 32 (citing Shoreside's, V.P., Doug Lechner's Affidavit).

Although Nugget strenuously disputes the existence of any federal implied-in-fact contract between it and Shoreside, for purposes of this Motion even if plaintiffs are able to establish that one did exist, it could not have been created, as this Court previously held, prior to the execution of the Support Agreement. *Id.* at 22 ("It was only through the terms of the support agreement, and Nugget's actions subsequent to it, that Spencer was rendered a "straw" party in the chain of parties relevant to this federal project."). Shoreside makes no showing that this conclusion is in error. Shoreside provides no authority for the proposition that a contract existed between Nugget and Shoreside at any time absent one being created by the execution of the Support Agreement. Moreover, Shoreside provides no <u>evidence</u> to alter the Court's previous factual or legal conclusions.[1]

---

[1] Here again, Shoreside fails to properly set forth any of its purported "facts" in a form admissible for purposes of summary judgment. *See Orr v. Bank of America,* 285 F.3d 764 (9th Cir. 2002). This failure provides sufficient grounds alone to grant Nugget's Motion.

*U.S. ex rel. North Star, et al. v. Nugget Construction, et al.*
Case No. A98-009 CIV (HRH)
Reply in Support of Nugget Construction, Inc.'s Motion for Summary Judgment Against Shoreside -- Page 2 of 4

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

Rather than address the issues raised in Nugget's Motion, Shoreside's Opposition consists mainly of a large excerpt from its 2003 brief to the Ninth Circuit. There is nothing new in those arguments that this Court did not previously consider and reject. The Court should do so again and grant Defendants' Motion.

## Conclusion

Because there is no basis for liability under the federal Miller Act or Alaska state law for alleged damages incurred prior to the execution of the Support Agreement on or about April 23, 1997, Nugget is entitled to partial summary judgment as a matter of law dismissing any and all of Shoreside's claims for damages incurred prior to April 23, 1997.

Dated:  May 30, 2006        OLES MORRISON RINKER & BAKER LLP
                            Attorneys for Nugget Construction,
                            Inc., and United States
                            Fidelity and Guaranty Co.

                            By: s/Thomas R. Krider
                                Thomas R. Krider
                                krider@oles.com
                                Washington Bar No. 29490
                                745 West 4th Avenue, Suite 502
                                Anchorage, AK 99501
                                Phone: (907) 258-0106
                                Fax:   (907) 258-5519

*U.S. ex rel. North Star, et al. v. Nugget Construction, et al.*
Case No. A98-009 CIV (HRH)
Reply in Support of Nugget Construction, Inc.'s Motion for Summary Judgment Against Shoreside -- Page 3 of 4

CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of May, 2006, a true and correct copy of the foregoing was served

electronically, via ECF on:

Michael W. Sewright, Esq.
mws@bpk.com
Burr, Pease & Kurtz
810 N Street
Anchorage, AK  99501

Steven J. Shamburek, Esq.
shamburek@gci.net
Law Office of Steven J. Shamburek
425 G Street, Suite 630
Anchorage, AK  99501-5872

Paul Stockler, Esq.
paulstockler@aol.com
1309 West 16th Avenue
Anchorage, AK  99501

Herbert A. Viergutz, Esq.
barmar@gci.net
Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501

C. Patrick Stoll, Esq.
cps@hvslaw.com
Herrig Vogt & Stoll LLP
4210 Douglas Bay Blvd., Suite 100
Granite Bay, CA 95746-5902

OLES MORRISON RINKER & BAKER LLP


By:   s/Thomas R. Krider



P-TRK Reply Memo in Support of MSJ Shoreside Pre Support Agremnt 99310.0002.doc


*U.S. ex rel. North Star, et al. v. Nugget Construction, et al.*
Case No. A98-009 CIV (HRH)
Reply in Support of Nugget Construction, Inc.'s Motion for Summary Judgment Against Shoreside -- Page 4 of 4

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106    Fax: (907) 258-5519