Michael W. Sewright
BURR, PEASE & KURTZ
810 N Street
Anchorage, AK  99501-3293
Telephone:    (907) 276-6100
Fax No.:        (907) 258-2530
Attorneys for North Star

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf,<br><br>    Plaintiffs,<br> and<br><br>UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, on its own behalf,<br><br>    Intervening Plaintiffs,<br> and<br><br>METCO, INC.,<br><br>    Intervening Plaintiff,<br> vs.<br><br>NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE,<br><br>    Defendants. | Case No. 3:98-cv-009-TMB<br><br>**PROPOSED ORDER DENYING MOTION TO STRIKE JOINDER** |

---

Proposed Order Denying Motion to Strike Joinder
*North Star Terminal & Stevedore Co., et al v. Nugget Construction et al*
Case No. A98-009 CV
Page 1 of 2

45-40 / #83874

The Court, having considered defendant United States Fidelity & Guaranty Company's Motion to Strike Joinder in Shoreside and Metco's Motion for Summary Judgment and Determination of Law Regarding USF&G, the Opposition thereto, and being fully advised in the premises thereof,

HEREBY ORDERS: That the motion to strike is Denied.

Dated:_____

_____
Timothy M. Burgess
U. S. District Court Judge

CERTIFICATE OF SERVICE

I certify that on the 30th day of May, 2006,
a copy of the foregoing proposed ORDER
DENYING MOTION TO STRIKE JOINDER
was served electronically to:

   Steven S. Shamburek, Esq.
   Traeger Machetanz, Esq.
   Paul D. Stockler
   Herbert A. Viergutz
   C. Patrick Stoll, Esq.

   s/ Michael W. Sewright