Michael W. Sewright
BURR, PEASE & KURTZ
810 N Street
Anchorage, AK  99501-3293
Telephone:     (907) 276-6100
Fax No.:          (907) 258-2530
Attorneys for North Star

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf,<br><br>                    Plaintiffs,<br>     and<br><br>UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, on its own behalf,<br><br>                    Intervening Plaintiffs,<br>     and<br><br>METCO, INC.,<br><br>                    Intervening Plaintiff,<br>     vs.<br><br>NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE,<br><br>                    Defendants. | Case No. A98-009 CIV (TMB)<br><br>**UNOPPOSED MOTION FOR BRIEF EXTENSION OF TIME** |

        For reasons set forth in the attached e-mail to counsel for all parties yesterday (*see*

Unopposed Motion for Brief Extension of Time
*United States ex rel. North Star, et al.  v. Nugget Construction, et al.,* A98-009 CIV (HRH)
Page 1 of 2                                                                                                   45-40/#83887

Exhibit 1), Plaintiff and Use Plaintiff North Star Terminal & Stevedore Company ("North Star") hereby requests an extension of time through Tuesday, June 6, 2006, in which to file the following documents: (1) its Reply, otherwise due today, to Nugget Construction's Opposition (Clerk's Docket No. 538) to Metco and Shoreside's motion and memorandum for summary judgment and determinations of law regarding Nugget Construction (Clerk's Docket Nos. 507–508 & 514) joined in by North Star (Clerk's Docket No. 518); and (2) its Reply, otherwise due tomorrow, to Nugget and United States Fidelity & Guaranty Company's Opposition (Clerk's Docket No. 544) to North Star's motion for summary judgment or determination of law of the case against Nugget and USF&G on the basis of contract by agency (Clerk's Docket No. 504). This certifies that counsel for all other parties in this case have notified undersigned counsel of their clients' non-opposition to this request for extension of time.

Respectfully submitted at Anchorage, Alaska on May 31, 2006.

s/ Michael W. Sewright
Burr, Pease & Kurtz
810 N Street
Anchorage, AK 99501
Telephone: (907) 276-6100
Fax: (907) 258-2530
E-mail: mws@bpk.com
Alaska Bar # 7510090

CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2006, a copy of the foregoing Unopposed Motion for Brief Extension of Time was served electronically on Traeger Machetanz, Steven J. Shamburek, Paul Stockler, Herbert A. Viergutz, and C. Patrick Stoll.

/s Michael W. Sewright

Unopposed Motion for Brief Extension of Time
*United States ex rel. North Star, et al. v. Nugget Construction, et al.,* A98-009 CIV (HRH)
Page 2 of 2                                                                                   45-40/#83887