**Subject:** Extension of Time
**From:** "Michael W. Sewright" <mws@bpk.com>
**Date:** Tue, 30 May 2006 15:33:03 -0800
**To:** Tom Krider <Krider@OLES.com>
**CC:** Steve Shamburek <shamburek@gci.net>, Herbert Viergutz <barmar@gci.net>, Pat Stoll <cps@hvslaw.com>

```
    This firm is in mourning.  I am in mourning.  The Deshka River airboat fatality
reported in the Anchorage newspaper this morning was to the husband of one of  this
firm's beloved staff.  She works just eight feet from my office door.  We share
cabin stories regularly.  My son has been to their cabin several times.  I was
intending to go this summer.  This is a relatively small, close-knit group.
Obviously, we will be shorthanded this week.  Just as obviously, the impact goes
way beyond that.  Our minds will not be on our work or due dates this week.  We are
trying to put as little pressure on staff as possible. Therefore, I ask that you
all nonoppose an extension until next Tuesday for North Star's reply due tomorrow
as to the motion against Nugget which North Star joined and reply due this Thursday
as to North Star's motion for summary judgment on its agency claim.  Both replies
are to oppositions you filed, Tom.  Nonopposing this request will not delay
anything.  These are only replies.  The matters to which they relate will still be
fully briefed and ripe next week, way before the status conference set by the Court
for the 16th.  Please let me know your position today, as I have to file the motion
tomorrow, preferably in the morning.  Thanks.   - Mike


--

Michael W. Sewright
Burr, Pease & Kurtz
810 N Street, Anchorage AK 99501
(907) 276-6100
http://www.bpk.com
```

```
**********************************************************************
CONFIDENTIALITY NOTICE:  This transmission (including all attachments) is intended
only for the use of the named addressee(s), and may contain information that is
privileged or exempt from disclosure under applicable law.  If you are not the
named addressee(s), you are hereby notified that any use, dissemination,
distribution or copying of this transmission is STRICTLY PROHIBITED.  If you have
received this transmission in error, please destroy it and notify us immediately at
(800) 474-4275 or (907) 276-6100.
**********************************************************************
```

Exhibit  1
   1  of  1

1 of 1                                                                      5/31/2006 9:19 AM