**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf, <br><br>   Plaintiffs, <br>   and <br><br>UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, on its own behalf, <br><br>   Intervening Plaintiffs, <br>   and <br><br>METCO, INC., <br><br>   Intervening Plaintiff, <br>   vs. <br><br>NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE, <br><br>   Defendants. | Case No. A98-009 CIV (TMB) <br><br>**(Proposed) ORDER GRANTING UNOPPOSED MOTION FOR BRIEF EXTENSION OF TIME** |

The Court, having considered North Star's Unopposed Motion for Brief Extension of Time and being advised in the premises thereof, hereby Grants the motion. North Star shall have until Tuesday, June 6, 2006, in which to file its Replies to the two Oppositions identified in its Motion and filed at Clerk's Docket Nos. 538 and 544.

DATED: _____     _____
                                                                                        TIMOTHY M. BURGESS
                                                                                        United States District Judge

(Proposed) Order Granting Unopposed Motion for Brief
Extension of Time
*United States ex rel. North Star, et al. v. Nugget
Construction, et al.,* A98-009 CIV (HRH)
Page 1 of 1                                                                                        45-40/#3888