Herbert A. Viergutz, Esq.
Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: (907) 276-8010
Facsimile: (907) 276-5334

Attorneys for United States Fidelity and Guaranty Company

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a NORTHERN STEVEDORING & HANDLING, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a NORTHERN STEVEDORING & HANDLING, on its own behalf,<br><br>Plaintiffs,<br><br>and<br><br>UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a MARATHON FUEL SERVICE, and SHORESIDE PETROLEUM, INC., d/b/a MARATHON FUEL SERVICE, on its own behalf,<br><br>Intervening Plaintiffs,<br><br>and<br><br>METCO, INC.,<br><br>Intervening Plaintiff,<br><br>vs.<br><br>NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE,<br><br>Defendants. | No. 3:98-cv-9 (TMB) |

**REPLY TO NORTH STAR'S OPPOSITION TO MOTION TO STRIKE NORTH STAR'S JOINDER IN SHORESIDE AND METCO'S MOTION FOR SUMMARY JUDGMENT AND DETERMINATION OF LAW REGARDING USF&G**

1

The deadline for filing Dispositive Motions was May 1, 2006. North Star's "Joinder" was filed subsequent to that date, and should be stricken, in the event the Court Order is to have any teeth whatsoever. A "Joinder" is not a separate and distinct summary judgment pleading, containing argument. Rather, it simply should join in with the argument advanced by its proponent. That is not what North Star did. North Star forwarded new, separate and distinct arguments, which could and should have been forwarded in its own Summary Judgment Motion, in the event it wished to file same. North Star did not file same and, therefore, its inappropriate and untimely "Joinder" should be stricken or, alternatively, the Court should issue an Order that its Orders regarding timely filing need not be followed. The undersigned counsel follows Court Orders and expects opposing and other counsel involved in the litigation to likewise follow the Court's Orders.

Dated this 1st day of June, 2006.

/s Herbert A. Viergutz

Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: (907) 276-8010
Facsimile: (907) 276-5334
**barmar@gci.net**
Alaska Bar No. 8506088

CERTIFICATE OF SERVICE
I HEREBY CERTIFY that a copy of this document
was served by electronic notification on this 1st
day of June, 2006, to:

Michael W. Sewright, Esq.
810 N Street
Anchorage, AK 99501

Paul Stockler, Esq.
1309 West 16th Avenue
Anchorage, AK 99501

Traeger Machetanz, Esq/Tom Krider, Esq.
Oles Morrison Rinker & Baker, LLP
745 4th Avenue, Suite 502
Anchorage, AK 99501-2136

Steven J. Shamburek, Esq.
425 G Street, Suite 630
Anchorage, AK 99501-5872

/s Herbert A. Viergutz