Michael W. Sewright
BURR, PEASE & KURTZ
810 N Street
Anchorage, AK  99501-3293
Telephone:     (907) 276-6100
Fax No.:          (907) 258-2530
Attorneys for North Star

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf, <br><br>    Plaintiffs,<br> and<br><br>UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, on its own behalf,<br><br>    Intervening Plaintiffs,<br> and<br><br>METCO, INC.,<br><br>    Intervening Plaintiff,<br> vs.<br><br>NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE,<br><br>    Defendants. | Case No. 3:98-cv-009-TMB<br><br>**NORTH STAR'S REQUEST FOR ORAL ARGUMENT UPON ALL PENDING UNDECIDED MOTIONS IN THE COURT'S DISCRETION** |

North Star's Request for Oral Argument Upon All
Pending Undecided Motions in the Court's Discretion
*North Star Terminal & Stevedore Co., et al v. Nugget Construction et al*
Case No. A98-009 CV
Page 1 of 3

45-40 / #83943

Plaintiff and Use Plaintiff North Star Terminal & Stevedore Company ("North Star") requests oral argument upon **all** of the pending, undecided motions in this matter, **if** the Court decides in its discretion to order oral argument upon any of them, rather than schedule oral argument on just some of them, on a piecemeal basis, as has been requested by defendant United States Fidelity & Guaranty Company ("USF&G").  This motion is supported by the memorandum recently filed in support of North Star's Limited Opposition to USF&G's Latest Request for Oral Argument; Request for Oral Argument Upon All Pending Undecided Motions, in the Court's Discretion; Notice of Availability of Counsel (Clerk's Docket No. 601).  This motion is being submitted because the filing at Clerk's Docket No. 601 had to be designated as a response under the new electronic filing system and therefore risks not being considered a request for hearing at all, because this request enlarges upon that request, and because that request was not linked to the underlying motions on which oral argument is sought if the Court decides to grant oral argument.  *Cf.* Alaska USDC Local Rule 7.2(a)(3)[B].

The underlying undecided motions, cross-motions, and joinders for summary judgment, determinations of law of the case, to preclude expert witnesses, and/or to strike to which this request applies are filed at Clerk's Docket Nos. 476, 480, 488, 494, 496, 497, 499, 500, 504, 505, 507, 509, 518, 519, 523, 534, 537, 542, 546, 548, 552, 555, 561 and 565, together with all related filings including oppositions, replies and other responses.

Undersigned counsel also re-advises that he expects to be gone and unavailable for oral argument (including being unreachable by telephone) at remote sites in Alaska beginning about June 21, 2006 through July 11, 2006 and August 1, 2006 through August 18, 2006.  Presumably

North Star's Request for Oral Argument Upon All
Pending Undecided Motions in the Court's Discretion
*North Star Terminal & Stevedore Co., et al v. Nugget Construction et al*
Case No. A98-009 CV
Page 2 of 3

45-40 / #83943

that will not be a problem, given the many pending motions and related filings suggesting oral argument would likely be held, if held, after mid-July.

      Respectfully submitted at Anchorage, Alaska, on June 5, 2006.

      s/ Michael W. Sewright
      Burr, Pease & Kurtz
      810 N Street
      Anchorage, Alaska 99501
      Phone: (907) 276-6100
      Fax: (907) 258-2530
      E-mail: bpk@bpk.com
      Alaska Bar No. 7510090

CERTIFICATE OF SERVICE

I certify that on the 5th day of June, 2006, a copy of the foregoing NORTH STAR'S REQUEST FOR ORAL ARGUMENT UPON ALL PENDING UNDECIDED MOTIONS IN THE COURT'S DISCRETION was served electronically to:

  Steven S. Shamburek, Esq.
  Traeger Machetanz, Esq.
  Paul D. Stockler
  Herbert A. Viergutz
  C. Patrick Stoll, Esq.

  s/ Michael W. Sewright

North Star's Request for Oral Argument Upon All
Pending Undecided Motions in the Court's Discretion
*North Star Terminal & Stevedore Co., et al v. Nugget Construction et al*
Case No. A98-009 CV
Page 3 of 3

45-40 / #83943