| | | |
|---|---|---|
| | | File *Expert Reports Limited Reply* filed by U.S. Fidelity & Guaranty Company. (Attachments: # 1 Affidavit Herbert A. Viergutz# 2 Affidavit pg.2# 3 Affidavit pg.3# 4 Affidavit pg.4# 5 Exhibit pg.1# 6 # 7 # 8 # 9 # 10 # 11 # 12 # 13 # 14 Text of Proposed Order)(Viergutz, Herbert) Modified on 3/10/2006: Error: Wrong event selected; Unlinked response to motion at dkt 442; USDC Help Desk to contact filer for specific directions re: proper filing and scanning. (PRR, ). (Entered: 03/10/2006) |
| 03/10/2006 | 465 | REPLY to Response to Motion re 442 MOTION for Extension of Time to File *Expert Reports Limited Opposition* filed by U.S. Fidelity & Guaranty Company, U.S. Fidelity & Guaranty Company. (Attachments: # 1 Exhibit A# 2 Text of Proposed Order Order)(Viergutz, Herbert) (Entered: 03/10/2006) |
| 03/10/2006 | 466 | AFFIDAVIT *Herbert A. Viergutz* by U.S. Fidelity & Guaranty Company, U.S. Fidelity & Guaranty Company. (Viergutz, Herbert) (Entered: 03/10/2006) |
| 03/13/2006 | 467 | REPLY to Response to Motion re 442 MOTION for Extension of Time to File *Expert Reports* filed by Nugget Construction Inc., Nugget Construction Inc.. (Krider, Thomas) (Entered: 03/13/2006) |
| 03/15/2006 | 468 | ORDER re 442 MOTION for Extension of Time to File *Expert Reports* filed by U.S. Fidelity & Guaranty Company,, Nugget Construction Inc., . Crt will approve stip of parties ext discovery for completion of two expert depos. Signed by Judge H. Russel Holland on 3/14/06. (LSC) (Entered: 03/15/2006) |
| 03/17/2006 | 469 | RESPONSE in Opposition re 463 MOTION to Quash *Subpoenas to Greg Poyner and L..D. "Randy" Randolph and for a Protective Order Limited Discovery Opposition to Nugget Construction's Motion to Quash Subpoenas and for Protective Order* filed by North Star Terminal & Stevedore Co.. (Attachments: # 1 Exhibit)(Sewright, Michael) (Entered: 03/17/2006) |
| 03/17/2006 | 470 | Witness List by North Star Terminal & Stevedore Co.. (Sewright, Michael) (Entered: 03/17/2006) |
| 03/20/2006 | 472 | MINUTE ORDER denying as moot 463 Motion to Quash Subpoenas by def Nugget Construction. (LSC) (Entered: 03/20/2006) |
| 04/24/2006 | 476 | MOTION for Summary Judgment *Against Metco, Inc.* by U.S. Fidelity & Guaranty Company, Nugget Construction Inc., U.S. Fidelity & Guaranty Company, Nugget Construction Inc..(Krider, Thomas) (Entered: 04/24/2006) |
| 04/24/2006 | 477 | MEMORANDUM *in Support of Nugget Construction, Inc.'s and United States Fidelity & Guaranty Co., Inc.* by U.S. Fidelity & Guaranty Company, Nugget Construction Inc., U.S. Fidelity & Guaranty Company, Nugget Construction Inc. 476 MOTION for Summary Judgment *Against Metco, Inc.* filed by U.S. Fidelity & Guaranty Company,, Nugget Construction Inc.,. (Krider, Thomas) (Entered: 04/24/2006) |
| | | Exhibit  1  <br> 1 of 18 |

| | | |
|---|---|---|
| 04/24/2006 | 478 | AFFIDAVIT re 476 MOTION for Summary Judgment *Against Metco, Inc.* of *Thomas R. Krider in Support of Nugget's Motion for Summary Judgment on Metco's State Law Claims* by U.S. Fidelity & Guaranty Company, Nugget Construction Inc., U.S. Fidelity & Guaranty Company, Nugget Construction Inc.. (Attachments: # 1 Exhibit Ex 1# 2 Exhibit Ex 2, pages 1-25# 3 Exhibit Ex 2, pages 26-50# 4 Exhibit Ex 2, pages 51-69) (Krider, Thomas) (Entered: 04/24/2006) |
| 04/24/2006 | 479 | AFFIDAVIT re 476 MOTION for Summary Judgment *Against Metco, Inc.* of *L.D. "Randy" Randolph in Support of Nugget's Motion for Summary Judgment on Metco's State Law Claims* by U.S. Fidelity & Guaranty Company, Nugget Construction Inc., U.S. Fidelity & Guaranty Company, Nugget Construction Inc.. (Attachments: # 1 Exhibit Ex 1# 2 Exhibit Ex 2# 3 Exhibit Ex 3# 4 Exhibit Ex 4)(Krider, Thomas) (Entered: 04/24/2006) |
| 04/24/2006 | 480 | MOTION for Summary Judgment *Against Shoreside Petroleum, Inc.* by U.S. Fidelity & Guaranty Company, Nugget Construction Inc., U.S. Fidelity & Guaranty Company, Nugget Construction Inc..(Krider, Thomas) (Entered: 04/24/2006) |
| 04/24/2006 | 481 | MEMORANDUM *in Support of Nugget Construction, Inc.'s and United States Fidelity & Guaranty Co., Inc.'s* by U.S. Fidelity & Guaranty Company, Nugget Construction Inc., U.S. Fidelity & Guaranty Company, Nugget Construction Inc. 480 MOTION for Summary Judgment *Against Shoreside Petroleum, Inc.* filed by U.S. Fidelity & Guaranty Company,, Nugget Construction Inc.,. (Krider, Thomas) (Entered: 04/24/2006) |
| 04/24/2006 | 482 | AFFIDAVIT re 480 MOTION for Summary Judgment *Against Shoreside Petroleum, Inc.* of *Thomas R. Krider in Support of Nugget's Motion for Summary Judgment on Shoreside's State Law Claims* by U.S. Fidelity & Guaranty Company, Nugget Construction Inc., U.S. Fidelity & Guaranty Company, Nugget Construction Inc.. (Attachments: # 1 Exhibit Ex 1, pages 1-25# 2 Exhibit Ex 1, pgs 26-50# 3 Exhibit Ex 1, pgs 51-75# 4 Exhibit Ex 1, pgs 76-100# 5 Exhibit Ex 1, pgs 101-116# 6 Exhibit Ex 2) (Krider, Thomas) (Entered: 04/24/2006) |
| 04/24/2006 | 483 | AFFIDAVIT re 480 MOTION for Summary Judgment *Against Shoreside Petroleum, Inc.* of *L.D. "Randy" Randolph in Support of Nugget's Motion for Summary Judgment on Shoreside's State Law Claims* by U.S. Fidelity & Guaranty Company, Nugget Construction Inc., U.S. Fidelity & Guaranty Company, Nugget Construction Inc.. (Attachments: # 1 Exhibit Ex 1# 2 Exhibit Ex 2# 3 Exhibit Ex 3# 4 Exhibit Ex 4)(Krider, Thomas) (Entered: 04/24/2006) |
| 04/24/2006 | 484 | Notice to Counsel re 477 Memorandum, filed by U.S. Fidelity & Guaranty Company,, Nugget Construction Inc.,. A review of the document submitted at dkt 477 confirms that it is over 25 pages in length. Counsel is reminded that, pursuant to D.Ak.LR 10.1(b), you are required to provide the court with a COURTESY paper copy of your filing at dkt 477. (PRR, ) (Entered: 04/25/2006) |

Exhibit  1
2 of 18

| | | |
|---|---|---|
| 04/24/2006 | 485 | Notice to Counsel re 478 Affidavit, filed by U.S. Fidelity & Guaranty Company,, Nugget Construction Inc.,. A review of the document submitted at dkt 478 confirms that it is over 25 pages in length. Counsel is reminded that, pursuant to D.Ak.LR 10.1(b), you are required to provide the court with a COURTESY paper copy of your filing at dkt 478. (PRR, ) (Entered: 04/25/2006) |
| 04/24/2006 | 486 | Notice to Counsel re 481 Memorandum, filed by U.S. Fidelity & Guaranty Company,, Nugget Construction Inc.,. A review of the document submitted at dkt 481 confirms that it is over 25 pages in length. Counsel is reminded that, pursuant to D.Ak.LR 10.1(b), you are required to provide the court with a COURTESY paper copy of your filing at dkt 481. (PRR, ) (Entered: 04/25/2006) |
| 04/24/2006 | 487 | Notice to Counsel re 482 Affidavit,, filed by U.S. Fidelity & Guaranty Company,, Nugget Construction Inc.,. A review of the document submitted at dkt 482 confirms that it is over 25 pages in length. Counsel is reminded that, pursuant to D.Ak.LR 10.1(b), you are required to provide the court with a COURTESY paper copy of your filing at dkt 482. (PRR, ) (Entered: 04/25/2006) |
| 04/28/2006 | 488 | MOTION for Summary Judgment *Against North Star Terminal & Stevedore Co.* by U.S. Fidelity & Guaranty Company, Nugget Construction Inc., U.S. Fidelity & Guaranty Company, Nugget Construction Inc..(Krider, Thomas) (Entered: 04/28/2006) |
| 04/28/2006 | 489 | MEMORANDUM *in Support of Nugget Construction, Inc.'s and United States Fidelity & Guaranty Co., Inc.'s* by U.S. Fidelity & Guaranty Company, Nugget Construction Inc., U.S. Fidelity & Guaranty Company, Nugget Construction Inc. 488 MOTION for Summary Judgment *Against North Star Terminal & Stevedore Co.* filed by U.S. Fidelity & Guaranty Company,, Nugget Construction Inc.,. (Krider, Thomas) (Entered: 04/28/2006) |
| 04/28/2006 | 490 | AFFIDAVIT re 488 MOTION for Summary Judgment *Against North Star Terminal & Stevedore Co. of L.D. "Randy" Randolph in Support of Nugget's Motion for Summary Judgment on North Star's State Law Claims* by U.S. Fidelity & Guaranty Company, Nugget Construction Inc., U.S. Fidelity & Guaranty Company, Nugget Construction Inc.. (Attachments: # 1 Exhibit Ex 1# 2 Exhibit Ex 2# 3 Exhibit Ex 3# 4 Exhibit Ex 4)(Krider, Thomas) (Entered: 04/28/2006) |
| 04/28/2006 | 491 | AFFIDAVIT re 488 MOTION for Summary Judgment *Against North Star Terminal & Stevedore Co. of Thomas R. Krider in Support of Nugget's Motion for Summary Judgment on North Star's State Law Claims* by U.S. Fidelity & Guaranty Company, Nugget Construction Inc., U.S. Fidelity & Guaranty Company, Nugget Construction Inc.. (Attachments: # 1 Exhibit Ex 1, pages 1-25# 2 Exhibit Ex 1, pages 26-50# 3 Exhibit Ex 1, pages 51-69# 4 Exhibit Ex 2, pages 1-25# 5 Exhibit Ex 2, pages 26-50# 6 Exhibit Ex 2, pages 51-75# 7 Exhibit Ex 2, pages 76-105# 8 Exhibit Ex 3)(9) (Exhibit SEALED)(Krider, Thomas) Modified on 5/23/2006 to seal exhibit (PLD). (Entered: 04/28/2006) |

Exhibit  1
3 of 18

| | | |
|---|---|---|
| 04/28/2006 | 492 | Notice to Counsel re 491 Affidavit,, filed by U.S. Fidelity & Guaranty Company,, Nugget Construction Inc.,. A review of the document submitted at dkt 491 confirms that it is over 25 pages in length. Counsel is reminded that, pursuant to D.Ak.LR 10.1(b), you are required to provide the court with a COURTESY paper copy of your filing at dkt 491. (PRR, ) (Entered: 04/28/2006) |
| 05/01/2006 | 493 | Notice to Counsel re 489 Memorandum, filed by U.S. Fidelity & Guaranty Company,, Nugget Construction Inc.,. A review of the document submitted at dkt 489 confirms that it is over 25 pages in length. Counsel is reminded that, pursuant to D.Ak.LR 10.1(b), you are required to provide the court with a COURTESY paper copy of your filing at dkt 489. (PRR, ) (Entered: 05/01/2006) |
| 05/01/2006 | 494 | MOTION for Summary Judgment *Against USF&G Upon Its Affirmative Defenses* by North Star Terminal & Stevedore Co.. (Attachments: # 1) (Sewright, Michael) (Entered: 05/01/2006) |
| 05/01/2006 | 495 | AFFIDAVIT re 494 MOTION for Summary Judgment *Against USF&G Upon Its Affirmative Defenses* by North Star Terminal & Stevedore Co.. (Attachments: # 1)(Sewright, Michael) (Entered: 05/01/2006) |
| 05/01/2006 | 496 | First MOTION for Summary Judgment *on Plaintiff's Punitive Damage Claim* by U.S. Fidelity & Guaranty Company, U.S. Fidelity & Guaranty Company. (Attachments: # 1 Memorandum of Law# 2 Text of Proposed Order Order)(Viergutz, Herbert) Modified on 5/2/2006: Error Attached memorandum should have been entered as a separate document. (PRR, ). (Entered: 05/01/2006) |
| 05/01/2006 | 497 | MOTION for Summary Judgment *on Plaintiff's State Law Claims Re: Statute of Limitations* by U.S. Fidelity & Guaranty Company, U.S. Fidelity & Guaranty Company. (Attachments: # 1 Text of Proposed Order Order)(Viergutz, Herbert) (Entered: 05/01/2006) |
| 05/01/2006 | 498 | MOTION for Summary Judgment *Memorandum in Support of Motion for Summary Judgment on Plaintiff's State Law Claims Re: Statute of Limitations* by U.S. Fidelity & Guaranty Company, U.S. Fidelity & Guaranty Company.(Viergutz, Herbert) Modified on 5/2/2006: Error: Wrong event selected; deadlines terminated. (PRR, ). (Entered: 05/01/2006) |
| 05/01/2006 | 499 | MOTION for Summary Judgment *Partial Summary Judgment Against Shoreside Petroleum, Inc.* by U.S. Fidelity & Guaranty Company, Nugget Construction Inc., U.S. Fidelity & Guaranty Company, Nugget Construction Inc..(Krider, Thomas) (Entered: 05/01/2006) |
| 05/01/2006 | 500 | MOTION for Summary Judgment *on Plaintiff's Bad Faith Claim* by U.S. Fidelity & Guaranty Company, U.S. Fidelity & Guaranty Company. (Attachments: # 1 Order# 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Exhibit E# 7 Exhibit F)(Viergutz, Herbert) (Entered: 05/01/2006) |
| 05/01/2006 | 501 | MEMORANDUM *in Support of Nugget Construction, Inc.'s and United* |

Exhibit  1
4 of 18

| | | |
|---|---|---|
| | | *States Fidelity & Guaranty Co., Inc.'s Motion for Partial Summary Judgment Against Shoreside Petroleum, Inc.* by U.S. Fidelity & Guaranty Company, Nugget Construction Inc., U.S. Fidelity & Guaranty Company, Nugget Construction Inc. 499 MOTION for Summary Judgment *Partial Summary Judgment Against Shoreside Petroleum, Inc.* filed by U.S. Fidelity & Guaranty Company,, Nugget Construction Inc.,. (Krider, Thomas) (Entered: 05/01/2006) |
| 05/01/2006 | 502 | MEMORANDUM *in Support of Motion for Summary Judgmetn on Plaintiff's Bad Faith Claim* by U.S. Fidelity & Guaranty Company, U.S. Fidelity & Guaranty Company 500 MOTION for Summary Judgment *on Plaintiff's Bad Faith Claim* filed by U.S. Fidelity & Guaranty Company,. (Viergutz, Herbert) (Entered: 05/01/2006) |
| 05/01/2006 | 503 | Notice to Counsel re 495 Affidavit filed by North Star Terminal & Stevedore Co.. A review of the document submitted at dkt 495 confirms that it is over 25 pages in length. Counsel is reminded that, pursuant to D.Ak.LR 10.1(b), you are required to provide the court with a COURTESY paper copy of your filing at dkt 495. Counsel is also notified that, in the future, they are to separate the exhibits as individual attachments to the document they are supporting and the exhibits are to be indentified as such. (PRR, ) (Entered: 05/01/2006) |
| 05/01/2006 | 504 | MOTION for Summary Judgment *and Memorandum for Determination of Law of the Case Against Nugget and USF&G on the Basis of Contract by Agency* by North Star Terminal & Stevedore Co.. (Attachments: # 1) (Sewright, Michael) (Entered: 05/01/2006) |
| 05/01/2006 | 505 | MOTION Motin to Bar the Introduction of Mr. Callow's Opinion, Testimony, and Report by U.S. Fidelity & Guaranty Company, U.S. Fidelity & Guaranty Company. (Attachments: # 1 Text of Proposed Order Order# 2 Exhibit B# 3 Exhibit A)(Viergutz, Herbert) (Entered: 05/01/2006) |
| 05/01/2006 | 506 | MEMORANDUM *in Support of Motion to Bar the Introduction of Mr. Callow's Opinion, Testimony, and Report* by U.S. Fidelity & Guaranty Company, U.S. Fidelity & Guaranty Company 505 MOTION Motin to Bar the Introduction of Mr. Callow's Opinion, Testimony, and Report filed by U.S. Fidelity & Guaranty Company,. (Viergutz, Herbert) (Entered: 05/01/2006) |
| 05/01/2006 | 507 | MOTION for Summary Judgment by Shoreside Petroleum Inc. Ex Rel, Shoreside Petroleum Inc., Metco Inc..(Shamburek, Steven) (Entered: 05/01/2006) |
| 05/01/2006 | 508 | MEMORANDUM by Shoreside Petroleum Inc. Ex Rel, Shoreside Petroleum Inc., Metco Inc. 507 MOTION for Summary Judgment filed by Shoreside Petroleum Inc. Ex Rel,, Shoreside Petroleum Inc.,, Metco Inc.,. (Attachments: # 1 Affidavit of John Dennis Stacey)(Shamburek, Steven) Modified on 5/2/2006: Error: Attached affidavit should have been entered as a separate document with exhibits attached to the affidavit. (PRR, ). (Entered: 05/01/2006) |

Exhibit __1__
__5__ of ____

| | | |
|---|---|---|
| 05/01/2006 | 509 | MOTION for Summary Judgment *Regarding USF&G* by Shoreside Petroleum Inc. Ex Rel, Shoreside Petroleum Inc., Metco Inc.. (Shamburek, Steven) (Entered: 05/01/2006) |
| 05/01/2006 | 510 | MEMORANDUM *For Summary Judgment Against USF&G* by Shoreside Petroleum Inc. Ex Rel, Shoreside Petroleum Inc., Metco Inc. 509 MOTION for Summary Judgment *Regarding USF&G* filed by Shoreside Petroleum Inc. Ex Rel,, Shoreside Petroleum Inc.,, Metco Inc.,. (Attachments: # 1 Exhibit Metco Supplemental Discovery Responses# 2 Exhibit Shoreside's Third Supplemental Discovery Response) (Shamburek, Steven) (Entered: 05/01/2006) |
| 05/02/2006 | | Docket Annotation re 496 First MOTION for Summary Judgment *on Plaintiff's Punitive Damage Claim*: The attorney must re-file the attached memorandum of law using the event "memorandum" under "other events" and link the memorandum to the motion for summary judgment at docket 496. (PRR, ) (Entered: 05/02/2006) |
| 05/02/2006 | | Docket Annotation re 498 MOTION for Summary Judgment *Memorandum in Support of Motion for Summary Judgment on Plaintiff's State Law Claims Re: Statute of Limitations*: Error: Wrong event selected; deadlines terminated. Correction: The attorney must re-file the memorandum by selecting the event "memorandum" under "other documents" and link the memorandum to the motion for summary judgment at docket 497. (PRR, ) (Entered: 05/02/2006) |
| 05/02/2006 | 511 | Notice to Counsel re 500 MOTION for Summary Judgment *on Plaintiff's Bad Faith Claim* filed by U.S. Fidelity & Guaranty Company. A review of the document submitted at dkt 500 confirms that it is over 25 pages in length. Counsel is reminded that, pursuant to D.Ak.LR 10.1(b), you are required to provide the court with a COURTESY paper copy of your filing at dkt 500. (PRR, ) (Entered: 05/02/2006) |
| 05/02/2006 | | Docket Annotation re 508 Memorandum: The Attorney must re-file the attached affidavit as a separate document using the event "Affidavit" under "Other Documents" and link the affidavit to the memorandum at docket 508. The exhibits supporting the affidavit are to be submitted as separate, described attachments to the affidavit. (PRR, ) (Entered: 05/02/2006) |
| 05/02/2006 | 512 | Notice to Counsel re 510 Memorandum, filed by Shoreside Petroleum Inc. Ex Rel, Shoreside Petroleum Inc., Metco Inc.. A review of the document submitted at dkt 510 confirms that it is over 25 pages in length. Counsel is reminded that, pursuant to D.Ak.LR 10.1(b), you are required to provide the court with a COURTESY paper copy of your filing at dkt 510. (PRR, ) (Entered: 05/02/2006) |
| 05/02/2006 | 514 | AFFIDAVIT re 508 Memorandum, *Affidavit of John Dennis Stacey* by Shoreside Petroleum Inc. Ex Rel, Shoreside Petroleum Inc., Metco Inc.. (Attachments: # 1)(Shamburek, Steven) (Entered: 05/02/2006) |
| 05/02/2006 | 515 | MEMORANDUM *in Support of Motion for Summary Judgment on Plaintiff's Punitive Damage Claim* by U.S. Fidelity & Guaranty |

Exhibit  /
6  of  /8

| | | |
|---|---|---|
| | | Company, U.S. Fidelity & Guaranty Company [496](#) First MOTION for Summary Judgment *on Plaintiff's Punitive Damage Claim* filed by U.S. Fidelity & Guaranty Company,. (Viergutz, Herbert) (Entered: 05/02/2006) |
| 05/02/2006 | [516](#) | MEMORANDUM *in Support of Motion for Summary Judgmetn on Plaintiff's State Law Claims Re: Statute of Limitations* by U.S. Fidelity & Guaranty Company, U.S. Fidelity & Guaranty Company [497](#) MOTION for Summary Judgment *on Plaintiff's State Law Claims Re: Statute of Limitations* filed by U.S. Fidelity & Guaranty Company,. (Viergutz, Herbert) (Entered: 05/02/2006) |
| 05/03/2006 | [517](#) | ERRATA by U.S. Fidelity & Guaranty Company, U.S. Fidelity & Guaranty Company [505](#) MOTION Motin to Bar the Introduction of Mr. Callow's Opinion, Testimony, and Report filed by U.S. Fidelity & Guaranty Company,. (Attachments: # [1](#) Exhibit A)(Viergutz, Herbert) (Entered: 05/03/2006) |
| 05/09/2006 | [518](#) | JOINDER TO MOTION *for Summary Judgment and Determinations of Law Regarding Nugget Construction* by North Star Terminal & Stevedore Co. Ex Rel, North Star Terminal & Stevedore Co. [508](#) Memorandum, filed by Shoreside Petroleum Inc. Ex Rel, Shoreside Petroleum Inc., Metco Inc.. (Attachments: # [1](#) Exhibit Exhibit 1# [2](#) Exhibit Exhibit 2# [3](#) Exhibit Exhibit 3)(Sewright, Michael) Modified on 5/10/2006 to link to motion at dkt 507 and affidavit at dkt 514. (PRR, ). (Entered: 05/09/2006) |
| 05/09/2006 | [519](#) | JOINDER TO MOTION *for Summary Judgment and Determinations of Law Regarding USF&G* by North Star Terminal & Stevedore Co. Ex Rel, North Star Terminal & Stevedore Co. [509](#) MOTION for Summary Judgment *Regarding USF&G* filed by Shoreside Petroleum Inc. Ex Rel,, Shoreside Petroleum Inc.,, Metco Inc.,. (Attachments: # [1](#) Exhibit Exhibit 1# [2](#) Exhibit Exhibit 2)(Sewright, Michael) (Entered: 05/09/2006) |
| 05/10/2006 | | Docket Annotation re [518](#) Joinder to Motion, Error: Document not linked to motion it was joining; Correction: Linked to appropriate document [507](#). (PRR, ) (Entered: 05/10/2006) |
| 05/10/2006 | 520 | Notice to Counsel re [519](#) Joinder to Motion, filed by North Star Terminal & Stevedore Co. Ex Rel, North Star Terminal & Stevedore Co.. A review of the document submitted at dkt 519 confirms that it is over 25 pages in length. Counsel is reminded that, pursuant to D.Ak.LR 10.1(b), you are required to provide the court with a COURTESY paper copy of your filing at dkt 519. (PRR, ) (Entered: 05/10/2006) |
| 05/10/2006 | [521](#) | ERRATA by North Star Terminal & Stevedore Co. Ex Rel, North Star Terminal & Stevedore Co. [518](#) Joinder to Motion, filed by North Star Terminal & Stevedore Co. Ex Rel,, North Star Terminal & Stevedore Co.,. (Sewright, Michael) (Entered: 05/10/2006) |
| 05/11/2006 | [522](#) | RESPONSE in Opposition re [494](#) MOTION for Summary Judgment *Against USF&G Upon Its Affirmative Defenses* filed by U.S. Fidelity & Guaranty Company, Nugget Construction Inc., U.S. Fidelity & Guaranty |

Exhibit  1
 7  of  18

| | | |
|---|---|---|
| | | Company, Nugget Construction Inc.. (Krider, Thomas) (Entered: 05/11/2006) |
| 05/11/2006 | 523 | First MOTION to Strike 519 Joinder to Motion, by U.S. Fidelity & Guaranty Company, U.S. Fidelity & Guaranty Company. (Attachments: # 1 Text of Proposed Order # 2 Affidavit)(Viergutz, Herbert) Modified on 5/12/2006 to link to mot for sj at dkt 509. (PRR, ). (Entered: 05/11/2006) |
| 05/11/2006 | 524 | AFFIDAVIT re 523 First MOTION to Strike 519 Joinder to Motion, by U.S. Fidelity & Guaranty Company, U.S. Fidelity & Guaranty Company. (Viergutz, Herbert) (Entered: 05/11/2006) |
| 05/12/2006 | 525 | RESPONSE in Opposition re 480 MOTION for Summary Judgment *Against Shoreside Petroleum, Inc.*, 476 MOTION for Summary Judgment *Against Metco, Inc. Opposition to Motions and Memorandum In Further Support of Shoreside's and Metco's Motion* filed by Shoreside Petroleum Inc. Ex Rel, Shoreside Petroleum Inc., Metco Inc.. (Shamburek, Steven) (Entered: 05/12/2006) |
| 05/15/2006 | 526 | Notice to Counsel re 525 Response in Opposition to Motion, filed by Shoreside Petroleum Inc. Ex Rel,, Shoreside Petroleum Inc.,, Metco Inc.,. A review of the document submitted at dkt 525 confirms that it is over 25 pages in length. Counsel is reminded that, pursuant to D.Ak.LR 10.1(b), you are required to provide the court with a COURTESY paper copy of your filing at dkt 525. (PRR, ) (Entered: 05/15/2006) |
| 05/15/2006 | 527 | RESPONSE in Opposition re 504 MOTION for Summary Judgment *and Memorandum for Determination of Law of the Case Against Nugget and USF&G on the Basis of Contract by Agency* filed by U.S. Fidelity & Guaranty Company, U.S. Fidelity & Guaranty Company. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit)(Viergutz, Herbert) (Entered: 05/15/2006) |
| 05/15/2006 | 529 | NOTICE *of Request for Oral Argument* by Herbert A. Viergutz on behalf of U.S. Fidelity & Guaranty Company, U.S. Fidelity & Guaranty Company re 527 Response in Opposition to Motion, (Viergutz, Herbert) Modified on 5/16/2006: Error: Wrong event selected; Attorney directed to re-file request using a motion event. (PRR, ). (Entered: 05/15/2006) |
| 05/16/2006 | 530 | Notice to Counsel re 527 Response in Opposition to Motion, filed by U.S. Fidelity & Guaranty Company,. A review of the document submitted at dkt 527 confirms that it is over 25 pages in length. Counsel is reminded that, pursuant to D.Ak.LR 10.1(b), you are required to provide the court with a COURTESY paper copy of your filing at dkt 527. (PRR, ) (Entered: 05/16/2006) |
| 05/16/2006 | | Docket Annotation re 529 Notice (Other); Error: Wrong event selected. Correction: Attorney must re-file Request for oral argument by selecting "Hearing" event under the "Motions" category and text in which motion the request for oral argument relates to. (PRR, ) (Entered: 05/16/2006) |
| 05/16/2006 | 531 | MOTION for Hearing re 527 Response in Opposition to Motion, by U.S. Fidelity & Guaranty Company, U.S. Fidelity & Guaranty Company. |

Exhibit _1_
_8_ of _18_

| | | |
|---|---|---|
| | | (Viergutz, Herbert) Modified on 5/17/2006 to link to motion at docket 504. (PRR, ). (Entered: 05/16/2006) |
| 05/16/2006 | 532 | MOTION for Extension of Time to File Response/Reply as to 488 MOTION for Summary Judgment *Against North Star Terminal & Stevedore Co.* by North Star Terminal & Stevedore Co.. (Attachments: # 1 Text of Proposed Order (proposed) Order Granting Unopposed Motion for one-Day Extension of Time)(Sewright, Michael) (Entered: 05/16/2006) |
| 05/17/2006 | 533 | RESPONSE in Opposition re 531 MOTION for Hearing re 527 Response in Opposition to Motion, *for Oral Argument* filed by North Star Terminal & Stevedore Co. Ex Rel, North Star Terminal & Stevedore Co.. (Sewright, Michael) (Entered: 05/17/2006) |
| 05/17/2006 | 534 | RESPONSE in Opposition re 488 MOTION for Summary Judgment *Against North Star Terminal & Stevedore Co. and Cross-Motion for Summary Judgment* filed by North Star Terminal & Stevedore Co. Ex Rel, North Star Terminal & Stevedore Co.. (Sewright, Michael) Modified on 5/18/2006: Error: Wrong event selected for the filing of a cross-motion for summary judgment. Correction: Attorney directed to re-file cross-motion as a motion event. (PRR, ). (Entered: 05/17/2006) |
| 05/17/2006 | 535 | MEMORANDUM *in Support of Opposition and Cross-Motion* by North Star Terminal & Stevedore Co. Ex Rel, North Star Terminal & Stevedore Co. 534 Response in Opposition to Motion, filed by North Star Terminal & Stevedore Co. Ex Rel,, North Star Terminal & Stevedore Co.,. (Attachments: # 1 Exhibit Exhibit 1# 2 Exhibit Exhibit 2)(Sewright, Michael) Modified on 5/18/2006 to create link to dkt 488. (PRR, ). Modified on 5/18/2006 to link to cross-motion for sj at docket 537. (PRR, ). (Entered: 05/17/2006) |
| 05/18/2006 | | Docket Annotation re 534 Response in Opposition to Motion: Error: Wrong event selected for the filing of a cross-motion for summary judgment. Correction: Attorney must re-file the cross-motion for summary judgment by selecting the "Summary Judgment" event under the "Motion" category and then texting in the word "Cross" to complete the docket entry. (PRR, ) (Entered: 05/18/2006) |
| 05/18/2006 | 536 | Notice to Counsel re 535 Memorandum, filed by North Star Terminal & Stevedore Co. Ex Rel,, North Star Terminal & Stevedore Co.,. A review of the document submitted at dkt 535 confirms that it is over 25 pages in length. Counsel is reminded that, pursuant to D.Ak.LR 10.1(b), you are required to provide the court with a COURTESY paper copy of your filing at dkt 535. (PRR, ) (Entered: 05/18/2006) |
| 05/18/2006 | 537 | Cross MOTION for Summary Judgment by North Star Terminal & Stevedore Co. Ex Rel, North Star Terminal & Stevedore Co..(Sewright, Michael) (Entered: 05/18/2006) |
| 05/18/2006 | 538 | RESPONSE in Opposition re 507 MOTION for Summary Judgment *Against and Determination of Law Regarding Nugget Construction* filed by U.S. Fidelity & Guaranty Company, Nugget Construction Inc., U.S. |

Exhibit __1__
9 of 18

| | | |
|---|---|---|
| | | Fidelity & Guaranty Company, Nugget Construction Inc.. (Krider, Thomas) (Entered: 05/18/2006) |
| 05/18/2006 | 539 | AFFIDAVIT re 538 Response in Opposition to Motion, *of Thomas R. Krider in Support of Nugget's Opposition to the Metco and Shoreside Motion for Summary Judgment* by U.S. Fidelity & Guaranty Company, Nugget Construction Inc., U.S. Fidelity & Guaranty Company, Nugget Construction Inc.. (Attachments: # 1 Exhibit Ex 1# 2 Exhibit Ex 2) (Krider, Thomas) Modified on 5/18/2006 to link to motion at docket 507. (PRR, ). (Entered: 05/18/2006) |
| 05/18/2006 | 540 | MINUTE ORDER REASSIGNING CASE. Case reassigned to Judge Timothy M. Burgess for all further proceedings. Judge H. Russel Holland no longer assigned to case. (PRR, ) (Entered: 05/18/2006) |
| 05/19/2006 | 541 | NOTICE *re: Attorney* by Traeger Machetanz on behalf of U.S. Fidelity & Guaranty Company, Nugget Construction Inc. (Machetanz, Traeger) (Entered: 05/19/2006) |
| 05/19/2006 | 542 | MOTION to Strike by U.S. Fidelity & Guaranty Company, U.S. Fidelity & Guaranty Company. (Attachments: # 1 Text of Proposed Order to Strike)(Viergutz, Herbert) Modified on 5/22/2006 to create a relationship with dkt 545 & 457(PLD). (Entered: 05/19/2006) |
| 05/19/2006 | 543 | MEMORANDUM *in Support of Motion to Strike* by U.S. Fidelity & Guaranty Company, U.S. Fidelity & Guaranty Company 542 MOTION to Strike filed by U.S. Fidelity & Guaranty Company,. (Viergutz, Herbert) (Entered: 05/19/2006) |
| 05/19/2006 | 544 | RESPONSE in Opposition re 504 MOTION for Summary Judgment *and Memorandum for Determination of Law of the Case Against Nugget and USF&G on the Basis of Contract by Agency* filed by U.S. Fidelity & Guaranty Company, Nugget Construction Inc., U.S. Fidelity & Guaranty Company, Nugget Construction Inc.. (Attachments: # 1 Exhibit Ex 1, pages 1-30# 2 Exhibit Ex 1, pages 31-60# 3 Exhibit Ex 1, pages 61-83) (Krider, Thomas) (Entered: 05/19/2006) |
| 05/19/2006 | 545 | RESPONSE in Opposition re 505 MOTION Motin to Bar the Introduction of Mr. Callow's Opinion, Testimony, and Report, 542 MOTION to Strike *Opposition to Motion and Memorandum In Support* filed by Shoreside Petroleum Inc. Ex Rel, Shoreside Petroleum Inc., Metco Inc.. (Attachments: # 1 Exhibit Deposition of William Grant Callow)(Shamburek, Steven) (Entered: 05/19/2006) |
| 05/19/2006 | 546 | MOTION to Strike 545 Response in Opposition to Motion, *Motion To Strike Testimony of John L. George* by Shoreside Petroleum Inc. Ex Rel, Shoreside Petroleum Inc., Metco Inc..(Shamburek, Steven) (Entered: 05/19/2006) |
| 05/19/2006 | 547 | RESPONSE in Opposition re 505 MOTION Motin to Bar the Introduction of Mr. Callow's Opinion, Testimony, and Report, 497 MOTION for Summary Judgment *on Plaintiff's State Law Claims Re: Statute of Limitations*, 496 First MOTION for Summary Judgment *on* |

Exhibit ___/___
___/0___ of ___/8___

| | | |
|---|---|---|
| | | *Plaintiff's Punitive Damage Claim,* 500 MOTION for Summary Judgment *on Plaintiff's Bad Faith Claim* filed by North Star Terminal & Stevedore Co. Ex Rel, North Star Terminal & Stevedore Co.. (Attachments: # 1 Exhibit No. 1# 2 Exhibit No. 2# 3 Exhibit No. 3) (Sewright, Michael) (Entered: 05/19/2006) |
| 05/19/2006 | 548 | MOTION for Summary Judgment *and Introduction of Expert Witness' Opinion, Testimony and Report, or Alternatively for Determinations of the Law of the Case on Those Subjects* by North Star Terminal & Stevedore Co. Ex Rel, North Star Terminal & Stevedore Co..(Sewright, Michael) (Entered: 05/19/2006) |
| 05/19/2006 | 549 | RESPONSE in Opposition re 498 MOTION for Summary Judgment *Memorandum in Support of Motion for Summary Judgment on Plaintiff's State Law Claims Re: Statute of Limitations,* 497 MOTION for Summary Judgment *on Plaintiff's State Law Claims Re: Statute of Limitations,* 496 First MOTION for Summary Judgment *on Plaintiff's Punitive Damage Claim,* 500 MOTION for Summary Judgment *on Plaintiff's Bad Faith Claim Opposition To Motions* filed by Shoreside Petroleum Inc. Ex Rel, Shoreside Petroleum Inc., Metco Inc.. (Attachments: # 1 Exhibit 1 USF&G Legal Analysis From Its Files)(Shamburek, Steven) (Entered: 05/19/2006) |
| 05/19/2006 | 550 | RESPONSE in Opposition re 499 MOTION for Summary Judgment *Partial Summary Judgment Against Shoreside Petroleum, Inc. Opposition to Motion For Partial Summary Judgment Regarding Miller Act claim* filed by Shoreside Petroleum Inc. Ex Rel, Shoreside Petroleum Inc., Metco Inc.. (Shamburek, Steven) (Entered: 05/19/2006) |
| 05/22/2006 | 551 | Notice to Counsel re 547 Response in Opposition to Motion, filed by North Star Terminal & Stevedore Co. Ex Rel, North Star Terminal & Stevedore Co., 545 Response in Opposition to Motion, filed by Shoreside Petroleum Inc. Ex Rel, Shoreside Petroleum Inc., Metco Inc., 544 Response in Opposition to Motion, filed by U.S. Fidelity & Guaranty Company, Nugget Construction Inc.. A review of the documents submitted at dkts 544, 545 & 547 confirms that they are over 25 pages in length. Counsel is reminded that, pursuant to D.Ak.LR 10.1(b), you are required to provide the court with a COURTESY paper copy of your filings at dkt 544, 545 & 547. (PLD, ) (Entered: 05/22/2006) |
| 05/22/2006 | 552 | JOINDER TO MOTION *Regarding Contract by Agency* by Shoreside Petroleum Inc. Ex Rel, Shoreside Petroleum Inc., Metco Inc. 504 MOTION for Summary Judgment *and Memorandum for Determination of Law of the Case Against Nugget and USF&G on the Basis of Contract by Agency* filed by North Star Terminal & Stevedore Co.,. (Shamburek, Steven) (Entered: 05/22/2006) |
| 05/22/2006 | 553 | RESPONSE to Motion (Non-Opposition) re 531 MOTION for Hearing re 527 Response in Opposition to Motion, *Conditional Non-Opposition To Request For Oral Argument* filed by Shoreside Petroleum Inc. Ex Rel, Shoreside Petroleum Inc., Metco Inc.. (Shamburek, Steven) (Entered: 05/22/2006) |

Exhibit  /
11  of  18

| | | |
|---|---|---|
| 05/22/2006 | 554 | SUPPLEMENT *Copies of Verifications of Discovery* by Shoreside Petroleum Inc. Ex Rel, Shoreside Petroleum Inc., Metco Inc. 510 Memorandum, filed by Shoreside Petroleum Inc. Ex Rel,, Shoreside Petroleum Inc.,, Metco Inc.,. (Attachments: # 1 Supplement Copies of Verifications of Discovery)(Shamburek, Steven) (Entered: 05/22/2006) |
| 05/22/2006 | 555 | JOINDER TO MOTION *Regarding USF&G's Affirmative Defenses* by Shoreside Petroleum Inc. Ex Rel, Shoreside Petroleum Inc., Metco Inc. 494 MOTION for Summary Judgment *Against USF&G Upon Its Affirmative Defenses* filed by North Star Terminal & Stevedore Co.,. (Shamburek, Steven) (Entered: 05/22/2006) |
| 05/22/2006 | 556 | MOTION for Extension of Time to File Response/Reply by U.S. Fidelity & Guaranty Company, U.S. Fidelity & Guaranty Company. (Attachments: # 1 Text of Proposed Order)(Viergutz, Herbert) Modified on 5/22/2006 to create a relationship to dkt 496 497 489 500 & 505 (PLD). (Entered: 05/22/2006) |
| 05/22/2006 | 557 | AFFIDAVIT re 556 MOTION for Extension of Time to File Response/Reply by U.S. Fidelity & Guaranty Company, U.S. Fidelity & Guaranty Company. (Viergutz, Herbert) (Entered: 05/22/2006) |
| 05/22/2006 | 558 | REPLY to Response to Motion re 480 MOTION for Summary Judgment *Against Shoreside Petroleum, Inc.*, 476 MOTION for Summary Judgment *Against Metco, Inc.* filed by U.S. Fidelity & Guaranty Company, Nugget Construction Inc., U.S. Fidelity & Guaranty Company, Nugget Construction Inc.. (Krider, Thomas) (Entered: 05/22/2006) |
| 05/22/2006 | 559 | RESPONSE to Motion (Non-Opposition) re 556 MOTION for Extension of Time to File Response/Reply filed by North Star Terminal & Stevedore Co. Ex Rel, North Star Terminal & Stevedore Co.. (Sewright, Michael) (Entered: 05/22/2006) |
| 05/23/2006 | 560 | RESPONSE to Motion (Non-Opposition) re 556 MOTION for Extension of Time to File Response/Reply filed by Shoreside Petroleum Inc. Ex Rel, Shoreside Petroleum Inc., Metco Inc.. (Shamburek, Steven) (Entered: 05/23/2006) |
| 05/23/2006 | 561 | TMB ORDER The Court, having considered North Star's Unopposed Motion For One-Day Extension Of Time, (docket 532), and being advised in the premises thereof, hereby Grants the motion. North Star shall have until May 17, 2006 to file its response to Nugget and USF&G's motion for summary judgment filed at Clerk's Docket No. 488. Responses due by 5/17/2006. (PLD) (Entered: 05/23/2006) |
| 05/23/2006 | 562 | MOTION to Seal Document 491 Affidavit,, *Part 8, Exhibit 3, Unopposed and Motion to Shorten Time* by U.S. Fidelity & Guaranty Company, Nugget Construction Inc., U.S. Fidelity & Guaranty Company, Nugget Construction Inc.. (Attachments: # 1 Text of Proposed Order Prop Order Sealing Exhibit)(Krider, Thomas) (Entered: 05/23/2006) |
| 05/23/2006 | 563 | JOINDER TO MOTION *to Bar Testimony of John L. George* by North Star Terminal & Stevedore Co. Ex Rel, North Star Terminal & Stevedore |

Exhibit  1
12 of 18

| | | |
|---|---|---|
| | | Co. 546 MOTION to Strike 545 Response in Opposition to Motion, *Motion To Strike Testimony of John L. George* filed by Shoreside Petroleum Inc. Ex Rel,, Shoreside Petroleum Inc.,, Metco Inc.,. (Sewright, Michael) (Entered: 05/23/2006) |
| 05/23/2006 | 564 | ORDER granting 562 Motion to Seal Document 562 MOTION to Seal Document 491 Affidavit,, *Part 8, Exhibit 3, Unopposed and Motion to Shorten Time*. Signed by Judge Timothy M. Burgess on 5/23/06. (PLD) (Entered: 05/23/2006) |
| 05/23/2006 | 565 | MOTION to Strike 546 MOTION to Strike 545 Response in Opposition to Motion, *Motion To Strike Testimony of John L. George* by U.S. Fidelity & Guaranty Company, U.S. Fidelity & Guaranty Company. (Attachments: # 1 Text of Proposed Order)(Viergutz, Herbert) (Entered: 05/23/2006) |
| 05/23/2006 | 566 | AFFIDAVIT re 565 MOTION to Strike 546 MOTION to Strike 545 Response in Opposition to Motion, *Motion To Strike Testimony of John L. George* by U.S. Fidelity & Guaranty Company, U.S. Fidelity & Guaranty Company. (Viergutz, Herbert) (Entered: 05/23/2006) |
| 05/23/2006 | 567 | REPLY to Response to Motion re 494 MOTION for Summary Judgment *Against USF&G Upon Its Affirmative Defenses* filed by North Star Terminal & Stevedore Co. Ex Rel, North Star Terminal & Stevedore Co.. (Sewright, Michael) (Entered: 05/23/2006) |
| 05/25/2006 | 568 | ORDER REQUIRING STATUS REPORT FOR CASES REASSIGNED TO THE HONORABLE TIMOTHY M. BURGESS: Counsel shall review the attached pdf order and respond accordingly. Status Report due by 6/9/2006. STATUS CONFERENCE is set for 6/16/2006 10:00 AM in Anchorage Courtroom 1 before Timothy M. Burgess. Lead counsel for each party must be present in person. A representative of each client must attend the hearing either in person or telephonically. Signed by Judge Timothy M. Burgess on 5/25/06. (PLD) (Entered: 05/25/2006) |
| 05/25/2006 | 569 | REPLY to Response to Motion re 509 MOTION for Summary Judgment *Regarding USF&G 's Opposition to Shoreside and Metco's Motion and Memorandum for Summary Judgment and Determinations of Law Regarding USF&G Joined in by North Star* filed by North Star Terminal & Stevedore Co. Ex Rel, North Star Terminal & Stevedore Co.. (Attachments: # 1 Exhibit No. 1# 2 Exhibit No. 2)(Sewright, Michael) (Entered: 05/25/2006) |
| 05/25/2006 | 570 | REPLY to Response to Motion re 509 MOTION for Summary Judgment *Regarding USF&G* filed by Shoreside Petroleum Inc. Ex Rel, Shoreside Petroleum Inc., Metco Inc.. (Attachments: # 1 Exhibit Corps Letters and Attachments to Nugget and USF&G)(Shamburek, Steven) (Entered: 05/25/2006) |
| 05/26/2006 | 571 | Notice to Counsel re 569 Reply to Response to Motion, filed by North Star Terminal & Stevedore Co. Ex Rel, North Star Terminal & Stevedore Co.. A review of the document submitted at dkt 569 confirms that it is over 25 pages in length. Counsel is reminded that, pursuant to D.Ak.LR |

Exhibit __1__
__13__ of __18__

| | | |
|---|---|---|
| | | 10.1(b), you are required to provide the court with a COURTESY paper copy of your filing at dkt 569. (PLD) (Entered: 05/26/2006) |
| 05/26/2006 | 572 | Notice to Counsel re 570 Reply to Response to Motion, filed by Shoreside Petroleum Inc. Ex Rel, Shoreside Petroleum Inc., Metco Inc.. A review of the document submitted at dkt 570 confirms that it is over 25 pages in length. Counsel is reminded that, pursuant to D.Ak.LR 10.1(b), you are required to provide the court with a COURTESY paper copy of your filing at dkt 570. (PLD) (Entered: 05/26/2006) |
| 05/26/2006 | 573 | NOTICE *of Absence and Potential Inability to Comply* by Herbert A. Viergutz on behalf of U.S. Fidelity & Guaranty Company, U.S. Fidelity & Guaranty Company re 568 TMB Order Re: Cases Reassigned to TMB,, Set Hearings, (Viergutz, Herbert) (Entered: 05/26/2006) |
| 05/26/2006 | 574 | NOTICE *of Withdrawal of Motion to Strike Oppositions* by Herbert A. Viergutz on behalf of U.S. Fidelity & Guaranty Company, U.S. Fidelity & Guaranty Company re 542 MOTION to Strike (Viergutz, Herbert) (Entered: 05/26/2006) |
| 05/26/2006 | 575 | CLERK'S NOTICE: Pursuant to counsel's request the motion at dkt 542 MOTION to Strike is withdrawn. (PLD) (Entered: 05/26/2006) |
| 05/26/2006 | 576 | RESPONSE in Opposition re 565 MOTION to Strike 546 MOTION to Strike 545 Response in Opposition to Motion, *Motion To Strike Testimony of John L. George* filed by North Star Terminal & Stevedore Co. Ex Rel, North Star Terminal & Stevedore Co.. (Attachments: # 1 Text of Proposed Order)(Sewright, Michael) (Entered: 05/26/2006) |
| 05/30/2006 | 577 | MOTION for Leave to Appear *by Telephone (Unopposed)* by Spencer Rock Products Inc.. (Attachments: # 1 Text of Proposed Order)(Stoll, C. Patrick) (Entered: 05/30/2006) |
| 05/30/2006 | 578 | REPLY to Response to Motion re 499 MOTION for Summary Judgment *Partial Summary Judgment Against Shoreside Petroleum, Inc.* filed by U.S. Fidelity & Guaranty Company, Nugget Construction Inc., U.S. Fidelity & Guaranty Company, Nugget Construction Inc.. (Krider, Thomas) (Entered: 05/30/2006) |
| 05/30/2006 | 579 | RESPONSE in Opposition re 523 First MOTION to Strike 519 Joinder to Motion, *of Shoreside and Metco's Motion for Summary Judgment and Determination of Law Regarding USF&G* filed by North Star Terminal & Stevedore Co. Ex Rel, North Star Terminal & Stevedore Co.. (Sewright, Michael) Modified on 5/31/2006; Error: Dkt #580 is a Dulicate filing, with an attached porposed order. Correction; notified Attorney to file a "Notice of Duplicative Filng" using the event "Notice (Other) and link it to the duplicative filing. Relationship deleted as to dkt 523 (PLD). (Entered: 05/30/2006) |
| 05/30/2006 | 580 | RESPONSE in Opposition re 523 First MOTION to Strike 519 Joinder to Motion, *of Shoreside and Metco's Motion for Summary Judgment and Determination of Law Regarding USF&G* filed by North Star Terminal & Stevedore Co. Ex Rel, North Star Terminal & Stevedore Co.. |

Exhibit  /
14 of 18

| | | |
|---|---|---|
| | | (Attachments: # 1 Text of Proposed Order)(Sewright, Michael) (Entered: 05/30/2006) |
| 05/31/2006 | | Docket Annotation re 580 Response in Opposition to Motion. Error: Duplicative filing; Attorney to file a "Notice of Duplicative Filing" using the event "Notice (Other)" and link it to the duplicative filing. (PLD) (Entered: 05/31/2006) |
| 05/31/2006 | 581 | NOTICE *of Duplicative Filing* by Michael W. Sewright on behalf of North Star Terminal & Stevedore Co. re 580 Response in Opposition to Motion, (Sewright, Michael) (Entered: 05/31/2006) |
| 05/31/2006 | 582 | MOTION for Extension of Time to File Response/Reply as to 538 Response in Opposition to Motion,, 544 Response in Opposition to Motion, by North Star Terminal & Stevedore Co.. (Attachments: # 1 Exhibit Exhibit 1 to Unopposed Motion for Brief Extension of Time# 2 Text of Proposed Order)(Sewright, Michael) (Entered: 05/31/2006) |
| 05/31/2006 | 583 | REPLY to Response to Motion re 507 MOTION for Summary Judgment *Regarding Nugget Construction* filed by Shoreside Petroleum Inc. Ex Rel, Shoreside Petroleum Inc., Metco Inc.. (Shamburek, Steven) (Entered: 05/31/2006) |
| 06/01/2006 | 584 | REPLY to Response to Motion re 565 MOTION to Strike 546 MOTION to Strike 545 Response in Opposition to Motion, *Motion To Strike Testimony of John L. George* filed by U.S. Fidelity & Guaranty Company, U.S. Fidelity & Guaranty Company. (Viergutz, Herbert) (Entered: 06/01/2006) |
| 06/01/2006 | 585 | RESPONSE in Opposition re 565 MOTION to Strike 546 MOTION to Strike 545 Response in Opposition to Motion, *Motion To Strike Testimony of John L. George Opposition To USF&G's Motion To Strike* filed by Shoreside Petroleum Inc. Ex Rel, Shoreside Petroleum Inc., Metco Inc.. (Shamburek, Steven) (Entered: 06/01/2006) |
| 06/01/2006 | 586 | REPLY to Response to Motion re 523 First MOTION to Strike 519 Joinder to Motion, filed by U.S. Fidelity & Guaranty Company, U.S. Fidelity & Guaranty Company. (Viergutz, Herbert) (Entered: 06/01/2006) |
| 06/01/2006 | 587 | MOTION for Leave to Appear Client Telephonic Participation at June 16, 2006 Hearing by U.S. Fidelity & Guaranty Company, U.S. Fidelity & Guaranty Company. (Attachments: # 1 Text of Proposed Order) (Viergutz, Herbert) (Entered: 06/01/2006) |
| 06/01/2006 | 588 | AFFIDAVIT re 587 MOTION for Leave to Appear Client Telephonic Participation at June 16, 2006 Hearing by U.S. Fidelity & Guaranty Company, U.S. Fidelity & Guaranty Company. (Viergutz, Herbert) (Entered: 06/01/2006) |
| 06/01/2006 | 589 | MOTION for Extension of Time to File *for USF&G's Bad Faith Counsel to Participate in the Filing of the Status Report* by U.S. Fidelity & Guaranty Company, U.S. Fidelity & Guaranty Company. (Attachments: # 1 Text of Proposed Order)(Viergutz, Herbert) (Entered: 06/01/2006) |

Exhibit  1
15 of 18

| | | |
|---|---|---|
| 06/01/2006 | 590 | AFFIDAVIT re 589 MOTION for Extension of Time to File *for USF&G's Bad Faith Counsel to Participate in the Filing of the Status Report* by U.S. Fidelity & Guaranty Company, U.S. Fidelity & Guaranty Company. (Viergutz, Herbert) (Entered: 06/01/2006) |
| 06/01/2006 | 591 | TMB ORDER In light of the Motion of Counsel at docket 589, counsel for United States Fidelity and Guaranty Company shall have until June 13, 2006, to file any response to the Status Report to be filed by the other parties on June 9, 2006. (PLD) (Entered: 06/01/2006) |
| 06/01/2006 | 592 | TMB ORDER The Motion to allow lead counsel for Spencer Rock Products, Inc., and Robert Lapore, and their client representative, to appear telephonically at the June 16, 2006, hearing is GRANTED. Docket 577. All individuals appearing telephonically should contact the case manager at 677-6144 at least 24 hours prior to the hearing. (PLD) (Entered: 06/01/2006) |
| 06/02/2006 | 593 | TMB ORDER; Pursuant to the Order at Docket 568 setting a hearing for June 16, 2006: "Lead counsel for each party must be present in person. A representative of each client must attend the hearing, either in person or telephonically. Any client representative wishing to participate telephonically must contact case manager Patty Demeter at 677-6144 at least 24 hours in advance of the hearing." Accordingly, the Motion at Docket 587 for permission for a client to appear telephonically is DENIED AS MOOT. (PLD) (Entered: 06/02/2006) |
| 06/02/2006 | 594 | REPLY to Response to Motion re 496 First MOTION for Summary Judgment *on Plaintiff's Punitive Damage Claim* filed by U.S. Fidelity & Guaranty Company, U.S. Fidelity & Guaranty Company. (Viergutz, Herbert) (Entered: 06/02/2006) |
| 06/02/2006 | 595 | REPLY to Response to Motion re 505 MOTION Motin to Bar the Introduction of Mr. Callow's Opinion, Testimony, and Report filed by U.S. Fidelity & Guaranty Company, U.S. Fidelity & Guaranty Company. (Viergutz, Herbert) (Entered: 06/02/2006) |
| 06/02/2006 | 596 | ORDER granting 556 Motion for Extension of Time to File Response/Reply re 500 MOTION for Summary Judgment *on Plaintiff's Bad Faith Claim,* 497 MOTION for Summary Judgment *on Plaintiff's State Law Claims Re: Statute of Limitations,* 505 MOTION to Bar the Introduction of Mr. Callow's Opinion, Testimony, and Report, 496 First MOTION for Summary Judgment *on Plaintiff's Punitive Damage Claim. Replies due by 6/2/2006.* (PLD, ) (Entered: 06/02/2006) |
| 06/02/2006 | 597 | REPLY to Response to Motion re 500 MOTION for Summary Judgment *on Plaintiff's Bad Faith Claim* filed by U.S. Fidelity & Guaranty Company, U.S. Fidelity & Guaranty Company. (Viergutz, Herbert) (Entered: 06/02/2006) |
| 06/02/2006 | 598 | ORDER granting 582 Motion for Extension of Time to File Response/Reply re 507 MOTION for Summary Judgment, 504 MOTION for Summary Judgment *and Memorandum for Determination of Law of the Case Against Nugget and USF&G on the Basis of Contract by* |

Exhibit _1_
_16_ of _18_

| | | |
|---|---|---|
| | | *Agency. Replies due by 6/6/2006. (PLD) (Entered: 06/02/2006)* |
| 06/02/2006 | 599 | REPLY to Response to Motion re 497 MOTION for Summary Judgment *on Plaintiff's State Law Claims Re: Statute of Limitations* filed by U.S. Fidelity & Guaranty Company, U.S. Fidelity & Guaranty Company. (Attachments: # 1 Exhibit A)(Viergutz, Herbert) (Entered: 06/02/2006) |
| 06/02/2006 | 600 | MOTION for Hearing re 505 MOTION Motin to Bar the Introduction of Mr. Callow's Opinion, Testimony, and Report, 504 MOTION for Summary Judgment *and Memorandum for Determination of Law of the Case Against Nugget and USF&G on the Basis of Contract by Agency*, 497 MOTION for Summary Judgment *on Plaintiff's State Law Claims Re: Statute of Limitations*, 496 First MOTION for Summary Judgment *on Plaintiff's Punitive Damage Claim*, 500 MOTION for Summary Judgment *on Plaintiff's Bad Faith Claim* by U.S. Fidelity & Guaranty Company, U.S. Fidelity & Guaranty Company. (Attachments: # 1 Text of Proposed Order)(Viergutz, Herbert) (Entered: 06/02/2006) |
| 06/02/2006 | 601 | RESPONSE in Opposition re 600 MOTION for Hearing re 505 MOTION Motin to Bar the Introduction of Mr. Callow's Opinion, Testimony, and Report, 504 MOTION for Summary Judgment *and Memorandum for Determination of Law of the Case Against Nugget and USF&G on the Basis of Con Limited Opposition to USF&G's Latest Request for Oral Argument* filed by North Star Terminal & Stevedore Co. Ex Rel, North Star Terminal & Stevedore Co.. (Sewright, Michael) (Entered: 06/02/2006) |
| 06/05/2006 | 602 | First MOTION for Hearing re 546 MOTION to Strike 545 Response in Opposition to Motion, *Motion To Strike Testimony of John L. George*, 499 MOTION for Summary Judgment *Partial Summary Judgment Against Shoreside Petroleum, Inc.*, 555 Joinder to Motion,, 505 MOTION Motin to Bar the Introduction of Mr. Callow's Opinion, Testimony, and Report, 548 MOTION for Summary Judgment *and Introduction of Expert Witness' Opinion, Testimony and Report, or Alternatively for Determinations of the Law of the Case on Those Subjects*, 509 MOTION for Summary Judgment *Regarding USF&G*, 480 MOTION for Summary Judgment *Against Shoreside Petroleum, Inc.*, 523 First MOTION to Strike 519 Joinder to Motion,, 476 MOTION for Summary Judgment *Against Metco, Inc.*, 565 MOTION to Strike 546 MOTION to Strike 545 Response in Opposition to Motion, *Motion To Strike Testimony of John L. George*, 563 Joinder to Motion,, 504 MOTION for Summary Judgment *and Memorandum for Determination of Law of the Case Against Nugget and USF&G on the Basis of Contract by Agency*, 534 Response in Opposition to Motion,, 518 Joinder to Motion,, 497 MOTION for Summary Judgment *on Plaintiff's State Law Claims Re: Statute of Limitations*, 552 Joinder to Motion,, 519 Joinder to Motion,, 496 First MOTION for Summary Judgment *on Plaintiff's Punitive Damage Claim*, 543 Memorandum, 500 MOTION for Summary Judgment *on Plaintiff's Bad Faith Claim*, 488 MOTION for Summary Judgment *Against North Star Terminal & Stevedore Co.*, 537 Cross MOTION for Summary Judgment, 494 MOTION for Summary |

Exhibit  /
17 of 18

| | | |
|---|---|---|
| | | Judgment *Against USF&G Upon Its Affirmative Defenses*, 507 MOTION for Summary Judgment *Request for Oral Argument* by North Star Terminal & Stevedore Co. Ex Rel, North Star Terminal & Stevedore Co.. (Sewright, Michael) (Entered: 06/05/2006) |
| 06/05/2006 | 603 | REPLY to Response to Motion re 488 MOTION for Summary Judgment *Against North Star Terminal & Stevedore Co.*, 537 Cross MOTION for Summary Judgment *Opposition to Cross Motion of North Star* filed by U.S. Fidelity & Guaranty Company, Nugget Construction Inc., U.S. Fidelity & Guaranty Company, Nugget Construction Inc.. (Krider, Thomas) (Entered: 06/05/2006) |
| 06/06/2006 | 604 | REPLY to Response to Motion re 507 MOTION for Summary Judgment *and Determinations of Law Regarding Nugget Construction Joined in by North Star* filed by North Star Terminal & Stevedore Co. Ex Rel, North Star Terminal & Stevedore Co.. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit)(Sewright, Michael) (Entered: 06/06/2006) |
| 06/06/2006 | 605 | REPLY to Response to Motion re 504 MOTION for Summary Judgment *and Memorandum for Determination of Law of the Case Against Nugget and USF&G on the Basis of Contract by Agency* filed by North Star Terminal & Stevedore Co. Ex Rel, North Star Terminal & Stevedore Co.. (Attachments: # 1 Exhibit)(Sewright, Michael) (Entered: 06/06/2006) |
| 06/06/2006 | 606 | Notice to Counsel re 604 Reply to Response to Motion, filed by North Star Terminal & Stevedore Co. Ex Rel, and 605 Reply to Response to Motion, filed by North Star Terminal & Stevedore Co. Ex Rel. A review of the document submitted at dkt 604 and dkt 605 confirms that they are over 25 pages in length. Counsel is reminded that, pursuant to D.Ak.LR 10.1(b), you are required to provide the court with a COURTESY paper copy of your filing at dkt 604 and dkt 605. (PLD, ) (Entered: 06/07/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/07/2006 14:44:53 | | | |
| PACER Login: | bp0021 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 3:98-cv-00009-TMB |
| Billable Pages: | 17 | Cost: | 1.36 |

*Exhibit* _/_
*Page* _18_ of _18_