Traeger Machetanz, Esq.
Thomas R. Krider, Esq.
OLES MORRISON RINKER & BAKER, LLP
745 Fourth Avenue, Suite 502
Anchorage, AK  99501-2136
Telephone:  (907) 258-0106
Telecopier:  (907) 258-5519

Attorneys for Nugget Construction Co.,Inc.,
and USF&G, Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a NORTHERN STEVEDORING & HANDLING, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf,<br><br>        Plaintiffs,<br>  and<br><br>UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Service, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Service, on its own behalf,<br><br>        Intervening Plaintiffs,<br>  and<br><br>METCO, INC.,<br><br>        Intervening Plaintiff,<br><br>  vs.<br><br>NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.,; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE,<br><br>        Defendants. | No. A98-009 CIV (TMB)<br><br><br><br><br><br><br><br><br><br><u>NOTICE OF NUGGET'S COUNSEL'S AVAILABILITY PER THE COURT'S JUNE 16, 2006 MINUTE ORDER</u> |

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

In accordance with the Court's June 16, 2006 Minute Order requesting counsel's dates of availability in November and December 2006, and January 2007, for trial in the above captioned matter, as well as, general dates of unavailability in the time period prior to then, Nugget provides the following:

Trial Dates:

Nugget's counsel is available at any time during the requested timeframe, except for the period between November 20 and December 20, 2006, and from January 29 through 31, 2007.

General Unavailability:

1. July 7, 2006
2. July 17 – 19, 2006
3. July 24 – 28, 2006
4. July 31, 2006 – August 4, 2006
5. August 25, 2006
6. October 23 –31, 2006

Dated:  June 19, 2006         OLES MORRISON RINKER & BAKER LLP
                              Attorneys for Nugget Construction,
                              Inc., and United States
                              Fidelity and Guaranty Co.

                              By: s/Thomas R. Krider
                                  Thomas R. Krider
                                  krider@oles.com
                                  Washington Bar No. 29490
                                  745 West 4th Avenue, Suite 502
                                  Anchorage, AK 99501
                                  Phone: (907) 258-0106
                                  Fax:   (907) 258-5519

*U.S. ex rel. North Star, et al. v. Nugget Construction, et al.*
Case No. A98-009 CIV (TMB)
NOTICE OF NUGGET'S COUNSEL'S AVAILABILITY
PER THE COURT'S JUNE 16, 2006 MINUTE ORDER -- Page 1 of 2

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106    Fax: (907) 258-5519

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of June, 2006, a true and correct copy of the foregoing was served

electronically, via ECF on:

Michael W. Sewright, Esq.
mws@bpk.com
Burr, Pease & Kurtz
810 N Street
Anchorage, AK  99501

Steven J. Shamburek, Esq.
shamburek@gci.net
Law Office of Steven J. Shamburek
425 G Street, Suite 630
Anchorage, AK  99501-5872

Paul Stockler, Esq.
paulstockler@aol.com
1309 West 16th Avenue
Anchorage, AK  99501

Herbert A. Viergutz, Esq.
barmar@gci.net
Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501

C. Patrick Stoll, Esq.
cps@hvslaw.com
Herrig Vogt & Stoll LLP
4210 Douglas Bay Blvd., Suite 100
Granite Bay, CA 95746-5902

OLES MORRISON RINKER & BAKER LLP


By:  s/Thomas R. Krider


P-TRK Notice of Availability 99310.0002.doc


*U.S. ex rel. North Star, et al. v. Nugget Construction, et al.*
Case No. A98-009 CIV (TMB)
NOTICE OF NUGGET'S COUNSEL'S AVAILABILITY
PER THE COURT'S JUNE 16, 2006 MINUTE ORDER -- Page 2 of 2

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519