| | |
|---|---|
| 1 | PAUL D. STOCKLER, ESQ.<br>**PAUL D. STOCKLER LAW OFFICE** |
| 2 | 1309 W. 16th Ave.<br>Anchorage, AK 99501 |
| 3 | (907) 277-8564/(907) 272-4877 (FAX) |
| 4 | |
| 5 | C. PATRICK STOLL, State Bar No. 166917<br>**HERRIG, VOGT & STOLL, LLP** |
| 6 | 4210 Douglas Boulevard, Suite 100<br>Granite Bay, CA 95746-5902 |
| 7 | (916) 960-1000/(916) 960-1005 FAX |
| 8 | Attorneys for SPENCER ROCK PRODUCTS, INC. and<br>ROBERT A. LAPORE |

1309 W. 16th Ave.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf,<br><br>Plaintiffs,<br><br>and<br><br>UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, on its own behalf,<br><br>Intervening Plaintiffs<br><br>and<br><br>METCO, INC.<br><br>Intervening Plaintiff,<br><br>vs.<br><br>NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE,<br><br>Defendants. | **CASE NO.:** A98-009 CIV (HRH)<br><br>**NOTICE OF AVAILABILITY OF COUNSEL** |

Pursuant to Court Order, C. Patrick Stoll, counsel for Spencer Rock Products, Inc., and Robert Lapore, submit the following dates on which counsel has commitments:

8/22/06-8/23/06 -- Trial - El Dorado County, California

8/29/06-8/30/06 -- Trial - Sacramento County, California

9/1/06 -- Hearing on Motion for Summary Judgment - Santa Cruz County

9/9/06-9/25/06 -- Pre-paid vacation

10/11/06 -- Hearing in Bankruptcy Court - Northern District (Sacramento)

11/6/06-11/22/06 -- Trial - Santa Cruz County

December 2006, January 2007 -- Open

Respectfully submitted this 19th day of June, 2006.

s/ C. Patrick Stoll
Herrig, Vogt & Stoll
4210 Douglas Blvd., #100
Granite Bay, CA 95746
Telephone: (916) 960-1000
Facsimile:  (916) 960-1005
E-Mail: cps@hvslaw.com
California Bar #166917

CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2006, a copy of the foregoing Notice of Availability of Counsel was served electronically on Traeger Machetanz, Steven J. Shamburek, Paul Stockler, Herbert A. Viergutz, Michael W. Sewright and Thomas Krider

s/ C. Patrick Stoll

Z:\Active\SPENCER ROCK LAPORE 6121006\Federal Case\Pld\Notice of Availability of Counsel.wpd

**NOTICE OF AVAILABILITY OF COUNSEL**                -2-