## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*North Star Terminal & Stevedore Company et al. v. Nugget Construction, Inc. et al.*
Case No. 3:98-cv-009 TMB


By:             THE HONORABLE TIMOTHY M. BURGESS


PROCEEDINGS:    ORDER FROM CHAMBERS

**IT IS HEREBY ORDERED:**

A representative of each client shall attend the status conference scheduled for August 17, 2006 as follows:

A president, vice president or comparable executive with authority to bind the corporation shall attend for each of Nugget Construction Company, North Star Terminal & Stevedore Company, Shoreside Petroleum, Inc. and Metco, Inc.

A representative of comparable rank to the representative present at the June 16, 2006 status conference shall attend for United States Fidelity & Guaranty Company, Spencer Rock Products, Inc. and Robert LaPore.

The Court may require some or all client representatives to be physically present at the hearing.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.


DATE:      June 19, 2006