Michael W. Sewright
BURR, PEASE & KURTZ
810 N Street, Suite 300
Anchorage, AK  99501-3293
Telephone:    (907) 276-6100
Fax No.:       (907) 258-2530
Attorneys for North Star

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf, <br><br>　　　　　　Plaintiffs, <br>　　and <br><br> UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, on its own behalf, <br><br>　　　　　　Intervening Plaintiffs, <br>　　and <br><br> METCO, INC., <br><br>　　　　　　Intervening Plaintiff, <br>　　vs. <br><br> NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE, <br><br>　　　　　　Defendants. | Case No. 3:98-cv-009-TMB <br><br><br> **NOTICE OF NORTH STAR COUNSEL'S AVAILABILITY IN ACCORDANCE WITH THE COURT'S JUNE 16, 2006 MINUTE ORDER** |

In accordance with the Court's June 16, 2006 Minute Order (Clerk's Docket No. 616), Plaintiff and Use Plaintiff North Star Terminal & Stevedore Company ("North Star") provides the following information.

1. North Star's counsel is presently available for trial during the requested timeframe of November through January except for November 1-3 (due to a trial commencing the previous week, which may also spill over into the week of November 6), November 20-24, and December 26-January 3.

2. Either undersigned counsel or attorney David W. Pease should be generally available regarding this matter now through the end of October 2006, except for September 11-22.

3. Undersigned counsel expects to be away and unavailable after this week through July 14, 2006, then again the first half of August but returning in time for the August 17 status conference, and unavailable again September 1-5 and 11-22, and part of the middle of October. If the Court does decide to set oral argument upon any of the pending motions, North Star respectfully requests that it be scheduled during one of those periods July through September that undersigned counsel expects to be available.

Respectfully submitted at Anchorage, Alaska, on June 21, 2006.

s/ Michael W. Sewright
Burr, Pease & Kurtz
810 N Street, Suite 300
Anchorage, AK  99501
Telephone:  (907) 276-6100
Fax:  (907) 258-2530
E-mail:  mws@bpk.com
Alaska Bar # 7510090

Notice of North Star Counsel's Availability in
Accordance with the Court's June 16, 2006 Minute Order
*North Star Terminal & Stevedore Co., et al v. Nugget Construction et al*
Case No. A98-009 CV                                                                 45-40 / #84298
Page 2 of 3

CERTIFICATE OF SERVICE

I certify that on the 21st day of June, 2006, a copy of the foregoing NOTICE OF NORTH STAR COUNSEL'S AVAILABILITY IN ACCORDANCE WITH THE COURT'S JUNE 16, 2006 MINUTE ORDER was served electronically to:

   Steven S. Shamburek, Esq.
   Traeger Machetanz, Esq.
   Paul D. Stockler
   Herbert A. Viergutz
   C. Patrick Stoll, Esq.

   s/ Michael W. Sewright

---

Notice of North Star Counsel's Availability in
Accordance with the Court's June 16, 2006 Minute Order
*North Star Terminal & Stevedore Co., et al v. Nugget Construction et al*
Case No. A98-009 CV
Page 3 of 3

45-40 / #84298