Steven J. Shamburek
Alaska Bar No. 8606063
LAW OFFICE OF STEVEN J. SHAMBUREK
425 G Street, Suite 630
Anchorage, Alaska 99501
(907) 522-5339 Direct
(907) 522-5393 Fax

Attorney for Plaintiffs
Shoreside Petroleum, Inc.,
d/b/a Marathon Fuel Service
and Metco, Inc.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf,<br><br>      Plaintiffs,<br><br>and<br><br>UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Service, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Service, on its own behalf,<br><br>      Intervening Plaintiffs,<br><br>and<br><br>METCO, INC.,<br><br>      Intervening Plaintiff,<br><br>vs.<br><br>NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE,<br><br>      Defendants. | **SHORESIDE'S AND METCO'S NOTICE REGARDING AVAILABILITY**<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>3:98-cv-0009-TMB |

1

COMES NOW Shoreside Petroleum, Inc., d/b/a Marathon Fuel Service ("Shoreside") and Metco, Inc. ("Metco"), by and through counsel, and file this Notice Regarding Availability.

The undersigned and his clients will make themselves available at any time in November and December, 2006 and January, 2007. The undersigned has a two-day trial in Palmer before Judge Smith which is first on the calendar for December 12 - 13. The trial probably could be moved, albeit with some inconvenience. The December holiday season is inconvenient for some of the witnesses. However, the instant case simply must be resolved.

This matter is to be tried to a jury, so the schedules of prospective jurors should be considered. Most jurors likely do not desire to be in trial during the Thanksgiving weekend and surely not during the December holiday season.

The undersigned and his clients are also available in February, 2007 which may be the most prudent time to try this matter because 1) the lead time should allow all counsel to adjust their schedules, 2) there are no major conflicting holidays, and 3) there are no spring breaks for Anchorage or Seward schools until March.

DATED this 22nd day of June, 2006 at Anchorage, Alaska.

THE LAW OFFICE OF STEVEN J. SHAMBUREK
Attorney for Plaintiffs
Shoreside Petroleum, Inc., d/b/a Marathon Fuel Service and Metco, Inc.

      s/ Steven J. Shamburek
By:_____
      Steven J. Shamburek
      Alaska Bar No. 8606063
      LAW OFFICE OF STEVEN J. SHAMBUREK

425 G Street, Suite 630  
Anchorage, Alaska 99501  
(907) 522-53<u>39</u> Direct  
(907) 522-53<u>93</u> Fax  
shamburek@gci.net  
shamburekbank@gci.net  

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 22nd day of June, 2006, a copy of the foregoing was served by the Electric Case Filing system.

s/ Steven J. Shamburek  
_____

Steven J. Shamburek