Steven J. Shamburek
Alaska Bar No. 8606063
LAW OFFICE OF STEVEN J. SHAMBUREK
425 G Street, Suite 630
Anchorage, Alaska 99501
(907) 522-5339 Direct
(907) 522-5393 Fax

Attorney for Plaintiffs
Shoreside Petroleum, Inc.,
d/b/a Marathon Fuel Service
and Metco, Inc.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| and | )<br>) |
| UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Service, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Service, on its own behalf, | )<br>) **SHORESIDE'S AND METCO'S**<br>) **MOTION FOR SETTLEMENT**<br>) **CONFERENCE**<br>)<br>)<br>) |
| Intervening Plaintiffs, | )<br>) |
| and | )<br>) |
| METCO, INC., | )<br>) |
| Intervening Plaintiff, | ) 3:98-cv-0009-TMB<br>) |
| vs. | )<br>) |
| NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

1

COMES NOW Shoreside Petroleum, Inc., d/b/a Marathon Fuel Service ("Shoreside") and Metco, Inc. ("Metco"), by and through counsel, and file this Motion For Settlement Conference.

Shoreside and Metco move the court to schedule a mandatory settlement conference before Judge Holland as soon as possible. Judge Holland is aware of the facts and legal issues and should be able to assist in resolving this matter. The settlement conference could be held after the status conference scheduled for August 17. An earlier settlement conference is desirable, although finding a convenient date could be trying.

DATED this 28th day of June, 2006 at Anchorage, Alaska.

        THE LAW OFFICE OF STEVEN J. SHAMBUREK
        Attorney for Plaintiffs
        Shoreside Petroleum, Inc., d/b/a Marathon Fuel Service and Metco, Inc.

        s/ Steven J. Shamburek
By:_____
        Steven J. Shamburek
        Alaska Bar No. 8606063
        LAW OFFICE OF STEVEN J. SHAMBUREK
        425 G Street, Suite 630
        Anchorage, Alaska 99501
        (907) 522-5339 Direct
        (907) 522-5393 Fax
        shamburek@gci.net
        shamburekbank@gci.net

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 28th day of June, 2006, a copy of the foregoing was served by the Electric Case Filing system.

s/ Steven J. Shamburek
_____

Steven J. Shamburek

2