MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*North Star Terminal & Stevedore Company et al. v. Nugget Construction, Inc. et al.*
Case No. 3:98-cv-009 TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:    ORDER FROM CHAMBERS

      The Court is in receipt of Shoreside Petroleum, Inc. and Metco, Inc.'s motion seeking a settlement conference before Judge Holland (Docket No. 624).

**IT IS HEREBY ORDERED:**

      Each other party shall file a one page response to the settlement motion on or before July 6, 2006.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE:    June 29, 2006