PAUL D. STOCKLER, ESQ.
705 Christensen Drive
Anchorage, AK 99501
(907) 277-8564
(907) 272-4877 (FAX)

C. PATRICK STOLL, State Bar No. 166917
**HERRIG, VOGT & STOLL, LLP**
4210 Douglas Boulevard, Suite 100
Granite Bay, CA 95746-5902
(916) 960-1000/(916) 960-1005 FAX

Attorneys for SPENCER ROCK PRODUCTS, INC. and
ROBERT A. LAPORE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf,<br><br>Plaintiffs,<br><br>and<br><br>UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, on its own behalf,<br><br>Intervening Plaintiffs<br><br>and<br><br>METCO, INC.<br><br>Intervening Plaintiff,<br><br>vs.<br><br>NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE,<br><br>Defendants. | **CASE NO.:** A98-009 CIV (HRH)<br><br>**RESPONSE OF SPENCER ROCK PRODUCTS AND ROBERT LAPORE TO THE MOTION OF SHORESIDE PETROLEUM, INC,. AND METCO, INC. FOR A MANDATORY SETTLEMENT CONFERENCE** |

1  Defendants Spencer Rock Products, Inc., and Robert Lapore conditionally join in the motion
2  of Shoreside and Metco for a mandatory settlement conference before Judge Holland.  The
3  conditions that these parties request that the Court consider are that they and their counsel be allowed
4  to appear by telephone, and that the conference be set on a date that does not conflict with the Notice
5  of Availability recently filed by their counsel.  While defendants believe that such a settlement
6  conference is a good idea, the fact that Spencer Rock is a defunct corporation with no assets, and
7  Robert Lapore with limited assets, means that the cost of personal appearance by defendants and
8  their counsel would be an extreme financial burden on Mr. Lapore.  Defendants believe that Mr.
9  Lapore's involvement in the settlement discussions and negotiations would be constructive, but
10 could be adequately conducted by telephone.
11 Respectfully submitted this 30th day of June, 2006.

s/ C. Patrick Stoll
Herrig, Vogt & Stoll
4210 Douglas Blvd., #100
Granite Bay, CA 95746
Telephone: (916) 960-1000
Facsimile:  (916) 960-1005
E-Mail: cps@hvslaw.com
California Bar #166917

CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2006, a copy of the foregoing
Notice of Availability of Counsel was served electronically on
Traeger Machetanz, Steven J. Shamburek, Paul Stockler,
Herbert A. Viergutz, Michael W. Sewright and Thomas Krider

s/ C. Patrick Stoll


Z:\Active\SPENCER ROCK LAPORE 6121006\Federal Case\Pld\Resp Motn Sett Conf.wpd