Michael W. Sewright
BURR, PEASE & KURTZ
810 N Street
Anchorage, AK  99501-3293
Telephone:     (907) 276-6100
Fax No.:        (907) 258-2530
Attorneys for North Star

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf,<br><br>                    Plaintiffs,<br>          and<br><br>UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, on its own behalf,<br><br>                    Intervening Plaintiffs,<br>          and<br><br>METCO, INC.,<br><br>                    Intervening Plaintiff,<br>          vs.<br><br>NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE,<br><br>                    Defendants. | Case No. A98-009 CIV (TMB) |

## ENTRY OF APPEARANCE

David W. Pease of the law firm of Burr, Pease & Kurtz hereby enters his

appearance as co-counsel for the plaintiff North Star Terminal & Stevedore Company.

      Dated:  July 5, 2006.

s/ David W. Pease
Burr, Pease & Kurtz
810 N Street
Anchorage, AK  99501
Telephone:  (907) 276-6100
Fax:  (907) 258-2530
E-mail:  dwp@bpk.com
Alaska Bar # 7510090

CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2006, a copy of
the foregoing was served electronically on
Traeger Machetanz, Steven J. Shamburek, Paul
Stockler, Herbert A. Viergutz, and C. Patrick
Stoll.


/s David W. Pease