Michael W. Sewright
BURR, PEASE & KURTZ
810 N Street
Anchorage, AK  99501-3293
Telephone:     (907) 276-6100
Fax No.:          (907) 258-2530
Attorneys for North Star

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf,<br><br>              Plaintiffs,<br>     and<br><br>UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, on its own behalf,<br><br>              Intervening Plaintiffs,<br>     and<br><br>METCO, INC.,<br><br>              Intervening Plaintiff,<br>     vs.<br><br>NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE,<br><br>              Defendants. | Case No. A98-009 CIV (TMB)<br><br>**NON-OPPOSITION TO SHORESIDE'S AND METCO'S MOTION FOR SETTLEMENT CONFERENCE** |

     Plaintiff North Star Terminal & Stevedore Company does not oppose Shoreside's and

Non-opposition to Mtn for Settlement Conference
North Star Terminal v. Shoreside Petroleum, et al., Case No. 3AN-98-0009 (TMB)
Page 1 of 2                                                                                                                45-40/ # 84497

Metco's motion for settlement conference.

   Dated: July 5, 2006.

                 s/ David W. Pease
                 Burr, Pease & Kurtz
                 810 N Street
                 Anchorage, AK  99501
                 Telephone:  (907) 276-6100
                 Fax:  (907) 258-2530
                 E-mail:  dwp@bpk.com
                 Alaska Bar # 8706041

CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2006, a copy of the foregoing was served electronically on Traeger Machetanz, Steven J. Shamburek, Paul Stockler, Herbert A. Viergutz, and C. Patrick Stoll.

/s David W. Pease

Non-opposition to Mtn for Settlement Conference
North Star Terminal v. Shoreside Petroleum, et al., Case No. 3AN-98-0009 (TMB)
Page 2 of 2                       45-40/ # 84497