Herbert A. Viergutz, Esq.
Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: (907) 276-8010
Facsimile: (907) 276-5334

Attorneys for United States Fidelity and Guaranty Company

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a NORTHERN STEVEDORING & HANDLING, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a NORTHERN STEVEDORING & HANDLING, on its own behalf,<br><br>Plaintiffs,<br><br>and<br><br>UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a MARATHON FUEL SERVICE, and SHORESIDE PETROLEUM, INC., d/b/a MARATHON FUEL SERVICE, on its own behalf,<br><br>Intervening Plaintiffs,<br><br>and<br><br>METCO, INC.,<br><br>Intervening Plaintiff,<br><br>vs.<br><br>NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE,<br><br>Defendants. | No. 3:98-cv-9 (TMB) |

### AFFIDAVIT OF COUNSEL

BAROKAS MARTIN & TOMLINSON
1029 West Third, Suite 280
Anchorage, Alaska 99501
Phone: (907) 276-8010
Fax: (907) 276-5334

STATE OF ALASKA        )
                       ) ss.
THIRD JUDICIAL DISTRICT )

Herbert A. Viergutz, being first duly sworn upon oath, deposes and states as follows:

1. I am bad faith counsel of record for USF&G, in the above captioned matter.

2. Ms. Smith is located in Baltimore, Maryland, and has requested that she be able to appear telephonically at the scheduled Status Hearing of August 17, 2006. By requiring her to participate in person, a great deal of time and resources would be unnecessarily required in order to attend a Status Hearing. The Court is respectfully requested to allow Ms. Smith from Baltimore, Maryland, to participate at the August 17, 2006 Status Hearing telephonically. An appropriate Order is lodged with the Court.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Dated this __6__ day of July, 2006.

_____
Herbert A. Viergutz

SUBSCRIBED AND SWORN TO before me this __6__ day of July, 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 11-17-06

BAROKAS MARTIN & TOMLINSON
1029 West Third, Suite 280
Anchorage, Alaska 99501
Phone: (907) 276-8010
Fax: (907) 276-5334

2

1

2

**CERTIFICATE OF SERVICE**

3   I HEREBY CERTIFY that a copy of this document
    was served by electronic notification on this 6th
4   day of July, 2006, to:

5   Michael W. Sewright, Esq.
    Burr, Pease & Kurtz
6   810 N Street
    Anchorage, AK  99501
7
    Paul Stockler, Esq.
8   1309 West 16th Avenue
    Anchorage, AK  99501
9
    Tom Krider, Esq.
10  Traeger Machetanz, Esq
    Oles Morrison Rinker & Baker, LLP
11  745 4th Avenue, Suite 502
    Anchorage, AK 99501-2136
12
    Steven J. Shamburek, Esq.
13  Law Office of Steven J. Shamburek
    425 G Street, Suite 630
14  Anchorage, AK  99501-5872

15  s/ Herbert A. Viergutz

16  _____

17

18

19

20

21

22

23

24

25

26                                                      BAROKAS MARTIN & TOMLINSON
                                                        1029 West Third, Suite 280
27                                                      Anchorage, Alaska 99501
                                                        Phone: (907) 276-8010
28                          3                           Fax: (907) 276-5334