Traeger Machetanz, Esq.
Thomas R. Krider, Esq.
OLES MORRISON RINKER & BAKER, LLP
745 Fourth Avenue, Suite 502
Anchorage, AK  99501-2136
Telephone:  (907) 258-0106
Telecopier:  (907) 258-5519

Attorneys for Nugget Construction Co.,Inc.,
and USF&G, Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a NORTHERN STEVEDORING & HANDLING, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf,<br><br>        Plaintiffs,<br>    and<br><br>UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Service, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Service, on its own behalf,<br><br>        Intervening Plaintiffs,<br>    and<br><br>METCO, INC.,<br><br>        Intervening Plaintiff,<br><br>    vs.<br><br>NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.,; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE,<br><br>        Defendants. | No. A98-009 CIV (TMB)<br><br>ERRATA REGARDING: <u>NUGGET'S RESPONSE TO MOTION FOR SETTLEMENT CONFERENCE (CORRECTING SIGNATURE AND CERTIFICATE OF SERVICE DATES</u> |

**OLES MORRISON RINKER & BAKER LLP**
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

At the June 8, 2006 status hearing, the Court asked the parties whether there was any reason to set a settlement conference.  Given counsels' responses, the Court correctly inferred that there was no point in doing so then.  So what has changed since then?  The answer is: nothing.

Settlement attempts to date have been fruitless and there is no reason to believe this would change absent some dramatic turn of events in the case.  Should such a change occur, however, Nugget is more than willing to try and settle this matter and would be agreeable to another settlement conference.  However, as the Court is aware (based on pleadings filed by USF&G), Shoreside and Metco were recently each made settlement offers in accordance with Judge Holland's 2002 decision, including interest and attorneys' fees,[1] and declined to even acknowledge those offers, much less accept them, and no counteroffers have been received.

Based on this, Nugget's response on June 8 is the same as it is now: there is no reason to hold a settlement conference prior to a decision on the outstanding Motions for Summary Judgment on Plaintiffs' State law claims.  It is apparent that the existence of these baseless claims, particularly those sounding in tort, precludes meaningful settlement discussions.

It is also quite surprising that Plaintiffs would suggest Judge Holland as the settlement judge.  Given Judge Holland's history in this matter, Nugget does not believe that he would be the most effective mediator and would ask that another judge be appointed.

---

[1] These offers were made not because Nugget believes Plaintiffs are entitled to full recovery, but because Nugget fully expected to have them rejected, thereby allowing Nugget to seek its attorneys' fees after trial.

*U.S. ex rel. North Star, et al. v. Nugget Construction, et al.*
Case No. A98-009 CIV (TMB)
Errata re: Response to Motion for Settlement Conference -- Page 1 of 3

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

1 | Dated: July 6, 2006
2
3

OLES MORRISON RINKER & BAKER LLP
Attorneys for Nugget Construction, Inc., and United States Fidelity and Guaranty Co.

By: s/Thomas R. Krider
Thomas R. Krider
krider@oles.com
Washington Bar No. 29490
745 West 4th Avenue, Suite 502
Anchorage, AK 99501
Phone: (907) 258-0106
Fax:   (907) 258-5519

*U.S. ex rel. North Star, et al. v. Nugget Construction, et al.*
Case No. A98-009 CIV (TMB)
Errata re: Response to Motion for Settlement Conference -- Page 2 of 3

CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of July, 2006, a true and correct copy of the foregoing was served

 electronically, via ECF on:

Michael W. Sewright, Esq.
mws@bpk.com
David W. Pease, Esq.
dwp@bpk.com
Burr, Pease & Kurtz
810 N Street
Anchorage, AK  99501

Steven J. Shamburek, Esq.
shamburek@gci.net
Law Office of Steven J. Shamburek
425 G Street, Suite 630
Anchorage, AK  99501-5872

Paul Stockler, Esq.
paulstockler@aol.com
1309 West 16th Avenue
Anchorage, AK  99501

Herbert A. Viergutz, Esq.
barmar@gci.net
Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501

C. Patrick Stoll, Esq.
cps@hvslaw.com
Herrig Vogt & Stoll LLP
4210 Douglas Bay Blvd., Suite 100
Granite Bay, CA 95746-5902

OLES MORRISON RINKER & BAKER LLP


By:  s/Thomas R. Krider


P-TRK Response to Motion for Settlement Conference 99310.0002.doc


*U.S. ex rel. North Star, et al. v. Nugget Construction, et al.*
Case No. A98-009 CIV (TMB)
Errata re: Response to Motion for Settlement Conference -- Page 3 of 3

**OLES MORRISON RINKER & BAKER LLP**
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519