# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

*North Star Terminal & Stevedore Company et al. v. Nugget Construction, Inc. et al.*
Case No. 3:98-cv-009 TMB

By:            THE HONORABLE TIMOTHY M. BURGESS

<u>PROCEEDINGS</u>:     ORDER FROM CHAMBERS

     Plaintiffs Shoreside Petroleum, Inc. and Metco, Inc. (the "Moving Plaintiffs") moved for a settlement conference before Judge Holland. (Docket No. 624). This Court ordered that the other parties respond by July 6, 2006. (Docket No. 625). The Court has received responses from all the parties. (Docket Nos. 627, 630, 632, 633). Plaintiff North Star Terminal & Stevedore Company and Defendants United States Fidelity & Guaranty Company, Spencer Rock Products, Inc. and Robert LaPore do not oppose a settlement conference. Defendant Nugget Construction, Inc. opposes a settlement conference.

     **IT IS HEREBY ORDERED:**

     In light of Nugget Construction, Inc.'s opposition, a settlement is not likely at this time. Accordingly, Moving Plaintiffs' motion is **DENIED**. Should the parties in the future reach a consensus that a settlement conference should be scheduled, this Court shall make itself available for such conference.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE:      July 20, 2006