MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*North Star Terminal & Stevedore Company et al. v. Nugget Construction, Inc. et al.*
Case No. 3:98-cv-009 TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:    ORDER FROM CHAMBERS

　　　Defendants Nugget Construction, Inc. and United States Fidelity & Guaranty Company have moved to seal Docket No. 491, Part 8 (Docket No. 562).  The motion is unopposed.

**IT IS HEREBY ORDERED:**

　　　Defendants' motion is **GRANTED** and Docket No. 491, Part 8 is hereby sealed.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE:      July 31, 2006