MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*North Star Terminal & Stevedore Company et al. v. Nugget Construction, Inc. et al.*
Case No. 3:98-cv-009 TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:   ORDER FROM CHAMBERS

Defendant United States Fidelity & Guaranty Company has moved to allow Ms. Janice Smith, Senior Bond Claim Counsel, to participate via telephone at the Status Hearing herein scheduled for August 17, 2006 (Docket No. 631). The motion is unopposed.

**IT IS HEREBY ORDERED:**

Defendant's motion is **GRANTED**. Ms. Smith should contact the case manager at (907) 677-6144 at least 24 hours prior to the hearing.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE:      August 1, 2006