Steven J. Shamburek
Alaska Bar No. 8606063
LAW OFFICE OF STEVEN J. SHAMBUREK
425 G Street, Suite 630
Anchorage, Alaska 99501
(907) 522-53<u>39</u> Direct
(907) 522-53<u>93</u> Fax

Attorney for Plaintiffs
Shoreside Petroleum, Inc.,
d/b/a Marathon Fuel Service
and Metco, Inc.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf,<br><br>       Plaintiffs,<br><br>  and<br><br>UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Service, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Service, on its own behalf,<br><br>       Intervening Plaintiffs,<br><br>  and<br><br>METCO, INC.,<br><br>       Intervening Plaintiff,<br><br>    vs.<br><br>NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE,<br><br>       Defendants.<br>_____ | **SHORESIDE'S AND METCO'S MOTION FOR CLIENT PARTICIPATION BY TELEPHONE**<br><br><br><br><br><br><br><br><br><br>Case No. A98-0009-CV (HRH) |

1

COMES NOW Shoreside Petroleum, Inc., d/b/a Marathon Fuel Service ("Shoreside") and Metco, Inc. ("Metco"), by and through counsel, and file this Motion For Client Participation By Telephone.

Representatives of Shoreside and Metco in Seward participated telephonically in the prior status conference. Shoreside and Metco seek to allow the same individuals to participate telephonically at the status conference scheduled for August 17.

DATED this 2nd day of August, 2006.

>THE LAW OFFICE OF STEVEN J. SHAMBUREK
>Attorney for Plaintiffs
>Shoreside Petroleum, Inc., d/b/a Marathon Fuel Service and Metco, Inc.
>
>        /s/ Steven J. Shamburek
>By:_____
>    Steven J. Shamburek
>    Alaska Bar No. 8606063
>    LAW OFFICE OF STEVEN J. SHAMBUREK
>    425 G Street, Suite 630
>    Anchorage, Alaska 99501
>    (907) 522-5339 Direct
>    shamburek@gci.net

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 2nd day of August, 2006, a copy of the foregoing was served by the Electric Case Filing system on the attorneys of record.

/s/ Steven J. Shamburek
_____
Steven J. Shamburek