1  PAUL D. STOCKLER, ESQ.
   **PAUL D. STOCKLER LAW OFFICE**
2  1309 W. 16th Ave.
   Anchorage, AK 99501
3  (907) 277-8564/(907) 272-4877 (FAX)

4

   C. PATRICK STOLL, State Bar No. 166917
5  **HERRIG, VOGT & STOLL, LLP**
   4210 Douglas Boulevard, Suite 100
6  Granite Bay, CA 95746-5902
   (916) 960-1000/(916) 960-1005 FAX

7

   Attorneys for SPENCER ROCK PRODUCTS, INC. and
8  ROBERT A. LAPORE

9
                    **IN THE UNITED STATES DISTRICT COURT**
10                  **FOR THE DISTRICT OF ALASKA AT ANCHORAGE**

11

| | |
|---|---|
| 12  UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern  13  Stevedoring & Handling, and NORTH STAR TERMINAL & STEVEDORE  14  COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf,  15                      Plaintiffs,  16  17        and  18  UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC.,  19  d/b/a Marathon Fuel Services, and SHORESIDE PETROLEUM, INC., d/b/a  20  Marathon Fuel Services, on its own behalf,  21                      Intervening Plaintiffs  22        and  23  METCO, INC.  24                      Intervening Plaintiff,  25        vs.  26  NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.;  27  UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT  28  A. LAPORE,  Defendants. | **CASE NO.:** A98-009 CIV (HRH)  **MOTION FOR AN ORDER ALLOWING SPENCER ROCK PRODUCTS, INC., AND ROBERT LAPORE TO APPEAR BY TELEPHONE AT THE AUGUST 17, 2006 STATUS CONFERENCE** |

With reference to the Court's order for a Status Conference on August 17, 2006, at 10 a.m. in Courtroom 1, I request on behalf of Robert Lapore that the Court allow him to appear by telephone on his own behalf and as president of Spencer Rock Products, Inc.

Though Spencer Rock Products, Inc., and Robert Lapore are defendants in this case, from a practical perspective they have been relatively inactive in this case, and will remain so until trial. Spencer Rock Products, Inc., though directly involved in the circumstances that gave rise to this lawsuit, is now a defunct corporation with no assets, and has been so for many years. Robert Lapore, the former president of Spencer Rock, is now retired and living in Florida on his pension. Because Spencer Rock and Mr. Lapore have little to offer to satisfy any judgment of the magnitude sought in this case, Nugget Construction, Inc, and its Miller Act bond surety USF&G, are the key defendants at this point.

Because Mr. Lapore and Spencer Rock are relatively inactive in this case, they will have little input at the Status Hearing. I do not plan to conduct any discovery, file any motions, or offer anything in settlement. I believe that any input I Mr. Lapore may have can be transmitted effectively by telephone.

The cost to my client to travel to Alaska and make an appearance at the Status Conference will be several thousand dollars, which he can ill afford. Therefore, I request that the Court allow Mr. Lapore to appear by telephone.

Respectfully submitted this 2nd day of August, 2006.

s/ C. Patrick Stoll
Herrig, Vogt & Stoll
4210 Douglas Blvd., #100
Granite Bay, CA 95746
Telephone: (916) 960-1000
Facsimile:  (916) 960-1005
E-Mail: cps@hvslaw.com
California Bar #166917

CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2006, a copy of the foregoing Motion for an Order Allowing Lead Counsel for Spencer Rock Products, Inc., and Robert LaPore, and Their Client Representative,

**MOTION FOR AN ORDER ALLOWING CLIENT REPRESENTATIVE TO APPEAR BY TELEPHONE**

-2-

to Appear by Telephone was served electronically on
Traeger Machetanz, Steven J. Shamburek, Paul Stockler,
Herbert A. Viergutz, Michael W. Sewright and Thomas Krider

s/ C. Patrick Stoll