1  PAUL D. STOCKLER, ESQ.
   **PAUL D. STOCKLER LAW OFFICE**
2  1309 W. 16th Ave.
   Anchorage, AK 99501
3  (907) 277-8564/(907) 272-4877 (FAX)

4

   C. PATRICK STOLL, State Bar No. 166917
5  **HERRIG, VOGT & STOLL, LLP**
   4210 Douglas Boulevard, Suite 100
6  Granite Bay, CA 95746-5902
   (916) 960-1000/(916) 960-1005 FAX
7
   Attorneys for SPENCER ROCK PRODUCTS, INC. and
8  ROBERT A. LAPORE

9
                    **IN THE UNITED STATES DISTRICT COURT**
10                  **FOR THE DISTRICT OF ALASKA AT ANCHORAGE**

11

12 UNITED STATES OF AMERICA for the     )   **CASE NO.:** A98-009 CIV (HRH)
   use of NORTH STAR TERMINAL &         )
13 STEVEDORE COMPANY, d/b/a Northern    )   **[PROPOSED]**
   Stevedoring & Handling, and NORTH    )   **ORDER ALLOWING SPENCER ROCK**
14 STAR TERMINAL & STEVEDORE            )   **PRODUCTS, INC., AND ROBERT**
   COMPANY, d/b/a Northern Stevedoring &)   **LAPORE TO APPEAR BY**
15 Handling, on its own behalf,         )   **TELEPHONE AT THE AUGUST 17,**
                                        )   **2006, STATUS CONFERENCE**
16         Plaintiffs,                  )
                                        )
17    and                               )
                                        )
18 UNITED STATES OF AMERICA for the     )
   use of SHORESIDE PETROLEUM, INC.,    )
19 d/b/a Marathon Fuel Services, and    )
   SHORESIDE PETROLEUM, INC., d/b/a     )
20 Marathon Fuel Services, on its own behalf, )
                                        )
21         Intervening Plaintiffs       )
                                        )
22    and                               )
                                        )
23 METCO, INC.                          )
                                        )
24         Intervening Plaintiff,       )
                                        )
25    vs.                               )
                                        )
26 NUGGET CONSTRUCTION, INC.;           )
   SPENCER ROCK PRODUCTS, INC.;         )
27 UNITED STATES FIDELITY AND           )
   GUARANTY COMPANY; and ROBERT         )
28 A. LAPORE,                           )
                                        )
           Defendants.                  )
   _____      )

1   THIS MATTER having come before the court on the motion of defendants Spencer Rock
2   Products, Inc., and Robert Lapore, for the defendants' client representative Robert Lapore, to appear
3   by telephone at the Status Conference in the above-captioned matter on August 17, 2006, at 10 a.m.
4   in Courtroom 1, and it appearing that good cause exists for the relief requested, it is hereby
5   ORDERED that client representative Robert Lapore, be permitted to appear by telephone.
6   Date at Anchorage, Alaska, this _____ day of August, 2006.

_____
Hon. Timothy M. Burgess
U.S. District Court

**ORDER ALLOWING CLIENT TO APPEAR BY TELEPHONE**                                -2-