# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

*North Star Terminal & Stevedore Company et al. v. Nugget Construction, Inc. et al.*
Case No. 3:98-cv-009 TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:    ORDER FROM CHAMBERS

Plaintiffs Shoreside Petroleum, Inc. and Metco, Inc. have moved to allow their representatives to participate via telephone at the Status Hearing herein scheduled for August 17, 2006 (Docket No. 640).

**IT IS HEREBY ORDERED:**

Plaintiffs' motion is **GRANTED**. Plaintiffs' representatives should contact the case manager at (907) 677-6144 at least 24 hours prior to the hearing.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE:      August 2, 2006