MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*North Star Terminal & Stevedore Company et al. v. Nugget Construction, Inc. et al.*
Case No. 3:98-cv-009 TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:    ORDER FROM CHAMBERS

Defendants Spencer Rock Products, Inc. and Robert A. Lapore have moved to allow Mr. Lapore, on his own behalf and on behalf of Spencer Rock Products, Inc., to participate via telephone at the Status Hearing herein scheduled for August 17, 2006 (Docket No. 642).

**IT IS HEREBY ORDERED:**

Defendants' motion is **GRANTED**. Mr. Lapore should contact the case manager at (907) 677-6144 at least 24 hours prior to the hearing.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE:    August 2, 2006