## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*North Star Terminal & Stevedore Company et al. v. Nugget Construction, Inc. et al.*
Case No. 3:98-cv-009 TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:    ORDER FROM CHAMBERS

     Defendants Nugget Construction, Inc. and United States Fidelity & Guaranty Company have moved for reconsideration of the Court's July 28, 2006 order denying their summary judgment motion with respect to Plaintiffs' breach of express contract claims (Docket No. 641).

**IT IS HEREBY ORDERED:**

     Plaintiffs shall have until noon on Wednesday, August 9, 2006 to serve and file opposition papers to Defendants' motion. The Court shall inform the parties, if it deems a reply from Defendants to be necessary. The parties are reminded to adhere to the page limits set forth in D.Ak.L.R. 59.1.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE:       August 2, 2006