Michael W. Sewright
BURR, PEASE & KURTZ
810 N Street
Anchorage, AK  99501-3293
Telephone:   (907) 276-6100
Fax No.:      (907) 258-2530
Attorneys for North Star

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf,<br><br>    Plaintiffs,<br> and<br><br>UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, on its own behalf,<br><br>    Intervening Plaintiffs,<br> and<br><br>METCO, INC.,<br><br>    Intervening Plaintiff,<br> vs.<br><br>NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE,<br><br>    Defendants. | Case No. 3:98-cv-009-TMB<br><br><br><br><br><br><br><br><br><br><br>**NOTICE OF FILING [PROPOSED] ORDER UPON MOTION FOR RECONSIDERATION (DOCKET NO 647)** |

  Plaintiffs give notice that they are filing the attached [Proposed] Order upon Motion for

Reconsideration which was inadvertently omitted when filing the motion at Docket No. 647.

Notice of Filing Proposed Order
North Star v. Nugget, et al., Case No. 3:98-cv-009-TMB
Page 1 of 2

45-40/ # 85086

Respectfully submitted at Anchorage, Alaska, on August 8, 2006.

>s/ Michael W. Sewright
>Burr, Pease & Kurtz
>810 N Street, Anchorage, Alaska 99501
>Phone: (907) 276-6100
>Fax: (907) 258-2530
>E-mail: bpk@bpk.com
>Alaska Bar No. 7510090

CERTIFICATE OF SERVICE

I certify that on the August 8, 2006, a copy of the foregoing NORTH STAR'S MOTION FOR RECONSIDERATION was served electronically to Steven S. Shamburek, Esq., Traeger Machetanz, Esq., Paul D. Stockler, Herbert A. Viergutz, and C. Patrick Stoll, Esq.

s/ Michael W. Sewright