David W. Pease
BURR, PEASE & KURTZ
810 N Street
Anchorage, AK  99501-3293
Telephone:     (907) 276-6100
Fax No.:        (907) 258-2530
Attorneys for North Star

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf,<br><br>     Plaintiffs,<br> and<br><br>UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, on its own behalf,<br><br>     Intervening Plaintiffs,<br> and<br><br>METCO, INC.,<br><br>     Intervening Plaintiff,<br> vs.<br><br>NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE,<br><br>     Defendants. | Case No. 3:98-cv-009-TMB<br><br><br><br><br><br>**[PROPOSED] ORDER UPON RECONSIDERATION** |

  The Court, having considered North Star's Motion for Reconsideration of Order

Disposing of Parties' State Law Summary Judgment Motions at Docket No. 646, HEREBY

[Proposed] Order Upon Reconsideration
North Star v. Nugget, et al., Case No. 3:98-cv-009-TMB
Page 1 of 2                                   45-40/ # 85078

ORDERS: That the motion is GRANTED. The Court's previous Order at Docket No. 636 is hereby vacated insofar as granting summary judgment against the plaintiffs' misrepresentation and non-disclosure claims including fraud and their negligence claims. Summary judgment is denied upon those claims.

DATED: August _____, 2006

_____
TIMOTHY M. BURGESS
U.S. District Court Judge

CERTIFICATE OF SERVICE

I certify that on the August 8, 2006, a copy of the foregoing NORTH STAR'S MOTION FOR RECONSIDERATION was served electronically to Steven S. Shamburek, Esq., Traeger Machetanz, Esq., Paul D. Stockler, Herbert A. Viergutz, and C. Patrick Stoll, Esq.

s/ David W. Pease