Michael W. Sewright
BURR, PEASE & KURTZ
810 N Street
Anchorage, AK  99501-3293
Telephone:     (907) 276-6100
Fax No.:         (907) 258-2530
Attorneys for North Star

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf,<br><br>                Plaintiffs,<br>  and<br><br>UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, on its own behalf,<br><br>                Intervening Plaintiffs,<br>  and<br><br>METCO, INC.,<br><br>                Intervening Plaintiff,<br>  vs.<br><br>NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE,<br><br>                Defendants. | Case No. 3:98-cv-009-TMB<br><br><br><br>**ERRATA TO DOCKET NO. 646 (NORTH STAR'S MOTION FOR RECONSIDERATION OF ORDER DISPOSING OF PARTIES' STATE LAW SUMMARY JUDGMENT MOTIONS)** |

      The Court and parties are hereby notified that citations supporting the statement "The

Alaska Supreme Court has held that causes of action in tort, including negligence can arise

independent of such contracts, and also from such contractual relationships." appearing at the last page of North Star's argument in the above-referenced memorandum. The following citations should be added to the end of that statement: "*See* Alaska cases listed at Docket No. 535 pp. 48-49 & *Mattingly v. Sheldon Jackson College*, 743 P.2d 356, 358-361 (Alaska 1987)."

   Respectfully submitted at Anchorage, Alaska, on August 8, 2006.

                s/ Michael W. Sewright
                Burr, Pease & Kurtz
                810 N Street, Anchorage, Alaska 99501
                Phone: (907) 276-6100
                Fax: (907) 258-2530
                E-mail: bpk@bpk.com
                Alaska Bar No. 7510090

CERTIFICATE OF SERVICE

I certify that on the August 8, 2006, a copy of the foregoing NORTH STAR'S MOTION FOR RECONSIDERATION was served electronically to Steven S. Shamburek, Esq., Traeger Machetanz, Esq., Paul D. Stockler, Herbert A. Viergutz, and C. Patrick Stoll, Esq.

s/ Michael W. Sewright

Errata to Docket No. 646
North Star v. Nugget, et al., Case No. 3:98-cv-009-TMB
Page 2 of 2                                     45-40/ # 85084