David W. Pease
BURR, PEASE & KURTZ
810 N Street
Anchorage, AK  99501-3293
Telephone:     (907) 276-6100
Fax No.:        (907) 258-2530
Attorneys for North Star

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf,<br><br>　　　　　　　Plaintiffs,<br>　　and<br><br>UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, on its own behalf,<br><br>　　　　　　　Intervening Plaintiffs,<br>　　and<br><br>METCO, INC.,<br><br>　　　　　　　Intervening Plaintiff,<br>　　vs.<br><br>NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE,<br><br>　　　　　　　Defendants. | Case No. 3:98-cv-009-TMB<br><br>**[PROPOSED] ORDER ON NUGGET AND USF&G'S MOTION FOR RECONSIDERATION OF COURT'S 7/28/06 ORDER (DOCKET NO. 641)** |

　　　　IT IS ORDERED that Nugget and USF&G's motion for reconsideration on the issue of

express contract and express contract by agency is DENIED.

[Proposed] Order on Nugget & USF&G's Mtn for Reconsideration
North Star v. Nugget, et al, Case No. 3:98-cv-009-TMB
Page 1 of 2                                                                                                                       45-40/ # 85067

      DATED:   August _____, 2006

                                                        _____
                                                        TIMOTHY M. BURGESS
                                                          U.S. District Court Judge

CERTIFICATE OF SERVICE

I certify that on the August 9, 2006, a copy of the foregoing NORTH STAR'S MOTION FOR RECONSIDERATION was served electronically to Steven S. Shamburek, Esq., Traeger Machetanz, Esq., Paul D. Stockler, Herbert A. Viergutz, and C. Patrick Stoll, Esq.

s/ David W. Pease

[Proposed] Order on Nugget & USF&G's Mtn for Reconsideration
North Star v. Nugget, et al, Case No. 3:98-cv-009-TMB
Page 2 of 2                                                                                                       45-40/ # 85067