# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

*North Star Terminal & Stevedore Company et al. v. Nugget Construction, Inc. et al.*
Case No. 3:98-cv-009 TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:    ORDER FROM CHAMBERS

Defendants Nugget Construction, Inc. and United States Fidelity and Guaranty Company have moved (Docket No. 641) for reconsideration of the Court's order at Docket No. 636. The Court ordered Plaintiffs to file opposition to Defendants' motion (Docket No. 645). Plaintiffs have done so (Docket Nos. 655 and 656).

Plaintiffs North Star Terminal & Stevedore Company, Shoreside Petroleum, Inc. and Metco, Inc. have also moved (Docket Nos. 646-649) for reconsideration of the Court's orders at Docket Nos. 635 and 636.

The Court has carefully considered the parties' motions to reconsider and the opposition thereto.

**IT IS HEREBY ORDERED:**

The parties' motions for reconsideration (Docket Nos. 641, 646-649) are **DENIED**.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE:       August 16, 2006