**Herbert A. Viergutz**

| | |
|---|---|
| **From:** | "Steven J. Shamburek" <shamburek@gci.net> |
| **To:** | "'Herbert A. Viergutz'" <barmar@gci.net>; "'Michael W. Sewright'" <mws@bpk.com>; "'Tom Krider'" <Krider@OLES.com> |
| **Sent:** | Friday, August 18, 2006 12:58 PM |
| **Subject:** | RE: North Star v. USF&G |

Gentlemen:

Despite all these deadlines, I hope to be back East from about Dec. 18 until Jan. 8. I suggest moving the Jan. 5 deadline to Jan. 19 or thereabouts.

Steve Shamburek

---

**From:** Herbert A. Viergutz [mailto:barmar@gci.net]
**Sent:** Friday, August 18, 2006 11:49 AM
**To:** Michael W. Sewright; Steven J. Shamburek; Tom Krider
**Subject:** North Star v. USF&G

Gentlemen:

Attached is a copy of the Entry of Appearance of this firm on behalf of USF&G pursuant to instructions received from our client. I would expect Mr. Krider to file a Notice of Withdrawal of representation in order to effect this firm's sole representation of USF&G.

As the Court noted in its attached Order, I have a conflict with two deadlines established by the Court in its Pretrial Order. (1) January 5 deadline; and (2) January 12 Pretrial Conference. The basis for my conflict is that my father will be celebrating his 90th birthday in early January, and our entire extended family has agreed to convene for the affair in Minnesota. Myself, my children and my wife are scheduled to depart the State of Alaska on December 22, 2006, and will be returning on January 14, 2006. As this letter is authored, my father has been admitted to Methodist Hospital in St. Lewis Park, Minnesota, and is suffering from a long term health problem. We are hopeful that he will overcome this present health crises and be able to celebrate his 90th birthday. In all events, our family must go forward with its plans, as airline tickets were purchased months past.

As a result of the above, I would respectfully request that you email me your agreement to alter the two above referenced deadlines. I would propose two alternatives, but would prefer the former, i.e., the January 5 deadlines be advanced to December 22, 2006, and that the Pretrial Conference be scheduled at the Court's convenience subsequent to January 14, 2007. Option two would be to reestablish the January 5 deadlines to January 19, 2007, and reset the Pretrial Conference for any date thereafter at the Court's convenience. Please advise as to your position, and your prompt response is appreciated in order to advise the Court consistent with the attached Order.

Sincerely,

EXHIBIT A Page 1 of 4

8/21/2006

## Herbert A. Viergutz

| | |
|---|---|
| From: | "David W. Pease" <dwp@bpk.com> |
| To: | <barmar@gci.net> |
| Sent: | Monday, August 28, 2006 12:05 PM |
| Subject: | pretrial dates |

Herb - Mike and I prefer to move the Jan, dates to 12-22, given the two options you presented to accommodate your schedule. Regards, David

--
David W. Pease
Burr, Pease & Kurtz
810 N Street, Anchorage AK 99501
(907) 276-6100
http://www.bpk.com

*********************************************************************
CONFIDENTIALITY NOTICE: This transmission (including all attachments) is intended only for the use of the named addressee(s), and may contain information that is privileged or exempt from disclosure under applicable law. If you are not the named addressee(s), you are hereby notified that any use, dissemination, distribution or copying of this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please destroy it and notify us immediately at (800) 474-4275 or (907) 276-6100.
*********************************************************************

9999-170/964

## Herbert A. Viergutz

| | |
|---|---|
| **From:** | "Pat Stoll" <cps@hvslaw.com> |
| **To:** | "Herbert Viergutz" <barmar@gci.net> |
| **Sent:** | Monday, August 28, 2006 12:03 PM |
| **Subject:** | Pre-trial |

Mike Sewright forwarded to me you proposed pre-trial schedule changes related to your family plans. I have no objections to your proposals. Please add me to your distibution list.

C. Patrick Stoll
Serving The People Who Build America
**HERRIG, VOGT & STOLL, LLP**
4210 Douglas Boulevard, Suite 100
Granite Bay, CA 95746-5902
Phone- 916-960-1000
Facsimile- 916-960-1005
http://www.hvslaw.com/

The information (including any attachments) in this message is privileged and confidential. It is intended only for the use of a specific individual and purpose (or the employee or agent responsible to deliver it to the intended recipient). If you received this message in error, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this message in error, please notify me by telephone or response message immediately.

## Herbert A. Viergutz

| | |
|---|---|
| **From:** | "Tom Krider" <Krider@OLES.com> |
| **To:** | "Herbert A. Viergutz" <barmar@gci.net>; "Michael W. Sewright" <mws@bpk.com>; "Steven J. Shamburek" <shamburek@gci.net> |
| **Sent:** | Wednesday, August 23, 2006 3:52 PM |
| **Subject:** | RE: North Star v. USF&G |

Herb,

Sorry for the delay in getting back to you on this; I've been tied up on something for the last week. I do not have a problem rescheduling days to accommodate your prearranged travel. My preference would be to push back the January 5 deadline to January 19. Given all of the effort required to meet the December 1 requirements, I think trying to get the rest done by December 22 is too much to hope for.

Tom

---

**From:** Herbert A. Viergutz [mailto:barmar@gci.net]
**Sent:** Friday, August 18, 2006 12:49 PM
**To:** Michael W. Sewright; Steven J. Shamburek; Tom Krider
**Subject:** North Star v. USF&G


Gentlemen:

Attached is a copy of the Entry of Appearance of this firm on behalf of USF&G pursuant to instructions received from our client. I would expect Mr. Krider to file a Notice of Withdrawal of representation in order to effect this firm's sole representation of USF&G.

As the Court noted in its attached Order, I have a conflict with two deadlines established by the Court in its Pretrial Order. (1) January 5 deadline; and (2) January 12 Pretrial Conference. The basis for my conflict is that my father will be celebrating his 90th birthday in early January, and our entire extended family has agreed to convene for the affair in Minnesota. Myself, my children and my wife are scheduled to depart the State of Alaska on December 22, 2006, and will be returning on January 14, 2006. As this letter is authored, my father has been admitted to Methodist Hospital in St. Lewis Park, Minnesota, and is suffering from a long term health problem. We are hopeful that he will overcome this present health crises and be able to celebrate his 90th birthday. In all events, our family must go forward with its plans, as airline tickets were purchased months past.

As a result of the above, I would respectfully request that you email me your agreement to alter the two above referenced deadlines. I would propose two alternatives, but would prefer the former, i.e., the January 5 deadlines be advanced to December 22, 2006, and that the Pretrial Conference be scheduled at the Court's convenience subsequent to January 14, 2007. Option two would be to reestablish the January 5 deadlines to January 19, 2007, and reset the Pretrial Conference for any date thereafter at the Court's convenience. Please advise as to your position, and your prompt response is appreciated in order to advise the Court consistent with the attached Order.

EXHIBIT A Page 4 of 4