David W. Pease
BURR, PEASE & KURTZ
810 N Street
Anchorage, AK  99501-3293
Telephone:     (907) 276-6100
Fax No.:        (907) 258-2530
Attorneys for North Star

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf, <br><br>           Plaintiffs, <br>    and <br><br>UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, on its own behalf, <br><br>           Intervening Plaintiffs, <br>    and <br><br>METCO, INC., <br><br>           Intervening Plaintiff, <br>    vs. <br><br>NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE, <br><br>           Defendants. | Case No. A98-009 CIV (TMB) |

**STATUS REPORT ON MEDIATION**

As instructed at the last status conference, the parties have explored the possibility of

Status Report on Mediation
North Star, et al. v. Nugget, et al., Case No. A98-009 CIV (TMB)
Page 1 of 2                                                                                                          45-40/ # 85897

mediating this dispute.  North Star circulated a mediation proposal containing terms raised and discussed by the parties at the status conference.  Shoreside/Metco, consistent with its position at the status conference, does not want to incur the expense associated with a mediation using an out-of-state mediator.  Shoreside/Metco is holding settlement talks with Nugget and USF&G in Seward on September 26, 2006.  Counsel will be present at the settlement talks.

North Star and USF&G are prepared to mediate using an out-of-state mediator under the general terms discussed at the status conference and as set out in the subsequent proposal from North Star.  Nugget has decline to participate in a mediation under these terms.  North Star and USF&G have agreed to hold settlement talks in Anchorage on September 27, 2006.  It is anticipated that Nugget will participate, but that has not yet been confirmed.

Dated:  September 18, 2006.

> s/ David W. Pease
> Burr, Pease & Kurtz
> 810 N Street
> Anchorage, AK  99501
> Telephone:  (907) 276-6100
> Fax:  (907) 258-2530
> E-mail:  mws@bpk.com
> Alaska Bar # 8706041

CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2006, a copy of the foregoing was served electronically on Traeger Machetanz, Steven J. Shamburek, Paul Stockler, Herbert A. Viergutz, and C. Patrick Stoll.

/s David W. Pease