Herbert A. Viergutz, Esq.
Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: (907) 276-8010
Facsimile: (907) 276-5334

Attorneys for United States Fidelity and Guaranty Company

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a NORTHERN STEVEDORING & HANDLING, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a NORTHERN STEVEDORING & HANDLING, on its own behalf, <br><br>  Plaintiffs, <br><br>      and <br><br> UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a MARATHON FUEL SERVICE, and SHORESIDE PETROLEUM, INC., d/b/a MARATHON FUEL SERVICE, on its own behalf, <br><br>  Intervening Plaintiffs, <br><br>      and <br><br> METCO, INC., <br><br>  Intervening Plaintiff, <br><br>      vs. <br><br> NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE, <br><br>  Defendants. | No. 3:98-cv-9 (TMB) |

**RESPONSE TO DOCKET NO. 666 RE: UNOPPOSED MOTION TO VACATE JANUARY 5 AND JANUARY 12 PRETRIAL DEADLINES AND REESTABLISH SAME**

The Court states at Docket 666 as follows:

> In anticipation of the Court postponing pretrial deadlines and trial, each counsel to file a Notice no later than 9/29/06, regarding their precise dates of availability for trial in March and April, 2007. Counsel shall also included in the notice, blocks of time when they are unavailable. Notice due by 9/29/2006.

However, the undersigned's Motion at Docket No. 662 did <u>not request the Court to vacate the Trial date</u>, only to reestablish the Pretrial Deadlines of January 5 and January 12, 2007 consistent with this Court's Order at Docket No. 660. The undersigned obtained approval from all counsel to alter those pretrial deadlines consistent with the content of the Motion at Docket No. 662.

As a result, counsel respectfully requests the Court to vacate its Order at Docket No. 666, and issue its Order consistent with Docket No. 660, as a result of the undersigned's Motion at Docket No. 662.

Dated this 20th day of September, 2006.

/s Herbert A. Viergutz

Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: (907) 276-8010  Facsimile: (907) 276-5334
barmar@gci.net
Alaska Bar No. 8506088

**CERTIFICATE OF SERVICE**
I HEREBY CERTIFY that a copy of this document was served by electronic notification on this 20th day of September, 2006, to:

Michael W. Sewright, Esq.
Burr, Pease & Kurtz
810 N Street
Anchorage, AK 99501

Paul Stockler, Esq.
1309 West 16th Avenue
Anchorage, AK 99501

Traeger Machetanz, Esq/Tom Krider, Esq.
Oles Morrison Rinker & Baker, LLP
745 4th Avenue, Suite 502
Anchorage, AK 99501-2136

Steven J. Shamburek, Esq.
Law Office of Steven J. Shamburek
425 G Street, Suite 630
Anchorage, AK 99501-5872

/s Herbert A. Viergutz

2