1  PAUL D. STOCKLER, ESQ.
   **PAUL D. STOCKLER LAW OFFICE**
2  1309 W. 16th Ave.
   Anchorage, AK 99501
3  (907) 277-8564/(907) 272-4877 (FAX)

4

   C. PATRICK STOLL, State Bar No. 166917
5  **HERRIG, VOGT & STOLL, LLP**
   4210 Douglas Boulevard, Suite 100
6  Granite Bay, CA 95746-5902
   (916) 960-1000/(916) 960-1005 FAX

7

   Attorneys for SPENCER ROCK PRODUCTS, INC. and
8  ROBERT A. LAPORE

9
                    **IN THE UNITED STATES DISTRICT COURT**
10                  **FOR THE DISTRICT OF ALASKA AT ANCHORAGE**

11

12  UNITED STATES OF AMERICA for the           ) **CASE NO.:** A98-009 CIV (HRH)
    use of NORTH STAR TERMINAL &               )
    STEVEDORE COMPANY, d/b/a Northern          )
13  Stevedoring & Handling, and NORTH          ) **NOTICE OF AVAILABILITY OF**
    STAR TERMINAL & STEVEDORE                  ) **COUNSEL**
14  COMPANY, d/b/a Northern Stevedoring &      )
    Handling, on its own behalf,               )
15                                             )
              Plaintiffs,                      )
16                                             )
                                               )
17       and                                   )
                                               )
18  UNITED STATES OF AMERICA for the           )
    use of SHORESIDE PETROLEUM, INC.,          )
19  d/b/a Marathon Fuel Services, and          )
    SHORESIDE PETROLEUM, INC., d/b/a           )
20  Marathon Fuel Services, on its own behalf, )
                                               )
21           Intervening Plaintiffs            )
                                               )
22       and                                   )
                                               )
23  METCO, INC.                                )
                                               )
24           Intervening Plaintiff,            )
                                               )
25       vs.                                   )
                                               )
26  NUGGET CONSTRUCTION, INC.;                 )
    SPENCER ROCK PRODUCTS, INC.;               )
27  UNITED STATES FIDELITY AND                 )
    GUARANTY COMPANY; and ROBERT               )
28  A. LAPORE,                                 )
                                               )
              Defendants.                      )
    _____    )

Pursuant to Court Order, C. Patrick Stoll, counsel for Spencer Rock Products, Inc., and Robert Lapore, gives notice that his calendar for March and April, 2007, is currently open. There is a potential conflict with a 3 week trial expected to be set to start February 26, 2007, in Sacramento County Superior Court, however, which would make Mr. Stoll unavailable through March 16, 2007. The trial setting conference is Monday, October 2, 2006.

Respectfully submitted this 28th day of September, 2006.

> s/ C. Patrick Stoll
> Herrig, Vogt & Stoll
> 4210 Douglas Blvd., #100
> Granite Bay, CA 95746
> Telephone: (916) 960-1000
> Facsimile: (916) 960-1005
> E-Mail: cps@hvslaw.com
> California Bar #166917

CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2006, a copy of the foregoing Notice of Availability of Counsel was served electronically on Traeger Machetanz, Steven J. Shamburek, Paul Stockler, Herbert A. Viergutz, Michael W. Sewright and Thomas Krider

s/ C. Patrick Stoll

Z:\Active\SPENCER ROCK LAPORE 6121006\Federal Case\Pld\Notice of Availability of Counsel 02.wpd

**NOTICE OF AVAILABILITY OF COUNSEL**