David W. Pease
BURR, PEASE & KURTZ
810 N Street
Anchorage, AK  99501-3293
Telephone:     (907) 276-6100
Fax No.:         (907) 258-2530
Attorneys for North Star

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf,<br><br>　　　　　　　Plaintiffs,<br>　　and<br><br>UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, on its own behalf,<br><br>　　　　　　　Intervening Plaintiffs,<br>　　and<br><br>METCO, INC.,<br><br>　　　　　　　Intervening Plaintiff,<br>　　vs.<br><br>NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE,<br><br>　　　　　　　Defendants. | Case No. A98-009 CIV (TMB) |

**NOTICE OF DATES AVAILABLE FOR TRIAL**

　　　　Pursuant to the court's order on potential trial dates in March and April 2007, counsel for

Notice of Dates Available for Trial
North Star, et al. v. Nugget, et al., Case No. A98-009 CIV
Page 1 of 2　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　45-40/ # 86157

North Star has an arbitration on April 16-20, 2007. Counsel or the president of North Star will be out of the country March 15-29 and April 28-May 5, 2007.

    Dated: September 29, 2006.

> s/ David W. Pease
> Burr, Pease & Kurtz
> 810 N Street
> Anchorage, AK  99501
> Telephone: (907) 276-6100
> Fax: (907) 258-2530
> E-mail: mws@bpk.com
> Alaska Bar # 8706041

CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2006, a copy of the foregoing was served electronically on Traeger Machetanz, Steven J. Shamburek, Paul Stockler, Herbert A. Viergutz, and C. Patrick Stoll.

/s David W. Pease

Notice of Dates Available for Trial
North Star, et al. v. Nugget, et al., Case No. A98-009 CIV
Page 2 of 2                                                                 45-40/ # 86157