Steven J. Shamburek
Alaska Bar No. 8606063
LAW OFFICE OF STEVEN J. SHAMBUREK
425 G Street, Suite 630
Anchorage, Alaska 99501
(907) 522-5339 Direct
(907) 522-5393 Fax

Attorney for Plaintiffs
Shoreside Petroleum, Inc.,
d/b/a Marathon Fuel Service
and Metco, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf,<br><br>      Plaintiffs,<br><br>and<br><br>UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Service, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Service, on its own behalf,<br><br>      Intervening Plaintiffs,<br><br>and<br><br>METCO, INC.,<br><br>      Intervening Plaintiff,<br><br>vs.<br><br>NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE,<br><br>      Defendants. | **SHORESIDE'S AND METCO'S AVAILABILITY**<br><br><br><br><br><br><br><br>3:98-cv-0009-TMB |

1

COMES NOW Shoreside Petroleum, Inc., d/b/a Marathon Fuel Service and Metco, Inc., by and through counsel, and provide the following dates of availability.

The undersigned is unavailable from March 17 until March 30, 2007. This period of time appears also to coincide with the spring breaks for the Anchorage School District and the schools in Seward. Many of the Seward witnesses live in Seward and would be unavailable during this period of time.

The undersigned also has a one week trial scheduled for the week of April 23, 2007. The undersigned represents the plaintiff in the case against one defendant. The trial likely could be rescheduled if this period of time is convenient for others.

DATED this 29th day of September, 2006 at Anchorage, Alaska.

        THE LAW OFFICE OF STEVEN J. SHAMBUREK
        Attorney for Plaintiff
        Shoreside Petroleum, Inc., d/b/a Marathon Fuel Service and Metco, Inc.

        s/ Steven J. Shamburek

By:_____
    Steven J. Shamburek
    ABA: 8606063

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 29th day of September, 2006, a copy of the foregoing was served by the Electric Case Filing system.

s/ Steven J. Shamburek
_____

Steven J. Shamburek