David W. Pease
BURR, PEASE & KURTZ
810 N Street
Anchorage, AK  99501-3293
Telephone:	(907) 276-6100
Fax No.:	(907) 258-2530
Attorneys for North Star

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf,<br><br>　　　　　Plaintiffs,<br>　　and<br><br>UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, on its own behalf,<br><br>　　　　　Intervening Plaintiffs,<br>　　and<br><br>METCO, INC.,<br><br>　　　　　Intervening Plaintiff,<br>　　vs.<br><br>NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE,<br><br>　　　　　Defendants. | Case No. A98-009 CIV (TMB) |

**NOTICE OF DATES AVAILABLE FOR TRIAL**

　　Pursuant to the court's order on potential trial dates in May 2007, North Star and its

Notice of Dates Available for Trial
North Star, et al. v. Nugget, et al., Case No. A98-009 CIV (TMB)
Page 1 of 2                                                                                                       45-40/ # 86278

counsel are available for trial from May 7, 2007, through May 24, 2007.

Dated: October 9, 2006.

          s/ David W. Pease
          Burr, Pease & Kurtz
          810 N Street
          Anchorage, AK 99501
          Telephone: (907) 276-6100
          Fax: (907) 258-2530
          E-mail: mws@bpk.com
          Alaska Bar # 8706041

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 9, 2006, a copy of the foregoing was served electronically on Traeger Machetanz, Steven J. Shamburek, Paul Stockler, Herbert A. Viergutz, and C. Patrick Stoll.

/s David W. Pease

Notice of Dates Available for Trial
North Star, et al. v. Nugget, et al., Case No. A98-009 CIV (TMB)
Page 2 of 2
45-40/ # 86278