1   PAUL D. STOCKLER, ESQ.
    **PAUL D. STOCKLER LAW OFFICE**
2   1309 W. 16th Ave.
    Anchorage, AK 99501
3   (907) 277-8564/(907) 272-4877 (FAX)

4
    C. PATRICK STOLL, State Bar No. 166917
5   **HERRIG, VOGT & STOLL, LLP**
    4210 Douglas Boulevard, Suite 100
6   Granite Bay, CA 95746-5902
    (916) 960-1000/(916) 960-1005 FAX
7
    Attorneys for SPENCER ROCK PRODUCTS, INC. and
8   ROBERT A. LAPORE

9
                **IN THE UNITED STATES DISTRICT COURT**
10              **FOR THE DISTRICT OF ALASKA AT ANCHORAGE**

11
    UNITED STATES OF AMERICA for the    )    **CASE NO.:** A98-009 CIV (HRH)
12  use of NORTH STAR TERMINAL &        )
    STEVEDORE COMPANY, d/b/a Northern   )
13  Stevedoring & Handling, and NORTH   )    **NOTICE OF AVAILABILITY OF**
    STAR TERMINAL & STEVEDORE           )    **COUNSEL**
14  COMPANY, d/b/a Northern Stevedoring &  )
    Handling, on its own behalf,        )
15                                      )
              Plaintiffs,               )
16                                      )
                                        )
17        and                           )
                                        )
18  UNITED STATES OF AMERICA for the    )
    use of SHORESIDE PETROLEUM, INC.,   )
19  d/b/a Marathon Fuel Services, and   )
    SHORESIDE PETROLEUM, INC., d/b/a    )
20  Marathon Fuel Services, on its own behalf,  )
                                        )
21            Intervening Plaintiffs,   )
                                        )
22        and                           )
                                        )
23  METCO, INC.                         )
                                        )
24            Intervening Plaintiff,    )
                                        )
25        vs.                           )
                                        )
26  NUGGET CONSTRUCTION, INC.;          )
    SPENCER ROCK PRODUCTS, INC.;        )
27  UNITED STATES FIDELITY AND          )
    GUARANTY COMPANY; and ROBERT        )
28  A. LAPORE,                          )
                                        )
              Defendants.               )
    _____   )

1    Pursuant to Court Order, C. Patrick Stoll, counsel for Spencer Rock Products, Inc., and

2  Robert Lapore, gives notice that his calendar for May, 2007, is currently open.

3  Respectfully submitted this 10th day of October, 2006.

4

5

6                                                          s/ C. Patrick Stoll
                                                          Herrig, Vogt & Stoll
7                                                          4210 Douglas Blvd., #100
                                                          Granite Bay, CA 95746
8                                                          Telephone: (916) 960-1000
                                                          Facsimile:  (916) 960-1005
9                                                          E-Mail: cps@hvslaw.com
                                                          California Bar #166917
10

11

12  CERTIFICATE OF SERVICE

13  I hereby certify that on October 10, 2006, a copy of the foregoing
    Notice of Availability of Counsel was served electronically on
14  Traeger Machetanz, Steven J. Shamburek, Paul Stockler,
    Herbert A. Viergutz, Michael W. Sewright and Thomas Krider
15

16  s/ C. Patrick Stoll

17

18

19

20

21

22

23

24  Z:\Active\SPENCER ROCK LAPORE 6121006\Federal Case\Pld\Notice of Availability of Counsel 03.wpd

25

26

27

28

**NOTICE OF AVAILABILITY OF COUNSEL**