Steven J. Shamburek
Alaska Bar No. 8606063
LAW OFFICE OF STEVEN J. SHAMBUREK
425 G Street, Suite 630
Anchorage, Alaska 99501
(907) 522-53<u>39</u> Direct
(907) 522-53<u>93</u> Fax

Attorney for Plaintiffs
Shoreside Petroleum, Inc.,
d/b/a Marathon Fuel Service
and Metco, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf, | ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| and | ) ) |
| UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Service, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Service, on its own behalf, | ) ) ) ) ) ) **SHORESIDE'S AND METCO'S** **AVAILABILITY** |
| Intervening Plaintiffs, | ) ) |
| and | ) ) |
| METCO, INC., | ) ) |
| Intervening Plaintiff, | ) ) |
| vs. | ) ) |
| NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE, | ) 3:98-cv-0009-TMB ) ) ) ) |
| Defendants. | ) ) |

1

COMES NOW Shoreside Petroleum, Inc., d/b/a Marathon Fuel Service and Metco, Inc., by and through counsel, and provide the following dates of availability.  They are available during the entire month of May, 2007.

DATED this 10th day of October, 2006 at Anchorage, Alaska.

THE LAW OFFICE OF STEVEN J. SHAMBUREK
Attorney for Plaintiff
Shoreside Petroleum, Inc., d/b/a Marathon
Fuel Service and Metco, Inc.

s/ Steven J. Shamburek

By:_____
    Steven J. Shamburek
    ABA:  8606063
    Alaska Bar No. 8606063
    LAW OFFICE OF STEVEN J. SHAMBUREK
    425 G Street, Suite 630
    Anchorage, Alaska 99501
    (907) 522-5339 Direct
    shamburek@gci.net

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 10th day of October, 2006, a copy of the foregoing was served by the Electric Case Filing system.

s/ Steven J. Shamburek

_____

Steven J. Shamburek

2