1  PAUL D. STOCKLER, ESQ.
   705 Christensen Drive
2  Anchorage, AK 99501
   (907) 277-8564
3  (907) 272-4877 (FAX)

4
   C. PATRICK STOLL, State Bar No. 166917
5  **HERRIG, VOGT & STOLL, LLP**
   4210 Douglas Boulevard, Suite 100
6  Granite Bay, CA 95746-5902
   (916) 960-1000/(916) 960-1005 FAX
7

8  Attorneys for SPENCER ROCK PRODUCTS, INC. and
   ROBERT A. LAPORE
9

10          **IN THE UNITED STATES DISTRICT COURT**
              **FOR THE DISTRICT OF ALASKA**
11

12 UNITED STATES OF AMERICA for the    )    **CASE NO.:** A98-009 CIV (HRH)
   use of NORTH STAR TERMINAL &        )
   STEVEDORE COMPANY, d/b/a Northern   )    **(PROPOSED)**
13 Stevedoring & Handling, and NORTH   )
   STAR TERMINAL & STEVEDORE           )    **ORDER GRANTING MOTION TO**
14 COMPANY, d/b/a Northern Stevedoring & )  **WITHDRAW AS COUNSEL OF**
   Handling, on its own behalf,        )    **RECORD**
15                                      )
                Plaintiffs,             )
16                                      )
                                        )
17          and                         )
                                        )
18 UNITED STATES OF AMERICA for the    )
   use of SHORESIDE PETROLEUM, INC.,   )
19 d/b/a Marathon Fuel Services, and   )
   SHORESIDE PETROLEUM, INC., d/b/a    )
20 Marathon Fuel Services, on its own behalf, )
                                        )
21          Intervening Plaintiffs      )
                                        )
22          and                         )
                                        )
23 METCO, INC.                          )
                                        )
24          Intervening Plaintiff,      )
                                        )
25          vs.                         )
                                        )
26 NUGGET CONSTRUCTION, INC.;          )
   SPENCER ROCK PRODUCTS, INC.;        )
27 UNITED STATES FIDELITY AND          )
   GUARANTY COMPANY; and ROBERT        )
28 A. LAPORE,                           )
                                        )
                Defendants.             )
   _____   )

                        -1-
   **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD**

1    This matter having come on for hearing on _____, 2006, on motion of

2    Herrig, Vogt & Stoll, LLP, attorney of record for the defendants Robert A. Lapore and Spencer Rock

3    Products, Inc., for permission to withdraw its appearance as attorney of record for defendants Robert

4    A. Lapore and Spencer Rock Products, Inc., and for concurrent withdrawal of local counsel Paul

5    Stockler, and the court being of the opinion that such withdrawal is proper and for good cause;

6    therefore,

7        **IT IS ORDERED** that Herrig, Vogt & Stoll, LLP, and Paul Stockler be permitted to

8    withdraw their appearances as attorney of record for the Robert A. Lapore and Spencer Rock

9    Products, Inc., effective _____,2000.

10

11

12   Dated at Anchorage, Alaska, this_____ day of _____, 2006.

13

14

15                                                    _____
                                                     Timothy M. Burgess
16                                                   United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28   Z:\Active\SPENCER ROCK LAPORE 6121006\Federal Case\Pld\Motion to Withdraw\Proposed Order.wpd

-2-

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD**