1  PAUL D. STOCKLER, ESQ.
   705 Christensen Drive
2  Anchorage, AK 99501
   (907) 277-8564
3  (907) 272-4877 (FAX)

4  C. PATRICK STOLL, State Bar No. 166917
   **HERRIG, VOGT & STOLL, LLP**
5  4210 Douglas Boulevard, Suite 100
   Granite Bay, CA 95746-5902
6  (916) 960-1000/(916) 960-1005 FAX

7  Attorneys for SPENCER ROCK PRODUCTS, INC. and
   ROBERT A. LAPORE
8

9              IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF ALASKA
10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf,<br><br>           Plaintiffs,<br><br>       and<br><br>UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, on its own behalf,<br><br>           Intervening Plaintiffs<br><br>       and<br><br>METCO, INC.<br><br>           Intervening Plaintiff,<br><br>       vs.<br><br>NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE,<br><br>           Defendants. | CASE NO.: A98-009 CIV (HRH)<br><br>DECLARATION OF ROBERT A. LAPORE |

-1-
**DECLARATION OF ROBERT A. LAPORE**

-2-

1      I, ROBERT A. LAPORE, declare as follows:

2      1. I am named as an individual defendant in this case. I was also the president of Spencer Rock Products, Inc., a co-defendant in this action. Spencer Rock Products, Inc., is no longer in operation and is now, and has been for many years, a defunct corporation with no assets.

2. Back in 1997, I was directly involved in the activities that gave rise to this action. Now, however, I am 66 years old, retired, in poor health, and living on a limited income, consisting of social security and my plumber's pension. I cannot afford to continue to pay any more legal fees to defend the claims against me and the corporation. Consequently, I have discharged both the firm of Herrig, Vogt & Stoll, LLP, and Paul Stockler, and have directed them to terminated their representation of me and Spencer Rock Products, Inc., on this case.

3. Having discharged both Herrig, Vogt & Stoll, LLP, and Paul Stockler, I consent to their withdrawal as counsel for me individually and for Spencer Rock Products, Inc., in this case. I will represent myself in further proceedings. Spencer Rock Products, Inc. will have no counsel.

4. My current mailing address is:

P.O. Box 640030
Beverly Hills, Florida 34464
(352) 697-2794

I declare under penalty of perjury under the laws of the State of Alaska, that the foregoing is true and correct.

Executed this 18th day of October, 2006.

*/s/ Robert A. La Pore*
ROBERT A. LAPORE

Z:\Active\SPENCER ROCK LAPORE 6121006\Federal Case\Pld\Motion to Withdraw\Lapore Dec.wpd

-2-
**DECLARATION OF ROBERT A. LAPORE**