1  For these reasons, Herrig, Vogt & Stoll, LLP, supported by Mr. Lapore, request that the
2  court grant leave for it to withdraw. Moving party also requests that the court set a hearing date
3  at least 30 days from the date of the filing of this motion, so that 20 days notice may be given
4  pursuant to Local Rule 11.1(c)(3)(B). Finally, Herrig, Vogt & Stoll, LLP, requests leave to
5  appear at the hearing by telephone.

6  Dated: November 2, 2006        **HERRIG, VOGT & STOLL, LLP**

8  BY_____
   C. PATRICK STOLL
9  Attorneys for SPENCER ROCK
   PRODUCTS, INC. and
10 ROBERT A. LAPORE

12  s/ C. Patrick Stoll
    Herrig, Vogt & Stoll
13  4210 Douglas Blvd., #100
    Granite Bay, CA 95746
14  Telephone: (916) 960-1000
    Facsimile:  (916) 960-1005
15  E-Mail: cps@hvslaw.com
    California Bar #166917

17  CERTIFICATE OF SERVICE
    I hereby certify that on November 2, 2006, a copy of the foregoing
18  Notice of Availability of Counsel was served electronically on
    Thomas Krider, Traeger Machetanz, David W. Pease, Michael W. Sewright, Steven J.
19  Shamburek, Paul Stockler, and Herbert A. Viergutz

Z:\Active\SPENCER ROCK LAPORE 6121006\Federal Case\Pld\Motion to Withdraw\Motion correction.wpd

-1-
**MOTION TO WITHDRAW AS COUNSEL OF RECORD**