1 | PAUL D. STOCKLER, ESQ.
705 Christensen Drive
2 | Anchorage, AK 99501
(907) 277-8564
3 | (907) 272-4877 (FAX)

4

5 | C. PATRICK STOLL, State Bar No. 166917
**HERRIG, VOGT & STOLL, LLP**
6 | 4210 Douglas Boulevard, Suite 100
Granite Bay, CA 95746-5902
7 | (916) 960-1000/(916) 960-1005 FAX

8 | Attorneys for SPENCER ROCK PRODUCTS, INC. and
ROBERT A. LAPORE
9

10 | **IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**
11

12 | UNITED STATES OF AMERICA for the        )   **CASE NO.:** A98-009 CIV (HRH)
use of NORTH STAR TERMINAL &             )
13 | STEVEDORE COMPANY, d/b/a Northern       )   **CERTIFICATE OF SERVICE**
Stevedoring & Handling, and NORTH        )
14 | STAR TERMINAL & STEVEDORE               )
COMPANY, d/b/a Northern Stevedoring &    )
15 | Handling, on its own behalf,            )
                                          )
16 |                  Plaintiffs,           )
                                          )
17 |            and                         )
                                          )
18 | UNITED STATES OF AMERICA for the        )
use of SHORESIDE PETROLEUM, INC.,        )
19 | d/b/a Marathon Fuel Services, and       )
SHORESIDE PETROLEUM, INC., d/b/a         )
20 | Marathon Fuel Services, on its own behalf, )
                                          )
21 |          Intervening Plaintiffs        )
                                          )
22 |            and                         )
                                          )
23 | METCO, INC.                             )
                                          )
24 |          Intervening Plaintiff,        )
                                          )
25 |            vs.                          )
                                          )
26 | NUGGET CONSTRUCTION, INC.;              )
SPENCER ROCK PRODUCTS, INC.;             )
27 | UNITED STATES FIDELITY AND              )
GUARANTY COMPANY; and ROBERT             )
28 | A. LAPORE,                              )
                                          )
         Defendants.                      )
_____      )

-1-
**CERTIFICATE OF SERVICE**

1

**CERTIFICATE OF SERVICE**
Case No. A98-09 CIV (HRH)

2

3

**United States of America for the use of North Star Terminal & Stevedore Company v.**
**United States of America for the use of Shoreside Petroleum, Inc., et al.**

4

**AND**

5

**Metco, Inc. v. Nugget Construction, Inc., et al.**

6

7

I, Leanne Castleberry, declare as follows:

8

I am a citizen of the United States and am employed in the County of Placer, California. I am over the age of eighteen years and not a party to the above-entitled action. My business address is 4210 Douglas Boulevard, Suite 100, Granite Bay, California 95746.

9

10

On November 2, 2006, I served the within:

11

**MOTION TO WITHDRAW AS COUNSEL OF RECORD; ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD; and DECLARATION OF ROBERT A. LAPORE**

12

By mail on the following party(ies) in said action, by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At Herrig, Vogt & Stoll, LLP, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in Granite Bay, California.

13

14

15

Robert A. LaPore
P.O. Box 640030
Beverly Hills, FL 34464

16

17

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on November 2, 2006, at Granite Bay, California.

18

19

20

Leanne Castleberry

21

22

23

24

25

26

27

28

Z:\Active\SPENCER ROCK LAPORE 6121006\Federal Case\Pld\Motion to Withdraw\POS Mailing.wpd

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**