David W. Pease
BURR, PEASE & KURTZ
810 N Street
Anchorage, AK  99501-3293
Telephone:     (907) 276-6100
Fax No.:         (907) 258-2530
Attorneys for North Star

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf,<br><br>          Plaintiffs,<br>     and<br><br>UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, on its own behalf,<br><br>          Intervening Plaintiffs,<br>     and<br><br>METCO, INC.,<br><br>          Intervening Plaintiff,<br>     vs.<br><br>NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE,<br><br>          Defendants. | Case No. A98-009 CIV (TMB) |

**ORDER DENYING MOTION OF PAUL D. STOCKLER AND
C. PATRICK STOLL TO WITHDRAW AS
COUNSEL OF RECORD**

Order Denying Mtn of Stockler & Stoll to Withdraw
North Star, et al. v. Nugget Constr., et al., Case No. A98-009 CIV (TMB)
Page 1 of 2                                                                                                                 45-40/ # 86875

IT IS ORDERED that the motion of Paul D. Stockler and C. Patrick Stoll to withdraw as counsel of record for Spencer Rock Products, Inc. and Robert A. Lapore is denied.

DATED: _____, 2006

_____
TIMOTHY M. BURGESS
U.S. District Court Judge

Order Denying Mtn of Stockler & Stoll to Withdraw
North Star, et al. v. Nugget Constr., et al., Case No. A98-009 CIV (TMB)
Page 2 of 2                                                                                              45-40/ # 86875