Herbert A. Viergutz, Esq.
Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: (907) 276-8010
Facsimile: (907) 276-5334

Attorneys for United States Fidelity and Guaranty Company

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA AT ANCHORAGE**

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a NORTHERN STEVEDORING & HANDLING, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a NORTHERN STEVEDORING & HANDLING, on its own behalf,<br><br>Plaintiffs,<br><br>and<br><br>UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a MARATHON FUEL SERVICE, and SHORESIDE PETROLEUM, INC., d/b/a MARATHON FUEL SERVICE, on its own behalf,<br><br>Intervening Plaintiffs,<br><br>and<br><br>METCO, INC.,<br><br>Intervening Plaintiff,<br><br>vs.<br><br>NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE,<br><br>Defendants. | No. 3:98-cv-9 (TMB) |

**NOTICE OF UNAVAILABILITY FOR TRIAL AND REQUEST FOR RECONSIDERATION**

COMES NOW counsel for USF&G and herein advises the Court consistent with its Order establishing Trial for May 7, 2007, that he has previously advised the Court in his Amended Notice of Availability for Trial that he was unavailable for Trial the week of May 14, 2007.

The undersigned has a <u>firm and definite travel commitment</u> the week of May 14, and he will be unable to participate in Trial during that week in the event Trial is not concluded on May 11, 2007. As a result, the undersigned considers it extremely prejudicial to his client that the Court has set Trial for the week of May 7, 2007, knowing that the undersigned cannot participate the week of May 14, 2007. As a result, and considering that the undersigned advised the Court that he was available for Trial the entire month of February; the entire month of March other than the week of the 19th; and the entire month of April, the Trial set to commence on May 7, 2007 is indeed prejudicial, considering the likelihood that Trial will not conclude by May 11, 2007.

The Court is respectfully requested to reconsider its Order establishing the Trial date as a result of the above.

Dated this 15th day of November, 2006.

Herbert A. Viergutz

Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: (907) 276-8010
Facsimile: (907) 276-5334
barmar@gci.net
Alaska Bar No. 8506088

2

**CERTIFICATE OF SERVICE**
I HEREBY CERTIFY that a copy of this document was served by electronic notification on November 15, 2006, to:

Michael W. Sewright, Esq.
Burr, Pease & Kurtz
810 N Street
Anchorage, AK  99501

Paul Stockler, Esq.
1309 West 16th Avenue
Anchorage, AK  99501

Traeger Machetanz, Esq/Tom Krider, Esq.
Oles Morrison Rinker & Baker, LLP
745 4th Avenue, Suite 502
Anchorage, AK 99501-2136

Steven J. Shamburek, Esq.
Law Office of Steven J. Shamburek
425 G Street, Suite 630
Anchorage, AK  99501-5872

/s Herbert A. Viergutz

3