IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a NORTHERN STEVEDORING & HANDLING, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a NORTHERN STEVEDORING & HANDLING, on its own behalf,<br><br>          Plaintiffs,<br><br>     and<br><br>UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a MARATHON FUEL SERVICE, and SHORESIDE PETROLEUM, INC., d/b/a MARATHON FUEL SERVICE, on its own behalf,<br><br>     Intervening Plaintiffs,<br><br>     and<br><br>METCO, INC.,<br><br>          Intervening Plaintiff,<br><br>     vs.<br><br>NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE,<br><br>          Defendants. | No. 3:98-cv-9 (TMB)) |

## MOTION TO VACATE AND CONTINUE TRIAL DATE

COMES NOW Counsel for United States Fidelity and Guaranty Company (hereinafter "USF&G"), and herein moves the Court to vacate the Trial date presently scheduled to commence May 7, 2007, and recalendar the same for a mutually convenient

1  date and time.  This Motion is supported by Affidavit of Counsel.   An appropriate Order is
2  lodged with the Court.
3        Dated this 14th day of December, 2006.
4                  /s Herbert A. Viergutz

Barokas Martin & Tomlinson, AK Bar No. 8506088
1029 West Third, Suite 280
Anchorage, AK 99501
Phone:  (907) 276-8010
Facsimile:  (907) 276-5334
barmar@gci.net

**CERTIFICATE OF SERVICE**
I HEREBY CERTIFY that a copy of this document was served by electronic notification on this 14th day of December, 2006, to:

Michael W. Sewright, Esq.
Burr, Pease & Kurtz
810 N Street
Anchorage, AK  99501

Paul Stockler, Esq.
1309 West 16th Avenue
Anchorage, AK  99501

Tom Krider, Esq.
Traeger Machetanz, Esq
Oles Morrison Rinker & Baker, LLP
745 4th Avenue, Suite 502
Anchorage, AK 99501-2136

Steven J. Shamburek, Esq.
Law Office of Steven J. Shamburek
425 G Street, Suite 630
Anchorage, AK  99501-5872

/s Herbert A. Viergutz

Herbert A. Viergutz