MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

NORTH STAR TERMINAL & STEVEDORE CO. EX REL, ET AL. VS. NUGGET CONSTRUCTION INC., ET AL

BEFORE THE HONORABLE TIMOTHY M. BURGESS   CASE NO 3:98-CV-00009-TMB

DEPUTY CLERK/RECORDER:        SUZANNETTE LUCERO

APPEARANCES:   PLAINTIFF:   DAVID W. PEASE

               DEFENDANT:   HERBERT A. VIERGUTZ, THOMAS R. KRIDER, STEVEN SHAMBUREK, C. PATRICK STOLL AND CLIENT R. LA PORE- (ALL TELEPHONIC)

PROCEEDINGS: SCHEDULING HEARING ON MOTION TO WITHDRAW AS ATTORNEY (DKT 682) HELD 01/05/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 2:34 p.m. court convened.

Court and counsel heard re Motion to Withdraw as Attorney (Dkt 682).

Arguments heard.

Court and counsel heard re Motion to Withdraw as Attorney (Dkt 682); **GRANTED IN PART.**

Court to send out order to parties requesting further briefing on matter.

Continued Scheduling Hearing on Motion to Withdraw as Attorney (Dkt 682) set for **1/24/07 at 9:00 a.m.**

Court and counsel heard re C. Patrick Stoll's oral motion to appear telephonically at next hearing; **GRANTED.**

At 2:49 p.m. court adjourned.


DATE:   January 5, 2007      DEPUTY CLERK'S INITIALS:      SCL