| | |
|---|---|
| 1 | PAUL D. STOCKLER, ESQ. |
| | 705 Christensen Drive |
| 2 | Anchorage, AK 99501 |
| | (907) 277-8564 |
| 3 | (907) 272-4877 (FAX) |
| 4 | |
| | C. PATRICK STOLL, State Bar No. 166917 |
| 5 | **HERRIG, VOGT & STOLL, LLP** |
| | 4210 Douglas Boulevard, Suite 100 |
| 6 | Granite Bay, CA 95746-5902 |
| | (916) 960-1000/(916) 960-1005 FAX |
| 7 | |
| 8 | Attorneys for SPENCER ROCK PRODUCTS, INC. and ROBERT A. LAPORE |
| 9 | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| 12 | UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf, | ) ) ) ) ) ) ) ) |
| | | CASE NO.: A98-009 CIV (HRH) |
| | | **CERTIFICATE OF SERVICE** |
| 15 | Plaintiffs, | ) |
| 17 | and | ) |
| 18 | UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, on its own behalf, | ) ) ) ) ) |
| 21 | Intervening Plaintiffs | ) |
| 22 | and | ) |
| 23 | METCO, INC. | ) |
| 24 | Intervening Plaintiff, | ) |
| 25 | vs. | ) |
| 26 | NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE, | ) ) ) ) |
| | Defendants. | ) |

-1-
CERTIFICATE OF SERVICE

**CERTIFICATE OF SERVICE**
Case No. A98-09 CIV (HRH)

**United States of America for the use of North Star Terminal & Stevedore Company v. United States of America for the use of Shoreside Petroleum, Inc., et al.**

AND

**Metco, Inc. v. Nugget Construction, Inc., et al.**

I, Leanne Castleberry, declare as follows:

I am a citizen of the United States and am employed in the County of Placer, California. I am over the age of eighteen years and not a party to the above-entitled action. My business address is 4210 Douglas Boulevard, Suite 100, Granite Bay, California 95746.

On January 15, 2007, I served the within:

**FURTHER BRIEFING ON THE ISSUE OF MOTION TO WITHDRAW AS COUNSEL**

By mail on the following party(ies) in said action, by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At Herrig, Vogt & Stoll, LLP, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in Granite Bay, California.

Robert A. LaPore
P.O. Box 640030
Beverly Hills, FL 34464

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on January 15, 2007, at Granite Bay, California.

*/s/ Leanne Castleberry*
Leanne Castleberry

Z:\Active\SPENCER ROCK LAPORE 6121006\Federal Case\Pld\Motion to Withdraw\Cert of Service.wpd