Traeger Machetanz, Esq.
Thomas R. Krider, Esq.
OLES MORRISON RINKER & BAKER, LLP
745 Fourth Avenue, Suite 502
Anchorage, AK  99501-2136
Telephone:  (907) 258-0106
Telecopier:  (907) 258-5519

Attorneys for Nugget Construction Co., Inc.,
and USF&G, Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a NORTHERN STEVEDORING & HANDLING, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf,<br><br>    Plaintiffs,<br> and<br><br>UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Service, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Service, on its own behalf,<br><br>    Intervening Plaintiffs,<br> and<br><br>METCO, INC.,<br><br>    Intervening Plaintiff,<br><br> vs.<br><br>NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.,; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE,<br><br>    Defendants. | No. A98-009 CIV (TMB)<br><br><br><br><br><br><br><br><br><br><br>NUGGET'S MOTION FOR LEAVE TO APPEAR TELEPHONICALLY FOR THE CONTINUED HEARING ON SRP'S COUNSEL'S MOTION TO WITHDRAW |

Comes now Nugget Construction, Inc. and asks the Court for leave to appear telephonically on January 24, 2007 for the continued hearing on Spencer Rock Product's counsel's Motion to Withdraw. Nugget's counsel is not scheduled to be in Anchorage on January 24, 2007 and would have to travel from Seattle to attend the hearing in person. To avoid the expense of such a trip, Nugget requests that its counsel be allowed to participate by phone.

Dated: January 16, 2007    OLES MORRISON RINKER & BAKER LLP
                           Attorneys for Nugget Construction, Inc.,

                           By: s/Thomas R. Krider
                               Thomas R. Krider
                               krider@oles.com
                               Washington Bar No. 29490
                               745 West 4th Avenue, Suite 502
                               Anchorage, AK 99501
                               Phone: (907) 258-0106
                               Fax:   (907) 258-5519

*U.S. ex rel. North Star, et al. v. Nugget Construction, et al.*
Case No. A98-009 CIV (TMB)
Motion to Appear Telephonically -- Page 1 of 2

CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of January, 2007, a true and correct copy of the foregoing was served

electronically, via ECF on:

Michael W. Sewright, Esq.
mws@bpk.com
David W. Pease, Esq.
dwp@bpk.com
Burr, Pease & Kurtz
810 N Street
Anchorage, AK  99501

Steven J. Shamburek, Esq.
shamburek@gci.net
Law Office of Steven J. Shamburek
425 G Street, Suite 630
Anchorage, AK  99501-5872

Paul Stockler, Esq.
paulstockler@aol.com
1309 West 16th Avenue
Anchorage, AK  99501

Herbert A. Viergutz, Esq.
barmar@gci.net
Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501

C. Patrick Stoll, Esq.
cps@hvslaw.com
Herrig Vogt & Stoll LLP
4210 Douglas Bay Blvd., Suite 100
Granite Bay, CA 95746-5902

OLES MORRISON RINKER & BAKER LLP


By:   s/Thomas R. Krider


P-TRK Motion for leave to appear by telephone 993100002.doc

*U.S. ex rel. North Star, et al. v. Nugget Construction, et al.*
Case No. A98-009 CIV (TMB)
Motion to Appear Telephonically -- Page 2 of 2

**OLES MORRISON RINKER & BAKER LLP**
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519