```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

 NORTH STAR TERMINAL & STEVEDORE   vs.  NUGGET CONSTRUCTION INC.
 STEVEDORE CO. EX REL ET AL             ET AL

BEFORE THE HONORABLE   TIMOTHY M. BURGESS
CASE NO.  3:98-cv-00009-TMB

DEPUTY CLERK/RECORDER:        APRIL KARPER

APPEARANCES:    PLAINTIFF:    DAVID PEASE AND STEVEN SHAMBUREK

                DEFENDANT:    THOMAS KRIDER - TELEPHONIC
                              C. PATRICK STOLL - TELEPHONIC
                              HERBERT VIERGUTZ - TELEPHONIC

PROCEEDINGS: HEARING ON MOTION TO WITHDRAW AS ATTORNEY (DKT 682)
             AND MOTION TO VACATE AND CONTINUE TRIAL DATE
             (DKT 696) HELD JANUARY 24, 2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:04 a.m. court convened.

Court and counsel heard re defendant Robert LaPore's Motion to
Withdraw as Attorney.

Arguments heard.

Court heard; matter taken **UNDER ADVISEMENT**, written ruling to
issue.

Court and counsel heard re defendant U.S. Fidelity & Guaranty
Company's Motion to Vacate and Reschedule Trial Date; **GRANTED**.
Court instructed Mr. Viergutz to coordinate with the other
parties 3 different dates of 2 week periods that everyone is
available for trial and file with the court within 30 days.

At 9:16 a.m. court adjourned.

OFF RECORD NOTE: Trial by Jury previously set for May 7, 2007 at
9:00 a.m. is **VACATED**. Final Pretrial Conference previously set
for April 20, 2007 at 1:30 p.m. is **VACATED**.


DATE:    January 24, 2007        DEPUTY CLERK'S INITIALS:    ak