Herbert A. Viergutz, Esq.
Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: (907) 276-8010
Facsimile: (907) 276-5334

Attorneys for United States Fidelity and Guaranty Company

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA AT ANCHORAGE

UNITED STATES OF AMERICA for the use of NORTH STAR
TERMINAL & STEVEDORE COMPANY, d/b/a NORTHERN
STEVEDORING & HANDLING, and NORTH STAR TERMINAL &
STEVEDORE COMPANY, d/b/a NORTHERN STEVEDORING &
HANDLING, on its own behalf,

    Plaintiffs,

        and

UNITED STATES OF AMERICA for the use of SHORESIDE
PETROLEUM, INC., d/b/a MARATHON FUEL SERVICE, and
SHORESIDE PETROLEUM, INC., d/b/a MARATHON FUEL
SERVICE, on its own behalf,

Intervening Plaintiffs,

        and

METCO, INC.,

    Intervening Plaintiff,

        vs.

NUGGET CONSTRUCTION, INC.;    SPENCER ROCK
PRODUCTS, INC.; UNITED STATES FIDELITY AND GUARANTY
COMPANY; and ROBERT A. LAPORE,

    Defendants.

No. 3:98-cv-9 (TMB)

## STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW Shoreside Petroleum, Inc., d/b/a Marathon Fuel Service; Nugget Construction, Inc; and United States Fidelity and Guaranty Company, by and through their counsel of record, and herein stipulate and agree that Shoreside Petroleum, Inc., d/b/a Marathon Fuel Service is dismissed with prejudice, with each party to bear its own costs and attonrey fees.

Dated this __21__ day of February, 2007.

_____
Herbert A. Viergutz, Alaska Bar No. 8506088

Dated this __16th__ day of February, 2007.

_____
Steven J. Shamburek, Alaska Bar No. 8606063

Dated this __21st__ day of February, 2007.

_____
Thomas Krider, Washington Bar No. 29490

IT IS SO ORDERED.

Dated this _____ day of _____, 2007.


_____
JUDGE OF U.S. DISTRICT COURT

2