Traeger Machetanz, Esq.
Thomas R. Krider, Esq.
OLES MORRISON RINKER & BAKER, LLP
745 Fourth Avenue, Suite 502
Anchorage, AK  99501-2136
Telephone:  (907) 258-0106
Telecopier:  (907) 258-5519

Attorneys for Nugget Construction Co., Inc.,
and USF&G, Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a NORTHERN STEVEDORING & HANDLING, and NORTH STAR  TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf, | No. A98-009 CIV (HRH) |
| Plaintiffs, | |
| and | |
| UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Service, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Service, on its own behalf, | |
| Intervening Plaintiffs, | __NUGGET'S MOTION FOR LEAVE TO TAKE VIDEO DEPOSITION OF LYNN "RANDY" RANDOLPH TO PERPETUATE TESTIMONY__ |
| and | |
| METCO, INC., | |
| Intervening Plaintiff, | |
| vs. | |
| NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE, | |
| Defendants. | |

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

INTRODUCTION

Nugget Construction Company ("Nugget") moves the court for an order granting Nugget leave to take a perpetuation video deposition of Lynn "Randy" Randolph sometime during either the week of July 15, 2007 or August 12, 2007, due to his unavailability for trial.

BACKGROUND

Mr. Randolph was the project manager for Nugget on the project that is the subject of this litigation. As such, it is expected that he will be a necessary witness for all parties during trial. However, Mr. Randolph is currently working as the project construction and design manager, engineer of record, and sealift manager for Chugach Industries Inc. on the construction of a new fuel storage and Airfield Operations facility on Midway Atoll. Randolph AFF. ¶ 2. To construction the project, Chugach must ship from California nine, 50,000 gallon, secondary containment tanks, associated pump modules and controls, fuel on load structure, barge offload equipment, piping, berms, and tank protection. *Id.*

The storage tanks and other materials were originally scheduled for delivery to Midway in June 2007, but due to the recent funding issues in Congress, the delivery was pushed back until late August 2007. The materials are now scheduled for arrival on August 27, 2007. This date could be subject to slight modification depending on the travel time of the tug and barge, weather, etc. *Id.* at ¶ 3.

As the project manager for Chugach, and due to the logistical issues involved with unloading the barge once it arrives, it is imperative that Mr. Randolph be present in Midway while the materials are offloaded. Each of the storage tanks is 80' x 14' x 14' in size and weighs 50 tons. The unloading of the tanks is a difficult and risky process. There is no one else who can do this work if he is unavailable. *Id.* at 4.

To prepare for the arrival of the barge, Mr. Randolph must be in Midway at least two days before it gets there. The unloading of the barge is expected to take approximately five

*U.S. ex rel. North Star, et al. v. Nugget Construction, et al.*
Case No. A98-009 CIV (HRH)
Motion For Leave to Take Video Deposition -- Page 2 of 5

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106    Fax: (907) 258-5519

1    days, if the weather is calm.  Unloading the tanks will be slowed significantly if there are high

2    winds.  *Id.* at 5.

3        There is no commercial air service to Midway.  Access to the atoll is through intermittent

4    charter service.  The first flight Mr. Randolph would be able to return on is currently scheduled

5    to leave Midway on September 7, 2007.  If Mr. Randolph is able to complete the unloading of

6    the barge before that date, a special charter could be arranged.  However, the cost of that single

7    flight is $28,000.  *Id.* at 6.

8        Because of the nature of the Midway project, Mr. Randolph has limited time available

9    between now and the middle of September.  Mr. Randolph is available to have his deposition

10    taken for perpetuation purposes during the weeks of July 15 and August 12, 2007.  *Id.* at 7.

11                                ARGUMENT

12        Unfortunately, the delivery of critical materials for a project being built on Midway Atoll by

13    Chugach Industries precludes Mr. Randolph from being in Alaska during the dates scheduled

14    for trial in this matter.  This conflict was not known until recently, because the materials being

15    delivered to Midway were to be there long before the scheduled trial date.  Although Mr.

16    Randolph was an important part of Nugget's team on the Homer Spit Project, he is not, and

17    never has been, a Nugget employee.  Thus, Nugget does not have control over Mr. Randolph or

18    his schedule.  Mr. Randolph is, however, cooperative and willing to make himself available for a

19    deposition to perpetuate his testimony for trial.

20        As discovery has long since closed in this matter and because Mr. Randolph's

21    deposition has already been taken (twice) in this matter, Nugget asks the Court for permission

22    to schedule and take Mr. Randolph's perpetuation deposition via video recording sometime

23    during the week of either July 15, 2007 or August 12, 2007.  Mr. Randolph is available only

24    during these weeks due to the commitments he has to Chugach on the Midway project.

25

*U.S. ex rel. North Star, et al. v. Nugget Construction, et al.*
Case No. A98-009 CIV (HRH)
Motion For Leave to Take Video Deposition -- Page 3 of 5

1

2    Dated:  June 8,  2007                    OLES MORRISON RINKER & BAKER LLP
                                              Attorneys for Nugget Construction Inc. and United
3                                             States Fidelity and Guaranty Company

4
5                                             By: s/Thomas R. Krider
                                                  Traeger Machetanz
6                                                 machetanz@oles.com
                                                  Alaska Bar No. 8411127
7                                                 Thomas R. Krider
                                                  krider@oles.com
8                                                 Washington Bar No. 29490
                                                  745 West 4th Ave., Suite 502
9                                                 Anchorage, AK 99501
                                                  Phone: (907) 258-0106
10                                                Fax:  (907) 258-5519

11   P-TRK Motion for Deposition 993100002.doc

12

13

14

15

16

17

18

19

20

21

22

23

24

25

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska  99501-2136
Tel: (907) 258-0106    Fax:  (907) 258-5519

*U.S. ex rel. North Star, et al. v. Nugget Construction, et al.*
Case No. A98-009 CIV (HRH)
Motion For Leave to Take Video Deposition -- Page 4 of 5

1

## CERTIFICATE OF SERVICE

2

I hereby certify that on this 8th day of June, 2007, a true
and correct copy of the foregoing was served
electronically on:

3

4

David W. Pease
dwp@bpk.com
Burr, Pease & Kurtz
810 N Street
Anchorage, AK  99501

5

6

Steven J. Shamburek, Esq.
shamburek@gci.net
Law Office of Steven J. Shamburek
425 G Street, Suite 630
Anchorage, AK  99501-5872

7

8

9

Herbert A. Viergutz, Esq.
barmar@gci.net
Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501

10

11

**Served by mail on:**

12

Robert LaPore
P.O. Box 640030
Beverly Hills FL 34464

13

14

OLES MORRISON RINKER & BAKER LLP

15

By: /s/ Thomas R. Krider

16

17

P-TRK Randolph AFF Motion for Deposition 993100002.doc

18

19

20

21

22

23

24

25

*U.S. ex rel. North Star, et al. v. Nugget Construction, et al.*
Case No. A98-009 CIV (HRH)
Motion For Leave to Take Video Deposition -- Page 5 of 5

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106    Fax: (907) 258-5519