1  Traeger Machetanz, Esq.
   Thomas R. Krider, Esq.
2  OLES MORRISON RINKER & BAKER, LLP
   745 Fourth Avenue, Suite 502
3  Anchorage, AK  99501-2136
   Telephone:  (907) 258-0106
4  Telecopier:  (907) 258-5519

5  Attorneys for Nugget Construction Co., Inc.,
   and USF&G, Defendants
6
                    IN THE UNITED STATES DISTRICT COURT
7                  FOR THE DISTRICT OF ALASKA AT ANCHORAGE

8  UNITED STATES OF AMERICA for the      )
   use of NORTH STAR TERMINAL &          )
9  STEVEDORE COMPANY, d/b/a NORTHERN     )
   STEVEDORING & HANDLING, and NORTH     )   No. A98-009 CIV (HRH)
10 STAR TERMINAL & STEVEDORE COMPANY,    )
   d/b/a Northern Stevedoring &          )
11 Handling, on its own behalf,          )
                                         )
12          Plaintiffs,                  )
       and                               )
13                                       )
   UNITED STATES OF AMERICA for the      )
14 use of SHORESIDE PETROLEUM, INC.,     )
   d/b/a Marathon Fuel Service, and      )
15 SHORESIDE PETROLEUM, INC., d/b/a      )
   Marathon Fuel Service, on its own     )
16 behalf,                               )   AFFIDAVIT OF
                                         )   LYNN "RANDY" RANDOLPH
17          Intervening Plaintiffs,      )   IN SUPPORT OF NUGGET'S
       and                               )   MOTION FOR LEAVE TO TAKE
18                                       )   VIDEO DEPOSITION OF LYNN
   METCO, INC.,                          )   "RANDY" RANDOLPH
19                                       )
            Intervening Plaintiff,       )
20                                       )
       vs.                               )
21                                       )
   NUGGET CONSTRUCTION, INC.; SPENCER    )
22 ROCK PRODUCTS, INC.,; UNITED          )
   STATES FIDELITY AND GUARANTY          )
23 COMPANY; and ROBERT A. LAPORE,        )
                                         )
24          Defendants.                  )
                                         )
25 _____

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

STATE OF ALASKA           )
                          )
                          )

Lynn D. "Randy" Randolph, being first duly sworn upon oath, deposes and states as follows:

1. I was the project manager for Nugget Construction Inc. during performance of the Homer Spit Repair and Extension project. I have been working in construction since I graduated from the United States Air Force Academy in 1973, and I have been a professional engineer in the State of Alaska since 1988.

2. I am presently working as the project construction and design manager, engineer of record, and sealift manager for Chugach Industries Inc. on the construction of a new fuel storage and Airfield Operations facility on Midway Atoll. The total value of the contract is $5,536,000. To construct the project, Chugach must ship from California nine, 50,000 gallon, fuel storage tanks with secondary containment, associated pump modules and controls, fuel on load structure, barge offload equipment, piping, containment berms, and tank protection. These materials comprise $2,200,000 of the total contract amount.

3. The storage tanks and other materials were originally scheduled for delivery to Midway in June 2007, but due to the recent funding issues in Congress, the delivery was pushed back until late August 2007. The materials are now scheduled for arrival on or about

*U.S. ex rel. North Star, et al. v. Nugget Construction, et al.*
Case No. A98-009 CIV (HRH)
Affidavit of Lynn "Randy" Randolph -- Page 2 of 5

August 27, 2007. This date could be subject to slight modification depending on the travel time of the tug and barge, weather, etc.

4. As the project manager for Chugach, and due to the logistical issues involved with unloading the barge once it arrives, it is imperative that I be present in Midway while the materials are offloaded. Each of the storage tanks is 80' x 14' x 14' in size and weighs 50 tons. The unloading of the tanks is a difficult and risky process. I am the sole representa and execution of the tank offload

5. To prepare for the arrival of the barge, I must be in Midway at least two days before it gets there. The unloading of the barge is expected to take approximately five days, if the weather is calm. Unloading the tanks will be slowed significantly if there are high winds or turbulent seas.

6. There is no commercial air service to Midway. Access to the Atoll is through intermittent charter service. The first flight I am able to return on is scheduled to leave Midway on September 7, 2007. If I was able to complete the unloading of the barge before that date, a special charter could be arranged. However, the cost of that single flight is $28,000.

7. Because of the nature of the Midway project, I have limited time available between now and the middle of September. I understand that Nugget seeks to take a video deposition for use at its trial, which starts on August 27, 2007. I am available for such a deposition during the weeks of July 15 and August 12, 2007.

/

//

*U.S. ex rel. North Star, et al. v. Nugget Construction, et al.*
Case No. A98-009 CIV (HRH)
Affidavit of Lynn "Randy" Randolph -- Page 3 of 5

1    ///

*U.S. ex rel. North Star, et al. v. Nugget Construction, et al.*
Case No. A98-009 CIV (HRH)
Affidavit of Lynn "Randy" Randolph -- Page 4 of 5

FURTHER your affiant saith not.

_____
Lynn "Randy" Randolph

SUBSCRIBED AND SWORN to before me this 8th day of June, 2007.



Printed Name: Teresa R. Foechterle
NOTARY PUBLIC in and for the State of Alaska, residing at Anchorage
My Appointment Expires March 10, 2009

P-TRK Randolph AFF Motion for Deposition 993100002.doc

OFFICIAL SEAL
TERESA R. FOECHTERLE
NOTARY PUBLIC, STATE OF ALASKA
My Commission Expires: March 10, 2009

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

*U.S. ex rel. North Star, et al. v. Nugget Construction, et al.*
Case No. A98-009 CIV (HRH)
Affidavit of Lynn "Randy" Randolph -- Page 5 of 5