9077532530  OFFICE OF COUNSEL                    747 P01    JUN 26 '98  15:54

AUG 2 6 1997

Quality Assurance Branch - Construction                           RRO/40

SUBJECT: Spencer Quarry, Contract DACW85-96-C-0020, Homer Spit Repair & Extension, Homer, Alaska.

Nugget Construction, Incorporated
Attn: Mr. Randolph
8726 Corbin Drive
Anchorage, Alaska  99507-3411

Gentlemen:

    We acknowledge receipt of Serial Letter 611-19, dated August 6, 1997, and Serial Letter 611-21, dated August 11, 1997. We do not necessarily agree that Spencer Rock Products is only a "vendor" for Miller Act purposes.

    Based on the supporting costs that you outlined in Serial Letter 611-21, it appears that Nugget Construction has assumed full responsibility for operations at Spencer Quarry for the subject project. Therefore, as primary operator at Spencer Quarry, we believe Nugget Construction is responsible for prompt payment to suppliers and subcontractors who contracted with Spencer Rock Products on this project.

    We request that you clarify what support and project management services Nugget Construction provided to Spencer Rock Products to account for the support cost that you have shown in Serial Letter 611-21. Further, please provide information showing what work, if any, has been performed by Spencer Rock Products under its subcontract with Nugget Construction.

    Please direct any questions you have in this matter to the Project Engineer, Mr. David Scott, at (907) 384-7442.

                              Sincerely,


                              Thomas A. Johnson, P.E.
                              Administrative Contracting
                              Officer

Cc: United States Fidelity
    and Guarantee Co.
    Attn: Bill Wells
    4220 B Street
    Anchorage, AK  99503

Date: 10-29-98  Exh #: 12
Witness:
SUZAN KAY OLSON        810 N Street
R&R Court Reporters, Inc.  Anchorage, Alaska
(907) 277-0572

9