Traeger Machetanz, Esq.
Thomas R. Krider, Esq.
OLES MORRISON RINKER & BAKER, LLP
745 Fourth Avenue, Suite 502
Anchorage, AK  99501-2136
Telephone:  (907) 258-0106
Telecopier:  (907) 258-5519

Attorneys for Nugget Construction Co., Inc.,
and USF&G, Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a NORTHERN STEVEDORING & HANDLING, and NORTH STAR  TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf,<br><br>           Plaintiffs,<br>   and<br><br>UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Service, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Service, on its own behalf,<br><br>           Intervening Plaintiffs,<br>   and<br><br>METCO, INC.,<br><br>           Intervening Plaintiff,<br><br>   vs.<br><br>NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE,<br><br>           Defendants. | No. A98-009 CIV (HRH)<br><br><br><br><br><br><br><br><br><br><br>ERRATA TO NUGGET'S MOTION FOR LEAVE TO TAKE VIDEO DEPOSITION OF LYNN "RANDY" RANDOLPH TO PERPETUATE TESTIMONY |

On June 8, 2007, Nugget Construction Company ("Nugget") filed a Motion (Docket No. 719) asking the court for an order granting Nugget leave to take a perpetuation video deposition of Lynn "Randy" Randolph sometime during either the week of July 15, 2007 or August 12, 2007, due to his unavailability for trial. Since the Motion was filed, Nugget has learned that Mr. Randolph has had a change in his schedule relating to the Midway project. Although his conflict with the present trial date remains, Mr. Randolph is now scheduled to be in Midway from June 23 through July 20, 2007 and will not be available for a deposition during the week of July 16, 2007. Mr. Randolph is now also scheduled to be out of the State from August 2 – 7. Based on this information, Nugget amends its Motion to ask for an order allowing Mr. Randolph's deposition sometime either between July 23 and August 1, or between August 8 and August 17. Notwithstanding Nugget's request, Herb Viergutz, counsel for USF&G, has indicated that he is unavailable after July 27, 2007. As such, it is Nugget's hope that the deposition can take place with the court's permission during the week of July 23, 2007.

Dated: June 19, 2007

        OLES MORRISON RINKER & BAKER LLP
        Attorneys for Nugget Construction Inc. and United
        States Fidelity and Guaranty Company

By: s/ Thomas R. Krider
    Traeger Machetanz
    machetanz@oles.com
    Alaska Bar No. 8411127
    Thomas R. Krider
    krider@oles.com
    Washington Bar No. 29490
    745 West 4th Ave., Suite 502
    Anchorage, AK 99501
    Phone: (907) 258-0106
    Fax: (907) 258-5519

*U.S. ex rel. North Star, et al. v. Nugget Construction, et al.*
Case No. A98-009 CIV (HRH)
Errata to Motion For Leave to Take Video Deposition -- Page 2 of 3

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of June, 2007, a true and correct copy of the foregoing was served electronically on:

David W. Pease
dwp@bpk.com
Burr, Pease & Kurtz
810 N Street
Anchorage, AK  99501

Steven J. Shamburek, Esq.
shamburek@gci.net
Law Office of Steven J. Shamburek
425 G Street, Suite 630
Anchorage, AK  99501-5872

Herbert A. Viergutz, Esq.
barmar@gci.net
Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501

**Served by mail on:**

Robert LaPore
P.O. Box 640030
Beverly Hills FL 34464


OLES MORRISON RINKER & BAKER LLP


By: /s/ Thomas R. Krider


P-TRK Errata to Motion for Deposition 993100002.doc

*U.S. ex rel. North Star, et al. v. Nugget Construction, et al.*
Case No. A98-009 CIV (HRH)
Errata to Motion For Leave to Take Video Deposition -- Page 3 of 3

**OLES MORRISON RINKER & BAKER LLP**
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106    Fax: (907) 258-5519