David W. Pease
BURR, PEASE & KURTZ
810 N Street
Anchorage, AK  99501-3293
Telephone:     (907) 276-6100
Fax No.:         (907) 258-2530
Attorneys for North Star

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf,<br><br>    Plaintiffs,<br> and<br><br>UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, on its own behalf,<br><br>    Intervening Plaintiffs,<br> and<br><br>METCO, INC.,<br><br>    Intervening Plaintiff,<br> vs.<br><br>NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE,<br><br>    Defendants. | Case No. A98-009 CIV (TMB)<br><br>**NON-OPPOSITION TO MOTION TO DEPOSE RANDY RANDOLPH** |

   Counsel for the parties have agreed that the perpetuation deposition of Randy Randolph

may be taken in August since he will be out of the country at the time of trial.  A similar

Non-Opposition to Mtn to Depose Randolph
North Star v. Nugget, Case No. A98-009 CV (TMB)
Page 1 of 2

accommodation may be needed for Bob LaPore, depending upon his health.

Dated: June 26, 2007.

                s/ David W. Pease
                Burr, Pease & Kurtz
                810 N Street, Suite 300
                Anchorage, AK  99501
                Telephone:  (907) 276-6100
                Fax:  (907) 258-2530
                E-mail:  dwp@bpk.com
                Alaska Bar # 8706041

CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2007, a copy of the foregoing was served electronically on Traeger Machetanz, Steven J. Shamburek, Paul Stockler, Herbert A. Viergutz, and C. Patrick Stoll.

/s David W. Pease