Traeger Machetanz, Esq.
Thomas R. Krider, Esq.
OLES MORRISON RINKER & BAKER, LLP
745 Fourth Avenue, Suite 502
Anchorage, AK  99501-2136
Telephone:  (907) 258-0106
Telecopier:  (907) 258-5519

Attorneys for Nugget Construction Co., Inc.,
and USF&G, Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a NORTHERN STEVEDORING & HANDLING, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf, <br><br>            Plaintiffs, <br>      and <br><br>UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Service, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Service, on its own behalf, <br><br>            Intervening Plaintiffs, <br>      and <br><br>METCO, INC., <br><br>            Intervening Plaintiff, <br><br>      vs. <br><br>NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE, <br><br>            Defendants. | No. A98-009 CIV (TMB) <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>DEFENDANT NUGGET CONSTRUCTION, INC'S TRIAL EXHIBIT LIST |

| | | | | | | |
|---|---|---|---|---|---|---|
| Presiding Judge: Timothy M. Burgess | | | Plaintiff's Attorney (s) :<br><br>Davis W. Pease | | Defendant's Attorney (s:):<br><br>Traeger Machetanz<br>Thomas Krider<br><br>Herb Viergutz<br><br>Robert LaPore (pro se) | |
| Trial Date(s) : August 27, 2007 | | | Court Reporter : | | Courtroom Deputy | |

| Plf. Ex. | Def. Ex. | Bates No. | Offered | Admitted | Description of Exhibit[1] | Limitations on use |
|---|---|---|---|---|---|---|
| | A. | SPE 001035-001040 | | | Handwritten Notes – Bid Estimate Recap [LaPore dep ex 11] | ADM |
| | B. | SPE 000079-000080 | | | Basic Bid Estimates [Randolph dep ex 6] | ADM |
| | C. | | | | Handwritten notes on placement [LaPore dep ex 12] | ADM |
| | D. | SPE 000081-000082 | | | Item Summary and Analysis Spreadsheet [Randolph dep ex 4] | ADM |
| | E. | SRP 000584 | | | Bank notes re LaPore's out of pocket expenses to finish project | ADM |
| | F. | Nugget 005790-005796 | | | 02/13/96 Northrim Bank – Line or Loan Authorization notes re Spencer Rock Products, Inc.; Robert A. LaPore | ID |
| | G. | SRP 00585-00586 | | | 06/07/96 Memo to File from Taylor (Bank) re Spencer Rock | ID |
| | H. | SPE 001011-001013<br><br>500360-500362 | | | Spencer Rock Products Homer Spit Project Jan 1997-Aug 1997, Revised Cash Flow for Credit Line Needs spreadsheet [Smithson dep ex 9] | ID |
| | I. | Nugget | | | 01/14/97 Memo to File from | ADM |

---

[1] Include a notation as to the location of any exhibit not held with the case file or not available because of size.

*U.S. ex rel. North Star, et al. v. Nugget Construction, et al.*
Case No. A98-009 CIV (TMB)
Defendant Nugget Construction, Inc.'s Trial Exhibit List -- Page 2 of 18

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

| Plf. Ex. | Def. Ex. | Bates No. | Offered | Admitted | Description of Exhibit[1] | Limitations on use |
|---|---|---|---|---|---|---|
| | | 005787 | | | Taylor (Northrim) re Spencer Rock (project costs and cash flow) | |
| | J. | SPE 000058-000062 | | | 01/15/97 Material Contract between Spencer Rock and Nugget Construction w/attached 01/10/97 letter from LaPore to Nugget re Contract draft [Randolph dep ex 9] | ID |
| | K. | SRP 002128 | | | 01/22/97 Memo to File from Taylor (Northrim) re Spencer Rock (cash flow projections) | ADM |
| | L. | | | | 01/24/97 Letter from LaPore (Spencer) to Stacey (Chugach Rock) re Order to Purchase, Rip-Rap | ADM |
| | M. | | | | 01/27/97 Letter to Valued Customer (Spencer Rock Products) from Meherg (North Star) enclosing Credit Application and Personal Guarantee completed by LaPore [Bentz dep ex 6] | ADM |
| | N. | SPE 001007-001010 | | | 02/01/97 Handwritten financial statement for Spencer Rock/LaPore [LaPore dep ex 1] | ADM |
| | O. | | | | 02/01/97 Letter 97 NCI-01 from LaPore (Spencer) to Nugget re Contract DACW85-96-C-0020 (delivered 1,800 tons) | ADM |
| | P. | Nugget 005821-005822, 005815 | | | 02/07/97 Equipment Rental Agreement between Nugget and Spencer Rock for Volvo A25C Articulated Truck & 02/07/97 Equipment Rental Agreement Insurance Supplement between Nugget and Spencer Rock | ADM |
| | Q. | SPE 001206 | | | 02/12/97 – 05/23/97 Credit Line Draws spreadsheet for LaPore | ADM |
| | R. | SPE 001311- | | | 02/12/97 Change in Terms Agreement between Spencer Rock and Northrim Bank for | ADM |

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

*U.S. ex rel. North Star, et al. v. Nugget Construction, et al.*
Case No. A98-009 CIV (TMB)
Defendant Nugget Construction, Inc.'s Trial Exhibit List -- Page 3 of 18

| Plf. Ex. | Def. Ex. | Bates No. | Offered | Admitted | Description of Exhibit[1] | Limitations on use |
|---|---|---|---|---|---|---|
| | | 001312 | | | Loan No. 1-3414, $150,000 | |
| | S. | Nugget 005997-005998 | | | 02/25/97 Letter from Taylor (Northrim) to Nugget re Spencer Rock Products, Inc./Assignment of Claims w/enclosed 02/12/97 Assignment of Claims and Notification of Security Agreement signed by Spencer Rock and Nugget | ADM |
| | T. | | | | 03/01/97 Letter 97 NCI-03 from LaPore (Spencer) to Nugget re Contract DACW85-96-C-0020 (delivered 3,900 tons) | ADM |
| | U. | | | | 03/15/97 Letter 97 NCI-04 from LaPore (Spencer) to Nugget re Contract DACW85-96-C-0020 (delivered 4,600 tons) | ADM |
| | V. | | | | 03/21/97 Letter from Koslovich (ARRC) to LaPore (Spencer) re ARR-C-97-005 enclosing Contract Rate Addendum [Randolph dep ex 15] | ADM |
| | W. | SPE 001233 | | | 03/30/97 – 08/12/97 Train Log – Homer Spit Project, Cars Shipped from Spencer to Seward [LaPore dep ex 6] | ADM |
| | X. | | | | 04/01/97 Letter 97 NCI-05 from LaPore (Spencer) to Nugget re Contract DACW85-96-C-0020 (delivered 1,250 tons) | ADM |
| | Y. | SRP 002125 | | | 04/15/97 Email from Taylor (Northrim) to Wellman re Spencer Rock/Alcan, et al (LaPore is in default) | ADM |
| | Z. | | | | 04/15/97 Letter 97 NCI-05 from LaPore (Spencer) to Nugget re Contract DACW85-96-C-0020 (delivered 2,800 tons) | ADM |
| | AA. | SRP 002121 | | | 04/23/97 Bank Notes re Spencer Rock (Loan 3059, 3414) | ADM |
| | AB. | SPE | | | 04/25/97 Business Loan | ADM |

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

*U.S. ex rel. North Star, et al. v. Nugget Construction, et al.*
Case No. A98-009 CIV (TMB)
Defendant Nugget Construction, Inc.'s Trial Exhibit List -- Page 4 of 18

| Plf. Ex. | Def. Ex. | Bates No. | Offered | Admitted | Description of Exhibit[1] | Limitations on use |
|---|---|---|---|---|---|---|
| | | 001390-001394 | | | Agreement between Spencer Rock Products and Northrim Bank, Loan No. 1-0100397, $50,000 | |
| | AC. | | | | 06/01/97 Letter 97 NCI-09 from LaPore (Spencer) to Nugget re Contract DACW85-96-C-0020 (delivered 1,820 tons) | ADM |
| | AD. | | | | 06/15/97 Letter 97 NCI-10 from LaPore (Spencer) to Nugget re Contract DACW85-96-C-0020 (delivered 6,000 tons) | ADM |
| | AE. | | | | 07/01/97 Letter 97 NCI-11 from LaPore (Spencer) to Nugget re Contract DACW85-96-C-0020 (delivered 4,000 tons) | ADM |
| | AF. | | | | 07/10/97 Letter from LaPore (Spencer) to Stacey (Chugach Rock) re Material extraction report for 2nd quarter 1997 | ADM |
| | AG. | SPE 000064-000065, 501246-501247 | | | 07/11/97 Material Contract Modification between Spencer Rock and Nugget Construction [LaPore dep ex 7] | ADM |
| | AH. | | | | 07/15/97 Letter 97 NCI-12 from LaPore (Spencer) to Nugget re Contract DACW85-96-C-0020 (delivered 8,000 tons) | ADM |
| | AI. | | | | 08/01/97 Letter 97 NCI-13 from LaPore (Spencer) to Nugget re Contract DACW85-96-C-0020 (delivered 7,100 tons) | ADM |
| | AJ. | | | | 09/01/97 Letter from LaPore (Spencer) to Nugget re Contract DACW85-96-C-0020 (balance due $1,426,707.84) | ADM |
| | AK. | SPE 000033-000035 | | | 09/05/97 Letter from LaPore (Spencer) to Terwilliger (Nugget) re DACW85-96-C-0020, Homer Spit Repair and Extension, US Fidelity & Guarantee Co. | ADM |

*U.S. ex rel. North Star, et al. v. Nugget Construction, et al.*
Case No. A98-009 CIV (TMB)
Defendant Nugget Construction, Inc.'s Trial Exhibit List -- Page 5 of 18

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

| Plf. Ex. | Def. Ex. | Bates No. | Offered | Admitted | Description of Exhibit[1] | Limitations on use |
|---|---|---|---|---|---|---|
| | | | | | Payment Bond #99012050298965 (notice of claim of $1,426,707.894) [Terwilliger dep ex 5] | |
| | AL. | Nugget 017840 | | | 09/05/97 Letter from LaPore (Spencer) to the Suppliers of the Homer Spit Pier | ADM |
| | AM. | SPE 001998-001999, 502375-502376 | | | 09/30/97 Bill of Sale between Spencer Rock and North Star for BULK PRODUCT HANDLING SKIP BUCKET AND ALL ATTCHMENTS NECESSARY [LaPore dep ex 15] | ADM |
| | AN. | SRP 002106-002107 | | | 10/09/97 Email from Taylor (Northrim) to Mollozzi & Wellman re Spencer Rock enclosing summary of discussion with LaPore | ADM |
| | AO. | | | | 09/25/98 Letter from Ost to Sewright re Northern Stevedores v. Spencer Rock Products | ID |
| | AP | OMRB 000752-000765 | | | 03/01/00 Mutual Release and Settlement Agreement between Robert A. LaPore, Spencer Rock Products, Inc., Northrim Bank, Nugget Construction, Nugget Construction, Inc., L.D. "Randy" Randolph, LDR Engineering Services, Inc., and LDR Engineering Services. [Smithson dep ex 13] | ID |
| | AQ. | | | | LaPore's 1997 Check and Deposit Register (first entry balance: $110.40) | ADM |
| | AR. | | | | LaPore's Disbursement Journal (first entry: camp food - $11,261.72) | ADM |
| | AS. | | | | Demonstrative Exhibit – Spencer Bills Outstanding vs. Revised vs. Total | ID |
| | AT. | 0000000 | | | 08/20/96 Fax from Goodwill (Northern Stevedoring) to LaPore | ADM |

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

*U.S. ex rel. North Star, et al. v. Nugget Construction, et al.*
Case No. A98-009 CIV (TMB)
Defendant Nugget Construction, Inc.'s Trial Exhibit List -- Page 6 of 18

| Plf. Ex. | Def. Ex. | Bates No. | Offered | Admitted | Description of Exhibit[1] | Limitations on use |
|---|---|---|---|---|---|---|
| | | 7 | | | (Spencer) re 50,000 Tons of Rock to be Loaded onto Barge at the Alaska Railroad Dock in Seward [Goodwill dep ex 1] | |
| | AU. | Nugget 017843, 0000911 6 | | | 04/30/97 Fax from Goodwill (Northern Stevedoring) to Palmer (Majestic Insurance) re Loading Approx. 50,000 Short Tons of Rock to Chartered Barge [Goodwill dep ex 4] | ADM |
| | AV. | | | | 07/30/97, 08/07/97, 09/02/97 Phone Notes with Bob LaPore – Spencer Rock Products – CONFIDENTIAL – [Bentz dep ex 5] | ADM |
| | AW. | Nugget 007206 | | | Current Rates for Labor & Equipment 1996 – Effective 1/97 for Northern Stevedoring & Handling Corp. | ADM |
| | AX. | | | | North Star/Stevedoring Invoices to Nugget Construction c/o Spencer Rock  dated 05/08/97, 05/15/97, 05/22/97, 05/22/97, 05/29/97 , 06/12/97;  06/19/97 , 07/03/97; with supporting Timecards dated 05/01/97, 05/02/97, 05/03/97, 05/04/97, 05/13/97, 05/14/97, 05/15/97, 05/20/97,  05/21/97, 05/22/97, 06/09/97, 06/10/97,  06/11/97, 06/25/97, 06/26/97 [Bentz dep ex 10] | ADM |
| | AY. | SPE 000973 | | | 06/09/97 Letter from Morrissey (ARRC) to Goodwill (Northern Stevedoring) (rock loading cannot take place on days when large cruise ships in port) [Randolph dep ex 18] | ADM |
| | AZ. | Nugget 008543-008544 | | | 08/04/97 Letter from Goodwill (Northern Stevedoring) to Scott & Wood (Army Corp) re DACW85-96-C-0020, Homer Spit Upgrade Rip Rap [Bentz dep ex 14] | ADM |

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

*U.S. ex rel. North Star, et al. v. Nugget Construction, et al.*
Case No. A98-009 CIV (TMB)
Defendant Nugget Construction, Inc.'s Trial Exhibit List -- Page 7 of 18

| Plf. Ex. | Def. Ex. | Bates No. | Offered | Admitted | Description of Exhibit[1] | Limitations on use |
|---|---|---|---|---|---|---|
| | BA. | | | | 08/07/97, 09/03/97 Phone Notes with Nugget Construction [Bentz dep ex 3] | ADM |
| | BB. | | | | 08/29/97 Letter from Sewright (Stevedoring Attorney) to Randolph (Nugget) re Homer Spit Repair and Extension, U.S. Fidelity & Guaranty Co. Payment Bond #99012050298965 w/attached 08/04/97 letter from Goodwill (Stevedoring) to Scott & Wood (Army Corp) re Homer Spit Upgrade Rip Rap [Poynor dep ex 14] | ID |
| | BC. | | | | 10/98 Rental Rate Blue Book for Construction Equipment, Vol. 1 §13, Lifting | ID |
| | BD. | 801156-801194 | | | Bid Documents [Smithson dep ex 7] | ADM |
| | BE. | Nugget 006171 | | | Excerpt from Special Contract Requirements – pg. SCR-1  SCR-1 Commencement, Prosecution, and Completion of Work  SCR-3 Liquidated Damaged-Construction | ID |
| | BF. | 807260-807284 | | | 08/21/96 Fax from Smithson (Nugget) to Randolph (Nugget) enclosing breakdown sheets for the Homer bid [Smithson dep ex 3] | ADM |
| | BG. | | | | 09/28/96 Award of Contract DACW85-96-C-0020 – Signed by Carter (Army) | ADM |
| | BH. | | | | 09/28/96 Payment Bond #99-0120-50298-96-5 [Poynor dep ex 3] | ADM |
| | BI. | 803457 | | | 10/16/96 Letter from Carter (Army) to Terwilliger (Nugget) re Suspension of Work – DACW85-96-C-0020 [Terwilliger dep ex 9] | ADM |

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

*U.S. ex rel. North Star, et al. v. Nugget Construction, et al.*
Case No. A98-009 CIV (TMB)
Defendant Nugget Construction, Inc.'s Trial Exhibit List -- Page 8 of 18

| Plf. Ex. | Def. Ex. | Bates No. | Offered | Admitted | Description of Exhibit[1] | Limitations on use |
|---|---|---|---|---|---|---|
| | BJ. | Nugget 006443-006448 | | | 12/17/96 Letter from Carter (Army) to Terwilliger (Nugget) re Notice to Proceed on Contract Number DACW85-96-C-0020 w/attached signed acknowledgment of same by Terwilliger dated 12/18/96 | ADM |
| | BK. | Nugget 003553 | | | Weekly Cash Flow as of Tues 2/4/97 – Homer Spit 2 | ADM |
| | BL. | Nugget 003564 | | | 02/04/97 schedule for Homer Spit Repair & Extension, DACW85-96-C-0020 | ADM |
| | BM. | SPE 001176 | | | 12/17/96 Letter 611-SRP-01 from Randolph (Nugget) to LaPore (Spencer) re Order to Purchase (notice to proceed is forthcoming) [LaPore dep ex 9] | ADM |
| | BN. | 809667 | | | 01/08/97 Handwritten notes re conversation with SRP re making rip-rap w/o PO [Smithson dep ex 8] | ADM |
| | BO. | 803065-803074 | | | 01/29/97 Letter 611-08 from Randolph (Nugget) to Mitchell (US Army) re RRO/9 Preconstruction Conference w/attached 01/16/97 Preconstruction Conference Minutes - Homer Spit Repair and Extension [Smithson dep ex 10] | ADM |
| | BP. | 809662 | | | 02/20/97 Handwritten notes re Mtg @ SRP by Randolph (production going well, order of shipping rock, delivery) [Randolph dep ex 37] | ID |
| | BQ. | Nugget 005996 | | | 02/25/97 Memo to File from Randolph (Nugget) re Homer Spit #611 (SRP making rock; job going well in spite of snow, not a killer) | ID |
| | BR. | 808970 | | | 03/05/97 Letter from Randolph (Nugget) to Brashears (Zidell Marine) re Charter Agreement | ADM |

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

*U.S. ex rel. North Star, et al. v. Nugget Construction, et al.*
Case No. A98-009 CIV (TMB)
Defendant Nugget Construction, Inc.'s Trial Exhibit List -- Page 9 of 18

| Plf. Ex. | Def. Ex. | Bates No. | Offered | Admitted | Description of Exhibit[1] | Limitations on use |
|---|---|---|---|---|---|---|
|  |  |  |  |  | ZB286 [Randolph dep ex 17] |  |
|  | BS. | 808581 |  |  | 03/05/97 Letter from Randolph (Nugget) to Ellison (Island Tug) re Towing Charter Agreement "Paula S" [Randolph dep ex 13] | ADM |
|  | BT. | 808572-808574 |  |  | 03/20/97 Daily Rate Towage Agreement between Island Tug & Barge and Nugget Construction [Randolph dep ex 14] | ADM |
|  | BU. | Nugget 008530-008533 |  |  | 03/21/97 Bareboat Charter Agreement between Zidell Marine Corp. and Nugget Construction | ADM |
|  | BV. | SPE 001069 |  |  | 03/26/97 Letter 611-SRP-02 from Randolph (Nugget) to LaPore (Spencer) re Rock Shipping Schedule [Randolph dep ex 12] | ADM |
|  | BW. | Nugget 005991 |  |  | 04/09/97 Handwritten notes re conversation with Bob, barge will be in Seward end of month | ADM |
|  | BX. | Nugget 004356-004368 |  |  | 04/15/97 Letter RRO/21 from Wood (Army) to Nugget re Rock Gradation Submittal #02270-3 (attached) | ADM |
|  | BY. | Nugget 004345-004355 |  |  | 04/15/97 Transmittal 02270-3 from Wood (Army) | ADM |
|  | BZ. | Nugget 005986 |  |  | 04/25/97 Fax from Randolph (Nugget) to LaPore (Spencer) re Barge Schedule | ADM |
|  | CA. | 808830-808832 |  |  | 05/01/97 – 09/05/97  ZB286 Rock Barge schedule/log [Randolph dep ex 32] | ADM |
|  | CB. |  |  |  | 05/01/97 – 09/16/97  Island Tug & Barge Co. Daily Log Book for the "Paula S" [Terwilliger dep ex 19] | ADM |
|  | CC. | FOIA 000421-000433 |  |  | 05/23/97 Schedule - Homer Spit Repair & Extension – DACW85-96-C-0020 [Randolph dep ex 23] | ADM |

*U.S. ex rel. North Star, et al. v. Nugget Construction, et al.*
Case No. A98-009 CIV (TMB)
Defendant Nugget Construction, Inc.'s Trial Exhibit List -- Page 10 of 18

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

| Plf. Ex. | Def. Ex. | Bates No. | Offered | Admitted | Description of Exhibit[1] | Limitations on use |
|---|---|---|---|---|---|---|
| | CD. | Nugget 001596 | | | 06/03/97 Letter RRO/27 from Wood (Army) to Randolph (Nugget) re Revised Schedule, Contract DACW85-96-C-0020 | ADM |
| | CE. | Nugget 001594 | | | 06/20/97 Letter RRO/29 from Wood (Army) to Randolph (Nugget) re Schedule Slippage | ADM |
| | CF. | Nugget 001593 | | | 06/30/97 Letter RRO/30 from Wood (Army) to Randolph (Nugget) re Schedule, Contract DACW85-96-C-0020 | ADM |
| | CG. | Nugget 003986-003987 | | | 07/07/97 Letter from Morrissey (ARRC) to Randolph (Nugget) (copy of letter to Bob Arts) attaching 06/24/97 letter from Morrissey to Arts | ADM |
| | CH. | Nugget 005985 | | | 07/31/97 Nugget Memo for the Record re discussion with Bob, SRP: Schedule | ID |
| | CI. | Nugget 005969-005970 | | | 08/22/97, 08/25/97 Memo for Record by Randolph re SRP (Bob again asked for money; figured out why SRP not aware of costs) | ADM |
| | CJ. | | | | 08/25/97 Verbal Conversation Record – re Certified Mail to LaPore w/attached Certified Mail receipts | ADM |
| | CK. | Nugget 005968 | | | 08/27/97 Letter 611 SRP-03 from Randolph (Nugget) to LaPore (Spencer) re Filter Stone Contamination | ADM |
| | CL. | Nugget 007880 | | | 08/27/97 Letter 711 SRP-08 from Randolph (Nugget) to LaPore (Spencer) re Additional Backcharges [Smithson dep ex 12] | ADM |
| | CM. | Nugget 007170 | | | 09/16/97 Letter 611 SRP-04 from Randolph (Nugget) to LaPore (Spencer) re Contaminated Filter Stone | ADM |

*U.S. ex rel. North Star, et al. v. Nugget Construction, et al.*
Case No. A98-009 CIV (TMB)
Defendant Nugget Construction, Inc.'s Trial Exhibit List -- Page 11 of 18

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

| Plf. Ex. | Def. Ex. | Bates No. | Offered | Admitted | Description of Exhibit[1] | Limitations on use |
|---|---|---|---|---|---|---|
| | CN. | Nugget 005963-005965 | | | 09/16/97 Letter 611 SRP-05 from Randolph (Nugget) to LaPore (Spencer) re Condition of Rail Yard, Seward | ADM |
| | CO. | Nugget 005944 | | | 01/30/98 Memo for Record by Randolph (Nugget) re Marion Eqp't (Volvo Truck) | ID |
| | CP. | Nugget 001176-001180 | | | 09/02/98 Letter from West (Army) to Nugget re Modification P00005 to Contract DACW85-96-C-0020, enclosing same | ADM |
| | CQ. | FOIA 000445-000447, Nugget 003416-003441 | | | Nugget Pay Estimate No. 1, including back-up material | ADM |
| | CR. | FOIA 000128-000130, Nugget 003369-003415 | | | Nugget Pay Estimate No. 2, including back-up material | ADM |
| | CS. | FOIA 000372-000374, Nugget 003330-003368 | | | Nugget Pay Estimate No. 3, including back-up material | ADM |
| | CT. | FOIA 000066-000068, Nugget 003295-003329 | | | Nugget Pay Estimate No. 4, including back-up material | ADM |
| | CU. | FOIA 000010-000012, Nugget 003219-003289 | | | Nugget Pay Estimate No. 5, including back-up material | ADM |
| | CV. | | | | Photograph of loading of barge | ADM |

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

*U.S. ex rel. North Star, et al. v. Nugget Construction, et al.*
Case No. A98-009 CIV (TMB)
Defendant Nugget Construction, Inc.'s Trial Exhibit List -- Page 12 of 18

| Plf. Ex. | Def. Ex. | Bates No. | Offered | Admitted | Description of Exhibit[1] | Limitations on use |
|---|---|---|---|---|---|---|
| | | | | | with crane | |
| | CW. | 808597 | | | 03/30/97 – 08/12/97 Train Log – Spencer Quarry/Seward [Randolph dep ex 35] | ADM |
| | CX. | 809673-809682 | | | 04/11/97 Fox's train log with dates and weights for filter, toe and armor [Fox dep ex 6] | ADM |
| | CY. | 809707-809770, 0000582-0000645 | | | 04/12/97 – 10/29/97 Fox's calendar/dairy for project [part of Fox dep ex 8] | ID |
| | CZ. | | | | 04/21/97 – 07/27/97 Fox's notepad/diary [Fox dep ex 7] | ADM |
| | DA. | 801708-801709 | | | 06/25/97 – 07/16/97 Fox's log of Armor Stone Production [Randolph dep ex 29] | ADM |
| | DB. | Nugget 002449-002415, 002440-002442, 002437-002439, 002421-002423, 002392-002394, 002272-002274 | | | Nugget Construction's Daily Construction Reports (selected) 08/26/97 – report #36  08/29/97 – report #39  08/30/97 – report #40  09/04/97 – report #45  09/13/97 – report #54  10/21/97 – report #92 | ADM |
| | DC. | | | | Exhibit not used | ADM |
| | DD. | NCI 000262-000264, 1000265-1000266 | | | Spencer Pit Photographs [portion of Poynor dep ex 6] | ADM |
| | DE. | | | | Demonstrative Exhibit – COE Payments to Nugget for Rock vs. NCI Payment to SRP vs. Nugget BC Amount Total | ID |

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

*U.S. ex rel. North Star, et al. v. Nugget Construction, et al.*
Case No. A98-009 CIV (TMB)
Defendant Nugget Construction, Inc.'s Trial Exhibit List -- Page 13 of 18

| Plf. Ex. | Def. Ex. | Bates No. | Offered | Admitted | Description of Exhibit[1] | Limitations on use |
|---|---|---|---|---|---|---|
|  | DF. | 501258, SPE 000076 |  |  | 04/23/97 Support Agreement between Nugget Construction and Spencer Rock [LaPore dep ex 8] | ADM |
|  | DG. | Nugget 015735-015736 |  |  | Nugget Construction check no. 1160 dated 05/08/97, in the amount of $147,184.66, made payable to Spencer Rock/Northrim Bank | ADM |
|  | DH. | Nugget 005801 |  |  | Nugget Construction check no. 1545 dated 06/27/97, in the amount of $10,000.00, made payable to Spencer Rock/Northrim Bank | ADM |
|  | DI. | Nugget 005800 |  |  | Nugget Construction check no. 1629 dated 07/02/97, in the amount of $10,000.00, made payable to Spencer Rock/Northrim Bank | ADM |
|  | DJ. | Nugget 005814 |  |  | Nugget Construction check no. 1679 dated 07/11/97, in the amount of $5,000.00, made payable to Spencer Rock/Northrim Bank | ADM |
|  | DK. | Nugget 005813 |  |  | Nugget Construction check no. 1737 dated 07/24/97, in the amount of $7,000.00, made payable to Spencer Rock/Northrim Bank | ADM |
|  | DL. | Nugget 005812 |  |  | Nugget Construction check no. 1778 dated 07/25/97, in the amount of $5,000.00, made payable to Spencer Rock/Northrim Bank | ADM |
|  | DM. | Nugget 005811 |  |  | Nugget Construction check no. 1855 dated 07/30/97, in the amount of $5,000.00, made payable to Spencer Rock/Northrim Bank | ADM |
|  | DN. | Nugget 005810 |  |  | Nugget Construction check no. 3880 dated 07/31/97, in the amount of $5,000.00, made | ADM |

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

*U.S. ex rel. North Star, et al. v. Nugget Construction, et al.*
Case No. A98-009 CIV (TMB)
Defendant Nugget Construction, Inc.'s Trial Exhibit List -- Page 14 of 18

| Plf. Ex. | Def. Ex. | Bates No. | Offered | Admitted | Description of Exhibit[1] | Limitations on use |
|---|---|---|---|---|---|---|
| | | | | | payable to Spencer Rock/Northrim Bank | |
| | DO. | Nugget 005809 | | | Nugget Construction check no. 1965 dated 08/08/97, in the amount of $3,000.00, made payable to Spencer Rock/Northrim Bank | ADM |
| | DP. | | | | 12/30/96-10/20/97 Greg Poynor's Diaries for project(s) vol.'s 1 & 2 | ID |
| | DQ. | Nugget 007735-007737 | | | 05/27/97 Cost Journal, Report# 6-1-2, Job# 711 Spencer Pit / Homer Spit | ADM |
| | DR. | Nugget 007617-007629 | | | 05/28/97 Labor Journal, Report# 6-1-3, Job# 711 Spencer Pit / Homer Spit, Date 01/01/97 to 12/31/97 | ADM |
| | DS. | Nugget 007886-007910 | | | 06/13/97 Letter 711 SRP-01 from Poynor (Nugget) to LaPore (Spencer) re Costs to Date enclosing Job Cost Total and Cost Journal reports | ADM |
| | DT. | Nugget 007297-007330 | | | 07/02/97 Letter 711 SRP-02 from Poynor (Nugget) to LaPore (Spencer) re Costs to Date enclosing Costs Journal report | ADM |
| | DU. | Nugget 007331-007371 | | | 07/28/97 Letter 711 SRP-04 from Poynor (Nugget) to LaPore (Spencer) re "Hard" Costs Posted To-Date enclosing Cost Journal report | ADM |
| | DV. | Nugget 007372-007416 | | | 08/01/97 Letter 711 SRP-05 from Poynor (Nugget) to LaPore (Spencer) re "Hard" Costs Posted To-Date enclosing Cost Journal report | ADM |
| | DW. | Nugget 005735-005749 | | | 08/01/97 Statement from Nugget Construction to Spencer Rock enclosing contract invoices | ADM |
| | DX. | Nugget | | | 08/08/97 Letter 711 SRP-06 from | ADM |

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

*U.S. ex rel. North Star, et al. v. Nugget Construction, et al.*
Case No. A98-009 CIV (TMB)
Defendant Nugget Construction, Inc.'s Trial Exhibit List -- Page 15 of 18

| Plf. Ex. | Def. Ex. | Bates No. | Offered | Admitted | Description of Exhibit[1] | Limitations on use |
|---|---|---|---|---|---|---|
| | | 007417-007464 | | | Poynor (Nugget) to LaPore (Spencer) re "Hard" Costs Posted To-Date enclosing Cost Journal report | |
| | DY. | Nugget 007465-007514 | | | 08/21/97 Letter 711 SRP-07 from Poynor (Nugget) to LaPore (Spencer) re "Hard" Costs Posted To-Date enclosing Cost Journal report | ADM |
| | DZ. | Nugget 007734 | | | 09/08/97 Job Cost Summary, Report# 6-1-4, Job# 711 Spencer Pit / Homer Spit | ID |
| | EA. | Nugget 007515-007563 | | | 09/16/97 Letter 711 SRP-10 from Poynor (Nugget) to LaPore (Spencer) re "Hard" Costs Posted To-Date enclosing Cost Journal report | ADM |
| | EB. | Nugget 005954-005956 | | | 09/24/97 Letter 611 SRP-07 from Poynor (Nugget) to LaPore (Spencer) re Homer Spit Repair & Extension (responding to 09/05/97 Miller Act Notice) | ADM |
| | EC. | Nugget 005945-005946 | | | 11/05/97 Letter 611 SRP-08 from Poynor (Nugget) to LaPore (Spencer) re Backcharges to Date | ADM |
| | ED. | Nugget 007564-007613 | | | 11/05/97 Letter 711 SRP-11 from Poynor (Nugget) to LaPore (Spencer) re "Hard" Costs Posted To-Date Plus Overhead enclosing Cost Journal report | ADM |
| | EE. | Nugget 007290-007296 | | | 05/22/98 Cost Journal, Report# 6-1-2, Cost Code# 1009, Job# 611 Homer Spit Repair | ADM |
| | EF. | Nugget 007286-007289 | | | 06/10/98 Cost Journal, Report# 6-1-2, Job Pick List 611, 711, Cost Code# 1009 | ADM |
| | EG. | NCI 000035-000047, 000055-000081, 000087- | | | Photographs – Barge Loading [portion of Poynor dep ex 5] | ADM |

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

*U.S. ex rel. North Star, et al. v. Nugget Construction, et al.*
Case No. A98-009 CIV (TMB)
Defendant Nugget Construction, Inc.'s Trial Exhibit List -- Page 16 of 18

| Plf. Ex. | Def. Ex. | Bates No. | Offered | Admitted | Description of Exhibit[1] | Limitations on use |
|---|---|---|---|---|---|---|
| | | 000094 | | | | |
| | EH. | 800507-800557, 800490-800506 | | | Summary of Damages and Amount Due from Spencer Rock Products | ADM |
| | EI. | | | | Videotaped deposition of Randy Randolph (to be taken) | |

Dated:  June 29th,  2007

OLES MORRISON RINKER & BAKER LLP
Attorneys for Nugget Construction Inc. and United States Fidelity and Guaranty Company

By:   /s/ Thomas R. Krider
      Traeger Machetanz
      machetanz@oles.com
      Alaska Bar No. 8411127
      Thomas R. Krider
      krider@oles.com
      Washington Bar No. 29490
      745 West 4th Ave., Suite 502
      Anchorage, AK 99501
      Phone: (907) 258-0106
      Fax:  (907) 258-5519

*U.S. ex rel. North Star, et al. v. Nugget Construction, et al.*
Case No. A98-009 CIV (TMB)
Defendant Nugget Construction, Inc.'s Trial Exhibit List -- Page 17 of 18

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

CERTIFICATE OF SERVICE

I hereby certify that on this 29th, day of June, 2007, a true and correct copy of the foregoing was served electronically on:

David W. Pease
dwp@bpk.com
Burr, Pease & Kurtz
810 N Street
Anchorage, AK  99501

Steven J. Shamburek, Esq.
shamburek@gci.net
Law Office of Steven J. Shamburek
425 G Street, Suite 630
Anchorage, AK  99501-5872

Herbert A. Viergutz, Esq.
barmar@gci.net
Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501

**Served by mail on:**

Robert LaPore
P.O. Box 640030
Beverly Hills FL 34464


OLES MORRISON RINKER & BAKER LLP


By:      /s/ Thomas R. Krider

```
P-TRK Defendant Nugget Construction, Inc's Exhibit List 993100002.doc
```

*U.S. ex rel. North Star, et al. v. Nugget Construction, et al.*
Case No. A98-009 CIV (TMB)
Defendant Nugget Construction, Inc.'s Trial Exhibit List -- Page 18 of 18

**OLES MORRISON RINKER & BAKER LLP**
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519