**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf,<br><br>vs.<br><br>NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE,<br><br>Defendants. | Case No. A98-009 CIV (TMB)<br><br>**PLAINTIFF'S EXHIBIT LIST** |

| Presiding Judge: Timothy M. Burgess | Plaintiff's Attorney:<br>David Pease | Defendant's Attorney:<br>Traeger Machetanz, Thomas R. Krider |
|---|---|---|
| Trial Date: August 27, 2007 | Court Reporter: | Courtroom Deputy: |

| Plf. Ex. | Def. Ex. | Bates No. | Offered | Admitted | Description of Exhibit | Limitations on use |
|---|---|---|---|---|---|---|
| 1 | | | | | USF&G Master Surety Agreement, dated 5/8/95 | |
| 2 | | | | X | Bidding Documents, Homer Spit Repair and Extension, July 1996 | |
| 3 | | | | X | Spencer Rock bid documents, August 1996 | |
| 4 | | | | X | Note to Karen containing business cards for Spencer Rock, Island Tug, Nugget, and LDR Engineering - August 1996 | |
| 5 | | | | X | Acceptance of Nugget's bid documents by US Army Engineers, 9/28/96 | |
| 6 | | | | X | Material Contract dated 12/18/96 between Nugget and Spencer Rock | |
| 7 | | | | X | Northern Stevedoring rates for labor and equipment, effective January 1997 | |

45-40/ # 90495

EXHIBIT LIST CONTINUATION SHEET

Case No. A98-009 CIV (TMB)                                    Plaintiff: North Star Terminal & Stevedore Company

| Plf. Ex. | Def. Ex. | Bates No. | Offered | Admitted | Description of Exhibit | Limitations on use |
|---|---|---|---|---|---|---|
| 8 | | | | X | Ltr 1/6/97 from Nugget to Spencer Rock enclosing draft Material Contract and Spencer Rock's 1/10/97 response | |
| 9 | | | | X | Letter dated 1/27/97 from North Star enclosing commercial credit application | |
| 10 | | | | X | Letter dated 2/4/97 from Nugget to US Army Corps changing authorized signatures | |
| 11 | | | | X | Itemization of expenses, Spencer Rock, April 1997 | |
| 12 | | | | | Memo 4/3/97 from Island Tug to NCI re ZB 286 | |
| 13 | | | | X | Memo 4/15/97 from Paul Wellman to Ken Ferguson and Vic Mollozzi | |
| 14 | | | | X | Letter of transmittal 4/16/97 from Nugget Construction to USACE re pay estimate | |
| 15 | | | | X | Support Agreement 4/23/97 between Nugget Construction and Spencer Rock Products | |
| 16 | | | | X | Memo 4/24/97 to Wellman from Steve Taylor | |
| 17 | | | | X | Letter 5/1/97 from Spencer Rock Products to Nugget re accounts payable | |
| 18 | | | | X | Letter 5/1/97 from Nugget Construction to Northern Stevedoring | |
| 19 | | | | X | Certificate of Insurance 5/2/97 re Nugget Construction and North Star Terminal | |
| 20 | | | | X | Northern Stevedoring payroll records for 5/1/97 and 5/2/97 | |
| 21 | | | | X | 5/8/97 North Star invoice to Nugget | |

45-40/ # 90495

EXHIBIT LIST CONTINUATION SHEET

Case No. A98-009 CIV (TMB)                                    Plaintiff: North Star Terminal & Stevedore Company

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 22 | | | | | X | Photographs of barge loading operations | |
| 23 | | | | | X | Pay estimates from Nugget 5/28/97 | |
| 24 | | | | | X | Letter 6/13/97 from Nugget to Spencer Rock | |
| 25 | | | | | | Metco, Inc. invoices to Spencer Rock forwarded to Nugget Construction 6/27/97 | |
| 26 | | | | | X | Letter 7/2/97 from Nugget to Spencer Rock with itemized cost journal | |
| 27 | | | | | X | Letter 7/7/97 from Alaska Railroad to Nugget Construction | |
| 28 | | | | | X | Material Contract Modification 7/11/97, between Nugget and Spencer Rock | |
| 29 | | | | | | Letter 7/31/97 from Metco to Corp of Engineers | |
| 30 | | | | | X | Train log, August 1997 | |
| 31 | | | | | X | Letter 8/4/97 from Northern Stevedoring to Army Corps of Engineers | |
| 32 | | | | | X | Letter 8/6/97 from Nugget to US Army Corps Engineer | |
| 33 | | | | | | Letter 8/6/97 from Nugget to US Army Corps Engineer re support agreement | |
| 34 | | | | | X | Nugget checks to Spencer Rock for payroll draws | |
| 35 | | | | | X | Letter 8/11/97 from Nugget to US Army Corps Engineer | |
| 36 | | | | | | Letter 8/16/97 from Dept of Army to Nugget re letter from Metco | |
| 37 | | | | | X | Letter 8/21/97 from Dept of Army to Nugget re letter from Northern Stevedoring | |

45-40/ # 90495

EXHIBIT LIST CONTINUATION SHEET

Case No. A98-009 CIV (TMB)                             Plaintiff: North Star Terminal & Stevedore Company

| | | | | | | |
|---|---|---|---|---|---|---|
| 38 | | | | | Letter 8/26/97 from Dept of Army to Nugget re Spencer Rock | |
| 39 | | | | X | Letter 8/27/97 from Nugget to Robert LaPore re additional backcharges | |
| 40 | | | | X | Letter 8/27/97 from Nugget to Robert LaPore re filter stone contamination | |
| 41 | | | | | Letter 8/28/97 from Shoreside Petroleum to US Army Corp of Engineers | |
| 42 | | | | X | Letters from Spencer Rock to Nugget re accounts payable | |
| 43 | | | | X | Letter 9/5/97 from Spencer Rock to suppliers of the Homer Spit Project | |
| 44 | | | | X | Letter 9/5/97 from Spencer Rock to Army Corps of Engineers re invoices to Nugget | |
| 45 | | | | X | Letter 9/8/97 from Spencer Rock to Nugget re backcharges | |
| 46 | | | | X | Letter 9/16/97 from Nugget to Robert LaPore re contaminated filter stone | |
| 47 | | | | | Letter 9/19/97 from Nugget to Robert LaPore re Corps Serial Letter RRO/44 | |
| 48 | | | | X | Letter 9/24/97 from Nugget to Robert LaPore re backcharges and support costs | |
| 49 | | | | X | Tug records for Island Tug & Barge Co. for May thru September 1997 | |
| 50 | | | | | Letter 10/1/97 from Shoreside Petroleum to Nugget | |
| 51 | | | | | Letter 10/1/97 from Chugach Rock Corporation to USF&G | |
| 52 | | | | | Letter 10/3/97 from Chugach Rock Corporation to US Army Engineers | |
| 53 | | | | X | Letter 10/20/97 from Spencer Rock to Nugget | |

45-40/ # 90495

EXHIBIT LIST CONTINUATION SHEET

Case No. A98-009 CIV (TMB)                               Plaintiff: North Star Terminal & Stevedore Company

| 54 | | | | X | Certification letters from Nugget to US Army Engineers | |
|----|--|--|--|---|--------------------------------------------------------|--|
| 55 | | | | X | Letter 11/5/97 from Nugget to Spencer Rock re itemized "hard" costs reports | |
| 56 | | | | | Letter 11/26/97 from Shoreside Petroleum to USF&G | |
| 57 | | | | | Letter 12/16/97 from Shoreside Petroleum to USF&G enclosing Proof of Claim form | |
| 58 | | | | | Letter 3/12/98 from Chugach Rock Corporation to USF&G | |
| 59 | | | | X | Certification letter 5/29/98 from Nugget to US Army Engineers | |
| 60 | | | | X | Letter 5/29/98 from Nugget to US Army Engineers re Partial pay estimate request No. 8 | |
| 61 | | | | X | Letter of Confirmation 6/12/98 from Nugget to North Star | |
| 62 | | | | X | Barge loading photographs | |
| 63 | | | | | Nugget balance sheet 1/27/06 | |
| 64 | | | | | Video Deposition of Randy Randolph (to be taken) | |
| 65 | | | | | Letter 8/6/97 from Quality Assurance Branch - Construction, US Army Engineers, to Nugget Construction | |
| 66 | | | | | Letter 8/25/97 from Quality Assurance Branch - Construction, US Army Engineers, to Nugget Construction | |
| 67 | | | | | Letter 9/9/97 from Quality Assurance Branch - Construction, US Army Engineers, to Nugget Construction | |
| 68 | | | | | Letter 9/29/97 from Quality Assurance Branch - Construction, US Army Engineers, to Nugget Construction | |

45-40/ # 90495