David W. Pease
BURR, PEASE & KURTZ
810 N Street, Suite 300
Anchorage, AK  99501-3293
Telephone:	(907) 276-6100
Fax No.:	(907) 258-2530
Attorneys for North Star

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf,<br><br>    Plaintiffs,<br> and<br><br>UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, on its own behalf,<br><br>    Intervening Plaintiffs,<br> and<br><br>METCO, INC.,<br><br>    Intervening Plaintiff,<br> vs.<br><br>NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE,<br><br>    Defendants. | Case No. 3:98-cv-009-TMB<br><br><br>**PROPOSED ORDER DENYING MOTION IN LIMINE  RESPECTING CLAIMS BY AND/OR SETTLEMENT WITH SECOND TIER VENDORS** |

The Court, having considered defendant Nugget Construction, Inc.'s Motion in Limine Respecting Claims by and/or Settlement with Second Tier Vendors, the Opposition thereto, and being fully advised thereof,

HEREBY ORDERS: That the motion in limine is Denied.

Dated: _____

_____
Timothy M. Burgess
U. S. District Court Judge

CERTIFICATE OF SERVICE

I certify that on the 2nd day of July, 2007,
a copy of the foregoing PROPOSED ORDER DENYING
MOTION IN LIMINE RESPECTING CLAIMS BY
AND/OR SETTLEMENT WITH SECOND TIER
VENDERS was served electronically to:

   Steven S. Shamburek, Esq.
   Traeger Machetanz, Esq.
   Paul D. Stockler
   Herbert A. Viergutz
   C. Patrick Stoll, Esq.

   s/ David W. Pease

Order Denying Mtn in Limine re Second Tier Vendors
*North Star Terminal, et al v. Nugget, et al,* Case No. A98-009 CV
Page 2 of 2

45-40 / #90784