David W. Pease
BURR, PEASE & KURTZ
810 N Street, Suite 300
Anchorage, AK  99501-3293
Telephone:     (907) 276-6100
Fax No.:         (907) 258-2530
Attorneys for North Star

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf,<br><br>                    Plaintiffs,<br>      and<br><br>UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, on its own behalf,<br><br>                    Intervening Plaintiffs,<br>      and<br><br>METCO, INC.,<br><br>                    Intervening Plaintiff,<br>      vs.<br><br>NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE,<br><br>                    Defendants. | Case No. 3:98-cv-009-TMB<br><br>**PROPOSED ORDER DENYING MOTION IN LIMINE RESPECTING LETTER FROM CORPS OF ENGINEERS ADMINISTRATIVE CONTRACTING OFFICER THOMAS A. JOHNSON, P.E. AND RELATED TESTIMONY** |

The Court, having considered defendant Nugget Construction, Inc.'s Motion in Limine Respecting Letter from Corps of Engineers Administrative Contracting Officer Thomas A. Johnson, P.E. and Related Testimony, the Opposition thereto, and being fully advised thereof,

HEREBY ORDERS: That the motion in limine is Denied.

Dated:_____

_____
Timothy M. Burgess
U.S. District Court Judge


CERTIFICATE OF SERVICE

I certify that on the 2nd day of July, 2007,
a copy of the foregoing PROPOSED ORDER DENYING
MOTION IN LIMINE  RESPECTING LETTER
FROM CORPS OF ENGINEERS ADMINISTRATIVE
CONTRACTING OFFICER THOMAS A. JOHNSON,
P.E. AND RELATED TESTIMONY was served
electronically to:

  Steven S. Shamburek, Esq.
  Traeger Machetanz, Esq.
  Paul D. Stockler
  Herbert A. Viergutz
  C. Patrick Stoll, Esq.

  s/ David W. Pease

Order Denying Mtn in Limine re Johnson
*North Star Terminal, et al v. Nugget,et al,* Case No. A98-009 CV
Page 2 of 2                                                45-40 / #90786