# SPENCER ROCK PRODUCTS, INC.     1301 Dowling Road #10

Rock   Sand   Gravel
Drilling & Blasting

Sept. 1, 1997

To :   Nugget Construction
       8726 Corbin Dr.
       Anch, Ak 99507

Ref:   Contract DACW85-96-C-0020
       Homer Spit repair & extension

Attn : Accounts Payable

     Spencer Rock Products, Inc. is now 100% complete with its supply contract for the Homer Spit Project.

The total rock loaded on your barges is aproximately 72,173 tons consisting of three types of rock.

Filter rock   20,608 tons
Toe rock       8,850 "
Armor rock    42,715 "    for a total of 72,173 tons.

Total tonage loaded on nugget barges ----------------------72,173 tons
Cost per ton loaded on barges        ----------------------$ 22.50

Total contract price                                  $ 1,623,892.50

Less payment received   5-8-97     $ 147,184.66
Less payroll draws      6-27-97      10,000.00
 "       "       "      7-2-97       10,000.00
 "       "       "      7-11-97       5,000.00
 "       "       "      7-24-97       7,000.00
 "       "       "      7-29-97       5,000.00
 "       "       "      7-31-97       5,000.00
 "       "       "      8-8-97        3,000.00

Balance due at this time                              $ 1,426,707.84

Please make a joint check payable to Spencer Rock Products, Inc. and the Northrim Bank.

                              Thank You

                             Sincerely *Robert A. La Pore*
                             Robert A. La Pore, Pres.

P.O. Box 244063, Anchorage, Alaska 99524 • (907) 563-1405 Fax (907) 563-1458

Exhibit A
Page _1_ of _14_

# SPENCER ROCK PRODUCTS, INC.

Rock    Sand    Gravel  
Drilling & Blasting

1301 Dowling Road

Aug. 1, 1997                    97NCI-13

To:    Nugget Construction  
       8726 Corbin Dr.  
       Anch, Ak. 99507

Ref:   Contract DACW85-96-C-0020  
       Homer Spit repair & extension

Attn:  Accounts Payable

Spencer Rock Products, Inc. This billing has delivered aproximately 7,100 tons of materials to Seward, Ak. and onto your barge at the City Dock. We have also completed the last of the required rock products for the Homer Spit project aproximately 12,956 tons of rock, placed in dedicated stockpiles ready for shiping at ARRC Spencer railhead. This makes a total of aproximately 63,498 tons of materials produced for the Homer Spit Project.

Total materials delivered to Seward & loaded on your barge  
this billing is                                              7,100 tons  
Cost of materials loaded on barge is                         22.50 per ton  
                                                          $ 159,750.00

Total materials stockpiled at Spencer this billing           12,956 tons  
Cost of materials in stockpiles at Spencer is                14.50 per ton  
                                                          $ 187,862.00

Total amount due this billing                             $ 347,612.00

Please make a joint check payable to Spencer Rock products, Inc. and the Northrim Bank.

                              Thank You

Sincerely *Robert A. La Pore*  
         Robert A. La Pore, President

JOB #: _____  
PHASE #: _____  
CC #: _____  
PO #: _____  
OK'D BY: _____

P.O. Box 244063, Anchorage, Alaska 99524 • (907) 563-1405 Fax (907) 563-1458

Exhibit A  
Page 2 of 14

# SPENCER ROCK PRODUCTS, INC.      1301 Dowling Road #1C

Rock    Sand    Gravel
Drilling & Blasting

July 15, 1997                           97NCI-12

To:     Nugget Contruction
        8726 Corbin Dr.
        Anch, Ak. 99507

        JOB #: 611
        PHASE #: 27.28
        CC #: 5000
Ref:    Contract DACW85-96-C-0020
        Homer Spit repair & extension
        PO #: PER CONTRACT
        OK'D BY: _BR_

Attn:   Accounts Payable            7-21-97

    Spencer Rock Products, Inc. This billing has delivered aproximately 8,000 tons of materials to the ARRC Spencer railhead, placed in dedicated stockpiles for the Homer spit project.
The materials are in conformance with the plans and specifications as set forth in the materials purchase contract dated Jan. 15, 1997. These materials can be inspected at any time.
I understand you will complete any other needed gradation tests at the project site in Homer, please let me know if there is anything I need to do.

Total materials delivered this billing              8,000 tons
Cost of materials in stockpiles at Spencer is       14.50 per ton
                                        Total   $116,000.00

Total due this billing                              $ 116,000.00

Please make a joint payable to Spencer Rock products, Inc. and the Northrim Bank.

                        Thank You

                        Sincerely  _Robert A. La Pore_
                                    Robert A. La Pore, President

P.C. Box 244063, Anchorage, Alaska 99524 • (907) 563-1405 Fax (907) 563-1...

Exhibit A
Page 3 of 4

# SPENCER ROCK PRODUCTS, INC.

Rock   Sand   Gravel
Drilling & Blasting

1301 Dowling Road

July 1, 1997                                   97NCI-11

To:     Nugget Construction
        8726 Corbin Dr.
        Anch, Ak. 99507

Ref:    Contract DACW85-96-C-0020
        Homer Spit repair & extension

Attn:   Accounts Payable

Spencer Rock Products, Inc. This billing has deliverd aproximately 4,000 tons of materials to the ARRC Spencer railhead, placed in dedicated stockpiles for the Homer spit project.
The materials are in conformance with the plans and specifications as set forth in the materials purchase contract dated Jan. 15, 1997. These materials can be inspected at any time.

| | |
|---|---|
| Total materials deliverd this billing | 4,000 tons |
| Cost for materials in stockpiles at Spencer is | 14.50 per ton |
| Total | $58,000.00 |
| Total materials loaded on barge # 6 in Seward | 7,500 tons |
| Cost to load materials on barge | 3.00 per ton |
| Total | $22,500.00 |
| The total due this billing | $80,500.00 |

Please make a joint check payable to Spencer Rock Products, Inc. and the Northrim Bank.

                                Thank You

Sincerely *Robert A. La Pore*
          Robert A. La pore, President

JOB #: 611
PHASE #: 2228
CC #: 5000
PO #: PER CONTRACT
OK'D BY: 7-2-97

P.O. Box 244063, Anchorage, Alaska 99524 • (907) 563-1405 Fax (907) 563-1458

Exhibit A
Page 4 of 14

# SPENCER ROCK PRODUCTS, INC.

Rock   Sand   Gravel  
Drilling & Blasting

1301 Dowling Road

June 15, 1997                97NCI-10

To:    Nugget Construction  
       8726 Corbin Dr.  
       Anch, Ak. 99507

Ref:   Contract DACW85-96-C-0020  
       Homer Spit repair & extension

Attn:  Accounts Payable

      Spencer Rock Products, Inc. this billing has deliverd aproximately 6,000 tons of materials to Seward, Ak. placed in dedicated stockpiles for the Homer Spit Project. We also have loaded aproximately 7,400 tons of stockpiled materials onto your barge in Seward, Ak. The materials are in conformance with the plans and specifications as set forth in the materials purchase contract dated Jan. 15, 1997. These materials can be inspected at any time.

| | |
|---|---|
| Total materials deliverd this billing | 6,000 tons |
| Cost of materials stockpiled at Seward | 19.50 per ton |
| | $117,000.00 |
| Total materials loaded on barge in Seward | 7,400 tons |
| Cost to load materials on barge | 3.00 per ton |
| | $ 22,200.00 |
| The total amount due this billing | $139,200.00 |

Please make a joint check payable to Spencer Rock Products, Inc. and The Northrim Bank.

                            Thank You

Sincerely *Robert A. La Pore*  
           Robert A. La Pore, President

JOB #: 6/1  
PHASE #: 72.28  
CC #: 5000  
PO #: *Per contract*  
OK'D BY: *[signature]*  
6-19-97

P.O. Box 244063, Anchorage, Alaska 99524 • (907) 563-1405 Fax (907) 563-1458

**Exhibit A**  
Page 5 of 14

# SPENCER ROCK PRODUCTS, INC.

Rock   Sand   Gravel  
Drilling & Blasting

3601 Dowling Road #1C

June 1, 1997                              97NCI-09

To:   Nugget Contruction  
      8726 Corbin Dr.  
      Anch, Ak. 99507

Ref:  Contract DACW85-96-C-0020  
      Homer Spit repair & extension

Attn: Accounts Payable

Spencer Rock Products, Inc. this billing has delivered aproximately 1,820 tons of materials to Seward, Ak. placed in dedicated stockpiles for the Homer Spit Project. We also have loaded aproximately 7,800 tons of stockpiled materials onto your barge in Seward, Ak. The materials are in conformance with the plans and specifications as set forth in the materials purchase contract dated Jan. 15, 1997. These materials can be inspected at any time.

| | |
|---|---:|
| Total materials deliverd this billing | 1,820 tons |
| Cost of materials stockpiled at Seward | 19.50 per ton |
| | $35,490.00 |
| Total materials loaded on barge in Seward | 7,800 tons |
| Cost to load materials on barge | 3.00 per ton |
| | $23,400.00 |
| The total amount due this billing | $58,890.00 |

Please make a joint check payable to Spencer Rock Products, Inc. and The Northrim Bank.

Thank You

Sincerely  *Robert A. La Pore*  
Robert A. La Pore, President

JOB #: 611  
PHASE #: ZZZ8  
CC #: 5000  
PO #: PER CONTRACT  
OK'D BY: RAL  
6-9-97

P.O. Box 244063, Anchorage, Alaska 99524 • (907) 563-1405 Fax (907) 563-1458

Exhibit A  
Page 6 of 14

# SPENCER ROCK PRODUCTS, INC.

Rock   Sand   Gravel  
Drilling & Blasting

8901 Dowling Road #10

May 15, 1997　　　　　　　　　　　　　　　　97NCI-08

To:　Nugget Construction  
　　　8726 Corbin Dr.  
　　　Anch, Ak. 99507

Ref:　Contract DACW85-96-C-0020  
　　　　Homer Spit repair & extension

Attn:　Accounts Payable

　　Spencer Rock Products, Inc. this billing has delivered aproximately 6,600 tons of materials to Seward, Ak. placed in dedicated stockpiles for the Homer spit project. We also have loaded aproximately 13,500 tons of stockpiled materials onto your barge in Seward, Ak.  
The materials are in conformance with the plans and specifications as set forth in the materials purchase contract dated Jan. 15, 1997. These materials can be inspected at any time.

Total materials deliverd this billing　　　　　　　　　6,600 tons  
Cost of materials stockpiled at Seward　　　　　　　19.50 per ton  
　　　　　　　　　　　　　　　　　　　Total $128,700.00

Total materials loaded on barge in Seward　　　　　13,500 tons  
Cost to load materials on barge　　　　　　　　　　3.00 per ton  
　　　　　　　　　　　　　　　　　　　Total $ 40,500.00

The total amount due this billing　　　　　　　　　$169,200.00

Please make a joint check payable to Spencer Rock Products, Inc. and The Northrim Bank.

　　　　　　　　　　　　　　　Thank You

Sincerely　*Robert A. La Pore*  
　　　　　　Robert A. La Pore, President

JOB #: 611  
PHASE #: 221.2  
CC #: 5000  
PO #: PEC-T2/1X7  
OK'D BY: T/K

P.O. Box 244063, Anchorage, Alaska 99524 • (907) 563-1405 Fax (907) 563-1458

Exhibit A  
Page 7 of 14

# SPENCER ROCK PRODUCTS, INC.

Rock   Sand   Gravel
Drilling & Blasting

11301 Dowling Road #10

May 1, 1997                         97NCI-07

To:  Nugget Construction
     8726 Corbin Dr.
     Anch, Ak. 99507

Ref: Contract DACW85-96-C-0020
     Homer Spit repair & extension

Attn: Accounts Payable

Spencer Rock Products, Inc. this billing has delivered aproximately 9,575 tons of materials to Seward, Ak. placed in dedicated stockpiles for the Homer spit project.
The materials are in conformance with the plans and specifications as set forth in the materials purchase contract dated Jan. 15, 1997.
These materials can be inspected at any time.

| | |
|---|---|
| Total materials delivered this billing | 9,575 tons |
| Cost of materials stockpiled at Seward | 19.50 per ton |
| The total amount due this billing is | $ 186,712.50 |

Please make a joint check payable to Spencer Rock Products, Inc. and the Northrim Bank.

Thank You

Sincerely  *Robert A. La Pore*
           Robert A. La Pore, President

JOB #: 611
PHASE #: 2228
CC #: 5000
PO #: PER CONTRACT
OK'D BY: _____

P.O. Box 244063, Anchorage, Alaska 99524 • (907) 563-1405 Fax (907) 563-1458

Exhibit A
Page 8 of 14

**SPENCER ROCK PRODUCTS, INC.**   1301 Dowling Road #1C
Rock   Sand   Gravel
Drilling & Blasting

Apr. 15, 1997                          97NCI-06

To:   Nugget Construction
      8726 Corbin Dr.
      Anch, Ak. 99507

Ref:  Contract DACW85-96-C-0020
      Homer Spit repair & extension

Attn: Accounts Payable

   Spencer Rock products, Inc. this billing has delivered aproximately 2,800 tons of filter rock to Seward, Ak. placed in dedicated stockpiles for the Homer spit project.
The materials are in conformance with the plans and specifications as set forth in the materials purchase contract dated Jan. 15, 1997. These materials can be inspected at any time.

| | |
|---|---|
| Total materials delivered this billing | 2,800 tons |
| Cost of materials stockpiled at Seward | 19.50 per ton |
| The total amount due this billing is | $ 54,600.00 |

Please make a joint check payable to Spencer Rock Products, Inc. and the Northrim Bank.

                            Thank You

Sincerely  *Robert A. La Pore*
           Robert A. La pore, President

JOB #: _ill_
PHASE #: _222 C_
CC #: _SCCC_
PO #: _PER CONTRACT_
OK'D BY: _RAL_
         _4-15-97_

*OK TO PAY*

P.O. Box 244063, Anchorage, Alaska 99524 • (907) 563-1405 Fax (907) 563-1458

Exhibit A
Page _9_ of _14_

# SPENCER ROCK PRODUCTS, INC.

Rock    Sand    Gravel
Drilling & Blasting

1501 Dowling Road #105

Apr. 1, 1997          97NCI-05

To:   Nugget Construction
       8726 Corbin Dr.
       Anch, Ak. 99507

Ref:  Contract DACW85-96-C-0020
       Homer spit repair & extension

Attn:  Accounts Payable

     Spencer Rock products, Inc. this billing has delivered aproximately 1,250 tons of materials to the ARRC Spencer railhead, placed in dedicated stockpiles for the Homer spit project.
The materials are in conformance with the plans and specifications as set forth in the materials purchase contract dated Jan. 15, 1997. These materials can be inspected at any time.

| | |
|---|---|
| Total materials delivered this billing | 1,250 tons |
| Cost for materials in stockpiles at Spencer is | 14.50 per ton |
| The total amount due this billing is | $ 17,562.50 |

Please make a check payable to Spencer Rock Products, Inc. and The Northrim Bank.

                           Thank You

Sincerely *Robert A. La Pore*
          Robert A. La Pore, President

OK FOR PMT

JOB #: *ill*
PHASE #: *??E*
CC #: *ECC*
PO #: *?? ??? CONTR*
OK'D BY: *DK*
4-3-97

P.O. Box 244063, Anchorage, Alaska 99524 • (907) 563-1405 Fax (907) 563-1458

# SPENCER ROCK PRODUCTS, INC.

Rock    Sand    Gravel  
Drilling & Blasting

1301 Dowling Road #10

Mar. 15, 1997            97 NCI-04

To:     Nugget Construction  
        8726 Corbin Dr.  
        Anch, Ak. 99507

Ref:    Contract DACW85-96-C-0020  
        Homer Spit repair & extension

Attn:   Accounts Payable

Spencer Rock Products, Inc. this billing has delivered aproximately 4,600 ton of materials to the ARRC Spencer railhead, placed in dedicated stockpiles for the Homer spit project.  
The materials are in conformance with the plans and specifications as set forth in the materials purchase contract dated Jan.15, 1997.  
These materials can be inspected at any time.

Total materials delivered this billing              4,600 tons  
Cost for materials in stockpiles at Spencer is      14.05 per ton  
The amount due this billing is --------------------- $64,630.00

Please make a joint check payable to Spencer Rock Products, Inc. and the Northrim Bank.

Thank You

Sincerely  *Robert A. La Pore*  
Robert A. La Pore, President

OK FOR PMT  
RK  
3-21-97

JOB #: 611  
PHASE #: 17.3.7  
CC #: 500  
PO #: _____ CONTRACT  
OK'D BY: RK

P.O. Box 244063, Anchorage, Alaska 99524 • (907) 563-1405 Fax (907) 563-1458

Exhibit A  
Page 11 of 14

# SPENCER ROCK PRODUCTS, INC.
1301 Dowling Road #10

Rock   Sand   Gravel
Drilling & Blasting

Mar. 1, 1997          97 NCI-03

TO:   Nugget Contruction
      8726 Corbin Dr.
      Anch, Ak. 99507

REF:  Contract DACW85-96-C-0020
      Homer Spit repair & extension

Attn:  Accounts Payable

    Spencer Rock Products, Inc. this billing has delivered aproximately 3,900 tons of materials to the ARRC Spencer railhead, placed in dedicated stockpiles for the Homer Spit project.
The materials are in conformance with the plans and specifications as set forth in the materials purchase contract dated Jan. 15, 1997.
These materials can be inspected at any time. more Gradation tests are scheduled for Mar. 15, 1997.

Total materials delivered this billing            3,900 tons
Cost for materials in stockpiles at Spencer is    14.05 per ton
The amount due this billing is -------------------$54,795.00

Please make a joint check payable to Spencer Rock Products, Inc. and the Northrim Bank.

Thank You

Sincerely  *Robert A. La Pore*
           Robert A. La Pore, President

ROCK IS GOOD TO GO

JOB #: _____
PHASE #: _____
CC #: _____
PO #: _____
OK'D BY: _____

P.O. Box 244063, Anchorage, Alaska 99524 • (907) 563-1405 Fax (907) 563-1458

**Exhibit A**
Page 12 of 14

Feb. 15, 1997          97 NCI-02

To:    Nugget Contruction, Inc.
       8726 Corbin Dr.
       Anch, Ak. 99507

Ref:   Contract DACW85-96-C-0020
       Homer Spit repair & extension

Attn:  Accounts Payable


       Spencer Rock Products, Inc. this billing has delivered aproxima-
tely 4,350 tons of materials to the ARRC Spencer railhead, placed in
dedicated stockpiles for the Homer spit project.
The materials are in conformance with the plans and specifcations as
set forth in the materials purchase contract dated Jan. 15, 1997. These
materials can be inspected at any time. a copy of the first Gradation
tests are attached to this billing for your review.

Total materials delivered this billing           4,350 tons
Cost for materials in stockpile at spencer is    14.05 per ton
The amount due this billing is                   $ 61,117.50


Please make a joint check payable to Spencer Rock products, Inc. and
the Northrim Bank.


                              Thank You


                                                              RECEIVED

Sincerely  *Robert A. La Pore*                                FEB 18 1997
           Robert A. La Pore, President
                                                              Nugget Construction,
                                                              DIST:

INSPECTED  ICC ACCEPTANCE
           TLK  2-17-97

| Nugget Construction, Inc. |
|---|
| Date: 2/15/07 |
| Project: |
| Phase: 2228 |
| Code: ICC |
| Signature: TLK |

P.O. Box 244063, Anchorage, Alaska 99524 • (907) 563-1405 Fax (907) 563-14

Exhibit A
Page 13 of 14

# SPENCER ROCK PRODUCTS, INC.

Rock   Sand   Gravel  
Drilling & Blasting

1301 Dowling Road #1

Feb. 1, 1997      97 NCI-01

TO: Nugget Contruction, Inc.  
8726 Corbin Dr.  
Anch, Ak. 99507

**POSTED**

REF: Contract DACW85-96-C-0020  
Homer Spit repair & extension

ATTN: Accounts Payable

Spencer Rock Products, Inc. has delivered approximately 1,810 tons of materials to the ARRC Spencer railhead, placed in dedicated stockpiles for the Homer spit project.  
The materials are in conformance with the plans and specifications as set forth in the materials purchase contract dated Jan. 15, 1997. these material can be inspected at any time.

Total materials delivered          1,810 tons  
cost of materials in stockpiles    $ 14.05 per ton  
amount due this billing is         $ 25,430.50

Please make a joint check payable to Spencer Rock Products, Inc. and the Northrim Bank.

Thank You

Sincerely  
Robert A. La Pore  
Robert A. La Pore, President

Nugget Construction, Inc.  
Date: 2/5/97  
Project:  
Phase:  
Code:  
Signature:

Bob,  
Rock Approved For Pmt's  
POSTED  
Randy

**RECEIVED**  
FEB 3 1997  
Nugget Construction, Inc.  
DISTR:

P.O. Box 244063, Anchorage, Alaska 99524 • (907) 563-1405 Fax (907) 563-1458

Exhibit A  
Page 14 of 14