Rock Sand Gravel
Drilling & Blasting

Oct. 23, 1997

Army Corps of Engineers
Fort Richardson Residence Office
P.O. Box 898
Anch, Ak. 99506-0898

Ref: DACW85-96-C-0020
     Homer Spit Repair & Extension

Attn: Mr. Dave Scott / Mr. Doug Wood

RECEIVED
OCT 28 1997

Gentlemen,

   Please fine attached a copy of our letter to Nugget Constuction dated Oct. 20, 1997.

Spencer Rock Products, Inc. still has not received any payments from Nugget Constuction, for the Homer Spit Project since May 8, 1997 The Balance owed us is $1,426,707.84 less some operateing costs at the Spencer Quarry Site.

We will be fileing under the Miller Act for the balance owed us.

Sincerely Robert A. La Pore
          Robert A. La Pore, President

P.O. Box 244063, Anchorage, Alaska 99524 • (907) 563-1405 Fax (907) 563-1458

Exhibit C
Page 1 of 1