# SPENCER ROCK PRODUCTS, INC.    1301 Dowling Road #109

Rock    Sand    Gravel
Drilling & Blasting

To:      Suppliers of the Homer Spit Project

September 5, 1997

Gentlemen,

Spencer Rock Products has been placed in an awkward position as to our payables on the Homer Spit Project. We have not been paid for our delivery of materials although the materials are on the job site.

We appreciate our creditors and have maintaind a good record with all of you over the past years. We would appreciate your forebearance and understanding of our problem.

We have filed a claim on the bond and are endeavoring to persue it vigorously to enable us to fund payables as quickly as possible. A copy of notice of lien is attached for your use.

Again, we are sorry for the delay and hope it will be a short one for all. We will forward payment as quickly as we get funds in. Please do not hesitate to call if you have specific questions or helpful information.

Sincerely,

*Robert A. LaPore*

Robert A. LaPore
President
Spencer Rock Products, Inc.

P.O. Box 244063, Anchorage, Alaska 99524 • (907) 563-1405 Fax (907) 563-1458

Exhibit D
Page __1__ of __1__