9077532530 OFFICE OF COUNSEL                        747 P01    JUN 26 '98  15:54

AUG 2 6 1997                           NO DOC ___ ___

                                       RRO/40

Quality Assurance Branch - Construction

SUBJECT: Spencer Quarry, Contract DACW85-96-C-0020, Homer Spit Repair & Extension, Homer, Alaska.

Nugget Construction, Incorporated
Attn: Mr. Randolph
8726 Corbin Drive
Anchorage, Alaska   99507-3411

Gentlemen:

   We acknowledge receipt of Serial Letter 611-19, dated August 6, 1997, and Serial Letter 611-21, dated August 11, 1997. We do not necessarily agree that Spencer Rock Products is only a "vendor" for Miller Act purposes.

   Based on the supporting costs that you outlined in Serial Letter 611-21, it appears that Nugget Construction has assumed full responsibility for operations at Spencer Quarry for the subject project. Therefore, as primary operator at Spencer Quarry, we believe Nugget Construction is responsible for prompt payment to suppliers and subcontractors who contracted with Spencer Rock Products on this project.

   We request that you clarify what support and project management services Nugget Construction provided to Spencer Rock Products to account for the support cost that you have shown in Serial Letter 611-21. Further, please provide information showing what work, if any, has been performed by Spencer Rock Products under its subcontract with Nugget Construction.

   Please direct any questions you have in this matter to the Project Engineer, Mr. David Scott, at (907) 384-7442.

                                   Sincerely,


                                   Thomas A. Johnson, P.E.
                                   Administrative Contracting
                                      Officer

Cc:  United States Fidelity
        and Guarantee Co.
     Attn: Bill Wells
     4220 B Street
     Anchorage, AK   99503

9

Exhibit E
Page __1__ of __1__

Exhibit A
Page 1 of 1