

**DEPARTMENT OF THE ARMY**
U.S. ARMY ENGINEER DISTRICT, ALASKA
P.O. BOX 898
ANCHORAGE, ALASKA 99506-0898

SEP 2 8 1996

REPLY TO
ATTENTION OF:

CENPA-CT-CO-M (415-10c)

MEMORANDUM FOR Thomas A. Johnson, Richardson Resident Engineer

SUBJECT: Designation as Administrative Contracting Officer on Contract Number DACW85-96-C-0020, Homer Spit Repair and Extension, Homer Alaska.

1. Under the authority of EFARS 1.602-1 (100), you are designated as my Administrative Contracting Officer on the above referenced contract. As such you are authorized to perform the following actions subject to the terms and conditions stipulated in the contract.

    a. Modify contract within the scope of the contract under any of the following contract clauses: Changes, Differing Site Conditions, Variation in Estimated Quantity, Value Engineering, and Suspension of Work; provided that no individual contract action under these clauses may exceed $100,000.00 (the sum of deletions and additions).

    b. Modify contract performance periods for unusually severe weather conditions under the Default (Fixed Price Construction) clause.

    c. Subject to the limitations in a and b above to perform any of the contract administration functions in Federal Acquisition Regulation (FAR) 42.302.

2. You are not authorized to modify contracts under any other clause not specified above, including but not limited to terminations for convenience or for default.

3. This delegation of authority shall not be redelegated and will remain in effect until revoked by me, by my successor, or upon completion of referenced contract.

4. This letter is forwarded in duplicate. Please return the original to Contracting Division with receipt acknowledged in the space provided on page 2. Retain the remaining copy for your files.

*[signature: Thomas L. Carter]*

Thomas L. Carter
Contracting Officer

**Exhibit F**
Page 1 of 2

CENPA-CT-CO-M (415-10c)

SUBJECT: Designation as Administrative Contracting Officer

CF:
RE (2)
Const Div (1)
CENPA-CT (2)
Contractor (2)

Notice of appointment as Administrative Contracting Officer is hereby acknowledged.

_____
THOMAS A. JOHNSON

DATE: 30 Oct 96

The Contractor acknowledges receipt of this notice. (Sign one coy and return to this office, ATTN: Contracts & Modification Section, Contracting Division; retain the second copy for your file and information).

<u>Nugget Construction, Inc.</u>
Contractor

BY _____

TITLE _____

DATE _____

Exhibit F
Page 2 of 2