David W. Pease
BURR, PEASE & KURTZ
810 N Street
Anchorage, AK  99501-3293
Telephone:    (907) 276-6100
Fax No.:       (907) 258-2530
Attorneys for North Star

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf,<br><br>               Plaintiffs,<br>    and<br><br>UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, on its own behalf,<br><br>               Intervening Plaintiffs,<br>    and<br><br>METCO, INC.,<br><br>               Intervening Plaintiff,<br>    vs.<br><br>NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE,<br><br>               Defendants. | Case No. A98-009 CIV (TMB)<br><br>**NOTICE OF SUBMISSION OF EXHIBITS FOR OPPOSITION TO MOTION IN LIMINE RE FUNDS WITHHELD FROM SPENCER** |

      Attached are Exhibits A through F to Opposition re Motion in Limine Re Funds Withheld from Spencer which were inadvertently omitted from the filing of Document No. 730.

Dated:  July 2, 2007.

    s/ David W. Pease
    Burr, Pease & Kurtz
    810 N Street, Suite 300
    Anchorage, AK  99501
    Telephone:  (907) 276-6100
    Fax:  (907) 258-2530
    E-mail:  dwp@bpk.com
    Alaska Bar # 8706041

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 2, 2007, a copy of the foregoing was served electronically on Traeger Machetanz, Steven J. Shamburek, Paul Stockler, Herbert A. Viergutz, and C. Patrick Stoll.

/s David W. Pease