# SPENCER ROCK PRODUCTS, INC.

Rock   Sand   Gravel  
Drilling & Blasting

1301 Dowling Road #1C

Sept. 1, 1997

To :   Nugget Construction  
       8726 Corbin Dr.  
       Anch, Ak 99507

Ref:   Contract DACW85-96-C-0020  
       Homer Spit repair & extension

Attn : Accounts Payable

    Spencer Rock Products, Inc. is now 100% complete with its supply contract for the Homer Spit Project.

The total rock loaded on your barges is aproximately 72,173 tons consisting of three types of rock.

Filter rock    20,608 tons  
Toe rock        8,850 "  
Armor rock     42,715 "     for a total of 72,173 tons.

Total tonage loaded on nugget barges --------------------------- 72,173 tons  
Cost per ton loaded on barges      ---------------------------$ 22.50

Total contract price                                $ 1,623,892.50

Less payment received   5-8-97    $ 147,184.66  
Less payroll draws      6-27-97      10,000.00  
     "      "           7-2-97       10,000.00  
     "      "           7-11-97       5,000.00  
     "      "           7-24-97       7,000.00  
     "      "           7-29-97       5,000.00  
     "      "           7-31-97       5,000.00  
     "      "           8-8-97        3,000.00

Balance due at this time                            $ 1,426,707.84

Please make a joint check payable to Spencer Rock Products, Inc. and the Northrim Bank.

Thank You

Sincerely *Robert A. La Pore*  
Robert A. La Pore, Pres.

P.O. Box 244063, Anchorage, Alaska 99524 • (907) 563-1405 Fax (907) 563-1458

**Exhibit A**  
Page _1_ of _14_

# SPENCER ROCK PRODUCTS, INC.

Rock  Sand  Gravel  
Drilling & Blasting

1301 Dowling Road

Aug. 1, 1997 97NCI-13

To: Nugget Construction  
8726 Corbin Dr.  
Anch, Ak. 99507

Ref: Contract DACW85-96-C-0020  
Homer Spit repair & extension

Attn: Accounts Payable

Spencer Rock Products, Inc. This billing has delivered aproximately 7,100 tons of materials to Seward, Ak. and onto your barge at the City Dock. We have also completed the last of the required rock products for the Homer Spit project aproximately 12,956 tons of rock, placed in dedicated stockpiles ready for shiping at ARRC Spencer railhead. This makes a total of aproximately 63,498 tons of materials produced for the Homer Spit Project.

Total materials delivered to Seward & loaded on your barge this billing is   7,100 tons  
Cost of materials loaded on barge is   22.50 per ton  
$ 159,750.00

Total materials stockpiled at Spencer this billing   12,956 tons  
Cost of materials in stockpiles at Spencer is   14.50 per ton  
$ 187,862.00

Total amount due this billing   $ 347,612.00

Please make a joint check payable to Spencer Rock products, Inc. and the Northrim Bank.

Thank You

Sincerely *Robert A. La Pore*  
Robert A. La Pore, President

JOB #: _____  
PHASE #: _____  
CC #: _____  
PO #: _____  
OK'D BY: _____

P.O. Box 244063, Anchorage, Alaska 99524 • (907) 563-1405 Fax (907) 563-145_

Exhibit A  
Page 2 of 14

# SPENCER ROCK PRODUCTS, INC.

Rock     Sand     Gravel
Drilling & Blasting

1301 Dowling Road #1C

July 15, 1997                          97NCI-12

To:      Nugget Contruction
         8726 Corbin Dr.
         Anch, Ak. 99507

Ref:     Contract DACW85-96-C-0020
         Homer Spit repair & extension

Attn:    Accounts Payable

JOB #: 611
PHASE #: 27.28
CC #: 5000
PO #: PER CONTRACT
OK'D BY: _ LR
7-21-97

   Spencer Rock Products, Inc. This billing has delivered aproximately 8,000 tons of materials to the ARRC Spencer railhead, placed in dedicated stockpiles for the Homer spit project.
The materials are in conformance with the plans and specifications as set forth in the materials purchase contract dated Jan. 15, 1997. These materials can be inspected at any time.
I understand you will complete any other needed gradation tests at the project site in Homer, please let me know if there is anything I need to do.

Total materials delivered this billing                      8,000 tons
Cost of materials in stockpiles at Spencer is            14.50 per ton
                                               Total $116,000.00

Total due this billing                              $ 116,000.00

Please make a joint payable to Spencer Rock products, Inc. and the Northrim Bank.

                          Thank You

                          Sincerely  Robert A. La Pore
                                     Robert A. La Pore, President

P.O. Box 244063, Anchorage, Alaska 99524 • (907) 563-1425 Fax (907) 563-1...

**Exhibit A**
Page 3 of 14

# SPENCER ROCK PRODUCTS, INC.

Rock    Sand    Gravel
Drilling & Blasting

1301 Dowling Road

July 1, 1997                    97NCI-11

To:    Nugget Construction
        8726 Corbin Dr.
        Anch, Ak. 99507

Ref:    Contract DACW85-96-C-0020
        Homer Spit repair & extension

Attn:   Accounts Payable

      Spencer Rock Products, Inc. This billing has deliverd aproximately 4,000 tons of materials to the ARRC Spencer railhead, placed in dedicated stockpiles for the Homer spit project.
The materials are in conformance with the plans and specifications as set forth in the materials purchase contract dated Jan. 15, 1997. These materials can be inspected at any time.

| | |
|---|---|
| Total materials deliverd this billing | 4,000 tons |
| Cost for materials in stockpiles at Spencer is | 14.50 per ton |
| Total | $58,000.00 |
| Total materials loaded on barge # 6 in Seward | 7,500 tons |
| Cost to load materials on barge | 3.00 per ton |
| Total | $22,500.00 |
| The total due this billing | $80,500.00 |

Please make a joint check payable to Spencer Rock Products, Inc. and the Northrim Bank.

                        Thank You

Sincerely *Robert A. La Pore*
        Robert A. La pore, President

JOB #: 611
PHASE #: 2228
CC #: 5000
PO #: PER CONTRACT
OK'D BY: 7-2-97

P.O. Box 244063, Anchorage, Alaska 99524 • (907) 563-1405 Fax (907) 563-1458

Exhibit A
Page 4 of 14

# SPENCER ROCK PRODUCTS, INC.
1301 Dowling Road #-

Rock    Sand    Gravel
Drilling & Blasting

June 15, 1997                          97NCI-10

To:     Nugget Construction
        8726 Corbin Dr.
        Anch, Ak. 99507

Ref:    Contract DACW85-96-C-0020
        Homer Spit repair & extension

Attn:   Accounts Payable

Spencer Rock Products, Inc. this billing has deliverd aproximately 6,000 tons of materials to Seward, Ak. placed in dedicated stockpiles for the Homer Spit Project. We also have loaded aproximately 7,400 tons of stockpiled materials onto your barge in Seward, Ak. The materials are in conformance with the plans and specifications as set forth in the materials purchase contract dated Jan. 15, 1997. These materials can be inspected at any time.

| | |
|---|---|
| Total materials deliverd this billing | 6,000 tons |
| Cost of materials stockpiled at Seward | 19.50 per ton |
| | $117,000.00 |
| Total materials loaded on barge in Seward | 7,400 tons |
| Cost to load materials on barge | 3.00 per ton |
| | $ 22,200.00 |
| The total amount due this billing | $139,200.00 |

Please make a joint check payable to Spencer Rock Products, Inc. and The Northrim Bank.

                                Thank You

Sincerely  *Robert A. La Pore*
           Robert A. La Pore, President

JOB #: 6/1
PHASE #: 72.28
CC #: 5000
PO #: PER CONTRACT
OK'D BY: [signature]
6-19-97

P.O. Box 244063, Anchorage, Alaska 99524 • (907) 563-1405 Fax (907) 563-1458

**Exhibit A**
Page 5 of 14

# SPENCER ROCK PRODUCTS, INC.

Rock   Sand   Gravel
Drilling & Blasting

1301 Dowling Road #1C

June 1, 1997                           97NCI-09

To:     Nugget Contruction
        8726 Corbin Dr.
        Anch, Ak. 99507

Ref:    Contract DACW85-96-C-0020
        Homer Spit repair & extension

Attn:   Accounts Payable

Spencer Rock Products, Inc. this billing has delivered aproximately 1,820 tons of materials to Seward, Ak. placed in dedicated stockpiles for the Homer Spit Project. We also have loaded aproximately 7,800 tons of stockpiled materials onto your barge in Seward, Ak.
The materials are in conformance with the plans and specifications as set forth in the materials purchase contract dated Jan. 15, 1997. These materials can be inspected at any time.

| | |
|---|---|
| Total materials deliverd this billing | 1,820 tons |
| Cost of materials stockpiled at Seward | 19.50 per ton |
| | $35,490.00 |
| Total materials loaded on barge in Seward | 7,800 tons |
| Cost to load materials on barge | 3.00 per ton |
| | $23,400.00 |
| The total amount due this billing | $58,890.00 |

Please make a joint check payable to Spencer Rock Products, Inc. and The Northrim Bank.

                                        Thank You

Sincerely  *Robert A. La Pore*
           Robert A. La Pore, President

JOB #: 611
PHASE #: ZZZ8
CC #: 5000
PO #: PER CONTRACT
OK'D BY: RDR
6-9-97

P.O. Box 244063, Anchorage, Alaska 99524 • (907) 563-1405 Fax (907) 563-1458

Exhibit A
Page 6 of 14

# SPENCER ROCK PRODUCTS, INC.

Rock   Sand   Gravel
Drilling & Blasting

3501 Dowling Road #1

May 15, 1997               97NCI-08

To:   Nugget Construction
      8726 Corbin Dr.
      Anch, Ak. 99507

Ref:  Contract DACW85-96-C-0020
      Homer Spit repair & extension

Attn: Accounts Payable

    Spencer Rock Products, Inc. this billing has delivered aproximately 6,600 tons of materials to Seward, Ak. placed in dedicated stockpiles for the Homer spit project. We also have loaded aproximately 13,500 tons of stockpiled materials onto your barge in Seward, Ak.
The materials are in conformance with the plans and specifications as set forth in the materials purchase contract dated Jan. 15, 1997. These materials can be inspected at any time.

| | |
|---|---:|
| Total materials deliverd this billing | 6,600 tons |
| Cost of materials stockpiled at Seward | 19.50 per ton |
| | Total $128,700.00 |
| Total materials loaded on barge in Seward | 13,500 tons |
| Cost to load materials on barge | 3.00 per ton |
| | Total $ 40,500.00 |
| The total amount due this billing | $169,200.00 |

Please make a joint check payable to Spencer Rock Products, Inc. and The Northrim Bank.

Thank You

Sincerely  *Robert A. La Pore*
           Robert A. La Pore, President

JOB #: 611
PHASE #: 221.2
CC #: 5000
PO #: PE.C.  T2/X7
OK'D BY: 7/K

P.O. Box 244063, Anchorage, Alaska 99524 • (907) 563-1405 Fax (907) 563-1458

Exhibit A
Page 7 of 14

# SPENCER ROCK PRODUCTS, INC.

1301 Dowling Road #10

Rock   Sand   Gravel
Drilling & Blasting

May 1, 1997                           97NCI-07

To:  Nugget Construction
     8726 Corbin Dr.
     Anch, Ak. 99507

Ref: Contract DACW85-96-C-0020
     Homer Spit repair & extension

Attn: Accounts Payable

    Spencer Rock Products, Inc. this billing has delivered aproximately 9,575 tons of materials to Seward, Ak. placed in dedicated stockpiles for the Homer spit project.
The materials are in conformance with the plans and specifications as set forth in the materials purchase contract dated Jan. 15, 1997.
These materials can be inspected at any time.

| | |
|---|---|
| Total materials delivered this billing | 9,575 tons |
| Cost of materials stockpiled at Seward | 19.50 per ton |
| The total amount due this billing is | $ 186,712.50 |

Please make a joint check payable to Spencer Rock Products, Inc. and the Northrim Bank.

Thank You

Sincerely  *Robert A. La Pore*
           Robert A. La Pore, President

JOB #: 611
PHASE #: 2228
CC #: 5000
PO #: PER CONTRACT
OK'D BY: [initials]

P.O. Box 244063, Anchorage, Alaska 99524 • (907) 563-1405 Fax (907) 563-1458

**Exhibit A**
Page _8_ of _14_

# SPENCER ROCK PRODUCTS, INC.

1301 Dowling Road #1C

Rock   Sand   Gravel
Drilling & Blasting

Apr. 15, 1997                               97NCI-06

To:     Nugget Construction
        8726 Corbin Dr.
        Anch, Ak. 99507

Ref:    Contract DACW85-96-C-0020
        Homer Spit repair & extension

Attn:   Accounts Payable

Spencer Rock products, Inc. this billing has delivered aproximately 2,800 tons of filter rock to Seward, Ak. placed in dedicated stockpiles for the Homer spit project.
The materials are in conformance with the plans and specifications as set forth in the materials purchase contract dated Jan. 15, 1997. These materials can be inspected at any time.

| | |
|---|---|
| Total materials delivered this billing | 2,800 tons |
| Cost of materials stockpiled at Seward | 19.50 per ton |
| The total amount due this billing is | $ 54,600.00 |

Please make a joint check payable to Spencer Rock Products, Inc. and the Northrim Bank.

                                Thank You

Sincerely  *Robert A. La Pore*
           Robert A. La pore, President

JOB #: _ill_
PHASE #: _222 G_
CC #: _SCCC_
PO #: _PER CONTRACT_
OK'D BY: _RAL_
4-15-97

OK TO PAY

P.O. Box 244063, Anchorage, Alaska 99524 • (907) 563-1405 Fax (907) 563-1458

Exhibit A
Page _9_ of _14_

# SPENCER ROCK PRODUCTS, INC.

Rock    Sand    Gravel
Drilling & Blasting

1301 Dowling Road #105

Apr. 1, 1997                    97NCI-05

To:    Nugget Construction
       8726 Corbin Dr.
       Anch, Ak. 99507

Ref:   Contract DACW85-96-C-0020
       Homer spit repair & extension

Attn:  Accounts Payable

Spencer Rock products, Inc. this billing has delivered aproximately 1,250 tons of materials to the ARRC Spencer railhead, placed in dedicated stockpiles for the Homer spit project.
The materials are in conformance with the plans and specifications as set forth in the materials purchase contract dated Jan. 15, 1997. These materials can be inspected at any time.

| | |
|---|---|
| Total materials delivered this billing | 1,250 tons |
| Cost for materials in stockpiles at Spencer is | 14.50 per ton |
| The total amount due this billing is | $ 17,562.50 |

Please make a check payable to Spencer Rock Products, Inc. and The Northrim Bank.

                                    Thank You

       Sincerely  *Robert A. La Pore*
                  Robert A. La Pore, President

OK FOR PMT

JOB #: ___
PHASE #: ___
CC #: ___
PO #: ___
OK'D BY: ___
4-3-97

P.O. Box 244063, Anchorage, Alaska 99524 • (907) 563-1405 Fax (907) 563-1458

Exhibit A
Page 10 of 14

# SPENCER ROCK PRODUCTS, INC.   1301 Dowling Road #10

Rock    Sand    Gravel
Drilling & Blasting

Mar. 15, 1997                    97 NCI-04


To:     Nugget Construction
        8726 Corbin Dr.
        Anch, Ak. 99507


Ref:    Contract DACW85-96-C-0020
        Homer Spit repair & extension


Attn:   Accounts Payable

   Spencer Rock Products, Inc. this billing has delivered aproximately 4,600 ton of materials to the ARRC Spencer railhead, placed in dedicated stockpiles for the Homer spit project.
The materials are in conformance with the plans and specifications as set forth in the materials purchase contract dated Jan.15, 1997.
These materials can be inspected at any time.


Total materials delivered this billing                4,600 tons
Cost for materials in stockpiles at Spencer is        14.05 per ton
The amount due this billing is ---------------------- $64,630.00


Please make a joint check payable to Spencer Rock Products, Inc. and the Northrim Bank.


                                Thank You

Sincerely  *Robert A. La Pore*
           Robert A. La Pore, President

*OK For Pmt*
*KL*
*3-21-97*

JOB #: 611
PHASE #: 17.2.7
CC #: 500
PO #: CONTRACT
OK'D BY: KL

P.O. Box 244063, Anchorage, Alaska 99524 • (907) 563-1405 Fax (907) 563-1458

**Exhibit A**
Page 11 of 14

# SPENCER ROCK PRODUCTS, INC.   1301 Dowling Road #10

Rock    Sand    Gravel
Drilling & Blasting

Mar. 1, 1997                97 NCI-03

TO:   Nugget Contruction
      8726 Corbin Dr.
      Anch, Ak. 99507

REF:  Contract DACW85-96-C-0020
      Homer Spit repair & extension

Attn: Accounts Payable

   Spencer Rock Products, Inc. this billing has delivered aproximately 3,900 tons of materials to the ARRC Spencer railhead, placed in dedicated stockpiles for the Homer Spit project.
The materials are in conformance with the plans and specifications as set forth in the materials purchase contract dated Jan. 15, 1997.
These materials can be inspected at any time. more Gradation tests are scheduled for Mar. 15, 1997.

Total materials delivered this billing                3,900 tons
Cost for materials in stockpiles at Spencer is        14.05 per ton
The amount due this billing is ---------------------$54,795.00

Please make a joint check payable to Spencer Rock Products, Inc. and the Northrim Bank.

                                Thank You

Sincerely  *Robert A. La Pore*
           Robert A. La Pore, President

JOB #: _____
PHASE #: _____
CC #: _____
PO #: _____
OK'D BY: _____

*Rock Is Good To Go*

P.O. Box 244063, Anchorage, Alaska 99524 • (907) 563-1405 Fax (907) 563-1458

**Exhibit A**
Page 12 of 14

Feb. 15, 1997          97 NCI-02

To:    Nugget Contruction, Inc.
       8726 Corbin Dr.
       Anch, Ak. 99507

Ref:   Contract DACW85-96-C-0020
       Homer Spit repair & extension

Attn:  Accounts Payable

    Spencer Rock Products, Inc. this billing has delivered aproximately 4,350 tons of materials to the ARRC Spencer railhead, placed in dedicated stockpiles for the Homer spit project.
The materials are in conformance with the plans and specifcations as set forth in the materials purchase contract dated Jan. 15, 1997. These materials can be inspected at any time. a copy of the first Gradation tests are attached to this billing for your review.

| | |
|---|---|
| Total materials delivered this billing | 4,350 tons |
| Cost for materials in stockpile at spencer is | 14.05 per ton |
| The amount due this billing is | $ 61,117.50 |

Please make a joint check payable to Spencer Rock products, Inc. and the Northrim Bank.

                                 Thank You

Sincerely    *Robert A. La Pore*
             Robert A. La Pore, President

RECEIVED
FEB 1 8 1997
Nugget Construction
DIST: _____

INSPECTED *FOR ACCEPTANCE*
*T.R.C. 2-17-97*

Nugget Construction, Inc.
Date: 2/18/97
Project: ___
Phase: 2228
Code: TCC
Signature: ___

P.O. Box 244063, Anchorage, Alaska 99524 • (907) 563-1405 Fax (907) 563-14__

# SPENCER ROCK PRODUCTS, INC.

Rock    Sand    Gravel
Drilling & Blasting

1301 Dowling Road #1

Feb. 1, 1997          97 NCI-01

TO:    Nugget Contruction, Inc.
       8726 Corbin Dr.
       Anch, Ak. 99507

**POSTED**

REF:   Contract DACW85-96-C-0020
       Homer Spit repair & extension

ATTN:  Accounts Payable

Spencer Rock Products, Inc. has delivered approximately 1,810 tons of materials to the ARRC Spencer railhead, placed in dedicated stockpiles for the Homer spit project.
The materials are in conformance with the plans and specifications as set forth in the materials purchase contract dated Jan. 15, 1997. these material can be inspected at any time.

Total materials delivered                    1,810 tons
cost of materials in stockpiles           $ 14.05 per ton
amount due this billing is                $ 25,430.50

Please make a joint check payable to Spencer Rock Products, Inc. and the Northrim Bank.

Thank You

Sincerely  *Robert A. La Pore*
           Robert A. La Pore, President

Nugget Construction, Inc.
Date: 2/5/97
Project: ___
Phase: ___
Code: ___
Signature: ___

Bob,
Rock Approved For Pmts
Posted     *Randy*

**RECEIVED**
FEB 3 1997
Nugget Construction, Inc.
Distr. ___

P.O. Box 244063, Anchorage, Alaska 99524 • (907) 563-1405 Fax (907) 563-1458

Exhibit A
Page 14 of 14