David W. Pease
BURR, PEASE & KURTZ
810 N Street
Anchorage, AK  99501-3293
Telephone:    (907) 276-6100
Fax No.:         (907) 258-2530
Attorneys for North Star

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf,<br><br>    Plaintiffs,<br> and<br><br>UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, on its own behalf,<br><br>    Intervening Plaintiffs,<br> and<br><br>METCO, INC.,<br><br>    Intervening Plaintiff,<br> vs.<br><br>NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE,<br><br>    Defendants. | Case No. A98-009 CIV (TMB)<br><br>**NOTICE OF SUBMISSION OF ATTACHMENTS (WITNESS LISTS) TO PRETRIAL BRIEF** |

  Attached are Plaintiff's Witnesses and Nugget's Witnesses which were inadvertently omitted as attachments from the filing of the Trial Brief (Document No. 736).

Dated:  July 2, 2007.

> s/ David W. Pease
> Burr, Pease & Kurtz
> 810 N Street, Suite 300
> Anchorage, AK  99501
> Telephone:  (907) 276-6100
> Fax:  (907) 258-2530
> E-mail:  dwp@bpk.com
> Alaska Bar # 8706041

CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2007, a copy of the foregoing was served electronically on Traeger Machetanz, Steven J. Shamburek, and Herbert A. Viergutz. Patrick Stoll.

/s David W. Pease