Herbert A. Viergutz, Esq.
Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501
Phone:  (907) 276-8010
Facsimile:  (907) 276-5334
Attorneys for United States Fidelity and Guaranty Company

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA AT ANCHORAGE

UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a NORTHERN STEVEDORING & HANDLING, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a NORTHERN STEVEDORING & HANDLING, on its own behalf,

 Plaintiffs,

 and

UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a MARATHON FUEL SERVICE, and SHORESIDE PETROLEUM, INC., d/b/a MARATHON FUEL SERVICE, on its own behalf,

Intervening Plaintiffs,

 and

METCO, INC.,

 Intervening Plaintiff,

 vs.

NUGGET CONSTRUCTION, INC.;    SPENCER ROCK PRODUCTS, INC.; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE,

 Defendants.

No. 3:98-cv-9 (TMB)

## OBJECTIONS TO EXHIBITS

COMES NOW the Defendant, United States Fidelity & Guaranty Company (USF&G), and herein objects to Plaintiff's Exhibits as follows:

1

1.   USF&G objects to Plaintiff's Exhibit 1 based on authentication, relevancy; and foundation.

2.   USF&G objects to Plaintiff's Exhibit 56 based on authentication, relevancy; and foundation.

3.   USF&G objects to Plaintiff's Exhibit 57 based on authentication, relevancy; and foundation.

4.   USF&G objects to Plaintiff's Exhibit 58 based on authentication, relevancy; and foundation.

Dated this 6th day of July, 2007.

/s Herbert A. Viergutz

Barokas Martin & Tomlinson, AK Bar No. 8506088
1029 West Third, Suite 280
Anchorage, AK 99501
Phone:  (907) 276-8010
Facsimile:  (907) 276-5334
barmar@gci.net

**CERTIFICATE OF SERVICE**
I HEREBY CERTIFY that a copy of this document
was served by electronic notification on this 6th
day of July, 2007, to:

David Pease, Esq.
Burr, Pease & Kurtz
810 N Street
Anchorage, AK  99501

Traeger Machetanz, Esq/Tom Krider, Esq.
Oles Morrison Rinker & Baker, LLP
745 4th Avenue, Suite 502
Anchorage, AK 99501-2136

Steven J. Shamburek, Esq.
Law Office of Steven J. Shamburek
425 G Street, Suite 630
Anchorage, AK  99501-5872

/s Herbert A. Viergutz