David W. Pease
BURR, PEASE & KURTZ
810 N Street, Suite 300
Anchorage, AK 99501-3293
Telephone:     (907) 276-6100
Fax No.:        (907) 258-2530
Attorneys for North Star

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf,<br><br>      Plaintiffs,<br>  and<br><br>UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Services, on its own behalf,<br><br>      Intervening Plaintiffs,<br>  and<br><br>METCO, INC.,<br><br>      Intervening Plaintiff,<br>  vs.<br><br>NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE,<br><br>      Defendants. | Case No. 3:98-cv-009-TMB<br><br><br><br>**CORRECTION TO OPPOSITION TO MOTION IN LIMINE RE: FUNDS WITHHELD FROM SPENCER** |

BURR, PEASE & KURTZ
A PROFESSIONAL CORPORATION
810 N STREET, SUITE 300
ANCHORAGE, AK 99501
(907) 276-6100

On July 2, 2007, plaintiff North Star Terminal & Stevedoring Company ("North Star")

filed an opposition to defendant Nugget Construction, Inc.'s ("Nugget") Motion in Limine Re:

Funds Withheld from Spencer.  North Star inadvertently submitted a pleading with three

incomplete footnotes, Nos. 5, 6 & 7.  Footnote 5 should have referenced Exhibit 1, containing

the letters dated August 21, 1997 and August 26, 1997, from the Army Corps of Engineers to

Nugget.  Footnote 6 should have referenced Exhibit 2, which was a letter dated August 6, 1997,

from Nugget to the Army Corps of Engineers.  These exhibits are attached to this correction.

Finally, footnote 7 should have read, in full:

> Northern Stevedoring recognizes that the Ninth Circuit has previously concluded that Spencer Rock Products was a materialman.  *See North Star Terminal & Stevedoring Co. v. Nugget Constr., Inc.*, 10 Fed. Appx. 705, 2001 U.S. App. LEXIS 21547 (9th Cir. Sept. 27, 2001).  However, that analysis was based on a different standard and did not contemplate the contract's incorporation of the Prompt Pay Act and the legal standards associated with that Act.  *See id.* at 4-5. The Corps had an obligation under the Prompt Pay Act and the Miller Act to ensure that the primary contractor, Nugget, was fulfilling its obligations in order for it to receive progress payments.   In meeting that obligation, the Corps examined the Support Agreement and must have ultimately concluded that Spencer was a subcontractor.  That is the only way that the Corps could continue to make progress payments because it knew that the Miller Act bond would protect those vendors who were not being paid by virtue of their relationship with the subcontractor, Spencer.

North Star provides this correction and apologizes for the inconvenience to the court and the

parties.

DATED:  July 2, 2007

                                        s/ David W. Pease
                                        Burr, Pease & Kurtz
                                        810 N Street, Suite 300
                                        Anchorage, AK  99501
                                        Telephone:  (907) 276-6100
                                        Fax:  (907) 258-2530
                                        E-mail:  dwp@bpk.com
                                        Alaska Bar # 8706041

**BURR, PEASE
& KURTZ**
A Professional Corporation
810 N Street, Suite 300
ANCHORAGE, AK 99501
(907) 276-6100

Correction to Opp. to Mtn in Limine re Funds Withheld from Spencer
*North Star Terminal, et al v. Nugget, et al.* Case No. A98-009 CV
Page 2 of 3                                                          45-40 / #90867

CERTIFICATE OF SERVICE

I certify that on the 6th day of July, 2007,
a copy of the foregoing CORRECTION TO OPPOSITION
TO MOTION IN LIMINE RE: FUNDS WITHHELD
FROM SPENCER was served electronically to:

    Steven S. Shamburek, Esq.
    Traeger Machetanz, Esq.
    Paul D. Stockler
    Herbert A. Viergutz
    C. Patrick Stoll, Esq.

    s/ David W. Pease

BURR, PEASE
& KURTZ
A PROFESSIONAL CORPORATION
810 N STREET, SUITE 300
ANCHORAGE, AK 99501
(907) 276-6100

Correction to Opp. to Mtn in Limine re Funds Withheld from Spencer
*North Star Terminal, et al v. Nugget, et al,* Case No. A98-009 CV
Page 3 of 3

45-40 / #90867