Traeger Machetanz, Esq.
Thomas R. Krider, Esq.
OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501
Phone: 907-258-0106
Fax: 907-258-5519

Attorneys for Nugget Construction Co.
Inc. and USF&G, Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a NORTHERN STEVEDORING & HANDLING, and NORTH STAR TERMINAL & STEVEDORING COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf,<br><br>    Plaintiff,<br><br>and<br><br>UNITED STATE OF AMERICA for the use of SHORESIDE PETROLEUM INC., d/b/a Marathon Fuel Service, and SHORESIDE PETROLEUM INC., d/b/a Marathon Fuel Service, on its own behalf,<br><br>    Intervening Plaintiffs,<br><br>and<br><br>METCO, INC.,<br><br>    Intervening Plaintiff,<br><br>vs.<br><br>NUGGET CONSTRUCTION INC.; SPENCER ROCK PRODUCTS INC.; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE,<br><br>    Defendants. | No. 3:98-cv-00009-TMB<br><br>NUGGET'S OBJECTIONS TO PLAINTIFF NORTH STAR'S EXHIBITS |

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

Defendant Nugget Construction Inc. moves the court to exclude the following exhibits from the trial for the reasons stated herein (exhibit descriptions are as provided by North Star in Docket No. 728):

**Exhibit No. 1, USF&G Master Surety Agreement dated 5/8/95**

This exhibit is the contract between Defendants Nugget (along with J.T. Construction and John F. Terwilliger) and USF&G defining the obligations and commitments between them concerning bonds issued by USF&G as surety, with Nugget as the principal. Nugget objects to this exhibit on the basis of relevance. The terms of the contractual relationship between Nugget and USF&G do not make any of the facts required to prove any of the claims or defenses in this litigation more or less probable. FRE 401. Plaintiff's suit requires proof of the bond issued by USF&G for the project, but the bond is entirely separate from the Master Surety Agreement, which has nothing to do with plaintiff's ability to recover from USF&G.

**Exhibit No. 12, Memo 4/3/97 from Island Tug to NCI re ZB 286**

This exhibit is an e-mail sent from "Frank" at Island Tug and Barge to "NCI@Alaska.net. Nugget objects to this exhibit on the basis of foundation. There is no indication from the exhibit whether anyone at Nugget ever received the e-mail, nor is there evidence that any of the witnesses designated by Plaintiff to testify at trial ever saw this e-mail.

**Exhibit No. 25, Metco, Inc. invoices to Spencer Rock forwarded to Nugget Construction 6/27/97**

This exhibit is a transmittal sheet forwarding Metco's invoices to Spencer Rock Products to Nugget. Nugget's objections to this exhibit are set forth in its Motion in Limine Respecting Claims by and/or Settlement with Second Tier Vendors (Docket No. 721).

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

**Exhibit No. 29, Letter 7/31/97 from Metco to Corp of Engineers**

This exhibit is a letter from Metco to the Corp of Engineers explaining that it had not been paid by Spencer Rock Products for labor and materials it supplied to Spencer Rock Products. Nugget's objections to this exhibit are set forth in its Motion in Limine Respecting Claims by and/or Settlement with Second Tier Vendors (Docket No. 721).

**Exhibit No. 33, Letter 8/6/97 from Nugget to US Army Corps Engineers**

This exhibit is a letter from Nugget to the Corp of Engineers responding to the Corps inquiry about Metco's payment status. Nugget's objections to this exhibit are set forth in its Motion in Limine Respecting Claims by and/or Settlement with Second Tier Vendors (Docket No. 721).

**Exhibit No. 36, Letter 8/16/97 from Dept. of Army to Nugget re letter from Metco**

This is a letter from the Corps of Engineers to Nugget regarding Metco's payment issues. Nugget's objections to this exhibit are set forth in its Motion in Limine Respecting Claims by and/or Settlement with Second Tier Vendors (Docket No. 721).

**Exhibit No. 38, Letter 8/26/97 from Dept of Army to Nugget re Spencer Rock**

This is a letter from the Corps of Engineers to Nugget regarding the withholding of payments from Spencer Rock Products. Nugget's objections to this exhibit are set forth in its Motion in Limine Respecting Letter from Corps of Engineers Administrative Contracting Officer Thomas A. Johnson, P.E. and Related Testimony (Docket No. 722).

**Exhibit No. 41, Letter 8/28/97 from Shoreside Petroleum to US Army Corp of Engineers**

This is a letter from Shoreside Petroleum to the Corps of Engineers explaining that it had not been paid by Spencer Rock Products for labor and materials it supplied to Spencer Rock Product. Nugget's objections to this exhibit are set forth in its Motion in

Limine Respecting Claims by and/or Settlement with Second Tier Vendors (Docket No. 721).

**Exhibit No. 47, Letter 9/16/97 from Nugget to Robert LaPore re Corps Serial Letter RRO/44**

This is a letter from the Nugget to Spencer Rock Products regarding Shoreside Petroleum's payment issues. Nugget's objections to this exhibit are set forth in its Motion in Limine Respecting Claims by and/or Settlement with Second Tier Vendors (Docket No. 721).

**Exhibit No. 50, Letter 10/1/97 from Shoreside Petroleum to Nugget**

This is a letter from Shoreside Petroleum to Nugget regarding Shoreside Petroleum's payment issues with Spencer Rock Products. Nugget's objections to this exhibit are set forth in its Motion in Limine Respecting Claims by and/or Settlement with Second Tier Vendors (Docket No. 721).

**Exhibit No. 51, Letter 10/1/97 from Chugach Rock Corporation to USF&G**

This is a letter from Chugach Rock Corporation to USF&G explaining that Chugach Rock Corporation had not been paid by Spencer Rock Products. Nugget's objections to this exhibit are set forth in its Motion in Limine Respecting Claims by and/or Settlement with Second Tier Vendors (Docket No. 721).

**Exhibit No. 52, Letter 10/3/97 from Chugach Rock Corporation to US Army Engineers**

This is a letter from Chugach Rock Corporation to the Corps of Engineers explaining that Chugach Rock Corporation had not been paid by Spencer Rock Products. Nugget's objections to this exhibit are set forth in its Motion in Limine Respecting Claims by and/or Settlement with Second Tier Vendors (Docket No. 721).

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

**Exhibit No. 56, Letter 11/26/97 from Shoreside Petroleum to USF&G**

This is a letter from Shoreside Petroleum to USF&G regarding Shoreside Petroleum's payment issues with Spencer Rock Products. Nugget's objections to this exhibit are set forth in its Motion in Limine Respecting Claims by and/or Settlement with Second Tier Vendors (Docket No. 721).

**Exhibit No. 57, Letter 12/16/97 from Shoreside Petroleum to USF&G enclosing Proof of Claim form**

This is a letter from Shoreside Petroleum to Nugget regarding Shoreside Petroleum's payment issues with Spencer Rock Products. Nugget's objections to this exhibit are set forth in its Motion in Limine Respecting Claims by and/or Settlement with Second Tier Vendors (Docket No. 721).

**Exhibit No. 58, Letter 3/12/98 from Chugach Rock Corporation to USF&G**

This is a letter from Chugach Rock Corporation to USF&G arguing that Chugach Rock Corporation was entitled to payment under the bond. Nugget's objections to this exhibit are set forth in its Motion in Limine Respecting Claims by and/or Settlement with Second Tier Vendors (Docket No. 721).

**Exhibit No. 63, Nugget Balance sheet 1/27/06**

This exhibit is a copy of Nugget's Balance sheet as of December 31, 2005. Nugget's objections to this exhibit are set forth in its Motion in Limine Respecting Punitive Damages Claims (Docket No. 732).

**Exhibit No. 64, Video Deposition of Randy Randolph (to be taken)**

Nugget reserves its objections until the deposition is taken.

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

**Exhibit No. 65, Letter 8/6/97 from Quality Assurance Branch – Construction, US Army Engineers, to Nugget Construction**

This is a letter from the Corps of Engineers to Nugget regarding Metco's payment issues. Nugget's objections to this exhibit are set forth in its Motion in Limine Respecting Claims by and/or Settlement with Second Tier Vendors (Docket No. 721).

**Exhibit No. 66, Letter 8/25/97 from Quality Assurance Branch – Construction, US Army Engineers, to Nugget Construction**

This is a letter from the Corps of Engineers to Nugget regarding the title to off-site materials included in a pay application. Nugget objects to this exhibit as being irrelevant. The exhibit does not prove or disprove any of the claims or defenses in this litigation. FRE 401.

**Exhibit No. 67, Letter 9/9/97 from Quality Assurance Branch – Construction, US Army Engineers, to Nugget Construction**

This is a letter from the Corps of Engineers to Nugget regarding Shoreside Petroleum's payment issues with Spencer Rock Products. Nugget's objections to this exhibit are set forth in its Motion in Limine Respecting Claims by and/or Settlement with Second Tier Vendors (Docket No. 721).

**Exhibit No. 68, Letter 9/29/97 from Quality Assurance Branch – Construction, US Army Engineers, to Nugget Construction**

This is a letter from the Corps of Engineers to Nugget regarding Spencer Rock Products' statement to the government that Nugget still owes Spencer Rock Products sums for the project. Nugget objects to this exhibit as being irrelevant. The exhibit does not prove or disprove any of the claims or defenses in this litigation. FRE 401.

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

| | |
|---|---|
| Dated: July \_\_\_\_, 2007 | OLES MORRISON RINKER & BAKER LLP<br>Attorneys for Nugget Construction Inc. and<br>United States Fidelity and Guaranty Co |
| | By: /s/ Thomas R. Krider<br>    Traeger Machetanz<br>    machetanz@oles.com<br>    Alaska Bar No. 8411127<br>    Thomas R. Krider<br>    krider@oles.com<br>    Washington Bar No. 29490<br>    745 West 4th Ave., Suite 502<br>    Anchorage, AK 99501<br>    Phone: (907) 258-0106<br>    Fax:  (907) 258-5519 |

**OLES MORRISON RINKER & BAKER LLP**
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of July, 2007, a true and correct copy of the foregoing was served electronically on:

David W. Pease
dwp@bpk.com
Burr, Pease & Kurtz
810 N Street
Anchorage, AK  99501

Steven J. Shamburek, Esq.
shamburek@gci.net
Law Office of Steven J. Shamburek
425 G Street, Suite 630
Anchorage, AK  99501-5872

Herbert A. Viergutz, Esq.
barmar@gci.net
Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501

**Served by mail on:**

Robert LaPore
P.O. Box 640030
Beverly Hills FL 34464


OLES MORRISON RINKER & BAKER LLP


By: /s/ Thomas R. Krider



P-TRK Objections to Exhibits 993100002.doc

**OLES MORRISON RINKER & BAKER LLP**
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

*U.S. ex rel. North Star et al. v. Nugget Construction et al.*
Case No. 3:98-cv-00009-TMB
NUGGET'S OBJECTIONS TO PLAINTIFF NORTH STAR'S EXHIBITS -- Page 8 of 8