Traeger Machetanz, Esq.
Thomas R. Krider, Esq.
OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501
Phone: 907-258-0106
Fax: 907-258-5519

Attorneys for Nugget Construction Co.
Inc. and USF&G, Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a NORTHERN STEVEDORING & HANDLING, and NORTH STAR TERMINAL & STEVEDORING COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf,<br><br>    Plaintiff,<br><br>and<br><br>UNITED STATE OF AMERICA for the use of SHORESIDE PETROLEUM INC., d/b/a Marathon Fuel Service, and SHORESIDE PETROLEUM INC., d/b/a Marathon Fuel Service, on its own behalf,<br><br>    Intervening Plaintiffs,<br><br>and<br><br>METCO, INC.,<br><br>    Intervening Plaintiff,<br><br>vs.<br><br>NUGGET CONSTRUCTION INC.; SPENCER ROCK PRODUCTS INC.; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE,<br><br>    Defendants. | No. 3:98-cv-00009-TMB<br><br><u>NUGGET'S RESPONSES TO PLAINTIFF'S OBJECTIONS TO ITS EXHIBITS</u> |

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

Defendant Nugget Construction, Inc. hereby responds to the objections made by plaintiff North Star to Nugget's proposed exhibits:

<u>Response to Objections to Exhibits F and G</u>:  Exhibits F and G are business records of Northrim Bank (Spencer Rock Products' bank during the project) and Nugget will call a bank witness to confirm the record's admissibility or, alternatively, establish the admissibility of the records through FRE 902(11).  To the extent the business records contain information from Mr. LaPore, they are not hearsay as they are admissions of a party-opponent per FRE 801(d)(2).  The relevance of ownership of SRP, represented condition of the equipment, and duration of lease are relevant to issues raised by North Star concerning the alleged control over SRP by Nugget and the alleged motivations therefore.  Moreover, information contained in this document may be used to undermine the credibility of Mr. LaPore, depending on his testimony.

<u>Response to Objection to Exhibit H</u>.  Nugget believes Exhibit H is a document prepared by Mr. LaPore and intends to use Mr. LaPore to authenticate the document.

<u>Response to Objection to Exhibit J</u>.  Nugget agrees that page 5 should be removed from the exhibit.

<u>Response to Objection to Exhibit AO</u>.  This exhibit is a letter sent from North Star's former attorney to Spencer Rock Products' former attorney.  Nugget intends to use Mr. LaPore to authenticate the document.  The document is not hearsay within hearsay as it reflects communications between agents of party-opponents per FRE

**OLES MORRISON RINKER & BAKER LLP**
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

801(d)(2). The exhibit is relevant insofar as the last paragraph on page 1 is indicative of possible witness bias, *i.e.*, Plaintiff North Star and Defendant Spencer Rock Products cooperating to focus liability on Nugget.

Response to Objection to Exhibit AP. This exhibit is the settlement agreement between Nugget and Spencer Rock Products resolving their State Court litigation. The LaPore affidavit is irrelevant to the issues of this case, but Nugget will attempt to locate and provide a copy of the affidavit. The document is relevant to establish that Spencer Rock Products (and similarly North Star) has released any right to complain about the validity of the Nugget set-offs and backcharges. The document also confirms the arms-length nature of the relationship between Nugget and Spencer Rock Products. The document does not violate FRE 408 because North Star has placed the scope of the settlement agreement in issue when it asserts Nugget's set-offs and backcharges were improper, or if it argues that Nugget still owes money to Spencer Rock Products.

Response to Objection to Exhibit AS. Exhibit AS is a summary allowed pursuant to FRE 1006. The summary is based on trial exhibits relating to Spencer Rock Products anticipated expenditures, and the modifications relating to those expenditures. Nugget intends to use Mr. LaPore to authenticate and verify this summary.

Response to Objection to Exhibit BB. Exhibit BB is an admission of a party-opponent per FRE 801(d)(2). It is relevant insofar as it establishes North Star's own attorney characterized the contractual relationship as being between North Star and Spencer Rock Products, not Nugget.

*U.S. ex rel. North Star et al. v. Nugget Construction et al.*
Case No. 3:98-cv-00009-TMB
NUGGET'S RESPONSES TO PLAINTIFF'S
OBJECTIONS TO ITS EXHIBITS -- Page 3 of 7

<u>Response to Objection to Exhibit BC</u>.  Exhibit BC is a pertinent portion of the equipment blue book prepared by DataQuest.  Nugget (and presumably North Star) personnel can authenticate and verify this document.  It is relevant to rebut North Star's claim for lost equipment earnings in connection with its tortuous interference claim and reflects rates as of the end of 1997 and 1998, the project being performed in 1997.

<u>Response to Objection to Exhibit BE</u>.  Exhibit BE is a selected provision of the prime contract between the Government and Nugget.  Given the voluminous nature of the contract, Nugget believes only providing the relevant portions of the contract is appropriate.

<u>Response to Objection to Exhibits BP, BQ and CH</u>.  Exhibits BP, BQ and CH are notes believed to be taken by Randy Randolph setting forth discussions involving Bob LaPore.  The notes are either existing statements of intent (admissible under FRE 803(3)), a business record (admissible under 803(6)), or a present sense impression (admissible under 803(1)).  The information relates to Nugget's expectations of Spencer Rock Products' performance and the relationship between Nugget and Spencer Rock Products, including the need to enter into the support agreement and the charges arising therefrom.  The information also bears upon the credibility of Mr. LaPore (whose statements are admissible as statements by a party-opponent).

<u>Response to Objections to Exhibit CO</u>.  Exhibit CO is notes believed to be taken by Randy Randolph.  The notes are a business record (admissible under 803(6)), or are a present sense impression (admissible under 803(1)).  The information contained in

*U.S. ex rel. North Star et al. v. Nugget Construction et al.*
Case No. 3:98-cv-00009-TMB
NUGGET'S RESPONSES TO PLAINTIFF'S
OBJECTIONS TO ITS EXHIBITS -- Page 4 of 7

the notes related to Spencer Rock Products' equipment available for the project and therefore relate to Spencer Rock Products' performance.

Response to Objections to Exhibit CY.  Exhibit CY is Robert Fox's project diary, a business record per FRE 803(6) that will be verified and authenticated by Mr. Fox.  Mr. Fox's project diary includes references to time that he spent at the Spencer Pit and what steps Nugget took to increase production—which relates to the reasonableness of Nugget's actions and their alleged "control" over Spencer Rock Products.

Response to Objections to Exhibit DE.  Exhibit DE is a summary allowed pursuant to FRE 1006.  The summary is of COE payments and Nugget payments based on unobjectionable business records (including COE progress payment records and Nugget statements of charges) and will be verified by Nugget personnel.  North Star incorrectly characterizes Nugget's motion in limine as limiting evidence of withholding; the Nugget motion actually seeks to preclude North Star stating that the withholdings were not proper.

Response to Objections to Exhibit DP.  Exhibit DP is pertinent portions of Greg Poynor's business diary, a business record per FRE 803(6) or existing statement of intent per FRE 803(3).  Mr. Poynor will verify and authenticate Exhibit DP is his diary.  The diary was previously provided to North Star in redacted form without objection (the redactions are for unrelated projects) and the entries reflect Nugget's relationship with Spencer Rock Products and Spencer's performance, both of which are relevant to this dispute.

*U.S. ex rel. North Star et al. v. Nugget Construction et al.*
Case No. 3:98-cv-00009-TMB
NUGGET'S RESPONSES TO PLAINTIFF'S
OBJECTIONS TO ITS EXHIBITS -- Page 5 of 7

1   <u>Response to Objections to Exhibit DZ</u>.  Exhibit DZ is a summary printout of costs (a Nugget business record) that will be authenticated and verified by Greg Poynor. Once again, North Star incorrectly characterizes Nugget's motion in limine as limiting evidence of withholding; the Nugget motion actually seeks to preclude North Star stating that the withholdings were not proper.

Dated:  July 13, 2007

OLES MORRISON RINKER & BAKER LLP
Attorneys for Nugget Construction Inc. and
United States Fidelity and Guaranty Co

By:  /s/  Thomas R. Krider
   Traeger Machetanz
   machetanz@oles.com
   Alaska Bar No. 8411127
   Thomas R. Krider
   krider@oles.com
   Washington Bar No. 29490
   745 West 4th Ave., Suite 502
   Anchorage, AK 99501
   Phone: (907) 258-0106
   Fax:  (907) 258-5519

*U.S. ex rel. North Star et al. v. Nugget Construction et al.*
Case No. 3:98-cv-00009-TMB
NUGGET'S RESPONSES TO PLAINTIFF'S
OBJECTIONS TO ITS EXHIBITS -- Page 6 of 7

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of July, 2007, a true and correct copy of the foregoing was served electronically on:

David W. Pease
dwp@bpk.com
Burr, Pease & Kurtz
810 N Street
Anchorage, AK  99501

Steven J. Shamburek, Esq.
shamburek@gci.net
Law Office of Steven J. Shamburek
425 G Street, Suite 630
Anchorage, AK  99501-5872

Herbert A. Viergutz, Esq.
barmar@gci.net
Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501

**Served by mail on:**

Robert LaPore
P.O. Box 640030
Beverly Hills FL 34464

OLES MORRISON RINKER & BAKER LLP

By: /s/ Thomas R. Krider

P-TM NUGGET'S RESPS TO PLF'S OBJS TO  EXHS 071207 993100002

*U.S. ex rel. North Star et al. v. Nugget Construction et al.*
Case No. 3:98-cv-00009-TMB
NUGGET'S RESPONSES TO PLAINTIFF'S
OBJECTIONS TO ITS EXHIBITS -- Page 7 of 7

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519