IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a NORTHERN STEVEDORING & HANDLING, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a NORTHERN STEVEDORING & HANDLING, on its own behalf,<br><br>       Plaintiffs,<br><br>   and<br><br>UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a MARATHON FUEL SERVICE, and SHORESIDE PETROLEUM, INC., d/b/a MARATHON FUEL SERVICE, on its own behalf,<br><br>   Intervening Plaintiffs,<br><br>   and<br><br>METCO, INC.,<br><br>       Intervening Plaintiff,<br><br>   vs.<br><br>NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE,<br><br>       Defendants. | No. 3:98-cv-9 (TMB)) |

### SETTLEMENT MEMORANDUM

The undersigned represents USF&G, surety to the principal, Nugget Construction, Inc. The surety takes no position on settlement through this memorandum other than the position of its principal.

BAROKAS MARTIN & TOMLINSON
1029 West Third, Suite 280
Anchorage, Alaska 99501
Phone: (907) 276-8010
Fax: (907) 276-5334

1

1     Dated this 27th day of July, 2007.

2                         /s Herbert A. Viergutz

3                         Barokas Martin & Tomlinson, AK Bar No. 8506088
                           1029 West Third, Suite 280
4                         Anchorage, AK 99501
                           Phone: (907) 276-8010
5                         Facsimile: (907) 276-5334
                           barmar@gci.net

6

7   **CERTIFICATE OF SERVICE**
    I HEREBY CERTIFY that a copy of this document
    was served by electronic notification on this 27th day
8   of July, 2007, to:

9   David Pease, Esq.
    Burr, Pease & Kurtz
    810 N Street
10  Anchorage, AK 99501

11  Tom Krider, Esq.
    Traeger Machetanz, Esq
    Oles Morrison Rinker & Baker, LLP
12  745 4th Avenue, Suite 502
    Anchorage, AK 99501-2136
13

    Steven J. Shamburek, Esq.
    Law Office of Steven J. Shamburek
14  425 G Street, Suite 630
    Anchorage, AK 99501-5872
15
    /s Herbert A. Viergutz
16
    Herbert A. Viergutz

17

18

19

20

21

22

23

24

25                                                              **BAROKAS MARTIN & TOMLINSON**
                                                              1029 West Third, Suite 280
26                                                             Anchorage, Alaska 99501
                                                            Phone: (907) 276-8010
                              2                   Fax: (907) 276-5334