Herbert A. Viergutz, Esq.
Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: (907) 276-8010
Facsimile: (907) 276-5334

Attorneys for United States Fidelity and Guaranty Company

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a NORTHERN STEVEDORING & HANDLING, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a NORTHERN STEVEDORING & HANDLING, on its own behalf, <br><br>Plaintiffs, <br><br>and <br><br>UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a MARATHON FUEL SERVICE, and SHORESIDE PETROLEUM, INC., d/b/a MARATHON FUEL SERVICE, on its own behalf, <br><br>Intervening Plaintiffs, <br><br>and <br><br>METCO, INC., <br><br>Intervening Plaintiff, <br><br>vs. <br><br>NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE, <br><br>Defendants. | No. 3:98-cv-9 (TMB) |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW Metco, Inc; Nugget Construction, Inc; and United States Fidelity and Guaranty Company, by and through their counsel of record, and herein stipulate and agree that Metco, Inc. is dismissed with prejudice, with each party to bear its own costs and attorney fees.

Dated this ___6___ day of ___June___, 2007.

_____
Herbert A. Viergutz, Alaska Bar No. 8506088

Dated this 28th day of ___June___, 2007.

_____
Steven J. Shamburek, Alaska Bar No. 8606063

Dated this 28th day of ___June___, 2007.

_____
Thomas Krider, Washington Bar No. 29490

IT IS SO ORDERED.

Dated this _____ day of _____, 2007.


_____
JUDGE OF U.S. DISTRICT COURT

2