## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

North Star Terminal & Stevedore Co et al

*v.*

Nugget Construction Inc., et al

Case No. 3:98-cv-009 TMB

By:                    THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:        ORDER FROM CHAMBERS

A final pretrial conference is presently set for August 3, 2007 at 10:00 a.m..  The parties have also requested a settlement conference.  In light of the impending trial date, as well as the limited availability of Judge Beistline, the settlement conference in this matter will now be held on August 3, 2007 at 10:00 a.m., in Courtroom 2.

Counsel shall appear with full authority to settle all issues of this litigation; and, if such is impossible to obtain, counsel shall have their clients, with full settlement authority, available in person or by telephone at the time of the settlement conference.

**IT IS HEREBY ORDERED:**

A Settlement Conference will be held on August 3, 2007 at 10:00 a.m. in Courtroom 2 before Judge Beistline. The Final Pretrial Conference will be held on August 10, 2007 at 10:30 a.m. before Judge Burgess in Courtroom 1.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: July 31, 2007