```
Steven J. Shamburek
Alaska Bar No. 8606063
LAW OFFICE OF STEVEN J. SHAMBUREK
425 G Street, Suite 630
Anchorage, Alaska 99501
(907) 522-5339


Co-Counsel for Plaintiffs
North Star Terminal & Stevedore
Company d/b/a Northern Stevedoring & Handling
```

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf,<br><br>       Plaintiffs,<br><br>  and<br><br>UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Service, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Service, on its own behalf,<br><br>       Intervening Plaintiffs,<br><br>  and<br><br>METCO, INC.,<br><br>       Intervening Plaintiff,<br><br>  vs.<br><br>NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE,<br><br>       Defendants. | **ENTRY OF APPEARANCE**<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>3:98-cv-0009-TMB |

1

COMES NOW the Law Office of Steven J. Shamburek and enters an appearance as co-counsel for Plaintiffs North Star Terminal & Stevedore Company d/b/a Northern Stevedoring & Handling.

DATED this 2nd day of August, 2007 at Anchorage, Alaska.

THE LAW OFFICE OF STEVEN J. SHAMBUREK

s/ Steven J. Shamburek

By:_____
Steven J. Shamburek
ABA: 8606063
Alaska Bar No. 8606063
LAW OFFICE OF STEVEN J. SHAMBUREK
425 G Street, Suite 630
Anchorage, Alaska 99501
(907) 522-5339
shamburek@gci.net

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 2nd day of August, 2007, a copy of the foregoing was served by the Electric Case Filing system.

s/ Steven J. Shamburek
_____

Steven J. Shamburek