MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

North Star Terminal & Stevedore Co et. al,
v.
Nugget Construction Inc., et. al,

Case No. 3:98-cv-009 TMB

By:   THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:   ORDER FROM CHAMBERS

**IT IS HEREBY ORDERED:**

In light of the ongoing settlement negotiations before Judge Beistline, IT IS HEREBY ORDERED that the Final Pretrial Conference previously set for 08/10/07 at 10:30 a.m. is VACATED. The Court will hold in abeyance the pending motions in limine at dockets 721, 722, 723 and 732 and resetting a Final Pretrial Conference until the settlement negotiations presently before Judge Beistline are completed.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: August 3, 2007