UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

NORTH STAR TERMINAL, et al.   v.   NUGGET CONSTRUCTION, et al.

DATE:   August 10, 2007        CASE NO.   3:98-cv-0009-TMB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**SCHEDULING HEARING**

---

A status/continued settlement conference will be held before Judge Beistline on **Wednesday, August 15, 2007, at 10:00 a.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. SCHEDULING HEARING