MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

NORTH STAR TERMINAL &         vs.   NUGGET CONSTRUCTION INC.
STEVEDORE CO. EX REL ET AL          ET AL

BEFORE THE HONORABLE RALPH R. BEISTLINE   CASE NO. 3:98-cv-00009-TMB

DEPUTY CLERK/RECORDER:        APRIL KARPER

APPEARANCES:   PLAINTIFF:     DAVID PEASE AND STEVEN SHAMBUREK

               DEFENDANT:     TRAGER MACHATANZ

PROCEEDINGS: STATUS / SETTLEMENT CONFERENCE HELD AUGUST 15, 2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:13 a.m. court convened.

Court and counsel heard re settlement; parties to file notice of settlement and signed settlement by **August 24, 2007,** if signed settlement is not filed by that date parties are to appear before U.S. District Judge Timothy M. Burgess on **August 24, 2007 at 9:00 a.m**. Trial by Jury previously set for August 27, 2007 at 9:00 a.m. is **VACATED.**

At 10:25 a.m. court adjourned.

DATE:   August 15, 2007       DEPUTY CLERK'S INITIALS:   amk

Revised 6/18/07