Steven J. Shamburek
Alaska Bar No. 8606063
LAW OFFICE OF STEVEN J. SHAMBUREK
425 G Street, Suite 630
Anchorage, Alaska 99501
(907) 522-5339


Co-Counsel for Plaintiffs
North Star Terminal & Stevedore
Company d/b/a Northern Stevedoring & Handling

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, and NORTH STAR TERMINAL & STEVEDORE COMPANY, d/b/a Northern Stevedoring & Handling, on its own behalf,<br><br>      Plaintiffs,<br><br>  and<br><br>UNITED STATES OF AMERICA for the use of SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Service, and SHORESIDE PETROLEUM, INC., d/b/a Marathon Fuel Service, on its own behalf,<br><br>      Intervening Plaintiffs,<br><br>  and<br><br>METCO, INC.,<br><br>      Intervening Plaintiff,<br><br>  vs.<br><br>NUGGET CONSTRUCTION, INC.; SPENCER ROCK PRODUCTS, INC.; UNITED STATES FIDELITY AND GUARANTY COMPANY; and ROBERT A. LAPORE,<br><br>      Defendants. | **NOTICE OF FILING SETTLEMENT AGREEMENT**<br><br><br><br><br><br><br><br><br><br><br><br><br>3:98-cv-0009-TMB |

1

A copy of the Settlement Agreement signed by the parties and their counsel is attached.

DATED this 23rd day of August, 2007 at Anchorage, Alaska.

        THE LAW OFFICE OF STEVEN J. SHAMBUREK

        s/ Steven J. Shamburek

By:_____
    Steven J. Shamburek
    ABA:  8606063
    Alaska Bar No. 8606063
    LAW OFFICE OF STEVEN J. SHAMBUREK
    425 G Street, Suite 630
    Anchorage, Alaska 99501
    (907) 522-5339
    shamburek@gci.net

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 23rd day of August, 2007, a copy of the foregoing was served by the Electric Case Filing system.

s/ Steven J. Shamburek
_____

Steven J. Shamburek